# In the United States Court of Federal Claims

| | | |
|---|---|---|
| FIRE-TROL HOLDINGS LLC, | ) | |
| Plaintiff, | ) | No. 04-1389 C |
| v. | ) | (Filed September 13, 2004) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

On September 7, 2004, plaintiff submitted a "Notice of Motion and Motion for Preliminary Injunction." Plaintiff's submission failed to comply with several of the Court's rules. For example, the proof of service was not attached to each document, RCFC 5.1; the index to the appendix was not located at both the front of the brief and the front of the appendix, RCFC 5.2(a)(1)(G); the brief, supporting memorandum, and affidavits were not attached to the motion, RCFC 7(b); and most of the original declarations were missing.

The parties are reminded that this case has been designated as an Electronic Case. All filings must be submitted electronically, through the ECF system. If a party has a filing that is particularly voluminous, it may electronically file a motion for leave to file the voluminous document in paper form. Any questions regarding electronic filing should be directed to the clerk's office. Because this is an electronic case, the Court ORDERS that plaintiff's filing dated September 7, 2004 shall be returned to plaintiff. Plaintiff is ORDERED to re-file its motion in accordance with the Rules of this Court.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge