PAUL F. DAUER (CALIFORNIA BAR NO. 37428)
LAW OFFICES OF PAUL F. DAUER
400 CAPITOL MALL, SUITE 2950
SACRAMENTO, CA 95814
TELEPHONE: (916) 448-2431
FACSIMILE: (916) 448-2462
EMAIL: PFDAUER@PFDATTY.COM

JENNIFER L. MCCREADY (CALIFORNIA BAR NO. 179262)
LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CALIFORNIA 95814
TELEPHONE: (916) 325-4000
FACSIMILE: (916) 325-4010
EMAIL: JENNIFER.MCCREADY@BBKLAW.COM

Attorneys for Plaintiff
FIRE-TROL HOLDINGS LLC

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| FIRE-TROL HOLDINGS LLC,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Case No. 04-1389-C<br>Judge: George Miller<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CALIFORNIA 95814

TO DEFENDANT UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE:

PLEASE TAKE NOTICE THAT Plaintiff Fire-Trol Holdings LLC hereby moves for a preliminary injunction, pursuant to Rule 65 of the Rules of the United States Court of Federal Claims, restraining and enjoining you, your agents, employees, attorneys, and those in active concert or participation with you or them, pending trial of this action, from implementing or applying any rule banning wildland fire retardant product containing sodium ferrocyanide (also known as yellow prussiate of soda, or “YP Soda” or “YPS”) or from excluding any wildland fire retardant product for lacking “gum thickener.” As a preliminary matter, Plaintiff requests that the Court determine its jurisdiction to hear and rule on this action. This motion will be made on the ground that Plaintiff will suffer immediate and irreparable injury unless the activities described above are enjoined pending trial of this action, and will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the declarations of Joe Grigel, Rob Crouch, Terry Kennedy, and Jennifer McCready, filed herewith, the exhibits in support of the Motion for Preliminary Injunction, filed herewith, the Proposed Order filed herewith, and all other evidence or testimony as the Court may receive at any hearing on the motion.

DATED: September 3, 2004

LAW OFFICES OF PAUL F. DAUER
Paul F. Dauer, Attorney of Record

By: s/Paul F. Dauer
PAUL F. DAUER
Attorney for Plaintiff Fire-Trol Holdings, LLC

Telephone: (916) 448-2431
Facsimile: (916) 448-2462