PAUL F. DAUER (CALIFORNIA BAR NO. 37428)
LAW OFFICES OF PAUL F. DAUER
400 CAPITOL MALL, SUITE 2950
SACRAMENTO, CA 95814
TELEPHONE: (916) 448-2431
FACSIMILE: (916) 448-2462
EMAIL: PFDAUER@PFDATTY.COM

JENNIFER L. MCCREADY (CALIFORNIA BAR NO. 179262)
LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CALIFORNIA 95814
TELEPHONE: (916) 325-4000
FACSIMILE: (916) 325-4010
EMAIL: JENNIFER.MCCREADY@BBKLAW.COM

Attorneys for Plaintiff
FIRE-TROL HOLDINGS LLC

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FIRE-TROL HOLDINGS LLC,<br>Plaintiff,<br>v.<br>UNITED STATES<br>Defendant. | Case No.: 04-1389-C<br>Judge George Miller<br><br>**EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

Fire-Trol Exhibit Index:

| TAB: | DESCRIPTION: | DATE: | BATES NO.: |
|---|---|---|---|
| A | Qualified Products List | 11/5/03 | 001 |
| B | United States Department of Agriculture, Forest Service: Specification for Long Term Retardant, Wildland Fire, Aircraft or Ground Application (Specification 5100-304b) | 1/2000 | 002-024 |
| C | Interagency Fire and Aviation Management Communication Strategy | 4/20/00 | 025-037 |
| D | Notice to Suspend Work Order from US Department of Agriculture (Bulk) | 3/28/00 | 038 |
| E | Notices to Suspend and Work Order from US Department of Agriculture (Full Service) | 4/03/00<br>3/28/00 | 039-040 |
| F | Decision Memorandum for Chief – Draft – from Jose Cruz, Director, Fire and Aviation Management, re: Fire Retardant Suspension and related Briefing Paper: Fire and Aviation Management | 4/20/00 | 041-044 |
| G | Informational Memorandum for James R. Lyons, Under Secretary, NRE from Phil Janik re: Aerially Delivered Fire Retardant | | 045-046 |
| H | Letter to Jamie Clark, Director, US Fish and Wildlife Service, from Jose Cruz | 4/19/00 | 047-048 |
| I | Letter to Joe Grigel, General Manager, Fire-Trol Holdings, LLC from Jose Cruz | 6/1/00 | 049 |
| J | Letter to Rob Crouch, Fire-Trol Holdings, LLC from Jerry Williams, Director, Fire and Aviation Management | 1/31/02 | 050-051 |
| K | Letter to Rob Crouch, with Attachment A – Modified Testing Procedures | 5/26/02 | 052-055 |
| L | Letter to Tania Calhoun, Esq., General Accounting Office, Office of General Counsel, Procurement Law Division from Alan D. Groesbeck, Attorney, General Law Division re: Matter of Fire-Trol Holdings, LLC, B-290674 | 7/19/02 | 056-057 |

Fire-Trol Exhibit Index:

| TAB: | DESCRIPTION: | DATE: | BATES NO.: |
|---|---|---|---|
| M | Letter to Thomas L. Tuttle, President, Fire-Trol Holdings, LLC from Jerry Williams | 8/2/02 | 058-060 |
| N | Letter to Joe Grigel with attached 2004 Contract Proposal for Bulk and Full Service Retardant Contracts | 10/4/02 | 061-065 |
| O | Letter to R.W. (Ron) Bradley, Vice President and General Manager, Fire-Trol Canada Company from Dave Bokovay, Aviation/Technology Manager, Canadian Interagency Forest Fire Center | 7/8/03 | 066-067 |
| P | Second Declaration of Cecilia W. Johnson (Redacted Version) | 4/15/04 | 068-072 |
| Q | National Long Term Fire Retardant-Bulk Summary Award Information (RFP 49-03-09, RFP 49-03-13, RFP 40-03-14) | | 073-074 |
| R | IFB 49-03-10 Full Service Retardant Abstract, (IFB 49-03-10, IFB 49-03-15, IFB 49-03-16) | 12/19/03 | 081-083 |
| S | Biological Assessment/Evaluation of Aerially Delivered Fire Retardant Guidelines | 10/1/00 | 084-093 |
| T | Declaration of Alice Forbes (with Exhibits) | 6/24/04 | 094-116 |
| U | Federal Standardization Manual, Chapter 6: Qualified Products List | | 117-150 |
| V | Excerpt from the Final Report on the Effects of UVB Radiation on the Toxicity of Fire-Fighting Chemicals | 3/23/00 | 151-156 |
| W | Excerpts from the Final Report on the Effects of Fire-Retardant Chemical Products on Fathead Minnows in Experimental Streams | 6/2002 | 157-168 |
| X | Comparison of the Effects of Wildfire and Wildland Fire Retardant Application on Post-Fire Surface Quality | | 169-195 |

