# EXHIBIT “R”

# IFB 49-03-10 FULL SERVICE RETARDANT ABSTRACT
## ONE YEAR WITH NO OPTIONS

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 01 | BILLINGS, MT | BLM | Approved QPL Products | July 1 through October 1 |

| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | FIRETROL UNIT PRICE | FIRETROL AMOUNT | HUNOT UNIT PRICE | HUNOT AMOUNT |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 91-FT-54/91-FT-55 | | Qualification Lot No. 3616870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE TROL LCA-R/FIRE TROL LCG-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| A. Zero to 100,000 gallons | 100,000 | Gallon | $1.250 | $125,000.00 | $1.20 | $120,000.00 |
| B. 100,001 TO 200,000 gallons | 100,000 | Gallon | $0.500 | $50,000.00 | $0.525 | $52,500.00 |
| C. 200,001 gallons and over | 100,000 | Gallon | $0.550 | $55,000.00 | $0.70 | $70,000.00 |
| TOTALS FOR BASIS OF AWARD | 300,000 | | | $230,000.00 | | $242,500.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 02 | GRAND JUNCTION, CO | BLM | Approved QPL Products | May 12 through October 1 |

| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | FIRETROL UNIT PRICE | FIRETROL AMOUNT | HUNOT UNIT PRICE | HUNOT AMOUNT |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 91-FT-54 | | Qualification Lot No. 3616870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE-TROL LCA-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| A. Zero to 100,000 gallons | 100,000 | Gallon | 1.250 | $125,000.00 | 1.150 | $115,000.00 |
| B. 100,001 TO 300,000 gallons | 200,000 | Gallon | 0.590 | $118,000.00 | 0.545 | $109,000.00 |
| C. 300,001 to 500,000 gallons | 200,000 | Gallon | 0.550 | $110,000.00 | 0.535 | $107,000.00 |
| D. 500,001 gallons and over | 200,000 | Gallon | 0.600 | $120,000.00 | 0.780 | $156,000.00 |
| TOTALS FOR BASIS OF AWARD | 700,000 | | | $473,000.00 | | $487,000.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 03 | ALBUQUERQUE, NM | USDA, FS REGION 3 | Approved QPL Products | APRIL 29 THROUGH JULY 16 |

| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | FIRETROL UNIT PRICE | FIRETROL AMOUNT | HUNOT UNIT PRICE | HUNOT AMOUNT |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 91-FT-54 | | Qualification Lot No. 3616870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE-TROL LCA-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| A. Zero to 100,000 gallons | 100,000 | Gallon | $1.200 | $120,000.00 | 1.180 | $118,000.00 |
| B. 100,001 TO 250,000 gallons | 150,000 | Gallon | $0.550 | $82,500.00 | 0.515 | $77,250.00 |
| C. 250,001 gallons and over | 150,000 | Gallon | $0.550 | $82,500.00 | 0.790 | $118,500.00 |
| TOTALS FOR BASIS OF AWARD | 400,000 | | | $285,000.00 | | $313,750.00 |

# IFB 49-03-10 FULL SERVICE RETARDANT ABSTRACT
## ONE YEAR WITH NO OPTIONS

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 04 | CHESTER, CA | USDA, FS REGION 5 | Approved QPL Products | June 1 through October 31 |

| | | | FIRETROL | | HUNOT | |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 60-64 | | Qualification Lot No. 3616870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE-TROL GTS-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 50,000 gallons | 50,000 | Gallon | 1.350 | $67,500.00 | 2.500 | $125,000.00 |
| B. 50,001 TO 150,000 gallons | 100,000 | Gallon | 0.600 | $60,000.00 | 0.600 | $60,000.00 |
| C. 150,001 to 300,00 gallons | 150,000 | Gallon | 0.550 | $82,500.00 | 0.525 | $78,750.00 |
| D. 300,001 gallons and over | 100,000 | Gallon | 0.600 | $60,000.00 | 0.775 | $77,500.00 |
| TOTALS FOR BASIS OF AWARD | 400,000 | | | $270,000.00 | | $341,250.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 05 | FRESNO, CA | CDF/FS | Approved QPL Products | MAY 23 THROUGH OCTOBER 31 |

