EXHIBIT "S"

# Biological Assessment/Evaluation of Aerially Delivered Fire Retardant Guidelines

**October 1, 2000**

## I. INTRODUCTION

The purpose of this programmatic biological assessment/biological evaluation (BA/BE) is to identify the effects of applying the *Guidelines for Aerial Application of Retardants and Foams in Aquatic Environments* to federally listed threatened and endangered species, species proposed for federal listing, and Forest Service and Bureau of Land Management (BLM) Sensitive species. This BA/BE is prepared in accordance with the legal requirements set forth under the Endangered Species Act (19 U.S.C. 14536 (c)) and it's regulations 50 CFR 402, and follows procedures established in Forest Service Manual Direction (FSM 2672.4), and in BLM Special Status Species policy (6840 Manual). The Forest Service is the lead Federal Agency for this consultation.

## II. CONSULTATION TO DATE

In March 2000, the Forest Service, BLM, National Park Service, Bureau of Indian Affairs and Fish and Wildlife Service (FWS) began emergency consultation procedures, as described in 50 CFR 402.05 (Federal Register, June 3, 1986) with the FWS and National Marine Fisheries Service (NMFS) on the development of interim *Guidelines for Aerial Application of Fire Retardant and Foams in Aquatic Environments* (April 2000). In April 2000, both the FWS and NMFS gave conditional concurrence that these guidelines described appropriate measures to minimize adverse effects to listed aquatic species when fire fighting agencies conduct emergency response activities related to wildland fire fighting. Additional Section 7 discussions with FWS and NMFS personnel were completed during the environmental assessment.

Under the agreed to *Guidelines for Aerial Application of Fire Retardant and Foams in Aquatic Environments*, aerial application of retardant beyond 300 feet of a waterway is presumed to avoid adverse effects to aquatic threatened, endangered, proposed and sensitive (TEPS) species or their habitats. If there are no adverse effects to aquatic threatened, endangered or proposed species or their habitats, additional consultation with the FWS and NMFS is deemed unnecessary. If adverse effects to aquatic threatened, endangered and proposed species or their habitats are observed, then further consultation with FWS or the NMFS would be necessary.

## III. CURRENT AERIALLY DELIVERED FIRE RETARDANT MANAGEMENT DIRECTION

Currently all Federal land management agencies prepare a Wildland Fire Situation Analysis (WFSA) prior to assigning a wildfire to an incoming fire team. Among other things, the WFSA describes local resources (including TEPS species and habitat) to be protected and managed for by the fire management team. In addition, personnel familiar with local resources are assigned to work with the fire team to advise them of critical resource issues such TEPS species and habitat in the wildland fire area.

Current direction for retardant application is contained in the April, 2000 interim *Guidelines for Aerial Application of Retardants and Foams in Aquatic Environments*. These guidelines establish minimum retardant-free buffer zones next to waterways. A waterway is defined as "any body of water including lakes, rivers, streams (perennial and intermittent), ponds, springs and seeps, whether or not they contain aquatic life." The remainder of Section III. contains the entire *Guidelines:*

**Avoid aerial application of retardant or foam within 300 feet of waterways.**

These guidelines do not require the helicopter or airtanker pilot-in-command to fly in such a way as to endanger his or her aircraft, other aircraft, or structures or compromise ground personnel safety.

Guidance for pilots: To meet the 300-foot buffer zone guideline, implement the following:

- Medium/Heavy Airtankers: When approaching a waterway visible to the pilot, the pilot shall terminate the application of retardant approximately 300 feet before reaching the waterway. When flying over a waterway, pilots shall wait one second after crossing the far bank or shore of a waterway before applying retardant. Pilots shall make adjustments for airspeed and ambient conditions such as wind to avoid the application of retardant within the 300-foot buffer zone.

- Single Engine Airtankers: When approaching a waterway visible to the pilot, the pilot shall terminate application of retardant or foam approximately 300 feet before reaching the waterway. When flying over a waterway, the pilot shall not begin application of foam or retardant until 300 feet after crossing the far bank or shore. The pilot shall make adjustments for airspeed and ambient conditions such as wind to avoid the application of retardant within the 300-foot buffer zone.

