EXHIBIT "U"

## Table of Contents

### Part 1. General


| Paragraph Nos. | Paragraph Titles | Page Nos. |
|---|---|---|
| 1 | Responsibility for qualification | 103 |
| 2 | Purpose of qualification | 103 |
| 3 | Significance of listing on QPL | 103 |
| 4 | Justification for qualification | 103 |
| 5 | Determination to be made by preparing activity | 104 |
| 6 | Restrictions | 104 |
| 7 | Extension of qualification | 104 |
| 8 | Retention of qualification | 105 |
| 9 | Inclusion of products from additional manufacturers | 105 |
| 10 | Reexamination and retest | 105 |
| 11 | Cost of test | 106 |
| 12 | Availability of test data | 107 |
| 13 | Preparation, printing, and distribution | 107 |
| 14 | Removal of a product from a QPL | 107 |


### Part 2. Procedures


| | | |
|---|---|---|
| 15 | Justification and determination | 109 |
| 16 | Publicity | 109 |
| 17 | Submission of the product | 109 |
| 18 | Authorization for qualification | 110 |
| 19 | Notification of qualification results | 110 |
| 20 | Issuance of QPL after promulgation of the specification | 111 |
| 21 | Product coverage | 111 |
| 22 | Revisions and amendments | 111 |
| 23 | Review of qualification requirements | 111 |
| 24 | Waiver of qualification | 111 |
| 25 | Cancellation of QPLs | 112 |
| 26 | Inquiries regarding QPLs | 112 |


### Part 3. Format


| | | |
|---|---|---|
| 27 | Format for QPL | 113 |
| 28 | QPL numbering | 113 |
| 29 | Federal Supply Classification | 113 |
| 30 | Specification number and title | 113 |
| 31 | Preamble | 114 |

## Chapter 6. Table of Contents (continued)


| | | |
|---|---|---|
| 32 | Review of qualification requirements | 114 |
| 33 | Revisions | 114 |
| 34 | Amendments | 114 |
| 35 | Notices of cancellation | 115 |

| Figure Nos. | Titles | Page Nos. |
|---|---|---|
| Figure 6-1 | Federal Qualified Products List with continuation sheet, using supplement for addresses of distributors, manufacturers, and plants | 116 |
| Figure 6-2 | Federal Qualified Products List with continuation sheet; each entry including addresses; no supplement | 118 |
| Figure 6-3 | Federal Qualified Products List amendment | 120 |
| Figure 6-4 | Federal Qualified Products List cancellation notice | 121 |
| Appendix 6A | Provisions Governing Qualification (Qualified Products List) | 123 |

## Part 1. General

1. Responsibility for qualification.

The preparing activity for a federal specification is responsible for recommending to GSA that the qualification requirement be included in or deleted from the specification. With GSA concurrence, the preparing activity is responsible for the qualification of products according to the procedures prescribed in this chapter. The preparing activity is further responsible for the continuing review and necessary amendment or revision of the qualified products list (QPL) associated with the specification.

2. Purpose of qualification.

Since many specifications are based on performance requirements, the possible variations in design and quality, and the nature of the requirements and tests for certain products are such that it is impractical to procure products solely on acceptance tests without unduly delaying delivery. This is especially true where specifications cover items such as life survival and emergency life saving equipment, or the nature of the items requires complex and costly tests to assure compliance with the specification. To ensure continuous availability of products in such cases, qualification of specific products is required prior to the award of negotiated contracts. Testing of a product for compliance with the requirements of a specification in advance of, and independent of, any specific procurement action, is known as qualification testing. The entire process by which products are obtained from manufacturers and distributors, examined, and tested, and then identified on a list of qualified products is known as qualification. The purpose of qualification prior to and independent of any procurement action, is to provide a means of relieving quality conformance inspections on long, complex, or expensive tests, some of which would otherwise be required after each award (see par. 5 below). To establish a federal QPL, a federal or interim federal specification must exist which requires qualification and sets forth the qualification examinations and test.

3. Significance of listing on QPL.

The fact that a product has been examined and tested and placed upon a QPL signifies only that at the time of examination and test the manufacturer could make a product which met specification requirements. Inclusion of a product on a QPL does not in any way relieve the manufacturer or distributor of his contractual obligation to deliver items meeting all specification requirements. Nor does the inclusion of a product on a QPL guarantee acceptability under a contract since the products must conform to specification requirements. Qualification does not constitute waiver of the requirement for either in-process or other inspection or for the maintenance of quality control measures satisfactory to the government.

