## Part 2. Procedures

15. Justification and determination.

GSA is the approving authority for the inclusion of qualification in federal specifications. Justification and determination required in paragraphs 4 and 5 above will be accomplished by the preparing activity before coordination of the specification.

16. Publicity.

a. Responsibility of qualifying activity. In order to establish a QPL after the issuance of a new specification, or to reissue such a list because revision of an existing specification requires re-qualification, the qualifying activity urges manufacturers to submit for qualification, products they are willing to certify will meet specification requirements. The qualifying activity advises distributors who wish to have a product qualified to contact the manufacturer so that the latter may initiate the necessary action. The qualifying activity publicizes its intention to establish or reissue (or to expand the number of sources on) a QPL.

In future acquisitions, only bids or proposals offering products which are qualified for inclusion in the QPL prior to the award of negotiated contracts are considered in making the awards. Manufacturers having products which have been qualified, but not listed, are given consideration and an opportunity to offer evidence of such qualification in the time interval before final award is made.

b. Public notification. The public is notified as follows:

(1) A notice is published in the Commerce Business Daily. The notice is clearly marked "Qualification Test Information" and contains the following information:

(a) Name of product.

(b) Specification applicable.

(c) Name and address of the agency to be contacted for complete information on qualification under the specification.

(2) Contact companies known to be interested in submitting products for qualification under the applicable specification. Trade associations may also be notified.

17. Submission of the product.

As soon as practicable after a request for qualification has been received and approved, the qualifying activity sends the applicant the necessary information including the following:

a. A copy of the latest issue of the specification.

b. A copy of the Provisions Governing Qualification (Appendix 6A) with a specific request for the information and certification (subparagraph 5 e. of the Provisions) required of the manufacturer.

c. Instructions for the forwarding of the manufacturer's products.

d. A schedule of charges for qualification testing, if applicable. While some qualification tests will be performed in government operated or contracted laboratories, emphasis will be given to qualification testing in laboratories not operated or contracted by the government.

18. Authorization for qualification.

The qualifying activity will not authorize qualification examination and testing of a product until the applicant has furnished the information requested in subparagraph 17b. above and the information is found satisfactory by the qualifying activity.

19. Notification of qualification results.

The qualifying activity notifies the manufacturer concerning the results of the tests of his products, and whether or not the product qualifies under the requirements of the applicable specification, and forwards a copy of such notification to GSA.

When a product qualifies, the letter of notification includes:

a. The listing as it will appear on the QPL, as follows:

(1) Government designation under which the product qualified (type, class, or other designation as shown in the specification).

(2) The manufacturer's brand designation for the product, if certified (see QPL preamble, figure 6-1); otherwise, as designated by the manufacturer for this purpose e.g., the brand name in lower case type, followed by the word "modified" in parentheses.

(3) The test or qualification reference (test report number) assigned to the product.

(4) The complete address to which correspondence will be sent and the location of the plant which manufactured the product submitted for test.

b. The following statements that:

(1) Such listing does not guarantee acceptance of the product in any future purchase.

(2) Such listing does not constitute a waiver of any requirements of the specification or of the provisions of any contract.

(3) Any use of such listing for publicity, advertising, or sales will not state or imply that the product is the only product of that type so qualified, or that the government in any way recommends or endorses the manufacturer's product. Violation is cause for removal of the product from the list by the government activity concerned.

(4) Such listing applies only to products identical to that (those) qualified. The qualifying activity must be advised of any change (materials, processes, equipment, etc.) to the product. Failure to notify the qualifying activity of a change of the product is cause for removal from the QPL regardless of the extent of the change.

(5) To retain such listing, manufacturers must comply with a requirement for retention of qualification (see par 8 above). Failure to comply will be sufficient cause for removal from the QPL.

If a product is not approved for inclusion on a QPL, the manufacturer will be provided with a report covering the results obtained on the test.

20. Issuance of QPL after promulgation of the specification.

Issue a QPL as soon as practicable after promulgation of the specification. Don't use a specification containing qualification until the QPL is established.

