## Provisions Governing Qualification (Qualified Products List)

The Provisions Governing Qualification are issued pursuant to Ch. 6-17.

These provisions are issued for the information of manufacturers and their authorized distributors proposing to submit products for qualification in accordance with the approved procedures and under the applicable federal specifications. A product may be qualified only when the governing specification contains the requirements for qualification. Lists are not otherwise established for qualification.

An applicant desiring further information may address inquiries to the government activity named in the specification under which it is proposed to qualify a product.

The basic provisions, Part 1, together with the specific provisions of Parts 2, and 3, as applicable, govern the authorization for and testing of products submitted for qualification.

## Part 1. Basic Provisions

1. Purpose of qualification.

Since many specifications are based on performance requirements, the possible variations in design and quality and the nature of the requirements and tests for certain products may make it impractical to procure products solely on acceptance tests without unduly delaying delivery. To assure continuous availability of products in such cases, qualification of specific products is required prior to the award of negotiated or sealed bid contracts. Testing of a product for compliance with the requirements of a specification in advance and independent of any specific procurement action is known as qualification testing. The entire process by which products are obtained from manufacturers, examined and tested, and then identified on a list of qualified products is known as qualification. The purpose of qualification is, prior to and independent of any procurement action, to provide a means of relieving quality conformance inspection of long, complex, or expensive tests, some of which would otherwise be required after each award. To establish a federal qualified products list (QPL), a federal or interim federal specification must exist which requires qualification, and sets forth the qualification examinations and tests.

2. Significance of listing on QPL.

The fact that a product has been examined and tested and placed upon a QPL signifies only that at the time of examination and test the manufacturer could make a product which met specification requirements. Inclusion on a QPL does not in any way relieve the manufacturer or distributor of his contractual obligation to deliver items meeting all specification requirements. Nor does the inclusion of a product on a QPL guarantee acceptability under a contract since the products must conform to specification requirements. Qualification does not constitute waiver of the requirements of either in-process or other inspection or for the maintenance of quality control measures satisfactory to the government.

3. Definitions.

As used in these provisions the terms listed below have the meaning stated:

a. Activity, preparing. The activity immediately responsible for the development and maintenance of a federal specification and any federal QPLs associated with the specification.

b. Activity, qualifying. The activity designated in the specification as responsible for qualification testing and the technical and administrative matters necessary to develop and maintain a QPL. The preparing activity for the specification is usually the qualifying activity.

c. Manufacturer. The actual producer (domestic or foreign) of a product.

d. Distributor. Anyone authorized by the manufacturer to distribute the manufacturer's product. This also includes the distributor authorized by the manufacturer to rebrand and distribute the manufacturer's rebranded product under the distributor's own brand.

e. Applicant. The manufacturer or a distributor making application for qualification of the product.

f. Product. Includes materials, parts, components, subassemblies, assemblies, and equipment.

g. Qualification. The entire process by which products are obtained from manufacturers or distributors, examined and tested, and then identified on a federal QPL.

h. Qualified product. A product which has been examined, tested, and listed on or approved for inclusion on the applicable federal QPL.

i. Qualified products list (QPL). A list of products, qualified under the requirements stated in the applicable specification, including appropriate product identification and test reference, with the name and plant address of the manufacturer and distributor, as applicable. QPL is the accepted abbreviation for the term federal qualified products list.

j. Testing laboratory. A laboratory having facilities to perform the qualification examination and testing. This laboratory may be one of the following:

(1) A laboratory operated by or under contract to the government.

(2) Laboratory not operated or contracted for by government. A laboratory of the manufacturer or distributor either in-plant or under contract to him.

k. Test report. The testing laboratory report as to whether the product passed or failed. The test report is prepared according to the outline in paragraph 24 below, is subject to supersedure by authorized retest as provided in paragraph 9 below, and is subject to limitation by discontinuance of test as provide in paragraph 16 below.

4. General Provisions.

a. Place of test. Tests will be conducted at such places as many be specified in the letter of authorization sent by the qualifying activity.

b. Costs of tests. The cost of performing the tests will be borne either by the government or by the applicant, or will be shared (prorated) between them. The government shall not bear any of the costs incurred in connection with Part 3 (in-plant testing) of these provisions. The cost to the applicant, if any, will be stated in the letter authorizing the tests.

c. Extension of qualification. Except as provided herein, qualification of a product shall apply only to the product that is manufactured at the plant which produced the samples examined and tested.

