EXHIBIT "V"

# The Effects Of UVB Radiation On The Toxicity Of Fire-Fighting Chemicals

## Final Report

## March 23, 2000

Submitted by

Edward E. Little and Robin D. Calfee
United States Geological Survey - Biological Resources Division
Columbia Environmental Research Center
4200 New Haven Road
Columbia, MO 65202

Submitted to

Cecilia Johnson
Project Leader – Fire Chemicals
Wildland Fire Chemical Systems

USDA Forest Service
Missoula Technology and Development Center
5785 Highway 10 West
Missoula, MT 59808

**CERC Ecology Branch Fire Chemical Report: ECO-02**
**http://www.cerc.usgs.gov/pubs/center/pdfDocs/ECO-02.PDF**

# TABLE OF CONTENTS

EXECUTIVE SUMMARY ..... 3
INTRODUCTION ..... 10
METHODS ..... 12
EXPERIMENTAL DESIGN ..... 12
TEST ORGANISMS ..... 12
CHEMICALS, RECEIPT AND HANDLING ..... 13
LIGHT EXPOSURES AND TEST CONDITIONS ..... 13
ACUTE TOXICITY TESTS ..... 14
CHEMICAL ANALYSIS ..... 16
STATISTICAL ANALYSIS ..... 16
RESULTS ..... 17
*Fire-Trol GTS-R Series* ..... *17*
Rainbow Trout ..... 17
Southern Leopard Frog Tadpoles ..... 18
*Fire-Trol LCA-R Series* ..... *19*
Rainbow Trout ..... 20
Southern Leopard frog tadpoles ..... 21
Boreal toad tadpoles ..... 23
*Fire-Trol 300-F Series* ..... *24*
Rainbow Trout ..... 24
Southern Leopard frog tadpoles ..... 25
*Fire-Trol LCA-F Series* ..... *26*
Rainbow Trout ..... 26
Southern Leopard frog tadpoles ..... 27
*Phos-Chek Series* ..... *28*
Rainbow Trout ..... 28
Southern Leopard frog tadpoles ..... 29
*Sodium ferrocyanide* ..... *30*
Rainbow trout ..... 30
Southern Leopard frog tadpoles ..... 30
DISCUSSION ..... 31
RECOMMENDATIONS FOR FURTHER WORK ..... 32
PERSISTENCE OF FIRE RETARDANT CHEMICALS IN THE ENVIRONMENT ..... 33
FISH AVOIDANCE ..... 34
REFERENCES ..... 35

This document (Final Report) has not been produced in accepted scientific format. The current format is non-technical in nature and may be used to provide general information to the Agency. Any questions related to this document contact Paul Solarz at 406-329-4719 or psolarz@fs.fed.us

# TABLE OF CONTENTS

EXECUTIVE SUMMARY .......... 3

INTRODUCTION .......... 10

METHODS .......... 12
EXPERIMENTAL DESIGN .......... 12
TEST ORGANISMS .......... 12
CHEMICALS, RECEIPT AND HANDLING .......... 13
LIGHT EXPOSURES AND TEST CONDITIONS .......... 13
ACUTE TOXICITY TESTS .......... 14
CHEMICAL ANALYSIS .......... 16
STATISTICAL ANALYSIS .......... 16
RESULTS .......... 17
*Fire-Trol GTS-R Series* .......... *17*
Rainbow Trout .......... 17
Southern Leopard Frog Tadpoles .......... 18
*Fire-Trol LCA-R Series* .......... *19*
Rainbow Trout .......... 20
Southern Leopard frog tadpoles .......... 21
Boreal toad tadpoles .......... 23
*Fire-Trol 300-F Series* .......... *24*
Rainbow Trout .......... 24
Southern Leopard frog tadpoles .......... 25
*Fire-Trol LCA-F Series* .......... *26*
Rainbow Trout .......... 26
Southern Leopard frog tadpoles .......... 27
*Phos-Chek Series* .......... *28*
Rainbow Trout .......... 28
Southern Leopard frog tadpoles .......... 29
*Sodium ferrocyanide* .......... *30*
Rainbow trout .......... 30
Southern Leopard frog tadpoles .......... 30
DISCUSSION .......... 31
RECOMMENDATIONS FOR FURTHER WORK .......... 32
PERSISTENCE OF FIRE RETARDANT CHEMICALS IN THE ENVIRONMENT .......... 33
FISH AVOIDANCE .......... 34
REFERENCES .......... 35

