EXHIBIT "X"

Manuscript

# Comparison of the effects of wildfire and wildland fire retardant application on post-fire surface water quality

Robert L. Crouch[a*], Hubert J. Timmenga[b], Timothy R. Barber[c], and Phyllis C. Fuchsman[c]

[a] *Analytical Laboratory Services Inc., 318 East Kaler Drive, Phoenix, AZ 85020, USA*

[b] *Timmenga & Associates Inc., 292 E 56 Ave, Vancouver BC V5X 1R3, Canada*

[c] *ARCADIS G&M, 26451 Curtiss Wright Parkway, Cleveland OH 44143, USA*

## Abstract

The rapid increase in the number of human dwellings in remote forested areas in recent years has placed unprecedented demands on firefighting resources and decision makers. In addition, our knowledge of critical habitats requires humankind to better manage forest resources and ecosystems to prevent the loss of animal and plant species. An understanding of the environmental effects of the use of wildland fire retardant is needed to provide informed decision-making regarding forest management. Here we describe post-fire concentrations of the fire retardant constituents ammonia, phosphorus, and cyanide in streams near four major wildfires and evaluate whether these chemicals originate primarily from fire or from retardant use. We compare measured concentrations in streams where chemical wildland fire retardant was applied with concentrations in streams draining areas where retardant was not used. Correlations with calcium are used as an additional line of evidence, because calcium concentrations in ash are much higher than in retardant. Ammonia, phosphorus, and total cyanide are found in streams in burned areas where retardant was not used. Concentrations of weak acid

* Corresponding author. Tel: 602.284.4167; fax: 602.331.8383
*Email address:* a_chemist@msn.com

dissociable cyanide are generally non-detected or very low, whether or not wildland fire retardant was used in the watershed. Chemical concentrations in stream water in or near the areas affected by wildfire are found to be due overwhelmingly to ash runoff rather than wildland fire retardant applications.

*Keywords*: cyanide; ammonia; ash; ferrocyanide

## 1. Introduction

High summer temperatures, prolonged drought and a significant build up of burnable vegetation in forests in western Canada and the western United States have led to several years of increased frequency and intensity of wildland fires. During the years 1998-2003, fires destroyed large tracts of forest, damaged property, and threatened lives to an extent well above historic norms (see http://www.nifc.gov/stats/wildlandfirestats.html). Adverse impacts of uncontrolled wildland fire include the loss of aquatic and terrestrial organisms and habitat; recovery may take years (Bisson et al., 2003, Earl and Blinn, 2003). Although wildfires are a natural process, the combination of increased wildfire frequency and intensity with anthropogenic habitat loss, fragmentation, and expansion of exotic species increases risks to vulnerable fish and wildlife populations (Rieman et al., 2003). Wildfires are contained by various means, primarily by manual or mechanized fire fighting on the ground and by aerial application of water, wildland fire retardant, and fire suppressant foam products. Consequently, the use of wildland fire retardant has also increased to levels well above historic averages.

Wildland fire retardants are mainly comprised of ammonium sulfate and/or ammonium phosphate fertilizers. Ammonium salts react with cellulosic fuels over the

temperature range of pyrolysis and combustion. The salts decompose at these temperatures, ammonia is driven off, and the resulting mineral acid (phosphoric or sulfuric) combines with cellulose to form higher molecular weight cellulose derivatives. In this way, the quantity of flammable hydrocarbons produced during pyrolysis is lowered, and the combustion process is inhibited. Corresponding alkali or alkaline earth salts will not act as wildland fire retardants because they do not convert to mineral acids at the temperatures involved. Other flame retardant chemicals tend to be substantially more costly and/or less environmentally acceptable and therefore less suitable for wildland firefighting. Commercial retardant products also include corrosion inhibitors such as metal compounds, organic compounds, or *tetrakis* sodium *hexa*cyanoferrate (II)$\cdot 10H_2O$ (also known commonly as "yellow prussiate of soda" or "YPS"). The purpose of these additives is to protect firefighting equipment from the corrosive effects of retardant salts.

The entry of wildland fire retardant to surface waters may occur by two general pathways: retardant may be applied in a watershed away from surface waters, and retardant components may subsequently enter surface waters following rain events; or the retardant may be applied directly to surface waters, either intentionally or accidentally. Direct application of wildland fire retardant to surface waters is uncommon and is not the subject of this report. Ammonia and phosphate from aerially applied retardant are relatively immobile in soils, and studies conducted in the absence of fire have shown that these components do not migrate into surface waters when placed more than about three meters from the stream (Norris et. al., 1978; Norris et. al., 1991). However, wildland fire retardant placed on rocks, gravel, or sand sufficiently close to surface waters can potentially be washed in by rain (Little and Calfee, 2002). Ammonia and phosphate in wildland fire retardant have the potential to adversely affect water quality in surface waters proximal to fires. The presence of YPS in certain wildland fire retardant formulas

raises the possibility that the use of these products may also contribute to cyanide in post-fire stormwater runoff. The extent to which retardant-related impacts occur is an important factor in planning fire suppression and post-fire rehabilitation activities.

In the absence of wildland fire retardant usage, fire can cause increased water temperature, reduced dissolved oxygen concentration, pH changes, silt and ash loading and the release of toxic organic and inorganic compounds, all of which may adversely affect surface water quality and cause toxic effects or mortality in native organisms. Bayley and Shindler (1991) reported a rapid increase in ammonia, calcium, and other constituents after fires in a research area in southwestern Ontario where no retardant was used. Several studies of wildland fires have described increases in released nutrients in stream water during and shortly after a fire, including ammonia, nitrate, total nitrogen, phosphorus, calcium, magnesium and potassium (Spencer and Hauer, 1991; Spencer et al., 2003; Gluns and Toews, 1989; Earl and Blinn, 2003); none of these studies mentions fire retardant use. Barber et al. (2003) described releases of cyanides from biomass burning and documented potentially toxic concentrations of free cyanide (the form of cyanide most toxic to aquatic species) in surface runoff following a wildland fire where no retardant was used. Many instances of fish mortality caused by wildland fire have been reported (Rinne, 1996; Rieman et al., 1997; Gresswell, 1999; see also http://www.fs.fed.us/rl/flathead/fire/new/fish_index.htm; and http://www.dnr.state.co.us/pdf/Healthy%20Forests%20Report.pdf ). Fish mortality in these cases was directly attributed to fire-related effects rather than any exposure to fire retardant. Macroinvertebrates are less sensitive than fish to fire-related effects, although high mortality can occur under conditions of extreme heat, smoke, or ash flows (Minshall, 2003; Earl and Blinn, 2003).

