EXHIBIT "Y"

7

# Environmental Persistence and Toxicity of Fire-Retardant Chemicals, Fire-Trol® GTS-R and Phos-Chek® D75-R to Fathead Minnows

**Final Report**

**June 2002**

Prepared by:

Edward E. Little and Robin D. Calfee
United States Geological Survey - Biological Resources Division
Columbia Environmental Research Center
4200 New Haven Road
Columbia, Missouri 65201

Submitted to:

Cecilia Johnson
Project Leader – Fire Chemicals
Wildland Fire Chemical Systems Program

USDA Forest Service
Missoula Technology and Development Center
5785 Highway 10 West
Missoula, MT 58808

**CERC Ecology Branch Fire Chemical Report: ECO-05**
**http://www.cerc.usgs.gov/pubs/center/pdfDocs/ECO-05.PDF**

## TABLE OF CONTENTS

| | |
|---|---|
| EXECUTIVE SUMMARY | 3 |
| INTRODUCTION | 9 |
| METHODS | 10 |
| Test Organisms | 10 |
| Chemical Receipt and Handling | 10 |
| Experimental Design and Test Conditions | 11 |
| UV Measurements | 14 |
| Chemical Analysis | 14 |
| Statistical Analysis | 15 |
| RESULTS | 15 |
| Determination of laboratory LC50s for the fathead minnow | 15 |
| Field Persistence Tests of Mixed Retardants Weathered on Polypropylene and Gravel | 16 |
| Field Persistence Tests of Mixed Retardants Weathered on Soils and Sand | 17 |
| Field Persistence Tests of Dilute Aqueous Solutions | 21 |
| DISCUSSION | 23 |
| CONCLUSIONS | 28 |
| ENVIRONMENTAL IMPLICATIONS | 29 |
| REFERENCES | 31 |

**Acknowledgements**

We thank the staff of the Columbia Environmental Research Center for technical consultation and reviews of this report. This research was financially supported by the Forest Service Wildland Fire Chemical Systems Program.

# EXECUTIVE SUMMARY

## Environmental Persistence and Toxicity of Fire-Retardant Chemicals, Fire-Trol® GTS-R and Phos-Chek® D75-R to Fathead Minnows

This study was conducted to provide information on the toxicity and environmental stability of the fire-fighting chemicals, Fire-Trol® GTS-R and Phos-Chek® D75-R to fish. GTS-R and D75-R were environmentally weathered for up to 45 days at mixed retardant concentrations recommended for application from aircraft and ground tankers. The retardants were environmentally weathered for 7, 14, 21 and 45 days on substrates including nonporous polypropylene surfaces, gravel, sand, forest soils of low organic (LO soil, 1.4 percent) and high organic (HO soil, 3.7 percent) matter content. We also tested highly diluted aqueous concentrations that might occur when mixed retardants are flushed into wetlands and ponds by rainwater. These dilute concentrations approximated concentrations that are lethal to 50 percent of exposed fish (LC50 concentration). GTS-R, GTS-R without the corrosion inhibitor YPS (yellow prussiate of soda or sodium ferrocyanide), and YPS alone were tested to determine the importance of the YPS on the persistence of environmental hazard posed by GTS-R. In addition we tested D75-R, a fire-retardant that does not contain YPS. In support of these field studies, laboratory tests were conducted to confirm the toxicity of these chemicals under different irradiance conditions

Persistence of the fire-retardant chemicals was evaluated by observations of mortality induced in fathead minnows (*Pimephales promelas)* during 24 to 96 hour exposures to formulations that had been aged for various periods of time. In addition, ammonia and weak-acid-dissociable (WAD) cyanide concentrations were measured during D75-R, GTS-R, and YPS exposures. (Note: The chemical concentrations listed herein refer to milligrams of dry concentrate per liter of water). The following results were determined:

- In preliminary tests GTS-R and D75-R aged for up to 21 days on non-porous polypropylene surfaces and gravel remained toxic to fish (Figure 1). Thus, rainwater runoff from watersheds treated with recommended mixed retardant concentrations may pose environmental hazard for weeks after application. Cyanide and ammonia were at lethal concentrations in the GTS-R tests and total ammonia concentrations were elevated during the D75-R tests.
- The type of substrate that GTS-R was weathered on (as aerially applied - mixed retardant) significantly affected environmental persistence. A 24-hour exposure to GTS-R weathered for up to 21 days on soils with 3.6 percent organic matter (HO Soil) was not toxic to fish, whereas significant toxicity was induced by GTS-R weathered on soils with 1.4 percent organic matter (LO soil) and sand (Figure 2). Cyanide was at or below detection limits and ammonia occurred at sublethal concentrations during tests with HO soil. Thus, toxicity was not consistently associated with toxic concentrations of cyanide or ammonia. In contrast, GTS-R weathered on sand retained toxic levels of cyanide and ammonia through 21 days of weathering. The absence of YPS reduced the toxicity of GTS-R applied to HO soil.
- A 24-hour exposure of fish to D75-R weathered on soils for up to 45 days was non-lethal, whereas exposure to D75-R weathered on sand induced 25 to 60 percent mortality (Figure 2). As exposure to D75-R continued for 96 hours, mortality increased for all substrate conditions and ranged from 55 percent for HO soil to 100 percent for sand. Ammonia concentrations were within the lethal range only for D75-R weathered on sand

for 7 to 16 days, thus mortality is not consistently associated with ammonia concentration. Cyanide was not detected in any D75-R treatment.

