# EXHIBIT "AA"

3

USGS
science for a changing world



# Environmental Implications of Fire-Retardant Chemicals

## Project Summary

Prepared for
Paul Solarz
Branch Chief, Equipment and Chemicals
Aviation and Fire Management
U.S. Forest Service
Washington, D.C.

Prepared by
Edward E. Little and Robin D. Calfee
U.S. Geological Survey
Columbia Environmental Research Center
Columbia, Missouri 65201

June, 2002

**U.S. Department of the Interior**
**U.S. Geological Survey**

## Major Results

- The presence of YPS (sodium ferrocyanide) increased the toxicity of fire retardants
- Ultraviolet radiation increased the toxicity of fire retardants containing YPS.
- Toxic cyanide concentrations were observed during stream tests.
- Toxicity of fire retardants may persist in rainwater runoff from treated areas particularly from sandy or rocky surfaces
- As fire-retardant chemicals aged in the environment toxicity was not consistently associated with the presence of toxic concentrations of cyanide or unionized ammonia.
- High organic soils rapidly decreased chemical persistence
- Combustion eliminated toxicity of the retardant
- Fish are capable of avoiding fire retardant chemical in streams.
- Other fire-related factors such as ash effluents and high temperatures may exceed the chemical toxicity of fire retardant chemicals.

Each year a variety of fire chemicals are used to fight wildland fires. The long-term fire retardants are ammonia-based chemicals considered to be non-toxic to terrestrial organisms and of low to moderate toxicity to aquatic organisms (Finger 1997). Certain fire-retardant chemicals contain sodium ferrocyanide, (yellow prussiate of soda or YPS) as an anticorrosive agent. Concern about YPS arose because this chemical releases cyanide when it is exposed to the ultraviolet radiation (UV) in sunlight and may pose an environmental hazard due to this UV-enhanced toxicity. Human health risk assessments reveal that cyanide exposure from the use of fire retardants is of limited toxicity to humans or other terrestrial organisms (Labat-Anderson 1994). However early literature suggest that YPS causes significant toxicity to fish (Burdick and Lipschuetz 1950). To ensure the environmental safety of fire-retardant chemicals used to fight forest fires, the U.S. Forest Service requested an investigation to determine the potential for UV-enhanced toxicity and environmental persistence of fire-retardant chemicals.

During the course of this project the U.S.Geological Survey Columbia Environmental Research Center (USGS) evaluated UV-enhanced toxicity of fire retardants in the laboratory and field, persistence of toxicity after periods of weathering or combustion, and avoidance of fire retardants by fish.

## Does UV increase the toxicity of fire-retardant chemicals?

USGS conducted a series of laboratory tests (Figure 1) during which juvenile rainbow trout and southern leopard frog tadpoles were exposed to fire chemicals alone and in the presence of UV radiation (Little and Calfee 2000). The tests were conducted over 96

hours using a range of concentrations (ASTM 1993). These studies determined the concentrations of fire-retardant chemicals lethal to 50 % of the test organisms (LC50). The higher the LC50 value, the lower the toxicity of a chemical.



**Figure 1. In laboratory tests juvenile rainbow trout and southern leopard frog tadpoles were exposed to fire-retardant chemicals with and without YPS. Studies were conducted in a solar simulator and various filtering materials were used to control UV exposure similar to that found in natural aquatic habitats (Little and Fabacher 1996).**

We tested Fire-Trol® GTS-R (Fire-Trol Holdings, LLC) and Phos-Chek® D75-R (Astaris, LLC). GTS-R normally containsYPS, and was tested with and without YPS. D75-R does not contain YPS. Comparison of LC50 values of chemicals tested in the presence and absence of UV allowed us to determine the potential effects of UV exposure on the YPS additive.

The presence of YPS consistently increased the toxicity of fire retardants. In the absence of UV, formulations with YPS were more than twice as toxic as formulations without YPS. However, in the presence of UV, the toxicity of products with YPS more than doubled. Mortality commonly occurred within a few hours of exposure. For example, the UV-enhanced toxicity of GTS-R to frog tadpoles was clearly apparent as an increase of almost 300 % when tested in the presence of UV (Figure 2). In contrast, GTS-R without YPS was not significantly affected by UV exposure. The toxicity of D75-R that never contained YPS was slightly increased in the presence of UV.




