PAUL F. DAUER (CALIFORNIA BAR NO. 37428)
LAW OFFICES OF PAUL F. DAUER
400 CAPITOL MALL, SUITE 2950
SACRAMENTO, CA 95814
TELEPHONE: (916) 448-2431
FACSIMILE: (916) 448-2462
EMAIL: PFDAUER@PFDATTY.COM

JENNIFER L. MCCREADY (CALIFORNIA BAR NO. 179262)
LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CALIFORNIA 95814
TELEPHONE: (916) 325-4000
FACSIMILE: (916) 325-4010
EMAIL: JENNIFER.MCCREADY@BBKLAW.COM

Attorneys for Plaintiff
FIRE-TROL HOLDINGS LLC

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FIRE-TROL HOLDINGS LLC,

Plaintiff,

v.

UNITED STATES

Defendant.

Case No.: 04-1389-C
Judge George Miller

**DECLARATION OF JENNIFER L. MCCREADY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CALIFORNIA 95814

**DECLARATION OF JENNIFER L. MCCREADY**

I, JENNIFER L. McCREADY, declare as follows:

1. I am an attorney with Best, Best & Krieger LLP, co-counsel for Fire-Trol Holdings LLC ("Fire-Trol"), and of counsel in this action. I have represented Fire-Trol in various matters relating to its sale of wildland fire retardants, including acting as co-counsel in the protest of the award of the 2004 contracts to Astaris raised before the United States Government Accountability Office (formerly the General Accounting Office) ("GAO") and the protest of those awards to the United States Court of Federal Claims. I have also represented Fire-Trol in its action before the United States District Court for the District of Arizona, which action was dismissed for lack of jurisdiction and is substantially similar to the action currently pending in this Court.

2. Exhibits to the Motion for Preliminary Injunction include true and correct copies of the following documents:

a. Exhibit U: I obtained this excerpt from the Federal Standardization Manual from the website at http://www.dsp.dla.mil/policy/docs/fsman.pdf.

b. Exhibit AC: Excerpts from the transcript of testimony from the January 8, 2004 GAO protest hearing, at which I was present;

c. Exhibit AD: A letter which I wrote requesting that the United States agree to defer implementation of its rules, and the email response I received; and

d. Exhibit AE: Arizona District Court Ruling dismissing the action for lack of jurisdiction, received by me at my office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and if called as a witness, I could competently testify to the foregoing facts from my own personal knowledge if called upon to do so.

Executed at Sacramento, California on September 3, 2004.

s/Jennifer L. McCready
JENNIFER L. McCREADY

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CALIFORNIA 95814