Fire-Trol Exhibit Index:

| TAB: | DESCRIPTION: | DATE: | BATES NO.: |
|---|---|---|---|
| Y | Excerpts from the Final Report on the Environmental Persistence and Toxicity of Fire-Retardant Chemicals, Fire-Trol® GTS-R and Phos-Chek® D75-R to Fathead Minnows | 6/2002 | 196-214 |
| Z | Excerpts from the Final Report on the Behavioral Avoidance/Attractance Response of Rainbow Trout to Fire-Retardant Chemicals | 6/2002 | 215-226 |
| AA | Environmental Implications of Fire-Retardant Chemicals, Project Summary Report | 6/2002 | 227-234 |
| AB | Excerpts from the Final Report on the Effects of Fire-Retardant Chemicals, Fire-Trol® GTS-R and Phos-Check® D75-R to Fathead Minnows in Pond Enclosure Studies | 6/2002 | 235-247 |
| AC | Excerpts from Cecilia Johnston's Testimony before the GAO | 1/8/04 | 248-251 |
| AD | Fire-Trol letter requesting deferral of implementing rules and USFS email response | 6/18 2004<br>7/15/04 | 252-254 |
| AE | Arizona District Court Ruling dismissing for lack of jurisdiction | 8/13/04 | 255-264 |
| AF | Letter to Forest Service Director of Fire and Aviation signed by pilots and air attacks | 12/15/00 | 265-267 |

EXHIBIT "A"

USDA Forest Service Washington Office Fire & Aviation Management

11/5/03

For use by USDA Forest Service

# J-7 Fire Chemicals

(Qualified or Approved and commercially available)

| Chemical | Mix Ratio (Pounds concentrate Per gallon water) | Qualified/Approved Applications[1] Fixed-Wing Airtanker | SEATS | Fixed-Tank Helicopter | Helicopter Bucket | Ground Engine |
|---|---|---|---|---|---|---|
| **LONG-TERM FIRE RETARDANTS** (Meets the requirements of Forest Service Specification 5100-304b) | | | | | | |
| **Dry Concentrate** | | | | | | |
| **Gum-thickened; Permanent or Temporary Base** | | | | | | |
| Fire-Trol GTS-R | 1.66 lb/gal | • | • | | • | |
| Phos-Chek D75-R | 1.20 lb/gal | • | • | | • | |
| **Gum-thickened; Temporary Base** | | | | | | |
| Phos-Chek 259-R | 1.14 lb/gal | • | • | • | • | • |
| Phos-Chek G75-W | 1.12 lb/gal | | | | • | • |
| **Unthickened** - None available | | | | | | |
| **Wet Concentrate** | | | | | | |
| **Gum-thickened; Permanent or Temporary Base** | | | | | | |
| Phos-Chek HV-R[2] | 3.6:1 | • | • | | • | |
| Phos-Chek HV-R | 3.1:1 | • | • | | • | |
| Phos-Chek MV-R[2] | 3.6:1 | • | • | | • | |
| Phos-Chek LV-R[2] | 3.6:1 | • | • | | • | • |
| Phos-Chek LC-95A[2] | 5.5:1 | • | • | | • | • |
| Phos-Chek LC-95D[2] | 4.25:1 | • | • | | • | • |
| **Unthickened; Permanent or Temporary Base** | | | | | | |
| Fire-Trol LCA-R | 5:1 | • | • | | • | |
| Fire-Trol LCG-R | 4.75:1 | • | • | | • | |
| Fire-Trol FTR[3] | 4.75:1 | o | o | | o | |

1 • Fully Qualified o Conditional Approval

2 Targeted LAQA will be performed during the first fire season of use.

3 A field evaluation must be completed to upgrade product status to qualified. The evaluation will be scheduled when a product is selected for use.