| | | | FIRETROL | | HUNOT | |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 60-64 | | Qualification Lot No. 3616870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE-TROL GTS-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | $1.250 | $125,000.00 | 2.420 | $242,000.00 |
| B. 100,001 TO 300,000 gallons | 200,000 | Gallon | $0.700 | $140,000.00 | 0.525 | $105,000.00 |
| C. 300,001 TO 700,000 gallons | 400,000 | Gallon | $0.530 | $212,000.00 | 0.525 | $210,000.00 |
| D. 700,001 gallons and over | 200,000 | | $0.530 | $106,000.00 | 0.635 | $127,000.00 |
| TOTALS FOR BASIS OF AWARD | 900,000 | | | $583,000.00 | | $684,000.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 06 | REDDING, CA | CDF/FS | Approved QPL Products | JUNE 1 THROUGH OCTOBER 31 |

| | | | FIRETROL | | HUNOT | |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 60-64 | | Qualification Lot No. 3616870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE-TROL GTS-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | $0.995 | $99,500.00 | 1.800 | $180,000.00 |
| B. 100,001 TO 300,000 gallons | 200,000 | Gallon | $0.550 | $110,000.00 | 0.525 | $105,000.00 |
| C. 300,001 gallons and over | 400,000 | Gallon | $0.610 | $244,000.00 | 0.720 | $288,000.00 |
| TOTALS FOR BASIS OF AWARD | 700,000 | | | $453,500.00 | | $573,000.00 |

## IFB 49-03-10 FULL SERVICE RETARDANT ABSTRACT
## ONE YEAR WITH NO OPTIONS

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 07 | GOLETA (SANTA BARBARA, CA) | USDA, FS REGION 5 | Approved QPL Products | MAY 15 THROUGH NOVEMBER 15 |

| | | | FIRETROL | | HUNOT | |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 60-64 | | Qualification Lot No. 3616670-H/4427744-B/1051693-A | |
| Qualified Product Offered | | | FIRE-TROL GTS-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | 1.600 | $160,000.00 | 1.150 | $115,000.00 |
| B. 100,001 TO 400,000 gallons | 300,000 | Gallon | 0.750 | $225,000.00 | 0.525 | $157,500.00 |
| C. 400,001 gallons and over | 100,000 | Gallon | 0.600 | $60,000.00 | 0.890 | $89,000.00 |
| TOTALS FOR BASIS OF AWARD | 500,000 | | | $445,000.00 | | $361,500.00 |