- Helicopters: When approaching a waterway visible to the pilot, the pilot shall terminate the application of retardant or foams 300 feet before reaching the waterway. When flying over a waterway, pilots shall wait five seconds after crossing the far bank or shore before applying the retardant or foam. Pilots shall make adjustments for airspeed and ambient conditions such as wind to avoid the application of retardant or foam within the 300-foot buffer zone.

**Exceptions**

- When alternative line construction tactics are not available due to terrain constraints, congested areas, life and property concerns or lack of ground personnel, it is acceptable

to anchor the foam or retardant application to the waterway. When anchoring a retardant or foam line to a waterway, use the most accurate method of delivering in order to minimize placement of retardant or foam in the waterway (e.g., a helicopter rather than a heavy airtanker).

- Deviations from these guidelines are acceptable when life or property is threatened and the use of retardant or foam can be reasonably expected to alleviate the threat.

- When potential damage to natural resources outweighs possible loss of aquatic life, the unit administrator may approve a deviation from these guidelines.

**Threatened or Endangered (T&E) Species:**

The following provisions are guidance for complying with the emergency section 7 consultation procedures of the ESA with respect to aquatic species. The provisions do not alter or diminish an action agency's responsibilities under the ESA.

Where aquatic T&E species or their habitat are potentially affected by aerial application of retardant or foam, the following procedures apply.

- As soon as practicable after the aerial application of retardant or foam near waterways, determine whether the aerial application has caused any adverse effects to a threatened or endangered species or their habitat. This can be accomplished by the following:

    - Aerial application of retardant or foam outside 300 feet of a waterway is presumed to avoid adverse effects to aquatic species and no further consultation for aquatic species is necessary.
    - Aerial application of retardant or foam within 300 feet of a waterway requires that the unit administrator determine whether there have been any adverse effects to threatened or endangered species within the waterway.

  These procedures shall be documented in the initial or subsequent fire reports.

- If there are no adverse effects to aquatic threatened or endangered species or their habitats, there is no additional requirement to consult on aquatic species with Fish and Wildlife Service or National Marine Fisheries Service.

- If the action agency determines that there are adverse effects on threatened or endangered species or their habitats, then the action agency must consult with Fish and Wildlife Service and National Marine Fisheries Service, as required by 50 CFR 402.05 (Emergencies). Procedures for emergency consultation are described in the Interagency Consultation Handbook, Chapter 8 (March 1998). In the case of a long duration incident, emergency consultation should be initiated as soon as practical during the event. Otherwise, post-event consultation is appropriate. The initiation of consultation is the responsibility of the unit administrator.

## IV. DESCRIPTION OF THE PROPOSED ACTION

The cooperating Federal agencies are proposing that, nationwide, from August 2000 to December 2001, retardant would continue to be applied under the direction contained in the *Guidelines for Aerial Application of Fire Retardant and Foams in Aquatic Environments* (April 20, 2000). Additionaly, the USGS Columbia Environmental Research Center will conduct mesocosm tests of fire chemical toxicity. The objectives of these studies will be to:

- Evaluate persistence of photoenhanced toxicity of fire retardant chemicals in water and soils.
- Determine degredation of cyanide and ammonia associated with fire retardant chemicals.
- Assess toxicity of fire retardant chemicals to amphibians under field wetland conditions.
- Assess toxicity of fire retardant chemicals to fish under field artificial stream conditions.
- Evaluate potential effects from chemical runoff to stream ecosystems.

## V. EXISTING ENVIRONMENT

The proposed project area is nation-wide on all Federal lands managed by the proposing agencies that include waterways or are within 300ft of waterways. This includes aquatic and terrestrial habitats that are used by threatened, endangered, proposed and sensitive animal and plant species. While application of retardants could possibly affect any species, effects from use of the *Guidelines* are considered to be of significant potential risk only to aquatic species.

Although rivers and lakes cover less than 1% of earth's surface and only amount to 0.01% of the world's total water, these freshwaters provide habitat for 12% of the world's known animal species (Master et al. 1998). Streams and lakes in the United States contain 801 species of fish, which is nearly 10% of the 8,400 described freshwater fish species worldwide (Master et al. 1998). In addition, United States freshwater habitats contain 3/5 of the world's known crayfish species, 96% of which are found nowhere else in the world (Master et al. 1998). Table 1 depicts the rich diversity of aquatic life found in United States freshwater habitats.