4. Justification for qualification.

Qualification is necessary when the government requires assurance, prior to award, that the product is satisfactory for its intended use. To establish this requirement, one or more of the following criteria must apply:

a. The time required to complete testing could cause a delay of 30 calendar days or more in the delivery of supplies being purchased.

b. Quality conformance inspection would require special equipment not commonly available.

c. It covers life survival or emergency life saving equipment.

5. Determination to be made by preparing activity.

Prior to inclusion of a requirement for qualification in a specification, the preparing activity will determine the following:

a. There is no other practicable way of obtaining conclusive evidence of the availability of products meeting the requirements of the specification in a reasonable time, prior to and independent of procurement.

b. At least two or more sources are available and willing to submit their products for qualification, except under unusual circumstances.

c. Test facilities and resources are available to establish and maintain the QPL adequately and without delay.

6. Restrictions.

a. Avoiding misuse of qualification provisions. The qualification procedure is never used in a specification to encourage development of an item. The misuse of qualification may result in the existence of procurement specifications for products for which there are no known suppliers. Before qualification is established, test data should be at hand indicating that the product can be produced, and there is a reasonable expectation that the product will be available in sufficient quantities from several sources to meet government requirements. Qualification is not used with intent to discourage possible additional sources of supply.

b. Restrictions on use for promotional purposes. QPLs may be referred to in advertising or publicity only to state that the product of a particular manufacturing facility is listed on a QPL or meets the requirements of a federal specification, provided that such advertising or publicity does not claim or imply government preference or endorsement or that the product is the only one of its type that has passed the prescribed tests, and those claims can only be made for the product that has met all specification requirements and is listed on the government's QPL.

7. Extension of qualification.

Except as provided herein, qualification of a product applies only to the product that is manufactured at the plant that produced the samples examined and tested. The preparing activity may extend qualification to the same product produced by other plants of the manufacturer when it has determined:

a. By examination or test of the product from such other plants that it is at least equal in all respects to that of the qualified product; and

b. That the quality control and processing at such other plants are such that the products produced are at least equal in all respects to the qualified product. The determination made under this provision will be based on inspection of the plant, quality control, and processing procedures.

If a facility comes under new ownership and management, the Qualifying Activity must evaluate the equivalence of the product to ensure that the product is unchanged and that the new ownership and management have the expertise and capability to provide products of requisite quality, reliability, and safety.

8. Retention of qualification.

In order to retain qualification approval of products, one of the following actions is required:

a. Certification by the manufacturer.

b. Periodic submission of new test data as may be required in the specification.

c. Completion of re-qualification testing as may be required in the specification.

9. Inclusion of products from additional manufacturers.

QPLs are kept open for inclusion of products from additional manufacturers and distributors as these products become qualified.

10. Re-examination and retest.

a. Re-examination of a qualified product is required by the qualifying activity under any of the following conditions:

(1) The manufacturer has modified the product or changed the material or processing sufficiently so that the validity of previous qualification is questionable, when determined by the qualifying activity.

(2) The requirements in the specification have been amended or revised sufficiently to affect the characteristics of the product.

(3) When the qualifying activity deems it necessary to determine that the product continues to meet all of the specification requirements.

(4) When required by retention of qualification requirements in the specification.

b. Retest may be required based on the examination of data. The qualifying activity determines, based upon the extent of specification or product changes and other available data, whether products should be removed from the QPL until retested, or whether such action should be delayed pending the outcome of the tests or receipt of additional data. If the products should be retested and remain on the QPL, a maximum time limit will be established for submission of the samples or test data, as applicable before removal.

c. The nature and extent of the re-examination or retest shall be determined by the qualifying activity.