21. Product coverage.

When a specification with qualification provisions describes more than one type, class, grade, or other designation of a product, all products qualifying will be on a single QPL. The list identifies the qualified products by type, class, grade, or other designation shown in the specification.

22. Revisions and amendments.

The qualifying activity develops revisions and amendments to QPLs including additions or deletions of qualified products, as necessary. Such revisions and amendments are prepared in accordance with the instructions in part 3 of this chapter.

23. Review of qualification requirements.

The preparing activity reviews specifications with qualification provisions periodically to determine the need to continue the qualification provision. Such review is made at intervals no greater than two years. In this review, the preparing activity considers the possibilities that more definitive requirements for the product, advances in manufacturing techniques and quality control methods, or improvements in testing apparatus and techniques may have eliminated the need for qualification (see paragraphs 4 and 5 above). If no QPL has been established, the qualification requirement must be deleted from the specification.

24. Waiver of qualification.

Only the preparing activity may waive the qualification requirement. Further, the preparing activity can only waive the qualification requirement without rejustification when if determines that the immediate procurement situation is an emergency (that is, life or mission threatening). If the preparing activity waives qualification for any other reason, it must rejustify the qualification requirement and submit the request to GSA for approval.

25. Cancellation of QPLs.

The preparing activity determines, in consultation with using activities, when a QPL should be canceled.

26. Inquiries regarding QPLs.

Inquiries for qualification are submitted to the qualifying activity identified in the specification.

## Part 3. Format

27. Format for QPL.

The QPL is prepared as shown by figures 6-1, 6-2 and 6-3. QPLs include the name of the product and the names of the manufacturers and authorized distributors whose products have qualified under the applicable federal or interim federal specification. QPLs contain additional information as is needed for identification of the product and the test under which it qualified.

28. QPL numbering.

a. QPL lists are identified by the symbol "QPL", followed by a dash, followed by the full number of the associated federal or interim federal specification, except that:

(1) The specification revision indicators are omitted in all cases, and

(2) The preparing activity codes are omitted from interim federal specification numbers.

b. Each issue of the QPL is further identified by adding a dash and an Arabic serial number. Serial numbers for QPLs associated with federal specifications start with "1" and are assigned in sequence when QPLs are revised. Also, serial numbers for QPLs associated with interim federal specifications start with "1" and are assigned in sequence when QPLs are revised.

Example:

| Fed. Spec. | QPL Number | Int. Fed. Spec. | QPL Number |
|---|---|---|---|
| OO-D-999 | QPL-OO-D-999-1 | | |
| | | OO-D-00999A (GSA-FSS) | QPL-OO-D-00999-1 |
| OO-D-999B | QPL-OO-D-999-2 | | |
| OO-D-999C | QPL-OO-D-999-3 | | |

29. Federal Supply Classification (FSC).

Each QPL is identified with the applicable FSC to which the qualified product belongs, as indicated in the upper right corner of figure 6-1.

30. Specification number and title.

Immediately below "PRODUCTS QUALIFIED UNDER FEDERAL SPECIFICATION" insert the number (without the revision indicator) and the title of the associated specification.

Example:

P-C-111
CARBON REMOVING COMPOUND

31. Preamble.

The required preamble for all federal QPLs associated with either federal or interim federal specifications is reproduced in the forms referred to in paragraph 36 below, and illustrated in figures 6-1, 6-2, 6-3, and 6-4.

32. Review of qualification requirements.

Preparing activities review QPLs in accordance with paragraph 23 above.

33. Revisions.

A revision is a complete new list, and is issued when the changes are appreciable in number. A revision is identified by a serial number in proper numerical sequence, with the date placed immediately below the revision indicator. Thus, the first revision of QPL-TT-P-595-1 is identified as QPL-TT-P-595-2. QPL-TT-P-595-2 supersedes QPL-TT-P-595-1, and any amendments thereto (see paragraph 28 above and figure 6-1).