The qualifying activity may extend qualification to the same product produced by other plants of the manufacturer when it has been determined that the product will be at least equal in all respects to the qualified product.

5. Application for tests.

Each application for qualification shall be made by letter in triplicate, addressed to the activity indicated in the "NOTES" section (section 6) of the applicable specification, and shall contain the following information and certification:

a. Number and date of specification under which tests are desired and type, grade, class or other specification designation of the product.

b. Applicant's brand designation for the product and location of the plant at which the product was manufactured. (When the applicant is a distributor, the name and plant location of the actual manufacturer shall be included).

c. The commercial name or brand name, if any, of each product which is the same as that submitted for testing and which is sold to or available for marketing to consumers generally.

d. If the tests are to be conducted in other than a government operated or contracted laboratory, the information required in par. 21 below shall be furnished.

e. Certification that the applicant:

(1) Agrees to be bound by all of the provisions and terms set forth in this document

(2) Is the manufacturer of the product or a distributor authorized by the manufacturer to rebrand and distribute the product under his own brand designation.

(3) Has determined from actual tests (within the limits of test equipment commonly available, unless otherwise specified) that the product conforms to the applicable specification. (Test reports and data should be furnished with the application.)

(4) Will supply items for test which are representative of the manufacturer's production.

(5) Will supply for use of the government products which meet the requirements of the specification in every respect.

(6) Will not apply for a retest of the product until satisfactory evidence is furnished that all of the defects which were disclosed by previous tests have been corrected. (Test reports may be required as evidence.)

(7) Will not state or imply in advertising or otherwise that a product(s) which has received qualification approval is the only product of that type so qualified, or that GSA in any way recommends or endorses the product.

(8) Will notify the responsible activity of any change in his product after approval and will state at the same time whether in his belief the change will or will not prejudice the capability of the product to meet the qualification test requirements; whether he intends to submit new samples for testing or desires to have his product removed from the QPL; and whether the changes will affect the applicant's brand designation for the product.

(9) Will, when requested by the qualifying activity, submit certification signed by a responsible official of management, attesting that the listed product is still available from the listed plant, can be produced under the same conditions as originally qualified, i.e., same process, materials, construction, design, manufacturer's part number or designation; and meets the requirements of the current issue of the specification.

(10) Will notify the preparing activity and the qualifying activity of plans to discontinue production of product(s) to allow adequate procurement to fulfill future customer needs.

6. Other information.

In certain cases where the information required by subparagraphs 5 a, b, and c above may be considered by the government as insufficient to justify an authorization for qualification testing, the applicant may be required to state;

a. The rate at which he can produce his product with his present plant facilities.

b. That he is prepared to overcome deficiencies disclosed by qualification tests.

c. That he will submit, if required, sketches, photographs, descriptive booklets or other technical literature bearing upon his product, as illustrative of the scope of his manufacturing facilities which will assist in obtaining a clear concept of the product he is offering.

d. Such additional information as is required by the applicable specification.

7. Engineering data.

When specified, the applicant will furnish at no cost to the government, for test record purposes, one reproducible copy of any detailed plans, specification test results, or other data required. Such data may be subject to disclosure in accordance with the Freedom of Information Act (5 U.S.C. 552). If the applicant wishes, he may mark individual sheets of proprietary data as being exempt from disclosure under the Act or other applicable statute which shall be identified in the statement of exemption. The government reserves the right to determine the validity of claimed exemptions or to use the information without restriction if the same is available from another source.

8. Authorization of tests.

A letter authorizing the tests will be furnished the applicant when the required information has been furnished and found satisfactory by the qualifying activity.

9. Authorization for retest.

Retesting of the product will not be authorized until satisfactory evidence is furnished to the activity responsible for qualification or its authorized agent that all of the defects which were disclosed by previous tests have been corrected.

10. Action on test results.

Upon completion of laboratory tests, the results will be analyzed to determine if the product is qualified. The manufacturer will be notified concerning the results of the tests of his product, and whether or not the product qualifies under the requirements of the applicable specification. A copy of the letter will be furnished the distributor, if the distributor is the applicant.

11. Use and distribution of QPLs.

Lists of qualified products are for the use of the federal agencies, their contractors, and subcontractors in the performance of procurement functions. Lists are also available to the public upon request. They may be obtained from the same source as the federal specification with which they are associated.

12. Removal of a product from a QPL.

a. Removal of a product from a QPL. A product may be removed from the list for reasons considered to be sufficient, among which are the following:

(1) The product offered under contract does not meet the requirements of the specification.