Toxicity of all fire retardant chemicals without YPS in the formulation was consistent with previous studies conducted by Buhl and Hamilton (In Press) under UV-limited conditions. Under these test conditions, un-ionized ammonia was likely the major source of toxicity in formulations without YPS.

Photoenhanced toxicity of contaminants can occur through photoactivation or photosensitization. In photoactivation a substance is modified as a result of the energy absorbed by the parent compound that can result in a photoproduct that is more toxic than the parent compound (Ren et al. 1994, Zepp and Schlotzhauer 1979). Whereas, photosensitization occurs when the chemical (often tissue-bound) passes absorbed energy on to endogenous chemicals forming reactive species such as free radicals that cause cellular injury (Landrum et al. 1987, Newsted and Giesy 1987). The toxicity we observed was consistent with a photoactivation mode of action because organisms exposed to YPS-containing formulations receiving UV irradiance prior to exposure were more toxic than non-irradiated solutions.

A number of factors will influence photoenhanced toxicity in natural habitats. Solar angle associated with time of day, season, air pollution, clouds, and surface reflection will influence UV irradiance levels (Little and Fabacher 1996). Water quality, especially humic acid concentration will limit the amount of UV penetrating the water column (Skully and Lean 1994) and may also influence the availability of chemical substances to the organism by binding them (Oris et al. 1990).

## RECOMMENDATIONS FOR FURTHER WORK

**Persistence of Fire Retardant Chemicals in the Environment**

A variety of chemicals are used to fight fires in the United States and Canada. Fish kills have been associated with the contamination of water by release of these products from overspray and runoff. Although the toxicity of these products is generally low in the natural environment these products are subjected to photolytic processes by natural sunlight that may alter their chemical characteristics and increase toxicity. Significant amounts of these materials are applied in montane wilderness areas, including habitats of the boreal toad (*Bufo boreas*) as a species listed as endangered by the State of Colorado. Preliminary studies indicate that the sensitivity of this endangered species to these products is similar to that of the Southern leopard frog and rainbow trout.

Our laboratory studies with fire retardant chemicals indicate a significant photoenhanced toxicity of products containing ferrocyanide corrosion inhibitors, with up to a 100-fold increase in the toxicity to rainbow trout and a 10-fold increase to southern leopard frogs in the presence of ultraviolet (UV) light. In contrast, compounds without the corrosion inhibitor were either unaffected in the presence of UV or photoenhanced to a lesser extent than those containing the corrosion inhibitor. Although mortality appeared to occur within the first 48 hours of exposure, free cyanide concentrations of up to 120 µg/L were evident after 96 hours. Given the extent of toxicity of cyanide photoenhancement as a result of these products, further evaluation of the persistence of this toxicity is warranted. Tests are needed to determine how rapidly the chemical transformations occur in sunlight and to determine how long the toxicity persists over time to understand the probability of biological injury from the application of these substances. Such information would support resource management decisions about

application regime relative to weather conditions that may increase photo-transformation or runoff. For example, there may be cause for concern about toxic runoff if toxicity remains high for long periods of time after field application. This information could also guide selection of alternative fire retardant formulations

**Fish Avoidance**

Aquatic habitats can be contaminated by misplaced drops, drift, and by runoff of fire retardant chemicals during application by aircraft. Although the resulting contamination has been shown to cause fish kills, the avoidance of affected areas by fish has also been observed. This apparent avoidance reaction may protect natural populations since by avoiding harmful concentrations the fish minimize fire retardant chemical exposure and subsequent injury. Formulations inducing such responses, in the short term, may be safer than chemicals that are not avoided. Thus, the risk of environmental injury from the use of these substances is based not only on their toxicity and environmental persistence, but also on the tendency of organisms to temporarily avoid exposure to them. It is unknown which of the components of fire retardant formulations (e.g. ammonia compound, coloring agents, and corrosion inhibitors) induce this aversive reaction. If a non-toxic component of the formulation is found to be responsible for causing avoidance, then its concentration could be manipulated to increase the probability of avoidance in the field. Since solar photoactivation significantly increases the toxicity of formulations containing sodium ferrocyanide, UV may also be important in inducing the avoidance of these chemicals.