Ammonia, phosphorus, and cyanide or YPS are thus generated by combustion processes and also are contained in fire retardant. In this report, we evaluate data from four fires that were fought with airdrops of wildland fire retardant in order to determine the source of these contaminants and the effect that retardant may have on post-fire water quality. To the extent possible, sample locations were segregated based on whether they were potentially affected by fire only or by both fire and retardant, and concentrations of ammonia, phosphorus and cyanide in surface water were compared among locations. Additionally, correlations between the constituents of interest and calcium were used to further explore chemical source attribution. The amount of calcium typically found in ash-contaminated runoff greatly exceeds the amount in fire retardant (Gluns and Toews, 1989; Bayley and Shindler, 1991; Miller and Miller, 2000), such that calcium can be used as a marker to define water contaminated with ash runoff.

## 2. Methods

### *2.1 Data Compilation*

Data were compiled for all post-fire surface water monitoring programs where ammonia, phosphorus, and cyanide were measured and data were available in the public domain. In all four cases, the wildland fire retardant used was manufactured by Fire-Trol Holdings L.L.C. of Phoenix, AZ in the U.S. or by Fire-Trol Canada Company of Kamloops, B.C in Canada and contained YPS as a corrosion inhibitor. Depending on the sampling program, cyanide was measured using multiple analytical methods (see ASTM 2001). "Total cyanide" analyses measure essentially all forms of cyanide, including non-toxic metal-cyanide complexes such as YPS, whereas "weak acid dissociable (WAD) cyanide" and "cyanide amenable to chlorination" analyses are intended to more closely approximate the toxicologically relevant fraction of total cyanide, including free cyanide produced by biomass burning or possibly through photodegradation of YPS.

Measurements of "available cyanide" or free cyanide by microdiffusion would have provided higher quality data to evaluate aquatic ecological risks (ASTM 2001) but were not conducted in any of the sampling programs.

For each water sample, the following information was compiled (Appendix 1): sample location and date; days elapsed after fire containment; concentrations of ammonia, total phosphorus, total cyanide, WAD or amenable cyanide, and calcium; and classification of the location as not burned (NB), burned with no retardant (BNR), burned with retardant (BR), or unknown (UNK). Not all samples were analyzed for all chemicals of interest. The four fires and associated sampling programs are described below.

### *2.1.1 Cerro Grande Fire*

The Cerro Grande Fire, located in northern New Mexico, USA, began in early May 2000 and spread rapidly towards the Los Alamos National Laboratory (LANL). By the time the fire was contained, it had covered 16,800 ha, and a total of 631,785 L of wildland fire retardant had been used. Retardant was placed as fireguard on ridges separating watersheds, across watersheds, and in or near the town of Los Alamos to protect dwellings, property and laboratory facilities (LANL, 2000). As part of an ongoing surface water environmental monitoring program, LANL personnel collected water samples from various water bodies over a one-year period following the fire (LANL, 2001). Automated samplers were used to collect samples during storm events, and additional samples were taken by hand. The analytical program for cyanide included total and amenable cyanide analyses. A total of 43 samples collected from 10 locations are evaluated here. Based on a review of topographic maps (LANL, 2000) and drop zones (USFS, 2000), watersheds were identified as having been affected by the fire only (Rendija/Guaje and Mortandad Canyons, Canada del Buey), by both retardant and fire

(Los Alamos, Pueblo, Water, and Pajarito Canyons, and Canon de Valle), or by neither (Indio and Portillo Canyons). The unburned watersheds may have been affected by smoke, however. The Frijoles Canyon was affected in the upper reaches, as the fire started there. This watershed was excluded from the analysis, because only a small portion was affected.

### *2.1.2 Silver Creek Fire*

The Silver Creek Fire started on July 29, 1998 on Fly Hills, west of the Salmon River Valley and southwest of Salmon Arm, British Columbia. Fire spread was initially slow, but high winds caused the fire to expand rapidly beginning August 7. In total, the Silver Creek Fire affected approximately 6,400 ha. The fire was fought with water in the early stages due to concerns over potential water quality impacts of wildland fire retardant. When the fire perimeter began to expand, retardant was applied to protect private property such as dwellings and farm buildings located in the Salmon River Valley. Some 2.8 million L of wildland fire retardant were used to fight the fire. The British Columbia Ministry of Water, Land and Air Protection (WLAP, then called BC Ministry of Environment) closely monitored the fire and fire fighting operations. According to WLAP, a significant portion (~60%) of the retardant was applied to narrow strips of forest close to the edges of the Salmon River Valley and certain tributaries where the fire posed the greatest risk to outbuildings and dwellings. Precipitation from post-fire rainstorms amounted to only a few millimeters, and ash-laden runoff did not occur.

During and after the Silver Creek Fire, the WLAP collected and analyzed stream water from various water bodies over approximately a one-year period (Grace, 2001). Sampling continued after 1999 to measure longer-term water quality, but cyanide analysis was discontinued due to a lack of detectable concentrations. Cyanide analyses

included total and WAD cyanide. The WLAP sampled seven creeks, one in a non-burned watershed (Hobson Creek), one in a burned watershed where little or no retardant was used (Wall Creek), four that drained watersheds that were burned and received retardant (Grier, Wallensteen, Kernaghan and Rumball Creeks), and Silver Creek. We classified Silver Creek as "unknown," because the fire started here and was initially fought with water only; at the time retardant was applied the fire had likely moved from the Silver Creek area. Sampling locations in watersheds that received retardant were adjacent to or just below retardant drop zones. Sampling in some creeks started before the fire was fully contained. Fifty-three samples were collected.