- A 24-hour exposure to dilute aqueous solutions of GTS-R approximating LC50 concentrations was non-toxic to fathead minnows after 7 days of weathering and thereafter (Figure 3). Cyanide and ammonia concentrations in the aqueous GTS-R solution remained below lethal concentrations. These results suggest that the decomposition of GTS-R in aqueous concentrations occurs within 7 days of weathering.
- A 24-hour exposure to dilute aqueous solutions of D75-R that had aged for 7 days was non-toxic after 24 hours of exposure and induced 40 percent mortality after 96 hours of exposure. Ammonia concentrations in aqueous D75-R solutions were within the lethal range after 7 days of weathering but declined to sublethal concentrations thereafter. These results suggest that the decomposition of D75-R occurs after 7 days of weathering.

## INTRODUCTION

Fire-retardant chemicals are heavily used throughout the world to extinguish and suppress wildland fires. In contrast to fire-suppressant foams, long-term ammonium-based fire-retardants are applied in high concentrations to provide a combustion barrier after the aqueous component has evaporated. Ecologically, these fire-retardants produce effects consistent with those that occur following agricultural application of fertilizers (Finger et al. 1997). Toxicity is limited in terrestrial habitats, but potentially hazardous in aquatic systems. Some fire-retardant formulations include sodium ferrocyanide (yellow prussiate of soda, YPS hereafter), a corrosion inhibitor that is transformed by sunlight to free cyanide that is toxic to fish and other aquatic organisms. Contamination of aquatic systems may occur through rainwater runoff even though protocols for the application of fire-retardant chemicals prohibit the release of these materials directly in streams, lakes, and wetlands.

The assessment of the environmental persistence of fire-fighting chemicals associated with aerial treatment of forest fires is important for the protection of aquatic resources and for establishing mitigation priorities and goals. Hazard is the combination of toxicity and exposure. Toxicity is the inherent property of a chemical and exposure is the concentration in the environment. The hazards of a compound having brief environmental persistence would be less than compounds that persist for long periods. Preliminary observations indicated persistent toxicity for up to 96 hours of formulations containing YPS. The objectives of this study were (1) to determine the toxicity of GTS-R and D75-R under various irradiance conditions to fathead minnows; (2) determine the persistence of mixed retardants prepared for aerial applications when weathered on different substrates, as measured by toxicity to fish, and the presence of cyanide and ammonia, and (3) determine the

persistence of highly diluted aqueous GTS-R and D75-R solutions diluted to LC50 concentrations (concentrations lethal to 50 percent of test organisms) that might occur in receiving waters from rainwater runoff.

## METHODS

### Test Organisms

Fathead minnow (*Pimephales promelas* - 60 to 90 days post-hatch) were obtained from Aquatic Biosystems, Inc. (Fort Collins, CO) and maintained by the fish culture section of the Columbia Environmental Research Center (CERC). Fish were acclimated to 17 °C, and held in flow through aquaria (37.5 Liter) supplied with flowing aerated deep well water (pH 7.8, hardness 283 mg/L as $CaCO_3$) for 1 week prior to testing.

### Chemical Receipt and Handling

Chemicals selected for testing include Fire-Trol® GTS-R, Fire-Trol® GTS-R without YPS (Fire-Trol Holdings, LLC), Phos-Chek® D75-R (Astaris, LLC), and YPS. The fire-retardant formulations were received as dry concentrates. CERC received test GTS-R, D75-R and YPS on April 28, 2001, and GTS-R without YPS on May 18, 1998 from the U.S. Forest Service Wildland Fire Chemical Systems (WFCS) Program of the Missoula Technology and Development Center, Missoula, Montana via over night courier in sealed 19-liter plastic containers. Upon receipt the shipping container was inspected for damage and the security seals were inspected for evidence of tampering. The chemicals were held in the CERC chemical storage facility at room temperature in the absence of light.

All concentrations, dilutions, and mixtures are based on dry concentrates mixed in water, unless otherwise noted. Mixed retardants used for aerial application were prepared by

mixing 192 grams dry concentrate GTS-R/liter of water or 144 grams dry concentrate D75-R per liter of water. Dry concentrates were also mixed with well water to prepare dilute aqueous solutions (6 mg/liter GTS-R, 47 mg/liter GTS-R without YPS, 0.2 mg/liter YPS, and 170 mg/liter D75-R) approximating the LC50 concentrations.

**Experimental Design and Test Conditions**

***Determination of laboratory LC50s to the fathead minnow.*** Laboratory tests were conducted to determine the D75-R and GTS-R LC50 concentrations over a 96-hour exposure (LC50). The toxicity testing procedures were conducted in basic accordance with American Society for Testing and Materials Guideline E729, "Standard Guide for Conducting Acute Toxicity Tests with Fishes, Macroinvertebrates and Amphibians" (1998). Fathead minnows were exposed in 96-hour static acute toxicity tests to five well water dilutions of fire-retardant chemical and a well water control treatment (pH 7.8, hardness 286 milligrams/liter [mg/liter] as calcium carbonate, alkalinity 258 mg/liter as calcium carbonate). Exposure to each treatment and control was performed under three different light treatments: dark control (0 micro Watts/square centimeter - $\mu W/cm^2$), light control (0.002 $\mu W/cm^2$ UVB), and UV (4 $\mu W/cm^2$ UVB). Two replicates of each chemical dilution/light treatment were tested.

Toxicity tests were conducted in a solar simulator enclosed with reflective specular aluminum and suspended over a temperature-controlled water bath of similar dimensions (Little and Fabacher 1996). Ten fathead minnows were exposed in 4-liter glass beakers containing 3.5 liters of the chemical solution. Well water was used to prepare a stock solution of each chemical. Prior to placing test organisms in the exposure beakers appropriate volumes of the stock solution were pipetted into the test vessels to obtain the desired exposure concentrations.