**Figure 2. 96 hour lethal concentrations of GTS-R with and without YPS, and D75-R in the presence and absence of UV determined in tests with southern leopard frog tadpoles and juvenile rainbow trout. Bars with different letters are statistically different.**

Toxic cyanide occurred during GTS-R stream test




Ammonia was not toxic during GTS-R stream test




**Figure 5. Mean percent mortality and cyanide concentrations, or ammonia concentrations observed for different concentrations to GTS-R 6 hours after the onset of exposure in experimental streams. Note: scales for cyanide or ammonia are shown on the right Y-axes. Lines represent lethal concentrations of cyanide and ammonia to fathead minnows.**

Under field conditions toxicity resulted in the presence of sunlight (Figure 6). When GTS-R was tested on sunny days, 100 % mortality occurred. However, when tested during heavily overcast conditions, no mortality occurred. Lethal concentrations of cyanide were measured when GTS-R with YPS exposures were conducted under sunny conditions, but not under cloudy conditions, indicating that a minimum UV level is necessary to induce toxicity as well as the release of cyanide from YPS.

GTS-R was not toxic under cloudy conditions




**Figure 6. Mean percent mortality observed during heavy cloud cover and sunny conditions**

## Do fire-retardant chemicals decrease in toxicity over time?

The environmental risk of a chemical substance is determined by the concentration applied in the environment, its persistence and availability in the environment, and any biotic factors that may mitigate the dose received by the organism. Weathering studies were conducted to determine the persistence of toxicity from chemicals after they have aged in the environment (Little and Calfee 2002b). During these studies different substrates were treated with fire retardant chemicals at mixed retardant concentrations that would normally be used for fire suppression. These treated substrates were placed outside where they were exposed to sunlight, diurnal temperature changes, and humidity. Following intervals of weathering, the aging retardant was dissolved in water, and fish were added to determine toxicity over a 24-hour period.

In initial tests with fire chemicals weathered on non-porous surfaces at recommended application concentrations we found that the fire retardants remained toxic for over 21 days (Figure 7). Additional tests with different soil types showed that the persistence of toxicity was dependent on soil quality. Toxicity was often eliminated on soils with high organic content. We also found that mortality was not consistently correlated with cyanide and un-ionized ammonia concentrations. In the overall risk assessment, soil quality is a significant variable to consider.







**Figure 7. Average percent mortality of fathead minnows exposed for 24 hours to aqueous solutions of GTS-R or D75-R that had been weathered on gravel or polypropylene for 21 days, or on soils of high organic (HO) low organic (LO) content or sand for 21 days.**

## Does combustion reduce the toxicity of fire retardant chemicals?

Another process that might be destructive of the fire chemical is pyrolysis. To examine the toxicity of fire retardants following combustion, pine needles and excelsior were treated with GTS-R and D75-R then subjected to a standardized burn in a combustion chamber (Figure 8). Small amounts (10 grams) of the resulting ash were mixed in a liter of water, filtered, then diluted. Toxicity tests with fish were conducted for 96 hours.




**Figure 8. Ash from Aspin excelsior and Ponderosa pine needles that were treated with fire retardant chemicals prior to standardized combustion tests. Fish were exposed to a 1 percent solution of ash for 96 hours.**

No toxicity occurred when fish were exposed for 96 hours to aqueous leachates of ash prepared from materials that had been treated with fire retardant before combustion. Limited sublethal concentrations of cyanide and iron-bound cyanide were observed, however there was no toxicity. In addition, total ammonia concentrations were

dramatically reduced. Incidental to these studies we also observed that low concentrations of ash readily clog gill surfaces leading to respiratory failure.