001

EXHIBIT "B"

Specification 5100-304b
January 2000
Superceding
Specification 5100-304a
February 1986

# UNITED STATES DEPARTMENT OF AGRICULTURE

## FOREST SERVICE

## SPECIFICATION FOR

## LONG TERM RETARDANT, WILDLAND FIRE, AIRCRAFT OR GROUND APPLICATION

1. SCOPE.

1.1. Scope. The fire retardants described in this specification are for aircraft or ground application use in wildland fire fighting. After mixing with water, retardant is applied to the fire area to slow or stop combustion.

2. APPLICABLE DOCUMENTS.

2.1. Government Documents. The following specifications, standards, and handbooks form a part of this document to the extent specified herein. Unless otherwise specified, the issues of these documents are those in effect on the date of the invitation for bids or request for proposals.

USDA Forest Service Research Paper

INT 121 - Effects of Ammonium Sulfate and Ammonium Phosphate on Flammability

USDA Forest Service Documents

9951 1802—SDTDC - Manufacturer Submission Procedure for Qualification Testing of Wildland Fire Chemical Products

9951 1803—SDTDC - Standard Test Procedures for the Evaluation of Wildland Fire Chemical Products

National Long Term Bulk and Full Service Retardant Contract

---

Beneficial comments, recommendations, additions, deletions and any pertinent data that may be used in improving this document should be addressed to: USDA Forest Service, San Dimas Technology and Development Center, 444 East Bonita Avenue, San Dimas, CA 91773-3198 by using the Specification Comment Sheet at the end of this document or by letter.

---

Code of Federal Regulations (CFR)

40 CFR 160 - Good Laboratory Practice Standards

40 CFR 792 - Good Laboratory Practice Standards

40 CFR 264.33 - Resources Conservation And Recovery Act (RCRA) Acutely Hazardous and Toxic Products

40 CFR 302.4 - Comprehensive Environmental Response Compensation and Liability Act (CERCLA) Hazardous Substances

40 CFR 355 - CERCLA Extremely Hazardous Substances (EHS), Appendix A

40 CFR 372 - Superfund Amendment and Reauthorization Act (SARA), Title III, Section 313

Federal Standard

FED-STD-123 - Marking for Domestic Shipment (Civilian Agencies)

International Agency for Research on Cancer (IARC)

International Agency for Research on Cancer Monographs

United States Environmental Protection Agency (EPA) Health Effects Guidelines (OPPTS)

Series 870 Acute Toxicity and Irritation Studies.

870 - 1100 - Acute Oral Toxicity Study

870 - 1200 - Acute Dermal Toxicity Study

870 - 1300 - Acute Inhalation Toxicity Study

870 - 2400 - Primary Eye Irritation Study

870 - 2500 - Primary Dermal Irritation Study

United States Department of Health and Human Services

Annual - National Toxicology Program's (NTP) Annual Report on Carcinogens.

United States Department of Labor/Occupational Safety and Health Administration (OSHA)

Form 174 - Material Safety Data Sheet (MSDS)

Copies of USDA Forest Service standards, research papers and other documents are available from the Branch Chief for Fire Equipment and Chemicals at USDA Forest Service, P.O. Box 96090, Washington, DC 20090-6090.

Copies of federal standards are available from General Services Administration, Federal Supply Service Bureau, Standards Section, Suite 200, 470 East L'Enfant Plaza SW, Washington, DC 20407.

2.2. Non-Government Publications. The following documents form a part of this document to the extent specified herein. Unless otherwise specified, the issue of these documents are those in effect on the date of approval.

Institute of Electrical and Electronics Engineers (IEEE)/American Society for Testing and Materials (ASTM)

SI 10 - Standard for Use of the International System of Units (SI); The Modern Metric System

Address requests for copies to the American Society for Testing and Materials, 100 Barr Harbor Drive, West Conshohocken, PA 19428-2959.

2.3. Other Publications. The following documents provide applicable information for the study of wildland fire chemical products.

National Association of Corrosion Engineers International (NACE) Standard Test Method.