| AMENDMENTS | FIRETROL | HUNOT |
|---|---|---|
| 1 | All | All |
| 2 | | |
| 3 | | |

[illegible] 12/19/03

CONTRACTING OFFICER DATE

12/19/20032:16 PM

# IFB 49-03-16 FULL SERVICE RETARDANT ABSTRACT
## ONE YEAR WITH ONE OPTION YEAR

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD | | |
|---|---|---|---|---|---|---|
| 01 | HELENA, MT | USDA -FS Region 1 | Approved QPL Products | JULY 31 THROUGH SEPTEMBER 19 | | |
| | | | FIRETROL | | HUNOT | |
| | | | Qualification Lot No. 91-FT-55/91-FT-54 | | Qualification Lot No. 3616870-H/4427744-B/1061695-A | |
| Qualified Product Offered | | | FIRE-TROL LCG-R/FIRE TROL LCA-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 50,000 gallons | 50,000 | Gallon | $1.120 | $56,000.00 | 1.140 | $57,000.00 |
| B. 50,001 TO 150,000 gallons | 100,000 | Gallon | $0.550 | $55,000.00 | 0.526 | $52,600.00 |
| C. 150,001 gallons and over | 50,000 | Gallon | $0.740 | $37,000.00 | 0.905 | $45,250.00 |
| TOTALS FOR BASIS OF AWARD | 200,000 | | | $148,000.00 | | $154,750.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD | | |
|---|---|---|---|---|---|---|
| 02 | FORT HUACHUCA, AZ | USDA -FS Region 3 | Approved QPL Products | MAY 10 THROUGH JULY 28 | | |
| | | | FIRETROL | | HUNOT | |
| | | | Qualification Lot No. 91-FT-54 | | Qualification Lot No. 3616870-H/4427744-B/1061695-A | |
| Qualified Product Offered | | | FIRE-TROL LCA-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 50,000 gallons | 50,000 | Gallon | $1.200 | $60,000.00 | $1.100 | $55,000.00 |
| B. 50,0-10 to 150,000 gallons | 100,000 | Gallon | $0.600 | $60,000.00 | $0.600 | $60,000.00 |
| C. 150,001 to 300,000 gallons | 150,000 | Gallon | $0.550 | $82,500.00 | $0.500 | $75,000.00 |
| D. 300,001 gallons and over | 100,000 | Gallon | $0.650 | $65,000.00 | $0.645 | $64,500.00 |
| TOTALS FOR BASIS OF AWARD | 400,000 | | | $267,500.00 | | $264,500.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD | | |
|---|---|---|---|---|---|---|
| 03 | BOISE, ID | USDA -FS Region 4 | Approved QPL Products | JUNE 1 THROUGH SEPTEMBER 30 | | |
| | | | FIRETROL | | HUNOT | |
| | | | Qualification Lot No. 91-FT-55/91-FT-54 | | Qualification Lot No. 3616870-H/4427744-B/1061695-A | |
| Qualified Product Offered | | | FIRE-TROL LCG-R/FIRE TROL LCA-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | $1.260 | $126,000.00 | $1.080 | $108,000.00 |
| B. 100,001 TO 300,000 gallons | 200,000 | Gallon | $0.600 | $120,000.00 | $0.495 | $99,000.00 |
| C. 300,001 TO 500,000 gallons | 200,000 | Gallon | $0.550 | $110,000.00 | $0.495 | $99,000.00 |
| D. 500,001 gallons and over | 200,000 | Gallon | $0.620 | $124,000.00 | $0.720 | $144,000.00 |
| TOTALS FOR BASIS OF AWARD | 700,000 | | | $478,000.00 | | $448,000.00 |

**IFB 49-03-15 FULL SERVICE RETARDANT ABSTRACT**
**ONE YEAR WITH ONE OPTION YEAR**

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD | | |
|---|---|---|---|---|---|---|
| 04 | POCATELLO, ID | BLM | Approved QPL Products | JUNE 23 THROUGH SEPTEMBER 30 | | |
| | | | FIRETROL | | HUNOT | |
| | | | Qualification Lot No. 01-FT-55/01-FT-54 | | Qualification Lot No. 3818870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE-TROL LCG-R/FIRE TROL LCA-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | 1.000 | $100,000.00 | 0.870 | $87,000.00 |
| B. 100,001 TO 300,000 gallons | 200,000 | Gallon | 0.500 | $100,000.00 | 0.495 | $99,000.00 |
| C. 300,001 gallons and over | 50,000 | Gallon | 0.650 | $32,500.00 | 0.820 | $41,000.00 |
| TOTALS FOR BASIS OF AWARD | 350,000 | | | $232,500.00 | | $227,000.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD | | |
|---|---|---|---|---|---|---|
| 05 | TWIN FALLS, ID | BLM | Approved QPL Products | JUNE 23 THROUGH SEPTEMBER 30 | | |
| | | | FIRETROL | | HUNOT | |
| | | | Qualification Lot No. 01-FT-56/01-FT-54 | | Qualification Lot No. 0818870-H/4427744-B/1051696-A | |
| Qualified Product Offered | | | FIRE-TROL LCG-R/FIRE TROL LCA-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | $1.000 | $100,000.00 | $0.980 | $98,000.00 |
| B. 100,001 to 300,000 gallons | 200,000 | Gallon | $0.500 | $100,000.00 | $0.505 | $101,000.00 |
| C. 300,001 gallons and over | 50,000 | Gallon | $0.700 | $35,000.00 | $0.905 | $45,250.00 |
| TOTALS FOR BASIS OF AWARD | 350,000 | | | $235,000.00 | | $244,250.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD | | |
|---|---|---|---|---|---|---|
| 06 | HILL AIR FORCE BASE UT | USDA-FS Region 4 | Approved QPL Products | JUNE 23 THROUGH OCTOBER 12 | | |
| | | | FIRETROL | | HUNOT | |
| | | | Qualification Lot No. 01-FT-55/01-FT-56 | | Qualification Lot No. 0818870-H/4427744-B/1051698-A | |
| Qualified Product Offered | | | FIRE-TROL LCG-R/FIRE TROL LCA-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 50,000 gallons | 50,000 | Gallon | $1.200 | $60,000.00 | $0.950 | $47,500.00 |
| B. 50,001 TO 150,000 gallons | 100,000 | Gallon | $0.500 | $50,000.00 | $0.500 | $50,000.00 |
| C. 150,001 gallons and over | 100,000 | Gallon | $0.650 | $65,000.00 | $0.820 | $82,000.00 |
| TOTALS FOR BASIS OF AWARD | 250,000 | | | $155,000.00 | | $179,500.00 |