**Table 1. Global Significance of United States Freshwater Species (Master et al 1998).**

| Taxonomic group | Number of described species in US | Number of described species worldwide | Percentage of worldwide known species found in US | US worldwide ranking in species diversity |
|---|---|---|---|---|
| Fishes | 801 | 8,400 | 10 | 7th |
| Crayfishes | 322 | 525 | 61 | 1st |
| Mussels | 300 | 1,000 | 30 | 1st |
| Snails | 600 | 4,000 | 15 | 1st |
| Stoneflies | 600 | 1,550 | 40 | 1st |
| Mayflies | 590 | 2,000 | 30 | 1st |
| Caddisflies | 1,400 | 10,564 | 13 | 1st |

| | | | | |
|---|---|---|---|---|
| Dragonflies& Damselflies | 452 | 5,756 | 8 | uncertain |
| Stygobites | 327 | 2,000 | 16 | 1st |

Of the 1,233 species listed in the United States under the ESA, there are 113 threatened and endangered freshwater fish species, 69 mussel species and 21 crustacean species (Summary of Listed Species, July 31, 2000; FWS). A total of 49 additional aquatic species have been proposed for listing under ESA.

## VI. EFFECTS OF THE PROPOSED ACTION

Reports have shown that the effects of wildland fire on aquatic systems can be immediate and direct (e.g., fish kills) and long term and indirect (e.g., increased runoff, greater peak flows) (Baker 1988, Brown 1989, Gresswell 1999, Rhine 1996, Rieman & Clayton 1997, Roby & Azuma 1995, Spencer & Hauer 1991 ). If stream habitats remain intact and relatively hospitable for fish, and there is connectivity with other fish streams that have unaffected or surviving populations, streams with fish kills can rapidly recolonize. If the affected stream contains unique threatened and endangered species, or is isolated, with little or no connectivity to neighboring fish populations, recolonization may be impossible.

Because of natural and human activities, many fish species, particularly threatened or endangered species, occur in discontinuous habitats. Large, severe wildland fires can destroy local fish populations. If the affected stream contains unique threatened or endangered species and has little or no connectivity to neighboring fish populations of a similar nature, a unique genetic strain or species can be destroyed by wildland fires (Gresswell 1999, Master, Flack & Stein 1998, Rinne 1996, and Rieman & Clayton 1997).

The causes of fish mortality from wildfires are associated with water temperatures heated to lethal levels, fire induced changes in pH, increased ammonium levels from smoke gases absorbed into surface waters, and increased phosphate levels leached from ash (Baker 1988, Brown 1989, Gresswell 1999, Norris, Lorz & Gregory 1991, Rinne 1996, Rieman & Clayton 1997, Spencer & Hauer 1991). While wildland fires can cause dramatic short-term and long-term changes to watershed and stream channels, these changes may or may not be detrimental to the aquatic ecosystem in the long term. Large wildland fires are important to maintain and provide long-term stream habitat complexity that can benefit instream biodiversity and threatened or endangered species habitat (Everest et al. 1987, Reeves et al. 1995).

Some researchers stress that complex life history patterns may be the result of historical patterns of disturbance and may be the key to creating and maintaining complex stream habitats (Swanson and Lienkaemper 1978, Reeves et al. 1995 in Rieman and Clayton 1997). Emerging theory supports the idea that natural infrequent, large-scale, disturbances have been critical to the maintenance of complex habitats and the broad expressions of varied life history patterns (Reeves et al. 1995, Bisson et. al. 1997 in Rieman and Clayton 1997). Some species, such as bull trout and redband trout, are well adapted to large-scale disturbance events (Rieman and Clayton 1997). Although the effects of some wildland fires on local fish and invertebrate populations may appear catastrophic, Everett et al. (1987) and Reeves et al. (1995) have suggested that infrequent large-scale wildland fires may be important in maintaining long-term habitat complexity and suitable spawning/rearing habitat in some salmonid watersheds.