11. Cost of test.

a. Assignment of costs. It is not intended that the government act as a testing activity for commercial interests when the government derives no benefit. Accordingly, the costs of test are normally borne by industry. The government does not bear any of the costs of testing incurred in connection with qualification tests performed in laboratories not operated or contracted by the government. The costs of performing qualification tests in government operated or contracted laboratories may be shared (prorated) between the government and the applicant or wholly borne by the government whenever charges for performance of tests are so large as to discourage requests for qualification. The charges include both direct and indirect costs. A schedule of charges is established when any portion of the cost is to be borne by the applicant. Such charges are uniform for all applicants. Nothing in this chapter prevents a revision of the schedule of charges due to fluctuations in direct or indirect costs.

b. Change in schedule of charges. The intent to change the share of costs to be borne by industry is publicized by an appropriate notice from GSA to the "Commerce Business Daily". This notice contains a terminal date for receipt of requests for qualification testing, after which the revised schedule will be applied. The terminal date establishes at least a reasonable period after publication of the notice to permit suppliers to request qualification testing of their products. Requests received prior to the terminal date are processed on the basis of the previous schedule of charges.

c. Cost of retesting. The applicant may be required to pay the entire cost or a larger share of the cost of retesting his product after initial failure, providing that such applicant is so advised in his initial authorization to submit samples. The charges for retest normally are uniform for all applicants. However, changing circumstances may make it in the best interest of the government to have a change effected in the share of the test costs borne by the applicant. In such cases approval of the change is sought from GSA.

12. Availability of test data.

Test data developed in connection with qualification tests will be subject to disclosure unless exempt in accordance with provisions of the Freedom of Information Act (5 U.S.C. 552). In addition, after certification that such action is in the best interests of the government and in accordance with current security policy, the qualifying activity may:

a. Supply the test data to other activities of the Federal Government.

b. Supply the test data to foreign governments which are purchasing, operating, or maintaining supplies that involve products covered by specifications requiring qualification. Such release is made with the condition that the information be used only in connection with furnishing supplies and services to that government.

c. Authorize the supplier or prospective supplier to furnish qualification information in the case of sales to foreign governments which are purchasing, operating, or maintaining supplies that involve products covered by specifications requiring qualification after clearance with the appropriate intelligence authority in each instance of acquisition.

13. Preparation, printing, and distribution

The qualifying activity prepares QPLs in accordance with Part 3 of this chapter. Each time a new list is issued or a list is supplemented by the addition of the latest products qualified, the qualifying activity immediately forwards a copy of the QPL to GSA for printing and distribution. Printing and distribution of the QPLs is in accordance with procedures for the printing and distribution of federal product descriptions (FPDs), in Chapter 3 of this Manual.

14. Removal of a product from a QPL.

a. Removal of a product from a QPL. A product may be removed from the list for reasons considered by the qualifying activity to be sufficient, such as:

(1) The product offered under contract does not meet the requirements of the specification.

(2) The manufacturer has terminated manufacture of the product.

(3) The manufacturer or distributor requests that the product be removed from the list.

(4) One or more of the conditions under which qualification was granted have been violated.

(5) The requirements of a revised or amended specification differ sufficiently from the previous issue so that existing test data are no longer sufficient for determining compliance with the specification.

(6) Failure of the manufacturer to notify the qualifying activity of a change in design, material, process, or plant location.

(7) The product is that of a contractor, firm, or individual whose name appears on the "Consolidated List of Debarred, Ineligible, and Suspended Contractors."

(8) The manufacturer has not complied with the retention of qualification requirements.

(9) The manufacturer has publicized that his qualified product is the only one of its type so qualified or that the government has endorsed it.

(10) The manufacturer has failed or declined to bid on government contracts for the product for ten consecutive solicitations or for a period of two years during which solicitations were issued, whichever is less.

b. Notification of proposed removal. Excepting cases of removal as specified in subparagraphs a(3) and (7) above, the qualifying activity will, with GSA concurrence, notify the manufacturer that the product is to be removed from the list, and give the reasons therefor. The manufacturer will be invited to furnish comment by a specified date, usually within 14 days. If the manufacturer does not provide adequate reason for retention, he will be notified that the product is removed. A copy of the correspondence will be furnished to all listed distributors.

c. Notice of removal. After determination has been made to remove a product from the QPL, the manufacturer will be sent a notice of removal and, by means of a revision or amendment of the QPL, the product will be deleted therefrom without delay. If removal is for the reason listed in subpart. a(5) above, the applicant will be required to submit test data or samples for tests, as appropriate. A copy of the notice will be furnished to all listed distributors. Removal action may be delayed pending outcome of the tests if the submission is made within the time specified by the qualifying activity. The qualifying activity will transmit a copy of the notice of removal to GSA. If removal is for reasons listed in subpart. a(7) above, the qualifying activity immediately notifies the manufacturer and GSA that the product is removed from the QPL.