Example: QPL-TT-P-595-2
February 5, 1968
SUPERSEDING
QPL-TT-P-595-1
October 11, 1967

34. Amendments.

An amendment contains only the changes required to the existing list, whether corrections, deletions, or additions. Amendments are cumulative; e.g., each successive amendment of a QPL is so written that it completely supersedes the preceding amendment in its entirety.

An amendment is identified by "AMENDMENT ____________"(No.) placed immediately below the existing QPL number, with the date placed immediately below "Amendment ____________" (No.). Amendment numbers are assigned consecutively to each amendment issued until the QPL is revised. See figure 6-3.

Example: QPL-VV-L-800-11
AMENDMENT-2
May 14, 1971
SUPERSEDING
AMENDMENT-1
December 1, 1970

35. Notices of cancellation.

A cancellation notice, in addition to indicating the specific issue of the list which is canceled, may include statements such as the following (see figure 6-4):

a. "The specification covering the product listed has been canceled by a separate notice."

b. "Qualification has been deleted from the specification by revision (revised specification number)."

QPL-TT-P-XXX-3
August 31, 1993
SUPERSEDING
QPL-TT-P-XXX-2
2 January 1992

FEDERAL QUALIFIED PRODUCTS LIST
OF
PRODUCTS QUALIFIED UNDER FEDERAL SPECIFICATION
TT-P-XXX

PRIMER, COATING, ALKYD, CORROSION-INHIBITING
LEAD AND CHROMATE FREE, VOC-COMPLIANT FSC 8010

The General Services Administration authorized this list to identify products eligible for consideration in Federal Government procurement under the subject specification. The Government has qualified each product as meeting applicable requirements of the latest effective issue of the subject specification and has identified the source of each qualified product by the name, address, and plant location of the manufacturer. The listing of a product is not an endorsement by the Federal Government and does not release the supplier from compliance with specification requirements. The Government will revise, amend, or cancel this list as necessary, without prior notice, to reflect actions by the Government or the manufacturer requiring modification or discontinuance of any or all of the information herein. The brand name designation under which the product is offered for sale is capitalized and enclosed in quotation marks in the Manufacturer's Designation of "BRAND NAME" column, provided the manufacturer or his authorized distributor has certified that the product submitted for qualification is the same product, except for packaging and marking, and is the only product available by that brand name. This information may be referred to for advertising or publicity only to state that the product of a particular manufacturing facility is listed and identified here, or that such product meets the requirements of the subject specification, provided test results are publicly available to verify the statement, and provided further that such advertising or publicity does not claim or imply Government preference or endorsement or that the product is the only one of its type that has passed the prescribed tests.

The activity responsible for the Qualified Products List is:

Engineering and Commodity Management Division
Paints and Chemicals Commodity Center
400 15th Street, SW
Auburn, WA 98001-6599

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION | TEST OR QUALIFICATION REFERENCE | MANUFACTURER |
|---|---|---|---|
| Red | 45-18044 | Q1152 | J. Landau Co., Inc. |
| " | 727-106/X-44628 | Q1169 | Pratt & Lambert |
| " | 727-206 | Q1402 | Pratt & Lambert |
| " | F-04P40 | Q1269 | Seagrave - Seaguard |

1 of 2

Figure 6-1. (Part 1 of 2) Federal Qualified Products List with continuation sheet using supplement for addresses of distributors, manufacturers, and plants.

FEDERAL QUALIFIED PRODUCTS LIST

SUPPLEMENT

| TEST OR QUALIFICATION REFERENCE NUMBER | MANUFACTURER'S NAME, ADDRESS, AND PLANT |
| --- | --- |
| Q1152 | J. Landau Co., Inc.<br>665 Washington Avenue<br>Carlstadt, NJ 07072 |
| Q1169,<br>Q1402 | Pratt and Lambert<br>P.O. Box 2153<br>Wichita, KS 67201<br>(316) 733-1361 |
| Q1269 | Seagrave Coatings<br>Seaguard Division<br>4030 Seaguard Avenue<br>Portsmouth, VA 23701<br>(804) 488-4411 |

2 of 2
QPL-TT-P-XXX-3

Figure 6-1. (Part 2 of 2) Federal Qualified Products Lists with continuation sheet, using supplement for addresses of distributors, manufacturers, and plants.