(2) The manufacturer has terminated manufacture of the product.

(3) The manufacturer or distributor requests that the product be removed from the list.

(4) One or more of the conditions under which qualification was granted have been violated.

(5) The requirements of a revised or amended specification differ sufficiently from the previous issue that existing test data are no longer applicable for determining compliance of the product with the specification.

(6) Failure of the manufacturer to notify the qualifying activity of a change in design, material, or process.

(7) The product is that of a contractor, firm, or individual whose name appears on the "Consolidated List of Debarred, Ineligible, and Suspended Contractors."

(8) The manufacturer has not complied with the retention of qualification requirements.

(9) The manufacturer has publicized that his qualified product is the only one of its type so qualified or that the government has endorsed it.

(10) The manufacturer has failed or declined to bid on government contracts for the product for ten consecutive solicitations or for a period of two years during which solicitations were issued, whichever is less.

b. Notification of proposed removal. Excepting cases of removal as specified in subparagraphs a(3), and (7) above, the manufacturer will be notified of the proposed removal of his product form the list and the reasons therefor. The manufacturer will be invited to furnish comment by a specified date, usually within 14 days. If the manufacturer does not provide adequate reason for retention, he will be notified that the product is removed. A copy of the correspondence will be furnished to distributors, if listed.

c. Notice of removal. After determination has been made to remove a product from the QPL, the manufacturer will be sent a notice of removal and, by means of a revision or amendment of the applicable QPL, the product will be deleted therefrom without delay. If removal is for the reason listed in subparagraph a(5) above, the applicant will be required to submit test data or samples for tests, as appropriate. A copy of the notice will be furnished the distributor, if listed.

## Part 2. Provisions Governing Qualifications Tests in Government Operated or Contract Laboratories

13. Scope.

This part of the Provisions covers qualification testing in a laboratory operated by or under contract to the government to perform tests. This part is supplementary to and does not supersede or waive the basic provisions outlined in Part 1 of the Provisions.

14. Costs.

Samples for testing will be supplied by the applicant at no expense to the government. The cost of the tests to be borne by the applicant, if any, will be stated in the letter authorizing the tests. The government will not be responsible for any expense resulting from:

a. Shipment of the samples to or from the laboratory.
b. Damage during test.
c. Damage or loss of sample while at the laboratory.

15. Submittal of product for test.

The product will be forwarded for test in accordance with the shipping instructions furnished in the letter authorizing the tests. The product shall be accompanied by adequate operating instructions so that the tests may be properly conducted without undue delay. Testing will be undertaken as promptly as practicable after authorization. The following rules will apply:

a. Time of test will be set at the convenience of the government. The applicant will be permitted to observe the test, provided permission is obtained in advance from the laboratory.

b. The applicant will be permitted to make repairs and replacements after the product has been received at the laboratory or place of test, prior to test, provided that it is evident that such repairs or replacements are required as a result of damage in shipment.

c. Modifications will not be permitted in the laboratory except under unusual circumstances, and such cases will be referred by the laboratory to the preparing activity or authorized agent for decision as to whether or not the proposed changes will be permitted.

d. The applicant will take no active part in tests conducted in government laboratories.

16. Discontinuance of test.

Qualification may be discontinued at the discretion of the testing laboratory at any time the product fails to meet any of the requirements of the specification.

17. Distribution of test data.

A copy of the test report or pertinent parts thereof will be furnished the manufacturer with the letter of notification of approval or disapproval. Copies of test reports may also be furnished by the qualifying activity to other federal activities and to the public upon request, provided the data does not fall under one of the exceptions to the Freedom of Information Act.

18. Disposition of samples after testing.

A copy of the test report or pertinent parts thereof will be furnished the manufacturer with the letter of notification of approval or disapproval. Copies of test reports may also be furnished by the qualifying activity to other federal activities and to the public upon request, provided the data does not fall under one of the exceptions to the Freedom of Information Act. Upon request from the applicant (including shipment instructions), samples will be returned after testing to the applicant "as is", at his expense, unless destroyed in testing.

## Part 3. Provisions Governing Qualification Test Laboratories Not Operated or Contracted by the Government

19. Scope.

This part of the provisions covers qualification testing in a laboratory of the manufacturer or distributor either in-plant, under contract to him, or a combination thereof. This part is supplementary to and does not supersede or waive the basic provisions outlined in Part 1 of the Provisions.