EXHIBIT "W"

# Effects of Fire-Retardant Chemical Products on Fathead Minnows in Experimental Streams

**Final Report**

**June 2002**

Prepared by:

Edward E. Little and Robin Calfee
United States Geological Survey - Biological Resources Division
Columbia Environmental Research Center
4200 New Haven Rd.
Columbia, MO 65201

Submitted to:

Cecilia Johnson
Project Leader – Fire Chemicals
Wildland Fire Chemical Systems

USDA Forest Service
Missoula Technology and Development Center
5785 Highway 10 West
Missoula, MT 59808

**CERC Ecology Branch Fire Chemical Report: ECO-04**
**http://www.cerc.usgs.gov/pubs/center/pdfDocs/ECO-04.PDF**

## Table of Contents

EXECUTIVE SUMMARY .......... 3

INTRODUCTION .......... 7

METHODS .......... 7

- TEST ORGANISMS .......... 7
- CHEMICALS, RECEIPT, AND HANDLING .......... 8
- EXPERIMENTAL DESIGN AND TEST CONDITIONS .......... 9
- UV MEASUREMENTS .......... 11
- CHEMICAL ANALYSIS .......... 12
- STATISTICAL ANALYSIS .......... 12

RESULTS .......... 13

CONCLUSIONS .......... 18

ENVIRONMENTAL IMPLICATIONS .......... 19

REFERENCES .......... 21

**Acknowledgements**

We thank the staff of the Columbia Environmental Research Center for technical consultation and reviews of this report. This research was financially supported by the Forest Service Wildland Fire Chemical Systems Program.

# EXECUTIVE SUMMARY

## Effects of Fire-Retardant Chemical Products to Fathead Minnows in Experimental Streams

Each year large amounts of fire-retardant chemicals are applied to wildfires across the nation. The assessment of risk posed by the use of these chemicals includes understanding the toxicity of these materials relative to exposure concentrations that are likely to result from applications, the environmental persistence of the material, and surface runoff from treated watersheds. Recent laboratory studies with long-term fire-retardant chemicals indicate a significant photo-enhanced toxicity of products containing sodium ferrocyanide corrosion inhibitors, with up to a 100-fold increase in toxicity to rainbow trout and a 10-fold increase in toxicity to southern leopard frogs in the presence of ultraviolet (UV) light. In contrast, compounds without this corrosion inhibitor were either unaffected in the presence of UV or exhibited a lesser additive toxicity than those containing the corrosion inhibitor. Toxicity data determined in laboratory studies of fire-retardant chemicals may not accurately reflect toxicity in natural habitats because a variety of environmental variables can influence persistence as well as toxicity. Without information on toxicity in natural settings it is difficult to determine the ecological hazards and probability of injury resulting from exposure following field application of the fire-retardant chemicals.

Aside from unintentional spills and overspray, stormwater runoff is a likely pathway of contamination to aquatic systems by fire-retardant chemicals. One might expect such exposures to be transient and of limited duration as the contaminated runoff is diluted and carried downstream by the water flow. In order to assess fire-chemical toxicity resulting from runoff, the fate and effects of two fire-retardant chemicals, Fire-

Trol® GTS-R (GTS-R) and Phos-Chek® D75-R (D75-R) were tested over a 24-hour period in field tests using experimental streams. (Note: The concentrations listed herein refer to milligrams of powdered concentrate mixed in one liter of water.)