*2.1.3 Viveash Fire*

The Viveash Fire burned in May/June, 2000, near Pecos, NM, USA, in the Cow Creek, Viveash, and Gallina watersheds, all of which drain into the Pecos River. The fire was fought with wildland fire retardant in the upper and lower reaches of the watershed, and a total of 1,561,000 L of retardant were applied. The fire burned 11,700 ha. The New Mexico Environment Department's Surface Water Quality Bureau sampled and analyzed several creeks affected by the Viveash fire. Water samples were taken during and shortly after the first rainstorm following the fire, when the water quality of the Pecos River deteriorated due to ash in stormwater runoff. Tributary creeks were ash-clogged and stream banks showed significant erosion (Hopkins 2001). Sampling was discontinued when water quality parameters reached background concentrations. The data were obtained from one sampling site in the Pecos River downstream from the confluence with Cow Creek and three locations in the Gallinas River (Hopkins, 2001). Seven samples were collected over a period of 45 days. Samples from the Pecos River are classified as potentially affected by both fire and retardant, but we could not determine whether the locations in the Gallinas River were potentially affected by

retardant and fire or only by fire. Analyses of the first two Pecos River samples included total and amenable cyanide; subsequent cyanide analyses were limited to WAD cyanide.

*2.1.4 Rodeo-Chediski Fire*

The Rodeo Fire began on June 18, 2002, and the Chediski Fire began on June 20, 2002 in central Arizona, USA. The two fires rapidly joined, and 2,786,000 L of wildland fire retardant were used in suppression efforts. Retardant was mostly used to contain the fire along its northwest, north and northeast perimeters. In total some 195,000 ha were burned. The affected watersheds drain into the Salt River, which supplies water to metropolitan Phoenix, AZ, USA. A series of thunderstorms passed over the area during July 14 – 16. Although the actual rainfall in the burned area is indeterminate due to the localized nature of desert thunderstorms, maximum daily precipitation was 16.5 – 40.5 mm at regional weather stations. Runoff from the burned area caused a slug of ash in the Salt River and tributaries that drain the burned area. The U.S. Geological Survey (USGS) collected water samples from the Salt River above the Roosevelt Reservoir (Arizona, USA) before, during, and after passage of the ash slug (Partin, 2002). Eight samples were collected over four days. We could not determine whether the sample location was potentially affected by retardant and fire or only by fire. Neither amenable nor WAD cyanide were analyzed in this sampling program, although total cyanide was analyzed.

*2.2 Statistical Analyses*

Prior to implementing statistical analyses, non-detected concentrations were set equal to one-half the detection limit, and all chemical concentrations were log transformed. Nonparametric tests were generally used, although parametric tests were employed when the assumptions of normality and equality of variances were satisfied.

Amenable and WAD cyanide were infrequently detected and were not included in statistical analyses, although the results are used for comparison to aquatic toxicity data.

We defined three "treatments" of watersheds: 1) not burned (NB); 2) burned, no retardant (BNR); and 3) burned with retardant (BR). Chemical concentrations at BR versus BNR locations were compared using the Mann-Whitney Rank Sum Test. Comparisons to NB locations were added using One-Way Analysis of Variance (ANOVA) or Kruskall Wallis ANOVA on Ranks (nonparametric). If differences between treatments were identified, Tukey's Test (parametric) or the Holm-Sidak Test (nonparametric) was used to compare all pairs for significance. Because the sampling programs included in this study were not designed to support statistical analyses, it was not possible to use multiple ANOVA methods to directly evaluate potential confounding factors, such as differences in concentrations between fires and over time. The data were examined graphically and using One-Way ANOVA to assess the importance of time and site differences, and additional analyses using a subset of the data were implemented as appropriate to factor out these influences.

Correlations between ammonia, phosphorus, total cyanide, and calcium were tested using nonparametric Spearman Rank Order comparisons. A correlation between calcium concentrations and other chemicals of interest indicates an ash-related source. In addition to the correlation analysis, scatter plots of calcium versus the other chemicals of interest were evaluated to compare trends between BR and BNR locations and to identify specific locations exhibiting elevated concentrations relative to calcium.

## 3. Results and Discussion

Amenable and WAD cyanide were generally detected infrequently and at low concentrations in post-fire surface water samples (Table 1). Due to the episodic nature of

post-fire storm events, cyanide concentrations in surface water are most likely elevated for short periods of time and are most comparable to acute rather than chronic toxicity data. The most sensitive North American vertebrate species to free cyanide is rainbow trout (*Onchorynchus mykiss*), which exhibits a 96 h median lethal concentration (LC50) of 45 μg/L (US EPA, 1985). Among the amenable and WAD cyanide data evaluated here, only two concentrations exceed the rainbow trout LC50. These results were reported from locations where fire retardant was applied, but they also coincide with the two highest calcium concentrations among samples analyzed for amenable or WAD cyanide, indicating a strong ash-related impact. In general, amenable and WAD cyanide concentrations were not high enough to cause acute aquatic toxicity, regardless of whether fire retardant was applied. A larger number of samples were analyzed for total cyanide than amenable or WAD cyanide, but the results are difficult to interpret with regard to potential toxicity, because the bioavailable fraction of total cyanide is not known. In cases where multiple types of cyanide analysis were conducted, the amenable or WAD cyanide concentrations were usually much lower than total cyanide (or both were below detection limits). The highest total cyanide concentration was reported from a location where no fire retardant was applied.

The observed concentrations of ammonia and phosphorus are of greater environmental significance, underscoring the importance of identifying their source. The acute toxicity of ammonia to aquatic organisms is strongly dependent on pH, with increasing pH resulting in increasing toxicity (US EPA, 1999). Since ash characteristically exhibits very high pH, it is reasonable to expect that high ammonia levels in post-fire surface water samples are associated with high pH. At a pH of 9.0, the US EPA (1999) predicts acute toxicity to sensitive fish species at a total ammonia concentration of approximately 1 to 2 mg/L. Concentrations above this level were observed in several samples collected after the Cerro Grande and Rodeo-Chediski fires,

including samples from areas where no retardant was used. Phosphorus is not expected to be acutely toxic but can cause eutrophication. The phosphorus levels reported here would be high enough to adversely affect lakes or reservoirs, although their significance for stream systems is less clear (US EPA, 1986).