Solutions were then mixed thoroughly with a glass-stirring rod. Test beakers containing the organisms were then randomly positioned in a temperature-controlled (17°) water bath under the solar simulator. Test vessels were loosely covered with the appropriate light filters to obtain the desired light treatments as stated above.

Temperature, pH, and dissolved oxygen were measured daily during the test. Cyanide, nitrate and ammonia were measured at the conclusion of the toxicity test. Mortality, condition, and behavior abnormalities such as loss of equilibrium were recorded daily.

***Field persistence tests of mixed retardant as applied on fires:*** Preliminary field tests of the persistence of mixed fire-retardant chemicals were conducted under full sun conditions using substrates including the relatively nonporous polypropylene surface of the bucket and 2 cm diameter river gravel. In subsequent tests, sand, forest soil with an organic matter content of 3.6 percent (HO soil), and a 50 percent mixture of forest soil and sand having 1.4 percent organic matter content (LO soil) were used as substrates. The forest soil was collected at the Mark Twain National Forest near Columbia, Missouri. The soil was air dried and sifted to remove debris and create uniform particle size. These soils were characterized by the University of Missouri Agriculture Extension Soil Testing Services (Table 1). One liter of one substrate was placed on the bottom of a 19-liter polypropylene container to provide approximately 3 cm depth of substrate. Mixed retardant was prepared by combining: 199 grams of dry concentrate GTS-R, or GTS-R without YPS to one liter of well water; 145 grams dry concentrate D75-R to one liter of well water; or 1.99 grams of YPS alone to one liter of well water. The YPS treatment approximated the proportion of this chemical (about 1 percent) that is estimated to occur in full formulation GTS-R. We applied 37.8 ml of the mixed retardants and YPS to the surface of

substrates to achieve recommended application rate of one gallon per 100 square feet (GPC). This is equivalent to applications of 753 grams GTS-R and 549 grams D75-R per 100 square feet. YPS and GTS-R without YPS were not tested during preliminary assessments using polypropylene or gravel substrates. There was a separate group of exposure containers for each period of weathering duration. These treatments were placed out-of-doors in an unshaded area at CERC where they could be exposed to sunlight, ambient temperature and humidity, but were covered at night. There was no rainfall during these experiments, so no further dilution of the chemical occurred during the outdoor weathering period.

Preliminary toxicity tests were conducted with gravel and polypropylene (container bottom) substrates following each of 7, 14, and 21 days of weathering (Table 2). Subsequent toxicity tests of GTS-R were conducted on sand and soil substrates following 7, 14, 21, and 45 days of weathering (Table 3). Tests of D75-R were conducted following 7, 16, 28, and 45 days of weathering. At the onset of tests, 10 liters of well water were added to the buckets containing the treated substrates. Sediments were allowed to settle for one hour, then 10 fathead minnows were added. The preliminary toxicity tests were conducted for 24 hours with polypropylene and gravel substrates. Later tests with soils and sand were conducted for 96 hours. Temperature, pH, and dissolved oxygen were measured in each exposure chamber daily during the test. Dead fish were removed daily. Cyanide and ammonia were measured at the beginning of each toxicity test.

*Field persistence tests of dilute aqueous solutions:* Aqueous solutions of full formulation GTS-R, GTS-R without YPS, YPS, and D75-R were prepared at the LC50 concentrations and added to 19-liter polypropylene containers to a volume of 10 liters. No substrate was used during these

tests. The containers were placed outdoors in an unshaded location for environmental weathering. Toxicity tests were conducted with these LC50 solutions following 7, 14, 21, and 45 days of environmental weathering of GTS-R and D75-R. A separate group of containers was prepared for each weathering period (Table 4). At the onset of the toxicity tests, ten fathead minnows were added to each container and the fish were exposed for 96 hours. During this time they were observed for mortality and water samples were taken for total ammonia, cyanide, dissolved oxygen, pH, and temperature. Dead fish were removed daily.

**UV Measurements**

Solar measurements were taken outside at 2:00 pm (Central Standard Time) under clear sky conditions during field persistence tests. Laboratory measurements were taken after the lamps of the solar simulator had burned for 1 hour. An Optronic Laboratories® scanning spectroradiometer was used to measure intensity by wavelength at 1 nanometer (nm) intervals over the UVB (290-320 nm), UVA (320-400 nm), and visible (400-700 nm) wavebands. The radiometer was calibrated with a NIST-traceable tungsten lamp within 2 degrees centigrade of ambient air temperature. Checks were made for wavelength accuracy and intensity at intervals during the UV measurements. Measured UV was at target irradiance levels for the laboratory exposures.

**Chemical Analysis**

Ammonia was measured as total ammonia ($NH_4$-N) in each treatment of control, treated aqueous, and substrates. Similar analysis was conducted on treatments applied during tests to determine LC50 values. All samples were measured with an ion analyzer (Technicon®

## DISCUSSION

Responses of fathead minnows exposed to GTS-R under laboratory and field conditions were comparable. The 96-hour LC50 concentrations for fish exposed to GTS-R in the laboratory (13.6 to 32.2 mg/liter) were similar to 96-hour LC50 values determined during a 96-hour pond enclosure studies (21.1 to 70.8 mg/liter) under various UV and sediment treatment conditions (Little and Calfee 2002). The 96-hour LC50 concentrations for D75-R ranged from 108 to 268 mg/liter during laboratory studies, however no significant toxicity was observed during the pond enclosure studies. In laboratory tests, fathead minnow sensitivity was within the range of that observed for rainbow trout juveniles with 96-hour LC50 concentrations ranging from 6 to 34 mg/liter GTS-R and 168 mg/liter D75-R, and was similar to that of the southern leopard frog that ranged from 22 to 78 mg/liter for GTS-R and 269 to 293 mg/liter for D75-R (Little and Calfee 2000). In tests with all species, the lowest LC50 value reflected enhanced toxicity induced by UV photoactivation.