## Are fish able to minimize injury from fire-retardant chemicals by avoiding them?

Avoidance of noxious environmental conditions is an adaptive response that enables fish to avoid potentially harmful conditions and injury (Little et al. 1993). Tests were conducted to determine if fish are capable of avoiding fire-retardant chemicals (Little et al. 2002), using a counter-current chamber (Figure 9) that received fire chemical on one side and control water on the other (DeLonay et al. 1996).




**Figure 9. Counter-current chambers used to test the avoidance response of fish receive fire retardant chemicals at one end of the chamber and uncontaminanted water on the other. A sharp gradient is formed at the center where the apparatus drains. Fish were monitored via overhead camera to measure the amount of time spent in the fire retardant.**

Juvenile rainbow trout avoided fire retardant chemicals at concentrations ranging from 1 to 10 % of the LC50 (Figure 10). The presence of colorant and YPS had no influence on the avoidance response. It appears that the salinity of the solution might have been the sensory cue that the fish were responding to when fire chemicals were present. The results indicate that if fish have some avenue of escape, they can limit hazardous exposure by avoiding areas where fire chemicals are present.




**Figure 10. Mean percent of time fish spent in the side of the chamber containing GTS-R or D75-R. Dotted line indicates no-preference response. Response to fire-retardants are statistically less than to controls.**

## REFERENCES


ASTM, Annual Book of ASTM Standards. (1993). *ASTM Guide E 729 - 88a, Standard Guide for Conducting Acute Toxicity Tests with Fishes, Macroinvertebrates, and Amphibians*. American Society for Testing and Materials. Philadelphia, PA.

Burdick, G.E. and M. Lipschuetz. (1950). Toxicity of ferro- and ferricyanide solutions to fish and determination of the cause of mortality. *Transactions of the American Fisheries Society*. 78:192.

DeLonay, A.J., E.E. Little, J.J. Lipton, D.F. Woodward, and J. Hansen. (1996). Behavioral avoidance as evidence of injury to fishery resources: Applications to natural resource damage assessments. In: T.W. LaPoint, F.T. Price, and E.E. Little, eds., *Environmental Toxicology and Risk Assessment:Fourth Volume*, ASTM STP 1262, American Society for Testing and Materials, Philadelphia. Pp 268-280.

Eisler, R. (1991). Cyanide hazards to fish, wildlife, and invertebrates: A synoptic Review. U.S. Fish and Wildlife Service, Biological Report 85(1.23). 55pp.

Fairchild, J.F., A.L. Allert, J. Mizzi, R. Reisenburg, and B. Waddell. (2000). Determination of a safe level of ammonia that is protective of juvenile Colorado Pikeminnow in the upper Colorado River. *Report, 1998 USGS Quick Response Program*. (Project 91076)

Finger, S. (Editor) Poulton, B., S. Hamilton, K. Buhl, N. Vyas, E. Hall, and D. Larson. (1997). Toxicity of Fire-retardant and Foam Suppressant Chemicals to Plant and Animal Communities. *Report to Interagency Fire Coordination Committee*. Boise, Idaho December 1997.

Labat-Anderson. 1994. Chemicals used in wildland fire suppression: A risk assessment. *Report to Fire and Aviation Management US Forest Service*. August 29, 1994. Lab-Anderson Inc. Arlington, Virginia.

Little, E.E. and R.D. Calfee. (2000). The effects of UVB radiation on the toxicity of fire-fighting chemicals. *Report to U.S. Forest Service*. April, 2000.

Little, E.E. and R.D. Calfee. (2002a). Effects of fire-retardant chemical products to fathead minnows in experimental streams. *Report to US Forest Service*. June, 2002.

Little, E.E. and R.D. Calfee. (2002b). Persistence of long-term fire-retardant chemicals to fish. *Report to US Forest Service*. June, 2002.

Little, E.E., J.B. Wells, and R.D Calfee. (2002). Behavioral avoidance/attractance response of rainbow trout to fire-retardant chemicals. *Report to US Forest Service*. June, 2002.

Little, E.E, and D. Fabacher. (1996). Exposure of freshwater fish to simulated solar UVB radiation. In G.K. Ostrander, ed., *Techniques in Aquatic Toxicology*. CRC Press. Boca Raton, FL, pp. 141-158.