TM-01-69 - Test Method for Laboratory Testing of Metals for the Process Industries

Address requests for copies to National Association for Corrosion Engineers International, P.O. Box 218304, Houston, Texas 77218.

USDA Forest Service Manual (FSM)

5160, Section 5162 - Fire Management Chemicals.

USDA Forest Service Research Paper

INT 134 - An Evaluation of the Drop Characteristics and Ground Distribution Patterns of Forest Fire Retardants

2.4. Order of Precedence. In the event of conflict between the text of this document and the references cited herein, the text of this document takes precedence. Nothing in this document, however, supersedes applicable laws and regulations unless a specific exemption has been obtained.

3. REQUIREMENTS.

3.1. Qualification. Retardant shall be qualified in accordance with 4.1 and 4.2. Retardant shall be classified as indicated in 3.3.

3.1.1. Review Prior to Product Submittal. A review shall be conducted prior to submittal of a product for testing and evaluation. The manufacturer of each product is required to provide a completed confidential formulation disclosure sheet for each product submitted. A designated Forest Service representative shall review the confidential formulation disclosure sheet, technical data sheet, additional screening data for thickened products, the product Material Safety Data Sheet (MSDS), and the MSDS for each ingredient. The review will determine whether the product is in compliance with Forest Service policy regarding the use of chemicals that may be on any of the indicated regulatory lists as follows. The status of each chemical with regard to d, e and f is informational and is included in order to assure proper handling and storage.

a. 40 CFR 355 Appendix A
b. National Toxicology Program's Annual Report on Carcinogens
c. International Agency for Research on Cancer (IRAC) monographs for potential carcinogens
d. 40 CFR 302.4
e. 40 CFR 261.33
f. 40 CFR 372

3.2. Definitions.

3.2.1. Ingredient. An ingredient is as each single chemical used by the manufacturer in the formulation of the product.

3.2.2. Component. A component is each combination of ingredients packaged by the manufacturer for use in preparation of the product by the user. A component may be a single ingredient, or a combination of ingredients, wet or dry, that is added to water when preparing the mixed retardant. Examples of components, for the purpose of this specification, are a liquid concentrate or a gum-thickener if it is added to the mix at the airtanker base.

3.2.3. Dry Concentrate. A dry concentrate is a dry powder which, when mixed with water, forms the mixed retardant. For the purposes of this specification, a dry concentrate is also a component.

3.2.4. Wet Concentrate. A wet concentrate is a liquid/fluid concentrate which, when added to water, forms the mixed retardant. For the purposes of this specification, a wet concentrate is also a component.

3.2.5. Mixed Retardant. Mixed retardant consists of a wet or dry concentrate, and other component(s), mixed with water at the qualified mix ratio.

3.2.6. Long Term Retardant. Long term retardant is a product containing salts which acts as a fire retardant. It contains water which serves primarily to aid in uniform disbursement of the retardant salts over the target area. When the water is completely evaporated, the remaining salts continue to serve as a fire retardant until they are removed.

3.3. Classification. Retardant shall be classified under the storability, viscosity, color, use, and mixability designations indicated below. The procurement activity shall specify the classifications determined as necessary by the agency fire administrator. See 6.2.

3.3.1. Storability. Mixed retardant storability shall be described as storable (A), not storable (B), and for immediate use (C).

3.3.1.1. Storable. The "A" level storability designation shall be described as "Storable for 1 year." Products may require recirculation to obtain a homogeneous and usable product. The resulting mixed retardant may be stored for an extended period of time. Mixed retardant can be recirculated in storage.

3.3.1.2. Not Storable. The "B" level storability designation shall be described as "Not storable beyond 30 days." Products shall be mixed or blended during transfer to aircraft or other application devices. No additional mixing or circulation shall be necessary. These products shall not be routinely stored in the mixed form. Recirculation typically is not available.

3.3.1.3. Immediate Use. The "C" level storability designation shall be described as "For immediate use of less than 24 hours." Products shall be applied from helicopter or ground-based equipment.

3.3.2. Viscosity. Viscosity shall be determined by the use of a Brookfield model LVF viscometer, operated at 60 rpm. Spindle number 2 shall be used for measuring viscosity from 1 to 500 centipoise (cP). Spindle number 4 shall be used for measuring viscosity above 500 cP. Viscosity designations shall be described as no viscosity (N), low (L), medium (M), or high (H) viscosity.