## IFB 49-03-15 FULL SERVICE RETARDANT ABSTRACT
## ONE YEAR WITH ONE OPTION YEAR

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 07 | RAMONA, CA | CDF/FS Region 5 | Approved QPL Products | MAY 1 THROUGH DECEMBER 15 |

| | | | FIRETROL | | HUNOT | |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 60-64 | | Qualification Lot No. 3616870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE-TROL GTS-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | $1.150 | $115,000.00 | $1.340 | $134,000.00 |
| B. 100,001 TO 400,000 gallons | 300,000 | Gallon | $0.640 | $192,000.00 | $0.520 | $156,000.00 |
| C. 400,001 gallons and over | 100,000 | Gallon | $0.810 | $81,000.00 | $0.870 | $87,000.00 |
| TOTALS FOR BASIS OF AWARD | 500,000 | | | $388,000.00 | | $377,000.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 08 | SAN BERNARDINO CA | USDA -FS Region 5 | Approved QPL Products | MAY 20 THROUGH NOVEMBER 8 |

| | | | FIRETROL | | HUNOT | |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 60-64 | | Qualification Lot No. 3616870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE-TROL GTS-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | $1.190 | $119,000.00 | $1.600 | $160,000.00 |
| B. 100,000 to 300,000 gallons | 200,000 | Gallon | $0.560 | $112,000.00 | $0.505 | $101,000.00 |
| C. 300,001 to 500,000 gallons | 200,000 | Gallon | $0.500 | $100,000.00 | $0.505 | $101,000.00 |
| D. 500,001 gallons and over | 200,000 | Gallon | $0.600 | $120,000.00 | $0.760 | $152,000.00 |
| TOTALS FOR BASIS OF AWARD | 700,000 | | | $451,000.00 | | $514,000.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 09 | MEDFORD, OR | USDA -FS Region 6 | Approved QPL Products | MAY 25 THROUGH OCTOBER 20 |

| | | | FIRETROL | | HUNOT | |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 91-FT-64/60-64 | | Qualification Lot No. 3616870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE TROL LCA-R/FIRE TROL GTS-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | $1.100 | $110,000.00 | $0.960 | $96,000.00 |
| B. 100,001 TO 300,000 gallons | 200,000 | Gallon | $0.550 | $110,000.00 | $0.525 | $105,000.00 |
| C. 300,001 gallons and over | 100,000 | Gallon | $0.650 | $65,000.00 | $0.700 | $70,000.00 |
| TOTALS FOR BASIS OF AWARD | 400,000 | | | $285,000.00 | | $271,000.00 |

AMENDMENTS ALL ALL
1
2
3

CONTRACTING OFFICER DATE

## IFB 49-03-16 FULL SERVICE RETARDANT ABSTRACT
## ONE YEAR WITH TWO OPTION YEARS

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 01 | PRESCOTT, AZ | USDA -FS REGION 3 | Approved QPL Products | MAY 2 THROUGH JULY 30 |

| | | | FIRETROL | | HUNOT | |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 91-PT-94 | | Qualification Lot No. 3616870-H/4427744-B/1051696-A | |
| Qualified Product Offered | | | FIRE-TROL LCA-R | | PHOS CHEK D-76R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | $1.130 | $113,000.00 | 1.120 | $112,000.00 |
| B. 100,001 to 300,000 gallons | 200,000 | Gallon | $0.600 | $120,000.00 | 0.525 | $105,000.00 |
| C. 300,001 gallons and over | 150,000 | Gallon | $0.500 | $75,000.00 | 0.740 | $111,000.00 |
| TOTALS FOR BASIS OF AWARD | 450,000 | | | $308,000.00 | | $328,000.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 02 | WINSLOW, AZ | USDA, FS REGION 3 | Approved QPL Products | MAY 3 THROUGH JULY 12 |

| | | | FIRETROL | | HUNOT | |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 91-FT-84 | | Qualification Lot No. 3616870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE-TROL LCA-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | 1.100 | $110,000.00 | 1.090 | $109,000.00 |
| B. 100,001 to 300,000 gallons | 200,000 | Gallon | 0.550 | $110,000.00 | 0.515 | $103,000.00 |
| C. 300,001 gallons and over | 150,000 | Gallon | 0.550 | $82,500.00 | 0.710 | $106,500.00 |
| TOTALS FOR BASIS OF AWARD | 450,000 | | | $302,500.00 | | $318,500.00 |