Many fish species inhabit watersheds where small, low-intensity fires periodically burned portions of the watershed. The habitat for these aquatic communities was not necessarily created and maintained by the large, infrequent wildland fires that Everett et al. (1987) and Reeves et al. (1995) suggested as important to maintain complex quality habitat. For example, small, low-intensity fires used to be typical for Western United States watersheds that contained ponderosa pine (*Pinus ponderosa*) stands (Agee 1991, Walstad, Radosevich & Sandberg 1990). Nearly a century of wildland fire fighting, has converted many of these stands to mixed conifer with dense understories of lodgepole pine (*Pinus contorta*) and Douglas (*Pseudotsuga menziesii*), or white fir (*Abies concolor*). Current forest fuel loads are higher now than during the last 150 years or more (Agee 1991, Walstad, Radosevich & Sandberg 1990). When wildland fires now occur in these watersheds, the fires are dramatically different from those that occurred in the past. Many present day wildfires tend to become stand replacement fires in areas that 100 years ago would only carry small low-intensity ground fires. Fish populations that have evolved in these areas, may not be able to survive the intense wildfires that can occur in these areas today.

Most retardant is delivered to ridge top vegetation and adjacent natural fire barriers such as roads, meadows, and rock outcrops. Aquatic environments are commonly located in canyon bottoms that are difficult to reach with large fixed-wing aircraft. Therefore, aquatic environments that are exposed to retardant delivery are typically a small portion of the area where retardant is typically applied. Occasionally, retardant is applied adjacent to lakes and streams that are being used as natural fire barriers. In addition, other factors, such as firefighter or public safety, or structure protection, may require the use of retardant directly adjacent to aquatic areas. When this is necessary, the retardant is typically applied perpendicular to the stream or lakeshore.

Retardant is never intentionally dropped into surface waters. However, accidental releases and fish kills have occurred (Carmichael 1992, Krehbiel 1992, Norris et al in Norris, Lorz & Gregory 1991). The environmental and safety aspects of retardant have been continuously monitored by Federal land management agencies since they began using it to fight wildland fires (Boivin 1994, Carmichael 1992, Finger 1997, Krebbiel 1992, Little and Calfee 2000, Van Meter and Hardy 1975, and Norris, Lorz, and Gregory 1991).

The Columbia Environmental Research Center (CERC) of the US Geological Survey was contracted by the Forest Service to study the sodium ferrocyanide/free cyanide chemical reaction as it pertained to retardant use. CERC issued a report on their findings in March 2000, describing the effects of ultra-violet radiation (UV) on the toxicity of retardant with and without sodium ferrocyanide to rainbow trout (*Onchorhynchus mykiss*) and Southern leopard frog tadpoles (*Rana sphenocephala*).

The results indicated that trout and tadpole mortality significantly increased, presumably through free cyanide toxicity, when the organisms were exposed to retardant formulations containing sodium ferrocyanide and exposed to UV radiation. The CERC report recommended that further studies be implemented to determine if similar results would be achieved under field conditions. The CERC report, in conjunction with previous studies (Boivin 1994, ERM 1987, Finger 1997, Krehbiel 1992), hastened a new evaluation of retardant application procedures used by Federal agencies during wildland fire fighting operations.

Sodium ferrocyanide is commonly used as a corrosion inhibitor in some retardant formulations. When sodium ferrocyanide is mixed or dissolved in water and exposed to UV radiation, it breaks down to form hydrogen cyanide (HCN), which is extremely toxic to aquatic life, and cyanide ions (CN), which are less toxic (Norris, Lorz, and Gregory 1991). Cyanide is lost from natural waters through volatilization into

the atmosphere, combination with iron, copper, nickel, zinc, or calcium to form stable, low toxicity complex cyanides, and biological oxidation to ammonia and carbon dioxide (Fiedelman 1975 in ERM 1987).

Ammonia ($NH_3$) is highly soluble and typically results when fertilizers or retardants are added to water. When ammonia dissolves in water, a chemical equilibrium is maintained between $NH_3$, which is the more toxic form, and ionized ammonia ($NH_4^+$). The chemical balance between these 2 forms of ammonia is determined by pH, temperature, and total ammonia concentration. In most streams, the pH is sufficiently low and $NH_4^+$ predominates. However, in highly alkaline waters, $NH_3$ concentrations increase and can reach toxic levels. Many laboratory experiments have demonstrated that $NH_3$ in the range of 0.2 to 2.0 mg/L can be lethal to fish (Norris, Lorz, and Gregory 1991).