QPL-W-R-XXX-10
March 3, 1992
SUPERSEDING
QPL-W-R-XXX-9
January 3, 1990

FEDERAL QUALIFIED PRODUCTS LIST
OF
PRODUCTS QUALIFIED UNDER FEDERAL SPECIFICATION
W-R-XXX

RECORDER-REPRODUCER, SOUND FSC 5835

The General Services Administration authorized this list to identify products eligible for consideration in Federal Government procurement under the subject specification. The Government has qualified each product as meeting applicable requirements of the latest effective issue of the subject specification and has identified the source of each qualified product by the name, address, and plant location of the manufacturer. The listing of a product is not an endorsement by the Federal Government and does not release the supplier from compliance with specification requirements. The Government will revise, amend, or cancel this list as necessary, without prior notice, to reflect actions by the Government or the manufacturer requiring modification or discontinuance of any or all of the information herein. The brand name designation under which the product is offered for sale to the general public is capitalized and enclosed in quotation marks in the Manufacturer's Designation or "BRAND NAME" column, provided the manufacturer or his authorized distributor has certified that the product submitted for qualification is the same product, except for packaging and marking, and is the only product available on the public market by that brand name. This information may be referred to for advertising or publicity only to state that the product of a particular manufacturing facility is listed and identified here, or that such product meets the requirements of the subject specification, provided test results are publicly available to verify the statement, and provided further that such advertising or publicity does not claim or imply Government preference or endorsement or that the product is the only one of its type that has passed the prescribed tests.

The activity responsible for this Qualified Products List is: (insert name and address)

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION "BRAND NAME" | TEST OR QUALIFICATION REFERENCE NUMBER | MANUFACTURER'S NAME, (See SUPPLEMENT) and plants not listed here. |
|---|---|---|---|
| Type I, Style A | F-67 "BACKTALK" | FSS 10/5-7-80 | Distributed by:<br>Electronic Hobbycraft Inc.<br>711 Darby Road<br>Boston, MA 02109<br><br>Manufacturer:<br>Electronics Associates<br>678 Pointe Avenue<br>Methuen, MA 01845<br>Plant: same address |

Figure 6-2. (Part 1 of 2) Federal Qualified Products List with continuation sheet, each entry including addresses; no supplement

FEDERAL QUALIFIED PRODUCTS LIST CONTINUATION SHEET

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION "BRAND NAME" | TEST OR QUALIFICATION REFERENCE NUMBER | MANUFACTURER'S NAME, (See SUPPLEMENT) and plants not listed here. |
|---|---|---|---|
| Type I, Style A | 33FDR45 | FSS 10/5-7-80 | Electronic History Corp.<br>430 Harp Avenue<br>Seattle, WA 98104<br>Plant: same address |
| Type I, Style B | 45HST53 | FSS 20/6-19-80 | Electronic History Corp.<br>430 Harp Avenue<br>Seattle, WA 98104<br>Plant: same address |
| Type I, Style B | 0 1812 | FSS 20/6-19-80 | Voicescript, Inc.<br>218 West Bass Street<br>Fort Worth, TX 76102<br>Plant: 666 W. Rogers Dr.<br>Oklahoma City, OK 73159 |
| Type II, Style A | X22 "SINGLONG" | FSS 30/7-10-80 | Talkentunes, Inc.<br>85 East Keys Parkway<br>Kansas City, MO 64131<br>Plant: 77 Jayhawk Blvd.<br>Topeka, KS 66620 |
| Type II, Style B | 54-40 F "ECHO" | FSS 40/8-14-80 | Aeolian Electronicraft Inc.<br>781 Leeward Lane<br>New York, NY 10007<br>Plant: 6667 North Wind<br>Harrisburg, PA 17108 |
| Type III | LPII "CHATTERBOX" | FSS 100/2-19-80 | Gossup Products Inc.<br>81 Green Drive N.E.<br>Atlanta, GA 30309<br>Plant: 918 Plumtree Ave.<br>Nashville, TN 37203 |
| Type IV | "CANTOON, MK IV" | FSS 110/3-19-80 | Cantoons Inc.<br>723 Bellwetger Ave.<br>San Francisco, CA 94103<br>Plant: same address |