20. Costs.

Samples for testing will be supplied by the applicant at no expense to the government. The government will not be responsible for any expense for conducting the tests or costs resulting from:

a. Shipment of the samples to or from the place of test.

b. Damage during test.

c. Damage or loss of the product while at the place of test.

21. Application for test.

Application for test shall be made in accordance with the Basic Provisions (Part 1). In addition to the information and certification required by the Basic Provisions (Part 1), the following shall be furnished:

a. Location of plant or other facility at which tests are proposed to be performed. If more than one facility is available, list in the order of applicant's preference.

b. With the initial application only, a list and description of testing equipment proposed to be used, including the following:

(1) Applicable specification paragraph.

(2) Equipment name and manufacturer, including type or model number and serial or inventory number.

(3) Equipment accuracy, limits and latest date and place of calibration; frequency of calibration.

c. Agreement to be bound by all of the terms and conditions set forth in these Provisions.

22. Authorization for conducting qualification tests.

The preparing activity or its authorized agent as noted in section 6 of the specification will determine, upon the basis of the application and supporting information available to it, whether the facilities and equipment proposed by the applicant to be used for the tests are suitable. The preparing activity or its authorized agent will also determine whether the applicant in all other respects complies with the requirements of these provisions governing qualification. Successful applicants will be authorized in writing to conduct the qualification tests. Unsuccessful applicants will be apprised of the basis for rejection and may reapply upon the elimination of the cause of rejection.

23. Monitoring tests.

The test shall be monitored by a government representative when designated by the qualifying activity or its authorized agent. The test procedure shall be in accordance with the applicable specification. All tests required by the applicable specification shall be made.

24. Test reports.

Test reports shall be prepared by the testing laboratory as follows:

a. Cover or title page. The cover or title page shall include the following information:

(1) Date of report.

(2) Test report number assigned by testing laboratory.

(3) Specification title, number, and date, including amendments and sheet numbers and dates.

(4) Name of manufacturer and addresses of home office and plant office.

(5) Authorization for testing (reference to the letter or test report number, authorizing the test).

(6) Name and location of testing laboratory.

(7) Purpose of test (qualification and requalification).

(8) Specification type, grade, class or other designator with corresponding applicant's designation.

b. Abstract. A single page abstract noting the number of samples which failed and passed the tests.

c. Basic section. The basic section shall contain the following:

(1) A listing and description of all test equipment used including the following:

(a) Applicable specification paragraph.

(b) Equipment name and manufacturer, including type or model and serial or inventory number.

(c) Date of calibration, if applicable.

(2) Summary test data sheets showing specification requirements and indicating whether each unit passed or failed. Individual heading should be included on original data sheets which will be forwarded to, and retained by, the qualifying activity or its authorized agent.

(3) A comparative listing of the test results; specification requirements by type, class, grade, or other specification designation; and the corresponding manufacturer's designation for each product so identified.

(4) Any curves, graphs, photographs, etc., as required by the qualifying activity or its authorized agent.

The test report shall be signed by a responsible officer or authorized representative of the testing laboratory or contractor. The report shall be prepared irrespective of whether the samples pass or fail the tests.

25. Submission and review of test report.

The testing laboratory shall prepare and forward the specified number of copies of the test report to the activity responsible for qualification or its authorized agent via the government representative who monitored the tests, when one is designated (see Paragraph 23 above). In lieu of specific instruction on number of copies, ten copies will be forwarded.

The government representative shall retain one copy of the report and forward the other copies to the activity responsible for qualification. Each copy of the report shall bear the government representative's certification as to its validity. This certification shall be in sufficient detail to indicate the extent of test observation of all tests; i.e., whether observation of the tests was on a full-time basis or on a surveillance or partial basis. The extent to which the government representative engaged in validating the tests shall be indicated by certifying, as appropriate, each section of the testing report reflecting test operations and conditions which he is able to observe during the monitoring of the qualification tests and examinations. Certification by the government representative that the tests were monitored shall not be construed as meaning that
the results are acceptable to the government for qualification of product. Certification signifies the government representative's judgement based on his observations and monitoring of the full testing requirements. The government representative's letter of transmittal shall contain his recommendation for action. The qualifying activity or its authorized agent will determine, on the

basis of the test report and such additional information available to it, whether the product conforms to the requirements of the specification.

26. Distribution of test data.

Copies of test reports may be furnished by the activity responsible for qualification to other federal activities and to the public upon request provided the data meets the criteria for such release under the Freedom of Information Act.