This investigation produced eight major results:

*GTS-R Exposure*

- Under clear sky conditions 100-percent mortality of fish exposed to a concentration of 128 milligrams GTS-R per liter of water (mg GTS-R/liter) with sodium ferrocyanide occurred within 3 hours of exposure. When fish were restocked three hours later at the same concentration, 100-percent mortality again occurred within 3 hours. At the next to the highest concentration (64 mg GTS-R/liter), 59-percent mortality occurred after 6 hours. Survival among controls and the lowest treatment (32 mg GTS-R/liter) was 100 percent during these tests (Figure 1).
- The average weak-acid-dissociable (WAD) cyanide concentration after 6 hours was 153 micrograms per liter (µg/liter) in the 128 mg GTS-R/liter test concentration, and 73 µg/liter in the 64 mg GTS-R/liter test concentration. The highest non-lethal concentration for cyanide at 6 hours was 42 µg/liter in the 32 mg GTS-R/liter test concentration (Figure 2). Surviving fish recovered rapidly as GTS-R was flushed from the streams with fresh well water and no further mortality occurred.
- Although 128 mg GTS-R/liter caused 100-percent mortality under sunny conditions, no mortality occurred when the study was repeated under heavy cloud cover at similar temperatures (Figure 3). This suggests that some minimum solar UV irradiance is necessary to induce toxicity.

- In studies of GTS-R without sodium ferrocyanide, 100-percent survival occurred in the 128-mg GTS-R/liter treatment. This suggests that the toxicity of GTS-R is due to weak acid dissociable cyanide concentrations.
- Results of our study indicate that under sunny conditions, the nonlethal concentration of GTS-R containing sodium ferrocyanide falls between 32 and 64 mg GTS-R/liter. Non-lethal concentrations of GTS-R without the corrosion inhibitor were in excess of 128 mg GTS-R/liter.

*D75-R Exposure*

- Neither mortality nor signs of behavioral distress were observed among fish exposed to D75-R at any time, even at concentrations as high as 240 mg D75-R/liter. Thus lethal concentrations of D75-R are in excess of 240 mg/liter (Figure 4).
- Total and un-ionized ammonia approached lethal concentrations during tests with 240 mg D75-R/liter. Un-ionized ammonia would have probably exceeded this threshold if the pH of the receiving water were greater than 8.0.
- The site-specific characteristics of the watershed, including the amount of rainfall, extent of run-off, degradation of the chemical, dilution volume, and pH must be considered in determining both toxic concentrations and environmental exposure conditions for D75-R.

Figure 1. Mortality induced by GTS-R




Figure 2. Observed cyanide concentrations during GTS-R Test




Figure 3. Toxicity of GTS-R under cloudy and sunny conditions




Figure 4. Mortality following exposure to chemicals with sodium ferrocyanide (SF)




Figure 1. Percent mortality among juvenile fathead minnows exposed to GTS-R for 0 (light gray bar), 3 (dark gray bar), and 6 (black bar) hours. Each histogram represents response of three replicate exposures of 2 groups of fish.

Figure 2. Observed concentrations of weak acid dissociable cyanide (μg/liter) during GTS-R exposure. The lines indicate weak-acid-dissociable (WAD) cyanide concentrations (μg/liter) after 0, 3, and 6 hours of exposure to GTS-R.

Figure 3. Percent mortality among fathead minnows exposed to controls and 120 mg GTS-R/liter under heavy cloud cover and under sunny conditions. Each histogram represents two replicate exposures of two groups of test organisms.

Figure 4. Percent mortality among juvenile fathead minnows exposed to GTS-R with sodium ferrocyanide (w/SF), GTS-R without sodium ferrocyanide (w/o SF), and D75-R, a fire retardant that does not contain sodium ferrocyanide. Each histogram represents two replicate exposures of two groups of 10 fish for the GTS-R tests and three replicate exposures of two groups of 10 fish for the D75-R tests. Note: significant mortality occurred only in the GTS-R treatment with sodium ferrocyanide.

1). The temperature and pH values were within the range of tolerance for the fathead minnow.