No significant differences between BR and BNR locations were observed for ammonia, phosphorus, or total cyanide (Table 2). Concentrations of phosphorus were significantly higher at BNR locations compared to NB locations, but there was no significant difference between BR and NB locations. However, differences between fire sites could affect these results. Specifically, ammonia, phosphorus, and total cyanide concentrations for Silver Creek are significantly lower than for the other three fires, probably because ash-laden flows did not occur following the Silver Creek fire. Most of the BNR data are from the Cerro Grande fire, such that differences between sites could affect statistical comparisons. Therefore, the BR and BNR data were also compared for the Cerro Grande fire only. No significant differences were noted between BR and BNR locations for any chemical of interest.

The data were also examined to determine whether changes in chemical concentrations over time might confound the comparison of BR and BNR locations. As shown in Figure 1, the concentrations of ammonia and total cyanide tended to decline over time, although this trend was not statistically significant when 90-day blocks of time were compared. The effects of time on chemical concentrations would only confound the analysis if time coverage were not comparable among BR and BNR locations. The primary difference in time coverage between the BR and BNR data sets is that no BNR data are available earlier than 47 days after fire containment. This discrepancy tends to bias the BNR data low relative to the BR data and thus does not obscure any potential effects related to fire retardant application. Thus, these comparisons show that retardant

use did not result in significantly elevated concentrations of ammonia, phosphorus, or total cyanide in surface water.

Consistent with the foregoing lines of evidence, ammonia, phosphorus, and total cyanide concentrations were all significantly correlated with calcium concentrations (Table 3), indicating a systematic association of these chemicals with ash-related inputs. Plots of calcium versus the other chemicals of interest (Figure 2) do not reveal any obvious differences in slope between BNR and BR locations, although there is considerable scatter in the data. Only the sample collected August 16, 1998 from Kernaghan Creek consistently shows low calcium relative to the other chemicals of interest. While this sample may have been affected by fire retardant, the concentrations of ammonia (0.38 mg/L) and WAD cyanide (3 μg/L) do not indicate a potential for acute toxicity. None of the other nine samples collected from the same location or from other watersheds treated with retardant during the Silver Creek fire appear to be influenced by retardant, even though at least ten times more fire retardant was applied per hectare compared to the Cerro Grande, Viveash, and Rodeo-Chediski fires. Considering that 60% of the retardant was applied to narrow strips of land adjacent to creeks, application rates near sampling areas in the Silver Creek fire were much higher than for the other fires. However no negative effects on the creeks were found.

Little and Calfee (2002) reported that retardant may be washed off of sandy or rocky soil and postulated that this likely serves as a pathway of contamination to aquatic systems. However, this prediction was not realized following the fires evaluated here, despite the use of fire retardants containing higher phosphorus and YPS concentrations than the formulations used by Little and Calfee. Instead, these results confirm previous findings that applications of wildland fire retardant close to streams (i.e., >3m) will not cause elevated concentrations of retardant components in stream water (Norris et. al.,

1978; Norris et. al., 1991). One factor likely contributing to our findings is that ammonia, total cyanide, and phosphate originating from fire retardant are consumed during pyrolysis and combustion. While concentrations of these chemicals in fire retardant are several orders of magnitude greater than the concentrations expected from ash, only residual concentrations (e.g., outside of burned areas) are actually available for run-off. Also, retardant application generally covers only several tens of hectares, whereas the fires were thousands of hectares in size.

## 4. Conclusions

We have shown, based on the analysis of data from four large fires, that the application of wildland fire retardant had minimal effects on proximate surface water quality. Cyanide concentrations in post-fire stormwater runoff were not affected by the presence of YPS in the retardant formulas and were due to pyrogenic sources. Wildland fire retardant is an important and valuable tool to protect critical habitat, ecosystems, and human life and property from catastrophic wildfire. Our findings show that, when used properly, wildland fire retardant poses little risk to water quality and aquatic life.

## Acknowledgments

The authors wish to thank Fire-Trol Holdings LLC for supporting this work. The communication of important relevant data from C. Partin, U.S. Geological Survey, and R. Grace, British Columbia Ministry of Water, Land and Air Protection, is gratefully acknowledged.

**References**

ASTM, 2001. Standard Guide for Understanding Cyanide Species, D 6696-01. American Society for Testing and Materials, West Conshohocken, PA.

Barber, T.R., Lutes, C.C., Doorn, M.R.J., Fuchsman, P.C., Timmenga, H.J., Crouch, R.L., 2003. Aquatic ecological risks due to cyanide releases from biomass burning. Chemosphere 50, 343-348.

Bayley, S.E., Shindler, D.W., 1991. The role of fire in determining stream water chemistry in northern coniferous forests. In: Mooney, H.A., Medina, E., Schindler, D., Schulze, E.D., Walker, B.H. (Eds.). Scope 45, Environmental Experiments. Wiley, U.K. Available at http://www.icsu-scope.org/.

Bisson, P.A., Rieman, B.E., Luce, C., Hessburg, P.F., Lee, D.C., Kershner, J.L., Reeves, G.H., Gresswell, R.E., 2003. Fire and aquatic ecosystems of the western USA: current knowledge and key questions. Forest Ecol. Manage. 178, 213-229.

Earl, S.R, Blinn, D.W., 2003. Effects of wildfire ash on water chemistry and biota in South-Western U.S.A. streams. Freshwater Biol. 48, 1015-1030.

Gluns, D.R., Toews, D.A.A., 1989. Effect of a major wildfire on water quality in Southeastern British Columbia. In: Proceedings of the Symposium on Headwaters Hydrology, American Water Resources Association, Bethesda MD. pp 487-499.

Grace, R., 2001. Report to Salmon River Watershed Roundtable on October 19, 2001. BC Ministry of Water, Land and Air Protection. Personal communication.

Gresswell, R.E., 1999. Fire and aquatic ecosystems in forested biomes of North America. Trans. Amer. Fisheries Soc. 128, 193-221.