With the exception of recommended application rates, there is, to our knowledge, no information available about environmental concentrations that result from the use of any long-term fire-retardant. Application at minimum recommended rates (1 GPC) may result in 1.6 pounds of GTS-R or 1.2 pounds D75-R per gallon of water spread over a 100 square foot area. Operational protocols specify the avoidance of lakes, streams, and wetland areas during the application of fire-retardant chemicals. However, these materials can potentially enter aquatic systems as diluted rainwater runoff. Assuming minimum recommended application rates of 1 GPC, field applications of GTS-R would need to be diluted by a factor greater than 14,000, and D75-R by a factor greater than 5,000 to achieve sublethal concentrations. Such dilution factors

for receiving waters would clearly be relevant to small ponds and first-order streams commonly populated by aquatic lifestages of amphibians and certain fish species.

In addition to application rates and dilution ratios, the environmental toxicity of fire-retardant chemicals will depend on the environmental persistence of the formulation. Decomposition of chemical substances can occur through photolytic destruction by sunlight, by chemical processes that bind or convert the material to reduce availability, or by microbial decomposition processes.

There are several potentially toxic components in the GTS-R and D75-R formulations, including total ammonia, un-ionized ammonia, and also cyanide in GTS-R. The most toxic form of ammonia is un-ionized ammonia ($NH_3$), a neutrally charged molecule (Emerson et al. 1975) that readily crosses cell membranes of fish gills, one of the primary exchange sites for ammonia as a waste product. If environmental $NH_3$ is present in high concentrations, ammonia will diffuse back into gill tissue and cause waste products to accumulate to toxic levels in fish. As pH increases, the ratio of un-ionized to ionized ammonia increases (Thurston et al. 1983; Thurston and Russo 1983). In addition, as temperature increases at a given pH, ammonia toxicity also increases (DeGraeve et al. 1987). Fairchild et al. (2000) determined toxicity of total ($NH_4^+$) and un-ionized ammonia for juvenile fathead minnows tested in CERC well water at 25 °C. Based on these data, total ammonia (>21mg/liter) and un-ionized ammonia (>0.8 mg/liter) concentrations were within the lethal range for the fathead minnow in tests with GTS-R and D75-R that were weathered on polypropylene and gravel. Ammonia was at lethal concentrations in tests of D75-R and of GTR-R (with and without YPS) weathered on sand and approached lethality when weathered for up to 16 days on LO soil. Although ammonia values were consistently below lethal concentrations when these compounds were weathered on LO and

HO soils for 28 to 45 days, significant lethality was observed.

YPS is added to GTS-R as a corrosion inhibitor. As YPS is weathered by ultraviolet radiation in sunlight (or artificial light), it breaks down into labile cyanide complexes, including weak acid dissociable cyanide (CN-), a form that is water soluble and toxic to aquatic organisms (Burdick and Lipschuetz 1950). In the present study, the estimated cyanide concentration was 50 µg/liter at the 96-hour LC50 for GTS-R. This corresponds to values of 83 to137 µg/liter cyanide reported for juvenile fathead minnows (Smith et al 1978; 1979). No cyanide was detected during any D75-R exposures.

Cyanide concentrations exceeded lethal levels in GTS-R treatments that had been weathered for up to 21 days on polypropylene, gravel, and sand. The observed cyanide concentrations ranged from 0.4 to 10.5 times the estimated LC50. As with ammonia, the apparent contribution of YPS to the overall toxicity of GTS-R was not consistent. On one hand, GTS-R weathered on sand yielded lethal concentrations of cyanide and was consistently toxic. On the other hand, cyanide was not consistently associated with mortality. Significant mortality resulted from exposure to GTS-R weathered for 21 days and longer on LO soil and for 45 days on HO soils even though cyanide was at or below detection limits for these treatments.

That mortality was not consistently caused by the ammonia or cyanide concentration of the fire-retardants may reflect the chemical changes that occurred during the weathering period. The dramatic increase in toxicity of the fire-retardant compounds that occurred between 24 hours and 96 hours of exposure may reflect several variables acting alone or in combination during the exposure. Limited observations during the present study indicate that nitrite concentrations increased to lethal levels during the 96-hour exposure to GTS-R that had been applied on HO soil. Elevated nitrite concentrations were also observed in previous studies with ammonia-based

fire retardants (Gaikowski et al. 1996). The conversion of ammonia to nitrite is a microbial process that could be initiated at the onset of exposure and increased as the microbial population expanded. HO soils were likely enriched with microbes, maximizing the effects. Similar processes would likely also occur in tests with GTS-R without YPS and with D75-R. In natural systems nitrite is rapidly converted to non-toxic nitrate (Russo 1985), so the appearance of nitrite in this study may be an artifact of the static exposure method. The delayed mortality may reflect the longer duration of exposure. This is consistent with the decrease in LC50 concentrations observed between 24 and 96 hours for both chemicals. Because of the high concentrations used during the weathering studies, many chemical constituents may have occurred at toxic levels and contributed to the overall toxicity of the exposure, including compounds other than ammonia and cyanide such as toxic products that resulted from weathering.