Little, E.E. , J.J. Fairchild, A.J. DeLonay. (1993). Behavioral methods for assessing impacts of contaminants on early lifestage fishes. *Water Quality and the Early Life stages of Fishes, American Fisheries Society Symposium* 14:67-76. American Fisheries Society, Bethesda Maryland.

Smith, L.L., S.J. Broderius, D.M. Oseid, G.L. Kimball, and W.M. Koenst. (1978). Acute toxicity of hydrogencyanide to freshwater fishes. *Archives of Environmental Contamination and Toxicology*. 7:325-337.

Smith, L.L., S.J. Broderius, D.M. Oseid, G.L. Kimball, W.M. Koenst and D.T. Lind. (1979). Acute and chronic toxicity of HCN to fish and invertebrates. *U.S. Environmental Protection Agency Report 600/3-79/009*. 129 pp.

Thurston, R.V. and R. Russo. (1983). Acute toxicity of ammonia to rainbow trout. *Transactions of the American Fisheries Society*. 112:696-704.

Thurston, R.V., R.C. Russo, and G.R. Phillips. (1983). Acute toxicity of ammonia to Fathead minnows. *Transactions of the American Fisheries Society. 112: 705-711.*

EXHIBIT "AB"

# Effects of Fire-Retardant Chemicals, Fire-Trol® GTS-R and Phos-Chek® D75-R to Fathead Minnows in Pond Enclosure Studies

## Final Report

## June 2002

Prepared by:

Edward E. Little and Robin D. Calfee
United States Geological Survey - Biological Resources Division
Columbia Environmental Research Center
4200 New Haven Road
Columbia, MO 66201

Submitted to:

Cecilia Johnson
Project Leader – Fire Chemicals
Wildland Fire Chemical Systems Program

USDA Forest Service
Missoula Technology and Development Center
5785 Highway 10 West
Missoula, MT 59808

**CERC Ecology Branch Fire Chemical Report: ECO-03**
**http://www.cerc.usgs.gov/pubs/center/pdfDocs/ECO-03.PDF**

## Table of Contents

EXECUTIVE SUMMARY ........ 3
INTRODUCTION ........ 8
METHODS ........ 9
Test Organisms ........ 9
Chemicals, Receipt, and Handling ........ 9
Field Exposures and Test Conditions ........ 10
Chemical Analysis ........ 11
UV Measurements ........ 12
Statistical Analysis ........ 12
RESULTS ........ 13
GTS-R Exposure and Toxicity ........ 13
D75-R Exposure and Toxicity ........ 14
Solar UV Irradiance and Water Quality ........ 15
DISCUSSION ........ 15
CONCLUSIONS ........ 19
ENVIRONMENTAL IMPLICATIONS ........ 20
REFERENCES ........ 21

**Acknowledgements**

We thank the staff of the Columbia Environmental Research Center for technical consultation and reviews of this report. This research was financially supported by the Forest Service Wildland Fire Chemical Systems Program.

# EXECUTIVE SUMMARY

## Effects of the Fire-retardant Chemicals, Fire-Trol® GTS-R and Phos-Chek® D75-R To Fathead Minnows in Pond Enclosure Studies

Fire-retardant chemicals are frequently used in suppression of wildland fires in the western U.S. Significant amounts of these materials are applied in wildland areas, including habitats of threatened and endangered species such as cutthroat trout or the boreal toad.

The assessment of hazards posed by the application of fire-retardant chemicals includes determining the risk of injury based on realistic exposure concentrations resulting from degradation, surface runoff, and dilution of these materials from treated watersheds. Recent laboratory studies with long-term fire-retardant chemicals indicate that products containing a commonly used corrosion inhibitor, sodium ferrocyanide, exhibit significant photo-enhanced toxicity in the presence of solar ultraviolet (UV) light. In contrast, other long-term fire-retardant formulations containing different corrosion inhibitors were either unaffected by the presence of UV, or exhibited substantially less toxicity than products containing the corrosion inhibitor. The present study was designed to determine the extent of the photo-enhanced toxicity of fire-retardant chemicals in natural waters. In order to adequately determine the ecological hazards and probability of injury resulting from fire-retardant chemicals, it is especially important to evaluate the fate and effects of these compounds under natural conditions because a variety of environmental variables can influence persistence as well as toxicity.