3.3.2.1. No Viscosity. The "N" designation shall be assigned to retardant with a viscosity between 1 and 60 cP and shall be described as having a value of "No viscosity."

3.3.2.2. Low Viscosity. The "L" designation shall be assigned to retardant with a viscosity between 61 and 250 cP and shall be described as having a value of "Low viscosity retardant."

3.3.2.3. Medium Viscosity. The "M" designation shall be assigned to retardant with a viscosity between 251 and 1,000 cP and shall be described as having a value of "Medium viscosity retardant."

3.3.2.4. High Viscosity. The "H" designation shall be assigned to retardant with a viscosity greater than 1,000 cP and shall be described as having a value of "High viscosity retardant."

3.3.3. Color. Retardant color designations shall be described as uncolored (U) or colored (C).

3.3.3.1. Uncolored. The "U" designation shall be assigned to a mixed retardant that contains no ingredients which impart color and is not visible when normally applied to natural fuels. The product in the container may have some earth-tone color due to salts, inhibitors, or other ingredients.

3.3.3.2. Colored. The "C" designation shall be assigned to a mixed retardant that contains iron oxide to impart visibility from the air at the time of use. The application ceases to have visual impact on a landscape level following two years of historically normal exposure to weathering elements.

3.3.4. Use. The type of equipment used to apply retardant dictates the physical properties of the retardant solution. Retardant use designations shall be described as fixed-wing airtanker (FW), helicopter fixed-tank (HF), helicopter bucket (HB) or ground-based application equipment (G).

3.3.4.1. Fixed Wing Airtanker. The "FW" designation shall be assigned to products designed to be applied from fixed-wing airtankers and shall include Single Engine Airtankers (SEATS).

3.3.4.2. Helicopter Fixed Tank. The "HF" designation shall be assigned to products designed to be applied from any tank in direct contact with the helicopter.

3.3.4.3. Helicopter Bucket. The "HB" designation shall be assigned to products designed to be applied from any bucket suspended below the helicopter in excess of 15 feet (4.6 m). No retardant is likely to contact the helicopter during normal fire operations.

3.3.4.4. Ground Based Application Equipment. The "G" designation shall be assigned to products designed to be applied from ground based application equipment.

3.3.5. Mixability. Retardant mixability designations shall be described as low shear (LS) or simple dilution (SD).

3.3.5.1. Low Shear. The "LS" designation shall be assigned to mixed retardant prepared by using moderate amounts of agitation, typically obtained from the use of an in-line eductor or simple impeller batch mixer. An example would be a three blade agitator at 1800 rpm.

3.3.5.2. Simple Dilution. The "SD" designation shall be assigned to mixed retardant prepared by blending water and concentrate with no additional agitation.

3.4. Mammalian Toxicity and Irritation.

3.4.1. Components. When tested in accordance with 4.5.1, the toxicity of all components shall meet the performance requirements indicated in Table 1. Requirement definitions are provided in the test procedures for the respective toxicity test.

Table 1. Mammalian toxicity and irritation requirements for all components

| TEST | REQUIREMENT |
|---|---|
| Acute oral toxicity | $LD_{50}$>500 mg/kg is acceptable. If $LD_{50}$≥50 but ≤500 mg/kg, is acceptable with approved protective gear and safe handling procedures recommended by the product supplier. $LD_{50}$<50 mg/kg is not acceptable. |
| Acute dermal toxicity | $LD_{50}$>2000 mg/kg is acceptable. If $LD_{50}$≥200 but ≤2000 mg/kg, is acceptable with approved protective gear and safe handling procedures recommended by the product supplier. $LD_{50}$<200 mg/kg is not acceptable. |
| Primary eye irritation | Mildly irritating or less is acceptable. If more irritating, is acceptable with approved protective gear and safe handling procedures recommended by the product supplier. |
| Primary dermal irritation | Primary irritation score <5 is acceptable. If more irritating, is acceptable with approved protective gear and safe handling procedures recommended by the product supplier. |
| Acute inhalation toxicity | Inhalation $LC_{50}$>2 mg/l is acceptable. Inhalation toxicity testing is required if oral $LD_{50}$ is ≤500 mg/kg or dermal $LD_{50}$≤1000 mg/kg. |