IFB 49-03-16

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 03 | BATTLE MOUNTAIN NV | BLM | Approved QPL Products | JUNE 1 THROUGH SEPTEMBER 30 |

| | | | FIRETROL | | HUNOT | |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 91-FT-54/91-FT-56/90-64 | | Qualification Lot No. 3616870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE-TROL LCA-R/FIRE TROL LCG-R/FIRE TROL GTS-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | $1.210 | $121,000.00 | 0.900 | $90,000.00 |
| B. 100,001 to 300,000 gallons | 200,000 | Gallon | $0.500 | $100,000.00 | 0.495 | $99,000.00 |
| C. 300,001 and over | 100,000 | Gallon | $0.560 | $56,000.00 | 0.830 | $83,000.00 |
| TOTALS FOR BASIS OF AWARD | 400,000 | | | $277,000.00 | | $272,000.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 04 | MINDEN, NV | BLM | Approved QPL Products | JUNE 1 THROUGH SEPTEMBER 30 |

| | | | FIRETROL | | HUNOT | |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 91-FT-54/91-FT-56/90-64 | | Qualification Lot No. 3616870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE-TROL LCA-R/FIRE TROL LCG-R/FIRE TROL GTS-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | $1.010 | $101,000.00 | 1.040 | $104,000.00 |
| B. 100,001 to 300,000 gallons | 200,000 | Gallon | $0.540 | $108,000.00 | 0.525 | $105,000.00 |
| C. 300,001 gallons and over | 100,000 | Gallon | $0.600 | $60,000.00 | 0.826 | $82,600.00 |
| TOTALS FOR BASIS OF AWARD | 400,000 | | | $269,000.00 | | $291,600.00 |

## IFB 49-03-16 FULL SERVICE RETARDANT ABSTRACT
## ONE YEAR WITH TWO OPTION YEARS

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD | | |
|---|---|---|---|---|---|---|
| 05 | CEDAR CITY UT | BLM | Approved QPL Products | MAY 15 THROUGH SEPTEMBER 30 | | |
| | | | FIRETROL | | HUNOT | |
| | | | Qualification Lot No. 01-FT-54/60-64 | | Qualification Lot No. 3616870-H/4427744-B/1061696-A | |
| Qualified Product Offered | | | FIRE-TROL LCA-R/FIRE-TROL GTS-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | 1.000 | $100,000.00 | 0.870 | $87,000.00 |
| B. 100,001 to 300,000 gallons | 200,000 | Gallon | 0.550 | $110,000.00 | 0.495 | $99,000.00 |
| C. 300,001 gallons and over | 100,000 | Gallon | 0.650 | $65,000.00 | 0.910 | $91,000.00 |
| TOTALS FOR BASIS OF AWARD | 400,000 | | | $275,000.00 | | $277,000.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD | | |
|---|---|---|---|---|---|---|
| 06 | STEAD, NV | BLM | Approved QPL Products | June 1 through September 30 | | |
| | | | FIRETROL | | HUNOT | |
| | | | Qualification Lot No. 01-FT-54/01-FT-56/60-64 | | Qualification Lot No. 3616870-H/4427744-B/1061696-A | |
| Qualified Product Offered | | | FIRE-TROL LCA-R/FIRE TROL LCG-R/FIRE TROL GTS-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | 1.000 | $100,000.00 | 1.110 | $111,000.00 |
| B. 100,001 to 300,000 gallons | 200,000 | Gallon | 0.520 | $104,000.00 | 0.505 | $101,000.00 |
| C. 300,001 and over | 100,000 | Gallon | 0.650 | $65,000.00 | 0.920 | $92,000.00 |
| TOTALS FOR BASIS OF AWARD | 400,000 | | | $269,000.00 | | $304,000.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD | | |
|---|---|---|---|---|---|---|
| 07 | CHICO, CA | CDF/FS Region 5 | Approved QPL Products | JUNE 1 THROUGH OCTOBER 31 | | |
| | | | FIRETROL | | HUNOT | |
| | | | Qualification Lot No. 60-64 | | Qualification Lot No. 3616870-H/4427744-B/1061696-A | |
| Qualified Product Offered | | | FIRE-TROL GTS-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | $1.100 | $110,000.00 | 1.140 | $114,000.00 |
| B. 100,001 to 400,000 gallons | 300,000 | Gallon | $0.580 | $174,000.00 | 0.525 | $157,500.00 |
| C. 400,001 gallons and over | 150,000 | Gallon | $0.600 | $90,000.00 | 0.900 | $135,000.00 |
| TOTALS FOR BASIS OF AWARD | 550,000 | | | $374,000.00 | | $406,500.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD | | |
|---|---|---|---|---|---|---|
| 08 | FOX FIELD LANCASTER, CA | USDA, FS REGION 5 | Approved QPL Products | JUNE 1 THROUGH NOVEMBER 30 | | |
| | | | FIRETROL | | HUNOT | |
| | | | Qualification Lot No. 60-64 | | Qualification Lot No. 3616870-H/4427744-B/1061696-A | |
| Qualified Product Offered | | | FIRE-TROL GTS-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | $1.100 | $110,000.00 | 0.860 | $86,000.00 |
| B. 100,001 to 300,000 gallons | 200,000 | Gallon | $0.500 | $100,000.00 | 0.485 | $97,000.00 |
| C. 300,001 gallons and over | 100,000 | Gallon | $0.600 | $60,000.00 | 0.880 | $88,000.00 |
| TOTALS FOR BASIS OF AWARD | 400,000 | | | $270,000.00 | | $271,000.00 |