Finger (1997) tested the toxicity of 3 retardant formulations (Fire-Trol GTS-R, Fire-Trol LCG-R, and Phos-Chek D75-F) on *Pimephales promelas* (fathead minnows), *Oncoryhynchus mykiss* (rainbow trout), juvenile *Oncoryhynchus tshshawytscha* (Chinook salmon), *Daphnia magna* (daphnia), *Hyalella azteca* (amphipod), and *Selenastrum capricornatum* (algae). This study found that the toxicity of these retardant formulations to the 5 tested organisms was remarkably similar, and that the toxic component was probably unionized ammonia ($NH_3$).

Norris, Lorz, and Gregory (1991) described retardant stream studies that demonstrated that direct application of retardants onto the stream surface was the primary source of retardant contamination in streams. They found that only minor amounts of retardant entered streams from riparian areas and that relatively narrow, untreated riparian strips as small as 3 meters virtually eliminated retardant entering stream waters (Norris, Lorz, and Gregory 1991). Since the *Guidelines for Aerial Application of Retardants and Foams in Aquatic Environments* restricts retardant application to 300 feet or greater from surface waters, these guidleines significantly reduce the risk of retardant harming aquatic species.

It is difficult to estimate the effects of a retardant spill on aquatic organisms. The toxicity of retardants to aquatic organisms is generally considered to be due to ammonia or free cyanide (Boivin 1994, ERM 1987, Finger 1997, Krehbiel 1992, Little & Calfee 2000, Norris, Lorz & Gregory 1991). Lethal concentrations of cyanide (0.05 to 0.1 mg/L) (EPA Quality Criteria for Water 1976) and ammonia (0.2 to 2.0 mg/L) (EPA Quality Criteria for Water 1976) can be determined under laboratory conditions, but field situations are more complex and difficult to quantify. Avoidance of the contaminated area, time exposed to the toxin, water quality, quantity of retardant spilled into freshwater, type of water body, and size of water body determines whether an aquatic organism will be exposed to toxic levels of either cyanide or ammonia (Norris, Lorz & Gregory 1991, Van Meter & Hardy 1975).

Fire retardants can have adverse effects on aquatic species, including TEPS species, due to the nature of the two common ingredients mentioned above. The use and implementation of *Guidelines for Aerial Application of Retardants and Foams in Aquatic Environments* will have positive effects to threatened, endangered, proposed and sensitive species because it will contribute to minimizing the application of retardant in ways that could have adverse effects on aquatic species. Because of the very limited possibility of influencing potential effects to terrestrial TEPS species, use of the *Guidelines* is expected to have no effect, or to have discountable or insignificant effects. In addition, the use and implementation of *Guidelines for Aerial Application of Retardants and Foams in Aquatic Environments*

will minimize many of the deleterious effects of wildland fires on aquatic species and habitats by reducing wildland fire sizes and intensities.

## VII. DETERMINATION

It is my determination that implementing the *Guidelines for Aerial Application of Retardants and Foams in Aquatic Environments* from August 2000 to December 2001 may affect, but is not likely to adversely affect, federally threatened or endangered species; and is not likely to jeopardize the continued existence of federally proposed species; and is not likely to result in the destruction or adverse modification of critical habitat or proposed critical habitat.

It is also my determination that implementing the Guidelines for Aerial Application of Retardants and Foams from August 2000 to December 2001 may affect Forest Service sensitive species but will not result in a loss of species viability or create significant trends toward federal listing.

Implementing the *Guidelines for Aerial Application of Retardants and Foams in Aquatic Environments* from August 2000 to December 2001 may affect BLM state-listed and sensitive, and candidate species, but will not create significant trends toward Federal listing.

/s/ *Kent N. Russell* *October 1, 2000*

KENT N. RUSSELL

## VIII. REFERENCES

Agee, James K. 1993. Fire Ecology of Pacific Northwest Forests. Washington, DC: Island Press. 493p.

Boivin, Christine, project manager Labat-Anderson Inc. Aug 29, 1994. Chemicals Used in Wildland Fire Suppression A Risk Assessment. Rpt prepared for Fire and Aviation Management, USDA Forest Service. Contract 53-31887-9-30; Task 93-02. 186p.