THIS IS AN EXAMPLE FOR ILLUSTRATION OF FORMAT ONLY.

Figure 6-2. (Part 2 of 2) Federal Qualified Products List with continuation sheet, each entry including addresses; no supplement

QPL-W-R-XXX-10
Amendment-1
August 26, 1993

FEDERAL QUALIFIED PRODUCTS LIST
OF
PRODUCTS QUALIFIED UNDER FEDERAL SPECIFICATION
W-R-XXX

RECORDER-REPRODUCER, SOUND FSC 5835

The General Services Administration authorized this list to identify products eligible for consideration in Federal Government procurement under the subject specification. The Government has qualified each product as meeting applicable requirements of the latest effective issue of the subject specification and has identified the source of each qualified product by the name, address, and plant location of the manufacturer. The listing of a product is not an endorsement by the Federal Government and does not release the supplier from compliance with specification requirements. The Government will revise, amend, or cancel this list as necessary, without prior notice, to reflect actions by the Government or the manufacturer requiring modification or discontinuance of any or all of the information herein. The brand name designation under which the product is offered for sale to the general public is capitalized and enclosed in quotation marks in the Manufacturer's Designation or "BRAND NAME" column, provided the manufacturer or his authorized distributor has certified that the product submitted for qualification is the same product, except for packaging and marking, and is the only product available on the public market by that brand name. This information may be referred to for advertising or publicity only to state that the product of a particular manufacturing facility is listed and identified here, or that such product meets the requirements of the subject specification, provided that test results are publicly available to verify the statement, and provided further that such advertising or publicity does not claim or imply Government preference or endorsement or that the product is the only one of its type that has passed the prescribed tests.

The activity responsible for this Qualified Products List is: (insert name and address)

| GOVERNMENT DESIGNATION | MANUFACTURER'S DESIGNATION "BRAND NAME" | TEST OR QUALIFICATION REFERENCE NUMBER | MANUFACTURER'S NAME, (See SUPPLEMENT) and plants not listed here. |
|---|---|---|---|

This amendment forms a part of QPL-W-R-XXX-10 dated March 3, 1981

Page 2, Add the following product:

| | | | |
|---|---|---|---|
| Type III | F-111 | FSS 140/2-14-80 | Cantoons Inc. |

Page 3, Add test reference under FSS 140/2-14-80 immediately below test reference number FSS 110/3-19-80, and change the manufacturer's address and plant location for test references FSS 110/3-19-80 and FSS 140/2-14-79 as follows:

Cantoons Inc.
11723 Tinkle Avenue
San Francisco, CA 94103
Plant: same address

Note: The physical location of the manufacturer's office and plant has not changed. The city renamed and renumbered the avenue.

THIS IS AN EXAMPLE FOR ILLUSTRATION OF FORMAT ONLY.

Figure 6-3. Federal Qualified Products List amendment

NOTICE
OF CANCELLATION

QPL-W-F-XXX-3
NOTICE 1
November 1, 1993

FEDERAL QUALIFIED PRODUCTS LIST
OF
PRODUCTS QUALIFIED UNDER FEDERAL SPECIFICATION
W-F-XXX

FLASHLIGHT, ELECTRIC, HAND

QPL-W-F-XXX, dated January 5, 1975, is hereby canceled without replacement.

Preparing Activity:

GSA-FSS

Figure 6-4; Federal Qualified Products List cancellation notice