## DISCUSSION

Information about environmental concentrations of fire-retardant chemicals is mainly limited to recommended application rates (1 to 8 GPC). Actual applications may exceed recommended amounts depending on the judgment of the Incident Commander or, in the case of prescribed burns, the Fire Management Officer. Aqueous concentrations of GTS-R and D75-R applied in our study (32 to 128 mg GTS-R/liter, or 60 to 240 mg D75-R/liter) were considerably below the minimum concentration of mixed retardants that are typically applied during aerial application (1 GPC). The high concentration of fire-retardants used in our study was approximately 10 times the LC50 concentration of GTS-R to fathead minnows under UV exposure (13.6 mg GTS-R/liter) and 2 times the LC50 concentration for D75-R under UV exposure (108 mg D75-R/liter) determined in laboratory tests (Little and Calfee, 2002a). For GTS-R, this concentration was lethal to all test organisms within 3 hours of exposure under high solar irradiance conditions and was also lethal to organisms restocked after three hours. The observed toxicity of the 64-mg GTS-R/liter treatment was consistent with results from a 96-hour pond enclosure study in which LC50 values ranged from 21.1 to 70.8 mg GTS-R/liter under various UV and sediment treatment conditions (Little and Calfee, 2002b).

Exposures in flowing streams will vary with the rate of flow as the fire-retardant is diluted and removed from the stream segment. Fish exhibiting loss of equilibrium during initial exposure to lethal GTS-R treatments rapidly recovered when placed in

uncontaminated water; thus, recovery occurs when duration of exposure is limited. The 3- and 6-hour exposures in the present study likely reflect worst-case scenarios. In test exposures of the Little Humbolt River (Nevada), Poulton (1997) found that Phos-Chek D75-F, a formulation nearly identical to D75-R, persisted at lethal concentrations for about 45 to 60 minutes.

There are several potentially toxic components in the GTS-R formulation, including total ammonia, un-ionized ammonia, and cyanide. Total ammonia and un-ionized ammonia remained well below lethal concentrations. In contrast, cyanide concentrations (> 73 to 273 µg/liter) measured in the 64- and 128-mg GTS-R/liter treatments were lethal at 3 and 6 hours of exposure. The observed cyanide concentrations are comparable with 96-hour LC50 values of 50 µg/liter WAD cyanide (in 13.6 mg GTS-R/liter) determined for juvenile fathead minnows (Little and Calfee, 2002a).

The role of sodium ferrocyanide in the toxicity of the GTS-R formulation is clearly indicated by the total lack of mortality observed during tests of the formulation that did not contain sodium ferrocyanide. The importance of sunlight in the photoactivation of sodium ferrocyanide is also suggested by the lack of mortality during tests of the full formulation under the UV–limited conditions of heavy cloud cover. The formation of free cyanide from sodium ferrocyanide by ultraviolet radiation is a well-known reaction (Burdick and Lipschuetz, 1950). This photo-transformation takes place in the water column and is a function of UV irradiance levels. In our study, stream irradiance conditions under cloudy conditions of 40 $\mu W/cm^2$ UVB and 948 $\mu W/cm^2$ UVA were likely insufficient for photo-transformation, compared to irradiance levels of 143 $\mu W/cm^2$

UVB and 3233 $\mu$W/cm$^2$ UVA under sunny conditions. Photo-transformation likely took place throughout the stream, but not in the exposure chambers where UV was limited by filters.

A number of factors will influence photo-enhanced toxicity in natural habitats. Solar angle associated with time of day, season, air pollution, clouds, and surface reflection will influence UV irradiance levels (Little and Fabacher, 1996). Water quality (especially humic acid concentration) will limit the amount of UV penetrating the water column (Scully and Lean, 1994) and may also influence the bioavailability of chemical substances to an organism by binding them (Oris et al., 1990).