Hopkins, J.S., 2001. Special Water Quality Survey of the Pecos and Gallinas Rivers Below the Viveash and Manuelitas Fires. Report for Surveillance and Standards Section - Surface Water Quality Bureau, New Mexico Environment Department. Available at www.nmenv.state.nm.us/swqb/Viveash_Fire_Report_02-2001.html.

LANL, 2001. Los Alamos National Laboratory, Stormwater data since the Cerro Grande fire. Data from searches and review conducted between November 19, 2001 and December 12, 2001. http://www.esh.lanl.gov/~esh18/teams/GCFire /chem_data.htm

LANL, 2000. Cerro Grande Fire: Maps 1-6. Final Plots 108759-65; June 21, 2000. Los Alamos National Laboratory, Facility for Information Management, Analysis and Display, Los Alamos, NM.

Little, E.E., Calfee, R., 2002. Effects of Fire Retardant Chemical Products on Fathead Minnows in Experimental Streams. Report no. ECO-04, U.S. Geological Survey, Columbia Environmental Research Center, Columbia, MO. Available at http://www.cerc.usgs.gov/pubs/center/pdfDocs/ECO-04.pdf.

Miller, D.M., Miller, W.P., 2000. Land application of wastes. In: Sumner, M.E., (Ed.), Handbook of Soil Science. CRC Press, pp. G217-G245.

Minshall, G.W., 2003. Responses of stream benthic macroinvertebrates to fire. Forest Ecol. Manage. 178(1-2):155-161.

Norris, L. A., Hawkes, C.L., Webb, W.L., Moore, D.G., Bollen W.B., Holcombe, E., 1978. The Behavior and Impact of Chemical Fire Retardants in Forest Streams. USDA Forest Service, Forestry Sciences Laboratory, Pacific Northwest Forest and Range Experiment Station, Corvallis, OR.

Norris, L.A., Lorz, H., Gregory, S., 1991. Forest chemicals. In: Meehan, W. (Ed.). Influence of Forest and Rangeland Management on Salmonid Fishes. American Fisheries Society, Baltimore, MD, pp. 207-296.

Partin, C., 2002. Analytical data from water sampling program of the Salt River, AZ. US Geological Survey Phoenix office. Personal communication.

Rieman, B.E., Lee, D., Chandler, G., Myers, D., 1997. Does wildfire threaten extinction for salmonids: responses of redband trout and bull trout following recent large fires on the Boise National Forest? In: Proceedings of the Symposium on Fire Effects on Threatened and Endangered Species and Habitats, International Association of Wildland Fire, Fairfield, WA. pp. 47-57.

Rieman, B., Lee, D., Burns, D., Gresswell, R., Young, M., Stowell, R., Rinne, J., Howell, P., 2003. Status of native fishes in the western United States and issues for fire and fuels management. Forest Ecol. Manage. 178, 197-211.

Rinne, J.N., 1996. Short-term effects of wildfire on fishes and aquatic macroinvertebrates: Southwestern United States. N. Am. J. Fish. Man. 16, 653-658.

Spencer, C.N., Hauer, F.R., 1991. Phosphorus and nitrogen dynamics in streams during a wildfire. J. N. Am. Benth. Soc. 10, 24-30.

Spencer, C.N., Gabel, K.O., Hauer, F.R., 2003. Wildfire effects on stream food webs and nutrient dynamics in Glacier National Park. Forest Ecol. Manage. 178, 141-153.

US EPA, 1985. Ambient aquatic life water quality criteria for cyanide. EPA 440/5-84-028. U.S. Environmental Protection Agency, Duluth, MN.

US EPA, 1986. Quality Criteria for Water. 440/5-86-001. U.S. Environmental Protection Agency, Washington, DC.

US EPA, 1999. 1999 Update of Ambient water Quality Criteria for Ammonia. EPA-822-R-99-014. U.S. Environmental Protection Agency, Washington, DC.

USFS, 2000. U.S. Department of Agriculture Forest Service Region 3 Fire and Aviation Management. Records on file at 333 Broadway SE, Albuquerque, NM 87102.

**R.L. Crouch** obtained the following degrees in Chemistry: Bachelor of Arts, Milton College, 1974; Master of Arts, Drake University, 1978; and Doctor of Philosophy, Arizona State University, 1984. He is President and Chief Chemist with Analytical Laboratory Services, Inc., and his research interests are centered in environmental chemical analysis.

Table 1. Summary of post-fire surface water quality data

Table 2. Comparison of post-fire surface water quality in watersheds that were burned with no retardant application (BNR), burned with retardant application (BR), and not burned (NB)

Table 3. Spearman rank order correlation results testing associations between chemicals of interest and calcium

Figure 1. Concentrations of selected chemicals in post-fire surface water over time. Fires are identified as: Cerro Grande (squares), Silver Creek (diamonds), Viveash (circles), and Rodeo-Chediski (x). Sample types are identified as: burned, no retardant used ("BNR," open); burned, retardant used ("BR," filled); burned, unknown if retardant used (x, including all Rodeo-Chediski samples); and not burned ("NB," cross).

Figure 2. Relationship of selected chemicals with calcium, an indicator of ash-related inputs. Symbols are as defined in Figure 1.

Appendix 1. Post-fire surface water quality data

Table 1

Summary of post-fire surface water quality data[a]

| Fire | Total ammonia | Total phosphorus | Total cyanide | WAD or amenable cyanide | Total calcium |
|---|---|---|---|---|---|
| Cerro Grande | 0.415<br>0.012-5.7<br>*32* | 2.08<br>0.58-8.6<br>*18* | 0.00524<br><0.00276-0.176<br>*41* | <0.00276*<br><0.00276-0.062<br>*26* | 29<br>10-1000<br>*23* |
| Silver Creek | <0.005*<br><0.005-0.377<br>*44* | 0.047<br><0.005-0.962<br>*41* | 0.0008<br><0.0005-0.024<br>*35* | <0.0005*<br><0.0005-0.015<br>*41* | 24.9<br>7.17-69.7<br>*18* |
| Viveash | <0.1*<br><0.1-0.693<br>*6* | 3.13<br><0.05-33<br>*6* | 0.0715<br>0.024-0.119<br>*2* | 0.003<br>0.001-0.119<br>*7* | 99.5<br>31-380<br>*6* |
| Rodeo-Chediski | 0.28<br><0.01-1.2<br>*7* | 5.9<br>0.11-20<br>*8* | 0.0075<br><0.01-0.05<br>*8* | NA | 386<br>111-1470<br>*8* |