In interpreting the outcome of the 24- and 96-hour exposures to weathered fire retardants, we consider the 24-hour data to be the most pertinent to environmental exposures. The 24-hour data reflect toxicity that would occur when weathered fire-retardants are rinsed from the landscape during rainfall. Under such conditions, exposures would likely be of short duration as the receiving waters dilute the pulse of fire-retardant then rinse the fire-retardant downstream. A 96 hour exposure would probably be limited to small impoundments of water with limited rinsing or diluting capacity.

The substrates that fire-retardant chemicals are applied on is very important in the resultant environmental persistence of these compounds. Concentrations of ammonia and cyanide observed from tests with gravel were less than half that observed from tests with polypropylene and considerably less when soils were used. A comparison of toxicity at 24 hours of exposure clearly indicates the importance of substrate quality on the persistence of fire-

retardant toxicity. For every chemical tested, toxicity was lowest for materials aged on HO soil, intermediate for materials aged on LO soil and greatest for materials aged on sand.

The organic matter content of the substrate may be an important variable related to the persistence of the toxic components of GTS-R and D75-R. HO soil was a loamy forest soil with an organic matter content of 3.6 percent. LO soil was a mixture of forest soil and sand that had an organic matter content of 1.4 percent, and was less effective in mitigating GTS-R and D75-R persistence. Cyanide and ammonia persisted on sand (0.2 percent organic matter) after weathering for 21 days. Poulton (1997) found the chemical half-life of GTS-R decreased as clay content of soils increased, with the most rapid degradation occurring in silty clay loam with 7.5 percent organic matter content. The cation exchange capacity (CEC) of soil is a quantitative measure of the ability of a soil to sorb and retain positively charged ions (cations) against leaching. Clay and organic matter type and content are the primary constituents responsible for the CEC. Generally, the higher the content of clay and/or organic matter, the greater the CEC (Sumner and Miller 1996).

The results indicate that GTS-R and D75-R are environmentally persistent, thus in sandy or rocky watersheds runoff could be toxic well after the application of the chemical. However, this study also clearly indicates that soil composition is likely to be an important variable in the persistence and long-term hazards of GTS-R and D75-R. In the present study, cyanide was not detectable, ammonia was at sublethal concentrations, and no toxicity resulted from exposure to GTS-R or D75-R that had been aged for 1 week or longer on a loamy forest soil with a carbon content of 3.6 percent.

The weathering studies also indicate that the toxic effects of GTS-R or D75-R heavily diluted by rainwater in watershed runoff is likely to be of limited persistence. Neither GTS-R

nor D75-R diluted to LC50 concentrations were toxic following 7 days of solar exposures. These results are consistent with earlier pond enclosure studies with fathead minnows (Little and Calfee, 2002) that failed to detect lethal concentrations of ammonia or cyanide after 96 hours of exposure to GTS-R or D75-R under limited UV conditions. In addition, the pond enclosure studies with GTS-R indicated that the greatest mortality occurred within the first 24 hours of fire-retardant application.

## CONCLUSIONS

Results of weathering studies under ambient autumn irradiance conditions indicate that GTS-R and D75-R applied at minimum recommended application concentrations (1 GPC) may persist in the environment for at least 21 days, and possibly longer on rocky or non-porous surfaces. Therefore, delayed toxicological effects could occur well after the application of the chemical. However, GTS-R and D75-R are considerably less persistent and less toxic on soils. Toxicity declined as soil composition increased in clay and organic matter. Thus soil composition appears to be a critical variable when evaluating the environmental hazards of these fire-retardant chemicals. Even though application concentrations are quite high relative to LC50 concentrations for fish, the weathering of these materials on soils having 3 to 5 percent organic matter would rapidly diminish toxicity of short-term exposures. Low concentrations of GTS-R or D75-R resulting from rainwater dilutions are not likely to persist in the environment. When GTS-R and D75-R were diluted to LC50 concentrations, cyanide was not detected, levels of ammonia were minimal, and no significant fathead minnow mortality was observed following 7 days of weathering.

## ENVIRONMENTAL IMPLICATIONS

If 5 cm of rain fell on an area treated with 1 GPC of mixed GTS-R, 755 grams would be contained in about 472 liters of water. A worse case scenario assuming complete runoff would result in a dilution of the retardant to a final concentration of 1.6 grams GTS-R/liter of water, an amount 117 times the LC50 for GTS-R for the fathead minnows (13.6 mg/liter) determined in this study. Short-term exposures are anticipated to occur when GTS-R is dissolved and diluted by rainwater. The environmental hazards posed by exposure (less than 24 hour exposures) to GTS-R applied at recommended application concentrations would likely be reduced when applications occur on soils of high organic matter composition. Whereas, toxicity might persist when this retardant is applied on rocky or sandy substrates. Long-term exposures (96 hours or greater) may occur when receiving waters are of limited volume or receive limited flow. Exposures under such conditions are expected to be lethal regardless of the quality of substrate GTS-R is weathered on, even to weathering durations of 45 days. The modifying factors of the receiving waters may further diminish the toxicity of GTS-R, depending on the nature and extent of turbidity and concentration of humic and fulvic acids.