We evaluated the toxicity of the fire-retardant chemicals, Fire-Trol® GTS-R (GTS-R) and Phos-Chek® D75-R (D75-R) by exposing juvenile fathead minnows in controlled studies under natural field conditions in pond enclosures. The studies included lethal and sublethal concentrations that may result from diluted runoff in treated watershed areas. It was not our

intent to make comparisons between the two selected fire-retardant chemicals. (Note: The concentrations listed herein refer to milligrams of dry concentrate per liter of water).

This research resulted in the following observations:

- UV significantly increased the toxicity of GTS-R. Within 24 to 48 hours of exposure significant mortality occurred among fish in the two highest test concentrations (160 and 64 mg of dry concentrate GTS-R/liter of water) under solar radiation, with and without sediment present (Figure 1).
- Total ammonia concentrations ranged up to 39 mg/liter in the highest GTS-R treatment concentration (160 mg GTS-R/liter). However, this level was below the toxic threshold for un-ionized ammonia at pH 7.8. Concentrations of the most toxic form of ammonia, un-ionized ammonia, were sublethal in the GTS-R treatments under the pH conditions observed throughout 96 hours of exposure. Nitrate concentrations generated by microbial conversion of GTS-R were below lethal concentrations throughout the exposure.
- After 24 hours of exposure lethal concentrations of weak-acid-dissociable cyanide (WAD) ranged from 130-540 micrograms per liter of water (µg/liter) in the highest GTS-R test concentration. Lower cyanide concentrations (45-79 µg/liter) were observed in the medium test concentration (26 mg GTS-R/liter). Cyanide was not detected in the lowest test concentration. WAD cyanide is the free ionic form of cyanide that is most likely to be generated by the interaction of sunlight with sodium ferrocyanide.
- In the absence of UV, the presence of sediment delayed or limited toxicity at treatments below 160 mg GTS-R /liter (Figure 1).

- The presence of sediment and ultraviolet radiation did not consistently influence toxicity of D75-R (Figure 2).
- Mortality that occurred during the 96-hour exposure to D75-R did not follow a consistent dose-response with concentration (Figure 2).
- Total ammonia concentrations approached reported lethal levels over 24 to 96 hours of exposure in the highest chemical concentration and were greater in treatments without sediment. Un-ionized ammonia was at lethal concentrations at 96-hours in the low UV/high chemical treatment in the absence of sediment. Nitrate concentrations resulting from the microbial conversion of ammonia in D75-R were below thresholds for toxicity for fathead minnows throughout the test.
- Concentrations of these long-term fire-retardant chemicals could easily reach lethal levels resulting in mortality in aquatic systems with low water volumes and in lakes or ponds with limited freshwater input.

## INTRODUCTION

The 2000 fire season was one of the most challenging in recent history. More than 6.5 million acres burned by early September 2000, which is more than twice the 10-year national average (USDA 2000). Millions of gallons of fire-retardant chemicals were applied to control and suppress wildland fires. These chemicals are often applied in relatively pristine and environmentally sensitive wildland areas that are potentially inhabited by endangered, threatened, or sensitive aquatic species.

Most long-term fire-retardant chemicals are thought to exhibit minimal toxicity. Nevertheless, fish kills have been documented after accidental releases into streams and rivers (Dodge 1970), such as the Little Firehole River during the 1988 fire in Yellowstone National Park (Minshall and Brock 1991). Recent laboratory studies with long-term fire-retardant chemicals (Little and Calfee 2000) indicate a significant photo-enhanced toxicity of products containing ferrocyanide corrosion inhibitors, with up to a 100-fold increase in the toxicity to rainbow trout and a 10-fold increase to southern leopard frogs in the presence of ultraviolet (UV) light. In contrast, compounds without the corrosion inhibitor were either unaffected in the presence of UV or photo-enhanced to a lesser extent than those containing the corrosion inhibitor.