IFB 49-03-16 FULL SERVICE RETARDANT ABSTRACT
ONE YEAR WITH TWO OPTION YEARS

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 09 | STOCKTON, CA | USDA, FS Region 5 | Approved QPL Products | JUNE 1 THROUGH SEPTEMBER 30 |

| | | | FIRETROL | | HUNOT | |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 00-64 | | Qualification Lot No. 3816870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE-TROL GTS-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 50,000 gallons | 50,000 | Gallon | $1.790 | $89,500.00 | $5.000 | $250,000.00 |
| B. 50,001 to 150,000 gallons | 100,000 | Gallon | $0.990 | $99,000.00 | $0.525 | $52,500.00 |
| C. 150,001 to 300,000 gallons | 150,000 | Gallon | $0.700 | $105,000.00 | $0.525 | $78,750.00 |
| D. 300,001 gallons and over | 100,000 | Gallon | $0.800 | $80,000.00 | $1.350 | $135,000.00 |
| TOTALS FOR BASIS OF AWARD | 400,000 | | | $373,500.00 | | $516,250.00 |

| BID ITEM | AIRTANKER BASE | AGENCY | PRODUCT REQUIREMENT | REQUIRED DELIVERY PERIOD |
|---|---|---|---|---|
| 10 | MOSES LAKE, WA | USDA -FS Region 6 | Approved QPL Products | JUNE 10 THROUGH OCTOBER 24 |

| | | | FIRETROL | | HUNOT | |
|---|---|---|---|---|---|---|
| | | | Qualification Lot No. 01-FT-55/01-FT-54 | | Qualification Lot No. 3816870-H/4427744-B/1051695-A | |
| Qualified Product Offered | | | FIRE-TROL LCG-R/FIRE TROL LCA-R | | PHOS CHEK D-75R/LV-R/LC-95A | |
| PRICING CATEGORY | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT | UNIT PRICE | AMOUNT |
| A. Zero to 100,000 gallons | 100,000 | Gallon | 0.900 | $90,000.00 | 0.540 | $54,000.00 |
| B. 100,001 to 300,000 gallons | 200,000 | Gallon | 0.550 | $110,000.00 | 0.505 | $101,000.00 |
| C. 300,001 gallons and over | 200,000 | Gallon | 0.680 | $136,000.00 | 0.725 | $145,000.00 |
| TOTALS FOR BASIS OF AWARD | 500,000 | | | $336,000.00 | | $300,000.00 |

AMENDMENTS ALL ALL
1
2
3

[signature] 12/19/03
CONTRACTING OFFICER DATE