Baker, Malchus B. Nov 14-17, 1988. Hydrologic and Water Quality Effects of Fire. Panel paper presented at the conference: Effects of Fire in Management of Southwestern Natural Resources. Tuscon, AZ. p31-42.

Brown, James K. Sep 18-19,1989. Effects of Fire on Aquatic Systems. Paper presented at Wild Trout IV Symposium, Yellowstone National Park, Mammoth, Wyoming. p106-110.

Carmichael, N.B. Oct 8, 1992. Letter: Results of Stone Creek samples collected July 2, 1992. British Columbia Environment. 6p.

ERM- New England, Inc. Aug 17, 1987. Potential Environmental and Public Health Impacts of Sodium Ferrocyanide in Deicing Salt. Report prepared for Degussa Corporation, Route 46 at Hollister Rd, Teterboro, NJ 07608. 24p & appendices.

Everest, F.H.; and five coauthors. 1987. Fine sediment and salmonid production: a paradox. Pages 98-142 in E.O. Salo and T.W. Cundy, editors. Stream side management: forestry and fishery interactions. University of Washington, Institute of Forest Research Contribution 57, Seattle, WA.

Finger, Susan, ed. Dec 15, 1997. Toxicity of Fire Retardant and Foam Suppressant Chemicals to Plant and Animal Communities. Final Report Prepared For Interagency Fire Coordination Committee Boise, Idaho. 186p.

Gresswell, Robert E. Mar 1999. Fire and Aquatic Ecosystems in Forested Biomes of North America. Transactions of the American Fisheries Society. 128:193-221.

Krehbiel, Richard. Nov 24, 1992. Letter & Appendix: The Use of Firetrol 931 Fire Retardant in British Columbia. British Columbia Environment. 31p.

Little, Edward E.; Calfee, Robin D. Mar 23, 2000. The Effects of UVB Radiation on the Toxicity of Fire Fighting Chemicals. Final Report submitted to USDA Forest Service, Wildland Fire Chemical Systems, Missoula, MT. 66p.

Master, Lawrence L., Flack, Stephanie R., Stein, Bruce A., eds. 1998. Rivers of Life: Critical Watersheds for Protecting Freshwater Biodiversity. The Nature Conservancy, Arlington, Virginia. 71p.

Norris, L.A.; H.W. Lorz; S.V. Gregory. 1991. Forest Chemicals. American Fisheries Society Special Publication 19:207-296.

Reeves, G.H., L.E. Brenda, K.M. Burnett, P.A. Bisson, and J.R. Sedell. 1995. A disturbance based ecosystem approach to maintaining and restoring freshwater habitats of evolutionarily significant units of anadromous salmonids in the Pacific Northwest. Pages 334-349 in J.L. Nielson, editor. Evolution and the Aquatic Ecosystem: Defining Unique Units in Population Conservation. American Fisheries Society, Symposium 17, Bethesda, Maryland.

Rhine, John N. 1996. Short-Term Effects of Wildfire on Fishes and Aquatic Macroinvertebrates in the Southwestern United States. North American Journal of Fisheries Management, American Fisheries Society. 16:653-658.

Rieman, Bruce, Jim Clayton. Nov 1997. Wildfire and Native Fish: Issues of Forest Health of Sensitive Species. Fisheries. American Fisheries Society. 22(11):6-15.

Roby, Kenneth B., David L. Azuma. 1995. Changes in a Reach of a Northern California Stream Following Wildfire. Environmental Management Vol 19, No 4, p591-600.

Spencer, Craig N. & F. Richard Hauer. 1991. Phosphorus and nitrogen dynamics in streams during a wildfire. Journal of the North American Benthological Society. 10(1):24-30.

Van Meter, Wayne P. and Charles E. Hardy. June 1975. Predicting Effects on Fish of Fire Retardants in Streams. Intermountain Forest and Range Experiment Station, USDA Forest Service. INT-166. 16p.

Walstad, John D.; Radosevich, Steven R.; Sandberg, David V. 1990. Natural and Prescribed Fire in Pacific Northwest Forests. Corvallis, Oregon; Oregon State University Press. 317p.