Mortality observed during the stream exposure was consistent with previous studies. In pond enclosure studies (Little and Calfee, 2002b), the effects of ultraviolet radiation were clearly apparent as heightened mortality occurred over a concentration range of 25 to 128 mg GTS-R/liter under the high irradiance condition, and by the rapid depletion of cyanide after 24 hours. In contrast, under low UV irradiance conditions only the highest treatment was lethal within 24 hours and cyanide was persistent for at least 4 days (Little and Calfee, 2002b). In laboratory studies of GTS-R, free cyanide concentrations in water ranged from below detections limits under dark control (foil-wrapped chambers) conditions up to 22 μg/liter under UV irradiance conditions (Little and Calfee, 2000). A rapid onset of mortality within 1 to 2 hours of the onset of exposure was also observed during the laboratory tests.

Preliminary results of weathering studies under ambient summer conditions indicate that GTS-R may persist in the environment for at least 21 days and possibly longer (Little and Calfee, 2002a). Runoff from treated watersheds could remain toxic

well after the application of the chemical. Similarly, toxic levels of D75-R remained constant after application on soils (Little and Calfee, 2002a). With both retardant chemicals, soil composition will likely be an important variable in persistence and long term hazards. Poulton (1997) found that chemical half-life of GTS-R and D75-F decreased as clay content of soils increased, with the most rapid degradation occurring in silty clay loam having a 7.5 percent organic content.

D75-R was essentially nontoxic during the stream exposure and toxicity of this retardant was not increased in the presence of sunlight. In the pond enclosure studies mortality was not consistently induced during a 4-day exposure to D75-R (Little and Calfee, 2002b). D75-R does not contain the ferrocyanide corrosion inhibitor in its formulation and photo-enhanced toxicity was not apparent. Mortality in the pond enclosure study was largely associated with heightened concentrations of un-ionized ammonia, particularly as pH increased with algal growth. During the stream tests un-ionized ammonia approached lethal levels in the 240-mg D75-R/liter treatment, but circumneutral pH levels limited un-ionized ammonia to a sublethal range. The pH of receiving waters is likely to be critical to the toxicity of D75-R.

## CONCLUSIONS

The GTS-R formulation containing sodium ferrocyanide was toxic under sunny conditions. Toxicity occurred at concentrations of GTS-R similar to those concentrations that were toxic during pond enclosure and laboratory tests. Whether such applications constitute environmental harm depends upon the characteristics of the watershed, particularly the watershed to surface water ratio, as well as the rate of GTS-R

decomposition. Rainwater runoff following applications of this formulation at the recommended rate could result in lethal concentrations in small ponds and in streams receiving limited flow. Larger aquatic systems would likely dilute the formulation to sublethal levels but could have lethal effects at source points. Preliminary results of weathering studies under ambient summer conditions indicate that GTS-R may persist in the environment for at least 45 days, and possibly longer; therefore, delayed effects could occur well after the application of the chemical.

Toxicity of GTS-R and D75-R from un-ionized ammonia may be of concern at the highest concentrations tested if pH is elevated (greater than pH 8) and buffering capacity is limited in the receiving waters.

## ENVIRONMENTAL IMPLICATIONS

If 5 cm of rain fell on the area treated with the minimum recommended application rate of 1 GPC, 755 grams of GTS-R would be contained in 474 liters of water. This would result in a dilution of the retardant to a final concentration of 1.6 grams GTS-R/liter of water, an amount 47 times greater than the sublethal concentration of 34 mg GTS-R/liter observed during the stream tests. The rapid recovery of fish when removed from exposure indicates that the duration of exposure and hence the residence time of the chemical in the habitat is a critical variable. The 3- to 6-hour exposures conducted in this study probably reflect worse case situations. Depending on the flow rate of the stream, the duration of exposure may be much shorter than the 3- to 6-hour exposures of the present study, and probably not sufficient to cause harm.

If 5 cm of rain fell on the area treated with the minimum recommended application rate of 1 GPC, 554 grams of D75-R would be contained in 474 liters of water. The resulting concentration would be about 1.2-grams D75-R/ liter, or 10 times the highest D75-R concentration used in this study. Since this concentration did not exhibit toxicity until 14 days of exposure, it is likely that D75-R would be washed downstream before injury occurred.