[a]Values are median and range in mg/L, followed by *number of analyses*

*Detected in less than 50% of samples

Table 2

Comparison of post-fire surface water quality in watersheds that were burned with no retardant application (BNR), burned with retardant application (BR), and not burned (NB)[a]

| | BNR | BR | NB | Significant differences ($p<0.05$) |
|---|---|---|---|---|
| *All data* | | | | |
| Ammonia | 0.095 (*12*) | 0.012 (*57*) | <0.005 (*8*) | No significant difference |
| Phosphorus | 0.71 (*9*) | 0.124 (*42*) | 0.066 (*9*) | BNR v. NB |
| Total cyanide | 0.0036 (*11*) | 0.0016 (*55*) | 0.0009 (*9*) | No significant difference |
| *Cerro Grande data only*[b] | | | | |
| Ammonia | 0.715 (*8*) | 0.29 (*23*) | | No significant difference |
| Phosphorus | 3.12 (*5*) | 2.45 (*10*) | | No significant difference |
| Total cyanide | 0.00368 (*9*) | 0.0091 (*29*) | | No significant difference |

[a]Values are median in mg/L followed by (*number of analyses*)

[b]NB not evaluated due to low sample size

Table 3
Spearman rank order correlation results testing associations between chemicals of interest and calcium

| | r | p | n |
|---|---|---|---|
| Ammonia | 0.676 | <0.001 | 45 |
| Phosphorus | 0.704 | <0.001 | 34 |
| Total cyanide | 0.709 | <0.001 | 41 |

Appendix 1

Post-fire surface water quality data

| Sample location | Date | Location type[a] | Days elapsed after fire containment[b] | Total ammonia (mg N/L) | Total phosphorus (mg/L) | Total cyanide (mg CN/L) | WAD or amenable cyanide[c] (mg CN/L) | Total calcium (mg/L) |
|---|---|---|---|---|---|---|---|---|
| *Cerro Grande Fire* | *5/5 to 5/16/2000* | | | | | | | |
| Portillo Canyon/Creek | August 9, 2000 | NB | 88 | | 1.72 | 0.00327 | | |
| Portillo Canyon/Creek | October 23, 2000 | NB | 161 | | 0.58 | <0.00276 | | |
| Indio Canyon | June 28, 2000 | NB | 44 | 4.8 | 0.72 | 0.072 | | 688 |
| Guaje at 502 | July 7, 2000 | BNR | 53 | 5.7 | 0.71 | 0.176 | | 620 |
| Guaje at 502 | September 8, 2000 | BNR | 116 | 4.61 | 8.6 | 0.0196 | <0.00276 | |
| Rendija above Guaje | April 18, 2001 | BNR | 337 | <0.0235 | | 0.00394 | <0.00276 | 12.1 |
| Rendija above Guaje | August 9, 2001 | BNR | 449 | 1.24 | | 0.0156 | 0.00597 | |
| Mortandad at GS1 | July11 2000 | BNR | 57 | 0.16 | | 0.0025 | | 50 |
| Mortandad at GS1 | April 18, 2001 | BNR | 351 | | | 0.00368 | | 29 |
| Canada del Buey at White Rock | July 29, 2000 | BNR | 75 | 0.92 | 5.67 | <0.00276 | | |
| Canada del Buey at White Rock | August 18, 2000 | BNR | 95 | 0.51 | 3.12 | <0.00276 | | |
| Canada del Buey at White Rock | October 23, 2000 | BNR | 161 | 0.03 | 1.45 | 0.0036 | | 16.5 |
| Publeo Canyon near Los Alamos | Oct 23 2000 | BR | 161 | 1.24 | 4.38 | 0.0153 | <0.00276 | |
| Publeo Canyon near Los Alamos | August 9 2001 | BR | 449 | 1.56 | | 0.0091 | 0.00289 | |
| Los Alamos Canyon at Los Alamos | June 3 2000 | BR | 19 | | | 0.018 | | 50.5 |
| Los Alamos Canyon at Los Alamos | July 18, 2000 | BR | 64 | | | 0.09 | | 240 |
| Los Alamos Canyon at Los Alamos | September 12, 2000 | BR | 120 | | | <0.00276 | <0.00276 | |
| Los Alamos Canyon at Los Alamos | March 7, 2001 | BR | 306 | | | 0.00276 | <0.00276 | |
| Los Alamos Canyon at Los Alamos | May 2, 2001 | BR | 354 | | | <0.00276 | <0.00276 | 11.9 |
| Los Alamos Canyon near Los Alamos | June 3 2000 | BR | 19 | 0.5 | 2.4 | 0.028 | | 68 |