If 5 cm of rain fell on an area treated with 1 GPC of mixed D75-R, 554 grams would be contained in about 472 liters of water. This would result in a concentration of about 1.2 grams/liter, or 12 times the D75-R LC50 concentration for fathead minnows (108 mg/liter) determined in this study. Short-term exposures are anticipated to occur when D75-R is dissolved and diluted by rainwater. The environmental hazards posed by short-term exposure (less than 24 hours) to D75-R applied at recommended application concentrations will likely be reduced when applications occur on soils of high organic matter composition. A longer persistence of toxicity may occur if this retardant is applied on rocky or sandy substrates. Long-term exposures (96

hours or greater) may occur in receiving waters of limited volume or flow. Under these circumstances D75-R concentrations will likely be lethal to fish. However, the toxicity may be further reduced by the turbidity and concentrations of humic or fulvic acids in the receiving waters.

The overall contribution of fire-retardant chemicals to the hazards posed by wildland fires may be inconsequential in view of large amounts of ash that are likely to enter aquatic systems from rainwater runoff and elevated water temperatures that may occur especially in shallow waters. Low concentrations of ash can clog fish gills and interfere with respiration.

# EXHIBIT "Z"

# BEHAVIORAL AVOIDANCE/ATTRACTANCE RESPONSE OF RAINBOW TROUT TO FIRE-RETARDANT CHEMICALS

**Final Report**

**June 2002**

Prepared by:

Edward E. Little, Jason B. Wells, and Robin D. Calfee
United States Geological Survey - Biological Resources Division
Columbia Environmental Research Center
4200 New Haven Road
Columbia, MO 65201

Submitted to:

Cecilia Johnson
Project Leader – Fire Chemicals
Wildland Fire Chemical Systems Program

USDA Forest Service
Missoula Technology and Development Center
5785 Highway 10 West
Missoula, MT 59808

**CERC Ecology Branch Fire Chemical Report: ECO-06**
**http://www.cerc.usgs.gov/pubs/center/pdfDocs/ECO-06.PDF**

## Table of Contents

EXECUTIVE SUMMARY 3

INTRODUCTION 8

MATERIALS AND METHODS 9

*Test Organisms* 9

*Chemical Receipt and Handling* 9

*Experimental Design and Test Conditions* 10

*Chemical Analysis* 14

*Statistical Analysis* 15

RESULTS 15

*GTS-R test series* 15

*GTS-R components test series* 17

DISCUSSION 17

CONCLUSIONS 21

ENVIRONMENTAL IMPLICATIONS 21

REFERENCES 23

**Acknowledgements**

We thank the staff of the Columbia Environmental Research Center for technical consultation and reviews of this report. This research was financially supported by the Forest Service Wildland Fire Chemical Systems Program.

# EXECUTIVE SUMMARY

## Behavioral Avoidance/Attractance Response of Rainbow Trout to Fire-Retardant Chemicals

The avoidance/attractance response is the primary response of organisms to unfavorable or hazardous environmental conditions. Avoidance of potentially harmful conditions is an adaptive behavior that often reduces exposure to contaminants through behavior that may limit contact with, or residence in unfavorable or contaminated habitats. In contrast, failure to avoid contaminated areas or attraction to contaminated areas may result in increased exposure of organisms to hazardous substances leading to injury or death. Laboratory avoidance studies were conducted with the fire-retardant chemicals Fire-Trol® GTS-R and Phos-Chek® D75-R to determine if rainbow trout (*Oncorhynchus mykiss*) avoided low concentrations of these substances. The fish were given a choice between untreated well water and water treated with GTS-R in concentrations ranging from 0.65 to 26 milligrams (mg) dry concentrate GTS-R per liter of water (mg /liter), or with D75-R in concentrations ranging from 0.27 to 27 mg dry concentrate D75-R per liter of water. In an effort to understand the role that different components of GTS-R play in eliciting the avoidance/attractance response, tests were also performed with (1) GTS-R without ferrous oxide colorant, (2) GTS-R without ferrous oxide or YPS (a corrosion inhibitor), and (3) YPS alone. Avoidance of fire-retardant substances was determined in a counter-current avoidance chamber. Avoidance was apparent when fish spent significantly less total time in the side of the chamber containing water treated with fire-retardant substances compared with the side of the chamber containing uncontaminated

well water (control). (NOTE: All concentrations, dilutions and mixtures are based on the dry concentrate weight unless otherwise noted.) The following results were determined:

- Rainbow trout consistently avoided water treated with GTS-R at concentrations as low as 0.65 mg/liter (Figure 1), which is approximately 10 percent of the concentration lethal to 50 percent of rainbow trout test in 96 hours (LC50-6.6 mg/liter).
- The threshold concentration of D75-R ranged between 0.27 to 1.3 mg/liter (Figure 2). This concentration is less than 1 percent of the LC50 (168 mg/liter). The magnitude of the avoidance response increased with increasing D75-R concentrations.
- Ferrous oxide and YPS did not appear to contribute to the repellant qualities of GTS-R, since fish avoidance responses were not significantly diminished during tests of GTS-R formulations without ferrous oxide and/or YPS (Figure 3). In addition, fish did not avoid YPS when this was tested alone.
- Given the similarity of response induced by the various formulations of GTS-R and D75-R, the salinity (measured by specific conductance) of the test water may be the sensory stimulus that induces the avoidance response. Conductance of the test water increased as the concentration of fire retardant increased.