Although laboratory studies provided basic information about the toxicity of fire- retardant formulations to southern leopard frogs and rainbow trout, the results of these studies do not necessarily equate to an environmental hazard. Environmental hazard depends upon the toxicity of the chemical to an organism in relation to the organism's environmental exposure, which is dependent on the concentrations applied, the persistence of the substance, and the interactions of numerous environmental variables that contribute to both toxicity and persistence. This kind of

information is not typically available in the literature. Therefore, the objective of our study was to assess the hazard of long-term fire-retardant chemicals in replicated experimental, pond enclosures. We designed the studies to evaluate the hazard of Fire-Trol® GTS-R (Fire-Trol Holdings, LLC) and Phos-Chek® D75-R (Astaris, LLC) under realistic environmental conditions of sunlight and other factors suspected of controlling the environmental fate and persistence of these commonly used fire-fighting chemicals.

## METHODS

### Test Organisms

Juvenile fathead minnows (*Pimephales promelas*) were obtained from a commercial hatchery (Genesis Randolph County Fish Hatchery, Cairo, MO) and transferred to the USGS Columbia Environmental Research Center (CERC) in polyethylene bags filled with oxygen-saturated water. The fish were acclimated to the well water used in the pond enclosure tests (pH 7.8, hardness 283 mg/liter as calcium carbonate) at 25° C in outdoor raceways supplied with flowing, aerated water, and tested at approximately 60 to 90 days post-hatch.

### Chemicals, Receipt, and Handling

Dry concentrates of GTS-R and D75-R were shipped to CERC from the U.S. Forest Service, Wildland Fire Chemical Systems (WFCS) Program of the Missoula Technology and Development Center (Missoula, Montana) via overnight courier in a sealed 19-liter plastic container. Upon receipt on January 10, 1999, the shipping container and security seals were inspected for damage and evidence of tampering. No such evidence was observed. The chemicals were stored in a secured locker at room temperature for the duration of the study. All

R/liter concentration under low UV treatment in the absence of sediment. In contrast, un-ionized ammonia concentrations in the D75-R control samples were 0.01 mg/liter.

Nitrate is not an ingredient of D75-R, but results from microbial transformation of ammonia from D75-R. Nitrate concentrations were sublethal in all D75-R treatments. UV did not consistently influence nitrate concentrations among the treatments (Table 5).

**Solar UV Irradiance and Water Quality**

UVB radiation at the water surface averaged 85 and 113 $\mu W/cm^2$ under cloudy and sunny conditions, respectively, whereas UVA radiation averaged 1697 and 2836 $\mu W/cm^2$ under cloudy and sunny conditions, respectively. Juvenile fathead minnows were tolerant of these UV levels. UV observed in the exposure chambers was lower because of the filters covering them. Chambers receiving the high UV treatment averaged 4.2 $\mu W/cm^2$ UVB and 93 $\mu W/cm^2$ UVA under cloudy conditions and 8.5 $\mu W/cm^2$ UVB and 228 $\mu W/cm^2$ UVA under sunny conditions. The low irradiance UVB treatment averaged 0.01$\mu W/cm^2$ UVB and 5 $\mu W/cm^2$ UVA under cloudy conditions and 0.15$\mu W/cm^2$ UVB and 30 $\mu W/cm^2$ UVA under sunny conditions.

Water temperature and DO remained within acceptable limits throughout the test (Table 6). Temperatures ranged from 22.0 to 23.4 °C; dissolved oxygen ranged from 5.1 to 7.8 mg/L with higher DO observed in treatments without sediment. Water pH ranged from 7.1 to 7.8 at 24 hours among the treatments, but increased to a pH range of 7.8 to 8.4 at 96 hours of exposure.