| Los Alamos Canyon near Los Alamos | July 9, 2000 | BR | 55 | 2.7 | 1.3 | 0.07 | | 410 |
| Los Alamos Canyon near Los Alamos | August 23 2000 | BR | 100 | | | 0.00515[d] | <0.00276 | |
| Los Alamos Canyon near Los Alamos | March 15, 2001 | BR | 303 | 0.04 | | <0.00276 | <0.00276 | |
| Los Alamos Canyon near Los Alamos | April 18, 2001 | BR | 336 | <0.0235 | | 0.00524[d] | <0.00276 | 14 |
| Los Alamos Canyon near Los Alamos | May 2, 2001 | BR | 351 | <0.0235 | | <0.00276 | <0.00276 | 14.4 |
| Los Alamos Canyon near Los Alamos | June 15, 2001 | BR | 395 | | | <0.00276 | <0.00276 | |
| Los Alamos Canyon near Los Alamos | August 5-7, 2001 | BR | 449 | 0.33 | | | | |
| Water Canyon above SR 501 | June 29, 2000 | BR | 45 | 4.8 | 0.74 | 0.066 | 0.062 | 570 |
| Water Canyon above SR 501 | Oct 23 2000 | BR | 161 | 0.77 | 6.9 | 0.0176 | <0.00276 | |
| Water Canyon above SR 501 | March 15, 2001 | BR | 305 | <0.0235 | | <0.00276 | <0.00276 | |
| Water Canyon above SR 501 | April 18, 2001 | BR | 337 | <0.0235 | | 0.00535 | 0.00346 | 15.7 |
| Water Canyon above SR 501 | May 2, 2001 | BR | 354 | <0.0235 | | <0.00276 | <0.00276 | 15.6 |
| Canon de Valle above SR 501 | June 28, 2000 | BR | 44 | 4.8 | 0.74 | 0.092 | | 665 |
| Canon de Valle above SR 501 | Oct 23 2000 | BR | 165 | 0.77 | 6.9 | 0.0145 | <0.00276 | |
| Canon de Valle above SR 501 | March 15, 2001 | BR | 303 | <0.0235 | | | | |
| Canon de Valle above SR 501 | April 4, 2001 | BR | 323 | 0.21 | | <0.00276 | <0.00276 | 14 |
| Canon de Valle above SR 501 | May 2, 2001 | BR | 354 | <0.0235 | | <0.00276 | <0.00276 | 15.6 |
| Canon de Valle at mouth | August 5-7, 2001 | BR | 452 | | | 0.0172 | <0.00276 | |
| Pajarito Canyon above SR-501 | June 28, 2000 | BR | 44 | 4.4 | 2.5 | 0.146 | | 1000 |
| Pajarito Canyon above SR-501 | September 8, 2000 | BR | 116 | 2.1 | 8.6 | 0.0218 | <0.00276 | |
| Pajarito Canyon above SR-501 | Oct 23 2000 | BR | 161 | 0.29 | 1.76 | 0.01077[d] | <0.00276 | |
| Pajarito Canyon above SR-501 | March 20 2001 | BR | 309 | <0.0235 | | 0.00925 | <0.00276 | |
| Pajarito Canyon above SR-501 | May 2, 2001 | BR | 354 | <0.0235 | | <0.00276 | <0.00276 | 10 |
| *Silver Creek Fire* | *7/29 to 8/18 1998* | | | | | | | |
| Hobson Creek | August 12, 1998 | NB | -6 | | | 0.0009 | <0.0005 | |
| Hobson Creek | August 16, 1998 | NB | -2 | <0.005 | 0.034 | 0.001 | 0.0009 | 69.7 |
| Hobson Creek | September 2, 1998 | NB | 15 | 0.091 | | 0.0006 | <0.0005 | 67.7 |
| Hobson Creek | October 8, 1998 | NB | 51 | <0.005 | 0.031 | <0.0005 | <0.0005 | |
| Hobson Creek | November 13, 1998 | NB | 86 | <0.005 | 0.047 | <0.0005 | <0.0005 | |
| Hobson Creek | December 14, 1998 | NB | 116 | <0.005 | 0.041 | | <0.03 | 54.8 |
| Hobson Creek | April 21, 1999 | NB | 243 | <0.005 | 0.081 | <0.0005 | <0.0005 | |
| Hobson Creek | May 5, 1999 | NB | 258 | <0.005 | 0.066 | | | |
| Wall Creek | November 13, 1998 | BNR | 86 | <0.005 | 0.614 | 0.0012 | <0.0005 | |
| Wall Creek | December 14, 1998 | BNR | 116 | 0.006 | 0.565 | | <0.03 | 21.1 |
| Wall Creek | April 21, 1999 | BNR | 243 | <0.005 | 0.65 | 0.0011 | <0.0005 | |
| Wall Creek | May 5, 1999 | BNR | 258 | <0.005 | 0.6 | | | |
| Silver Creek POD | August 5, 1998 | UNK | -13 | <0.005 | <0.005 | | | |
| Silver Creek POD | August 9, 1998 | UNK | -9 | | <0.005 | | | |
| Silver Creek POD | August 12, 1998 | UNK | -6 | | | <0.0005 | <0.0005 | |