These results suggest that, if given the opportunity, rainbow trout will escape chemical gradients of GTS-R in the field. Other species of fish and different life stages of the same species may not avoid the same chemical substances, and competing biological drives may override the response. Environmental variables such as ash plumes and heightened water temperatures could inhibit avoidance responses

## INTRODUCTION

Millions of liters of fire-retardant chemicals are applied in the United States annually to control wildland fires. These chemicals are often applied in relatively pristine and environmentally sensitive wildland areas that are potentially inhabited by endangered, threatened, or sensitive aquatic species (USDOI/DA, 2000). Effective fire management and use of these substances requires an understanding of the potential ecological hazards they may pose. This requires information about the toxicity of fire-retardant chemicals, the persistence of these substances in the environment, natural variables that influence persistence and toxicity of these substances, and exposure of flora and fauna to expected environmental concentrations. Exposure involves not only the doses received through various pathways, but also the behavioral reactions of the organism to the exposure. Avoidance/attractance responses to chemical plumes or gradients are of major toxicological significance because exposure and injury can be minimized when the organism avoids a substance (DeLonay et al., 1996; Little et al., 1993; 1985). In contrast, exposure and likelihood of injury greatly increase if the substance is attractive. For fish, there are numerous examples of chemical substances that are aversive or attractive (Beitinger, 1990). Fish may avoid concentrations of chemical substances well below levels that may cause mortality or reductions in growth (Little et al., 1985), but avoidance of lethal concentrations is protective against injury since duration of exposure is limited.

To our knowledge, no avoidance/attractance data are available for fire-retardant chemicals. However, casual observation suggests that fertilizer-based fire-retardants might be avoided. During recent experimental stream tests with Fire-Trol® GTS-R (GTS-R), we observed that bluegill readily moved downstream, and crayfish moved out of the water in response to addition of this substance to the stream (Little and Calfee, 2002).

The objective of the experiments described in this report was to determine if juvenile rainbow trout (*Oncorhynchus mykiss*) avoid or are attracted to low concentrations of GTS-R and Phos-Chek® D75-R in a laboratory setting. These formulations are widely used as fire retardants in the United States. They may enter aquatic systems through stormwater runoff resulting in high concentrations relative to concentrations that are lethal to fish. Other avenues of contamination such as direct, accidental application may also occur. Tests were also conducted to determine if the colorant (ferrous oxide) and corrosion inhibitor (YPS, yellow prussiate of soda, an archaic term for sodium ferrocyanide) components of the GTS-R formulation play a role in inducing the avoidance response.

## MATERIALS AND METHODS

### Test Organisms

Rainbow trout were obtained as eyed eggs from a federal fish hatchery and cultured at USGS Columbia Environmental Research Center (CERC) in incubator trays that received flowing deep well water (pH 7.8, hardness 283 mg/liter as calcium carbonate [$CaCO_3$], temperature 18 °C). The fish were transferred to 400-liter tanks at the onset of exogenous feeding. The fish were used in avoidance tests when they were approximately 90 days post-hatch.

### Chemical Receipt and Handling

Chemicals selected for testing include GTS-R, GTS-R without YPS and without ferrous oxide colorant (G/O), GTS-R without ferrous oxide colorant (GTSR–FEO), YPS, and D75-R. These chemicals were provided by the U.S. Forest Service Wildland Fire

during the avoidance tests (Figure 7). WAD cyanide was below detection limits for all D75-R and control tests.

### GTS-R components test series

Tests with different formulations of GTS-R indicate that the absence of the ferrous oxide colorant, the YPS corrosion inhibitor, or both ferrous oxide and YPS did not diminish the avoidance response of rainbow trout (Table 6). Fish spent significantly less time in the apparatus side receiving the dilute concentrations of these materials. The number of trips into fire-retardant and control conditions and the average time of these visits did not differ significantly. Rainbow trout did not avoid YPS, when this substance was tested alone (Table 6).

Dissolved oxygen, pH, and temperature did not vary significantly among GTS-R or YPS treatments and control conditions for any trial (Table 7). Specific conductance of the test water was similar (Figure 8) among the full formulation GTS-R (y= 1.4989[GTS-R], $R^2$ = 1.000) GTS-R without YPS and ferrous oxide (Y= 1.5546[G/O], $R^2$ = 0.999), and GTS-R without ferrous oxide (Y=1.5415[GTSR–FEO], $R^2$ =0.9949). The relative specific conductance of GTS-R was somewhat greater in deionized (less than 5 mg/L hardness as $CaCO_3$) water (Y=1.7395x + 1.3) than in well water (Y= 1.576x + 640) that had a water hardness of about 280 mg/L (Figure 9).

## DISCUSSION

Fish kills have been reported following accidental releases of fire-retardant chemicals into aquatic systems from spills, overspray, and contamination from cleaning

equipment. However, adherence to protocols for the application of fire-retardant products prevents most releases into aquatic systems. A likely route of entry of fire-retardant chemicals into aquatic systems from properly applied substances would occur by rainwater runoff from treated watersheds. The hazards posed by this pathway would depend upon the spatial extent of watershed treated, rate of application, binding or sequestration of material by the substrates, dilution by receiving waters, and environmental persistence. If the material reaches aquatic habitats, there may also be behavioral defenses as organisms avoid the chemical gradient and thereby limit exposure and injury.

Many compounds, including metals, pesticides, chlorinated compounds, industrial chemicals, and complex effluents, are known to induce avoidance responses in fish (Atchison et al., 1987; Beitinger, 1990). Avoidance responses observed in laboratory tests have been confirmed in the field. Sprague et al. (1965) and Saunders and Sprague (1967) reported that copper and zinc contamination from mining activity in the drainage of a New Brunswick stream reduced upstream migration of returning adult Atlantic salmon. Geckler et al. (1976) observed avoidance behavior in a stream that was intentionally dosed with copper where resident fish populations limited exposure by actively seeking out areas of low copper concentration. Hartwell et al. (1987) documented avoidance of a mixture of copper, chromium, arsenic, and selenium by fathead minnows (*Pimephales promelas*) in the laboratory and natural streams. Woodward et al. (1995) postulated that avoidance of low concentrations of metals associated with mining activities was in part responsible for the distribution and decline of salmonids in the Clark Fork River.