## DISCUSSION

Fish kills have been reported to occur in fire-impacted areas, including areas treated with fire retardant chemicals. However these anecdotal reports lack documentation necessary to

conclusively identify fire retardant chemicals as the cause of mortality. To our knowledge, no information has been reported about environmental concentrations of fire retardant chemicals following their application during wildland fires. Information about environmental concentrations of fire retardant chemicals is mainly limited to recommended application rates, which range from 1 to 8 gallons per hundred square feet (GPC). In our study, exposure to 160 mg GTS-R/liter was lethal to all test organisms within 24 hours of exposure under the high solar irradiance conditions, and within 48 hours to all organisms exposed under the low solar irradiance conditions. This exposure concentration is considerably lower than a field application rate of 755 gm/liter dissolved in 1GPC. In contrast, there was no clear pattern of toxicity for D75-R. Similarly, during laboratory toxicity tests, GTS-R induced heavy mortality within the first hours of exposure, whereas mortality in D75-R occurred after several days (Little and Calfee 2000).

Mortality among fish in the lower concentrations of GTS-R varied directly with exposure concentration, with much of the mortality occurring within the initial 24 hours of exposure. At 96 hours the LC50 under various treatment conditions ranged from 21.1 to 70.8 mg GTS-R/liter. The LC50 concentrations of 21.1 to 70.8 mg GTS-R/liter for fathead minnows observed in our study compare with laboratory 96-hour LC50s which ranged from 13.6 mg GTS-R/liter under UV exposure to 32.2 mg GTS-R/liter under dark control conditions (Little and Calfee 2002). The LC50 concentrations we observed are also comparable to LC50s determined for other species such as rainbow trout (6.5 to 34.2 mg GTS-R/liter) and the southern leopard frog (21.9 to 78.3 mg GTS-R/liter) (Little and Calfee 2000). The values for our laboratory and field tests are lower than those reported by Gaikowski et al. (1996) for fathead minnows which ranged from 135 to 787 mg GTS-R/liter. The lower LC50s determined in our studies probably reflect the

more realistic, higher UV irradiance conditions applied during our laboratory and field exposures.

There are several potentially toxic components in the GTS-R formulation, including un-ionized ammonia and cyanide. Ammonia toxicity is dependent on pH and the toxic un-ionized form increases significantly with pH. In the highest test concentration, un-ionized ammonia approached lethal levels when compared with data from several reports (DeGraeve et al. 1987; Thurston et al. 1983; Swigert and Spacie 1983; Fairchild et al. 2000). However, in lower GTS-R concentrations un-ionized ammonia was sublethal.

Cyanide concentrations were at lethal concentrations in the highest GTS-R concentration, and ranged from 130 to 140 μg/liter in the high UV treatment to 510 to 540 μg/liter in the low UV treatments. LC50 values of 50 μg/liter for WAD cyanide were estimated from GTS-R LC50 values of 13.6 mg GTS-R/liter (Little and Calfee 2002), and LC50 values of 83-137 μg/liter cyanide reported for fathead minnow juveniles (Smith et al. 1978; 1979).

The effects of ultraviolet radiation were clearly apparent as heightened mortality among the highest two or three GTS-R concentrations in the high UV treatment, and by the rapid depletion of cyanide after 24 hours. In contrast, in the low UV treatment, only the highest GTS-R concentration was lethal at 24 hours of exposure and cyanide was persistent for at least 96 hours. The formation of free cyanide from sodium ferrocyanide by ultraviolet radiation is a well-known reaction (Burdick and Lipschuetz 1950). Because this photo-transformation is a function of UV irradiance levels, the lower cyanide concentrations observed in the high UV treatments compared to the low UV treatments may reflect a more rapid depletion of aqueous cyanide in the high UV treatment because of a heightened rate of photo-transformation. Whereas, the elevated cyanide concentrations under low UV treatments might reflect a delayed photo-transformation

resulting from the lower UV irradiance, or possibly a lower water/air exchange caused by the filtering material used to limit UV. In preliminary persistence studies, we found a similar trend of lower cyanide concentrations in GTS-R treatments after 48 hours under elevated UV treatments than under limited UV.