Appendix 1
Post-fire surface water quality data

| Sample location | Date | Location type[a] | Days elapsed after fire containment[b] | Total ammonia (mg N/L) | Total phosphorus (mg/L) | Total cyanide (mg CN/L) | WAD or amenable cyanide[c] (mg CN/L) | Total calcium (mg/L) |
|---|---|---|---|---|---|---|---|---|
| Silver Creek POD | August 16, 1998 | UNK | -2 | 0.016 | <0.005 | 0.0008 | <0.0005 | |
| Silver Creek POD | September 2, 1998 | UNK | 15 | 0.019 | | <0.0005 | <0.0005 | |
| Grier Creek | August 5, 1998 | BR | -13 | 0.048 | 0.264 | | | |
| Grier Creek | August 9, 1998 | BR | -9 | | 0.078 | | | 30 |
| Grier Creek | August 12, 1998 | BR | -6 | | | 0.001 | <0.0005 | |
| Grier Creek | August 16, 1998 | BR | -2 | <0.005 | 0.111 | 0.0026 | 0.0008 | 32 |
| Grier Creek | September 2, 1998 | BR | 15 | 0.029 | | 0.0008 | <0.0005 | 24 |
| Grier Creek | October 8, 1998 | BR | 51 | <0.005 | 0.057 | <0.0005 | <0.0005 | |
| Grier Creek | November 13, 1998 | BR | 86 | <0.005 | 0.107 | 0.0016 | <0.0005 | |
| Grier Creek | December 14, 1998 | BR | 116 | <0.005 | 0.086 | | <0.03 | 25.8 |
| Grier Creek | April 21, 1999 | BR | 243 | <0.005 | 0.069 | 0.0026 | <0.0005 | |
| Grier Creek | May 5, 1999 | BR | 258 | <0.005 | 0.042 | | | |
| Wallensteen Creek | August 12, 1998 | BR | -6 | | | <0.0005 | <0.0005 | |
| Wallensteen Creek | August 16, 1998 | BR | -2 | <0.005 | 0.019 | 0.0018 | 0.0015 | 8.9 |
| Wallensteen Creek | September 2, 1998 | BR | 15 | 0.043 | | 0.0007 | <0.0005 | 7.17 |
| Wallensteen Creek | October 8, 1998 | BR | 51 | <0.005 | 0.009 | <0.0005 | <0.0005 | |
| Wallensteen Creek | November 13, 1998 | BR | 86 | <0.005 | 0.011 | 0.0009 | 0.0015 | |
| Wallensteen Creek | December 14, 1998 | BR | 116 | <0.005 | 0.008 | | <0.03 | 7.5 |
| Wallensteen Creek | April 21, 1999 | BR | 243 | <0.005 | 0.013 | <0.0005 | <0.0005 | |
| Wallensteen Creek | May 5, 1999 | BR | 258 | <0.005 | 0.009 | | | |
| Kernaghan Creek | August 5, 1998 | BR | -13 | <0.005 | <0.005 | | | |
| Kernaghan Creek | August 9, 1998 | BR | -9 | | <0.005 | | | 16.6 |
| Kernaghan Creek | August 12, 1998 | BR | -6 | | | 0.0007 | <0.0005 | |
| Kernaghan Creek | August 16, 1998 | BR | -2 | 0.377 | 0.962 | 0.024 | 0.0025 | 16.6 |
| Kernaghan Creek | September 2, 1998 | BR | 15 | 0.032 | | 0.001 | <0.0005 | 14.2 |
| Kernaghan Creek | October 8, 1998 | BR | 51 | <0.005 | 0.011 | <0.0005 | <0.0005 | |
| Kernaghan Creek | November 13, 1998 | BR | 86 | <0.005 | 0.013 | 0.0011 | <0.0005 | |
| Kernaghan Creek | December 14, 1998 | BR | 116 | 0.008 | 0.014 | | <0.03 | 15.1 |
| Kernaghan Creek | April 21, 1999 | BR | 243 | <0.005 | 0.017 | 0.0007 | <0.0005 | |
| Kernaghan Creek | May 5, 1999 | BR | 258 | <0.005 | 0.014 | | | |
| Rumball Creek | August 12, 1998 | BR | -6 | | | 0.0017 | 0.0011 | |
| Rumball Creek | August 16, 1998 | BR | -2 | 0.031 | 0.233 | 0.001 | 0.0033 | 33.8 |
| Rumball Creek | September 2, 1998 | BR | 15 | 0.044 | | 0.0006 | <0.0005 | 35.2 |
| Rumball Creek | October 8, 1998 | BR | 51 | <0.005 | 0.124 | <0.0005 | <0.0005 | |
| Rumball Creek | November 13, 1998 | BR | 86 | <0.005 | 0.161 | 0.0006 | <0.0005 | |
| Rumball Creek | December 14, 1998 | BR | 116 | <0.005 | 0.124 | | <0.03 | 41.8 |
| Rumball Creek | April 21, 1999 | BR | 243 | 0.006 | 0.59 | 0.0057 | <0.0005 | |
| Rumball Creek | May 5, 1999 | BR | 258 | <0.005 | 0.14 | | | |
| *Rodeo-Chediski Fire* | | | | | | | | |
| Salt River | July 16, 2002 | UNK | 9 | 0.02 | 0.11 | <0.01 | | 111 |
| Salt River | July 17, 2002 | UNK | 10 | <0.01 | 0.22 | <0.01 | | 131 |
| Salt River | July 17, 2002 | UNK | 10 | 0.22 | 2.1 | <0.01 | | 233 |
| Salt River | July 17, 2002 | UNK | 10 | 1 | 9.2 | 0.05 | | 706 |
| Salt River | July 17, 2002 | UNK | 10 | | 20 | <0.01 | | 1470 |
| Salt River | July 18, 2002 | UNK | 11 | 1.2 | 14 | 0.04 | | 511 |
| Salt River | July 18, 2002 | UNK | 11 | 0.42 | 11 | 0.03 | | 901 |
| Salt River | July 19, 2002 | UNK | 12 | 0.28 | 2.6 | 0.01 | | 261 |
| *Viveash Fire* | | | | | | | | |
| Pecos River abv-I-25 | June 21, 2000 | BR | 0 | <0.1 | 6.06 | 0.024 | 0.024 | 150 |
| Pecos River abv-I-25 | June 28, 2000 | BR | 5 | 0.693 | 33 | 0.119 | 0.119 | 380 |
| Pecos River abv-I-25 | July 13, 2000 | BR | 20 | 0.268 | 14.4 | | 0.039 | 260 |
| Pecos River abv-I-25 | August 7, 2000 | BR | 45 | <0.1 | 0.163 | | 0.001 | 49 |
| Gallinas River at end FR 263 | July 20, 2000 | UNK | 27 | <0.1 | 0.2 | | 0.003 | 32 |
| Gallinas River at USGS Gage, Montezum: | July 20, 2000 | UNK | 27 | <0.1 | <0.05 | | <0.005 | |
| Gallinas River at end of Storrie Diversion | July 20, 2000 | UNK | 27 | | | | <0.005 | |

a. BNR - burned, no retardant used in area; BR - burned, retardant used in area; NB - not burned; UNK - unknown
b. Negative values indicate samples collected before the fire was contained in its entirety.
c. The Cerro Grande analyses and the first two Viveash analyses were amenable cyanide. Subsequent Viveash analyses and all Silver Creek analyses were weak acid dissociable (WAD) cyanide.
d. Average of multiple samples collected on the same date.


Total Phosphorus (mgP/L)
Days Post Fire
Calcium (mgCa/L)
Days Post Fire
Ammonia (mgN/L)
Days Post Fire
Total Cyanide (mgCN/L)
Days Post Fire

Figure

Figure



10
1
0.1
0.01
0.001
Ammonia (mgN/L)
10
100
1000
Calcium (mgCa/L)
100
10
1
0.1
0.01
0.001
Total Phosphorus (mgP/L)
10
100
1000
Calcium (mgCa/L)
1
0.1
0.01
0.001
Total Cyanide (mgCN/L)
10
100
1000
Calcium (mgCa/L)