The data clearly indicate that when rainbow trout are presented with a choice between untreated control water and water treated with GTS-R or D75-R, the fish are able to detect and avoid concentrations of less than 10 percent of the LC50 concentrations determined by Little and Calfee (2000). From this perspective, avoidance of 0.65 mg/liter GTS-R or 1.3 mg/liter D75-R would protect rainbow trout from hazardous exposure.

There are several factors to consider in the interpretation of avoidance tests. Field variables such as water temperature and water quality, particularly pH, hardness, and dissolved carbon content, can influence the response by altering the sensory stimuli of the chemical substance. The tests presented in this report were conducted with a water quality corresponding to ASTM's classification of very hard water (ASTM 1998). Specific conductance was greater when fire-retardant was mixed in deionized water (less than 5 mg/liter as $CaCO_3$, less than 10MΩ Resistivity) than when prepared in well water of high water hardness (about 280 mg/liter as $CaCO_3$), thus fire retardants mixed in water of low hardness may induce a more robust avoidance response. Studies of other fish species in response to metals suggest that a heightened avoidance response may occur as water hardness and alkalinity decrease (Hartwell et al., 1987; Woodward et al., 1995).

Long-term fire-retardant chemicals such as GTS-R and D75-R are composed of ammonium salts such as ammonium sulfate and ammonium phosphate that significantly increase the salinity (measured by specific conductance) of water. Solutions of these fire-retardant chemicals were applied at similar specific conductance during the avoidance tests. Specific conductance may be linked to the sensory cue that induced the avoidance response. Fish chemosensory systems are highly sensitive to salts (Little 1983). The

exclusion of the YPS corrosion inhibitor and the ferrous oxide colorant did not diminish the repellant qualities of GTS-R.

Environmental variables can compete with avoidance stimuli (Little et al. 1985; Little et al. 1993) such that responses to temperature, pH, or ash may override the avoidance reaction to the fire-retardant. The environmental circumstances caused by fire within the organism's watershed could cause a number of disruptions in aquatic habitats including inputs of ash that clog gill membranes, cause turbidity, and increase temperature, as well as obstructions to the flow of water by debris.

The chemical gradient, particularly in a lake may not provide sufficient directional cues to direct the organism's movement to uncontaminated areas. High concentrations of chemical substances may startle or confuse the organism, causing it to be disoriented. Biological factors can also influence the response. Different species or different life stages of the same species may not respond similarly to a chemical substance. The acclimation history of the test organisms and the influence of competing motivational variables may also influence the response to some degree. Organisms may become unresponsive to the chemical through habituation or sensory adaptation. Competing drives such as migration may override avoidance reactions.

Although the avoidance of fire-retardant chemicals is advantageous to aquatic organisms, long-term avoidance may result in displacement of fish from preferred habitats to areas that are less optimal for survival in terms of shelter, food, reproduction, or protection from predators (Atchison et al., 1987). In more extreme cases, avoidance of contaminants by aquatic organisms may result in the effective loss of habitable resources, the interruption of essential migratory behaviors, and the loss of viable populations in the field (Sprague et al., 1965; Saunders and Sprague, 1967). Localized declines in fish

populations and the loss of habitable resources due to the behavioral avoidance of environmental contaminants may alter aquatic ecosystems and cause significant biological and economic injury to natural resources (Lipton et al., 1996). Avoidance responses, therefore, are an important measure of sublethal effect resulting from exposure to hazardous substances.

## CONCLUSIONS

Rainbow trout consistently avoided water treated with GTS-R at concentrations as low as 0.65 mg/liter and D75-R at concentrations as low as 1.3 mg/liter, which are less than 10 percent of the concentration lethal to 50 percent of rainbow trout test in 96 hours (LC50). The increased salinity of water containing these fire-retardant chemicals may be a sensory cue used by fish to avoid plumes of fire-retardant in aqueous habitats. The YPS corrosion inhibitor and the iron oxide colorant did not appear to influence the avoidance response at the concentrations evaluated in this study.

## ENVIRONMENTAL IMPLICATIONS

Results suggest that, if given the opportunity, rainbow trout will escape chemical gradients of GTS-R and D75-R in the field. As an example, consider a scenario of a 2.5 cm of rainfall over a 100 square foot area of watershed treated at the recommended minimum application rate of one gallon per 100 square feet (GPC). This is equivalent to 755 grams GTS-R or 554 grams D75-R resulting in a maximum runoff concentration of 3.2 grams GTS-R/liter or 2.3 grams D75-R/liter. These estimated concentrations are considerably greater than those inducing avoidance responses which are less than 10

percent of the 96-hour LC50 of 6.5 mg/liter GTS-R or 168 mg/L D75-R. Therefore, the avoidance response could provide the fish short-term protection from hazardous exposure. Avoidance responses may differ among species and lifestages of the same species, and competing biological drives may override the response.

Environmental variables such as ash plumes and heightened temperatures could inhibit avoidance responses. Steep concentration gradients likely to occur in streams would more likely induce avoidance than shallow gradients that may occur in ponds and lakes. Because avoidance responses force fish from preferred habitats, long-term avoidance may be deleterious as fish are subjected to less favorable habitats with greater predation pressure, less forage base, or greater competition from other species.