A number of factors can influence photo-enhanced toxicity in natural habitats. Solar angle associated with time of day, season, air pollution, clouds, and surface reflection will influence UV irradiance levels (Little and Fabacher 1996). Water quality (especially humic acid concentration) will limit the amount of UV penetrating the water column (Scully and Lean 1994) and may also influence the availability of chemical substances to the organism by binding them (Oris et al. 1990).

Sediment is an important environmental variable in the toxicity and persistence of contaminants. Sediment can absorb contaminants making them unavailable to the biota. The sediments also support microbiota that are important for the decomposition of fire retardants, as well as nitrogen and ammonia associated with them. The presence of sediments increased the conversion of the ammonia components of GTS-R and D75-R into nitrates and slightly decreased total ammonia during the GTS-R studies, but the resulting nitrate concentrations remained below those reported to be lethal to the fathead minnow (Thurston et al. 1983).

The toxicity of D75-R observed in the present study was less evident than in previous laboratory studies which ranged from 108 mg D75-R/liter under light control and UV exposure to 268 mg D75-R/liter for the fathead minnow (Little and Calfee 2002). In prior laboratory tests with D75-R, un-ionized ammonia was the likely source of toxicity because toxic concentrations of un-ionized ammonia were observed (Little and Calfee 2000). Ammonia and phosphate salts are major components of the D75-R formulation. In our study, un-ionized ammonia increased to

toxic concentrations during the test. The conversion of total ammonia to un-ionized ammonia is largely a function of pH; observed concentrations of un-ionized ammonia steadily increased as pH in the exposure containers increased. Algal growth usually causes increases in pH, and is the likely cause of increased concentrations of un-ionized ammonia and mortality. Algal growth is common in small shallow ponds in Missouri and is also the likely outcome of nutrient enrichment.

## CONCLUSIONS

The toxicity of GTS-R is relatively high under sunny conditions. The range of toxicity observed during the pond enclosure study was within the range observed during laboratory tests. D75-R was not consistently toxic to fish during the pond enclosure study even though D75-R was applied at concentrations determined to be toxic in previous laboratory tests (Little and Calfee 2000). Whether application of these fire-retardant chemicals constitute environmental harm depends upon the amount of fire retardant applied to the area, as well as the characteristics of the watershed, particularly the watershed to surface water ratio, the rate of fire-retardant decomposition, and water quality characteristics such as alkalinity and pH. Rainwater runoff following applications of these long-term fire-retardants at the recommended rates could result in lethal concentrations in small ponds and in streams receiving limited flow. Larger aquatic systems would likely cause dilution of the formulation to sublethal levels. Laboratory studies indicate that GTS-R may persist in the environment for at least 1 week and possibly longer; therefore, delayed effects could occur well after the application of the chemical. The ammonium component of D75-R is likely the primary factor contributing to its toxicity. Thus, poorly

buffered systems that undergo rapid increases in pH due to algal productivity or other factors would be particularly vulnerable.

Data on toxicity, environmental persistence, field measures of fire-retardant chemicals, such as ammonia in adjacent water following treatment, and the use of models for expected concentrations in storm-water runoff from areas treated with fire-retardants are important in determining the likelihood that toxic concentrations of GTS-R and D75-R will occur in aquatic habitats. In the case of GTS-R, additional information on the potential destruction of sodium ferrocyanide by fire or, alternatively, the potential for the pyrogenic generation of cyanide compounds is needed.

## ENVIRONMENTAL IMPLICATIONS

If 5 cm of rain fell on a 100 square foot area treated at the recommended minimum rate of 1 GPC 755 grams of GTS-R would be contained in 472 liters of water. This would result in a dilution of the retardant to a final concentration of 1.6 grams GTS-R/liter of water, an amount 10 times greater than the highest concentration used during this study, which was highly lethal to the fish. If 1 GPC of mixed D75-R applied over a 100 square foot area were dissolved in a 5 cm rainfall, the resulting concentration would be about 1.2 grams/liter, or 10 times the highest D75-R concentration used in this study. The highest concentration used in this study was not clearly lethal to fish.