Paul Solarz
05/09/2002 11:22 AM

To: Scott Fisher/R6/USDAFS
cc:
cc: Paul Solarz/WO/USDAFS@FSNOTES
Subject: Re: Retardant at LGD and Pentictin

Scott, My understanding is the company (Astaris LLC) is considering testing of different product at the LaGrande ATB, this will need to be proposed to the contracting officer for a substitution of product. I and the WFCS people will get involved as a technical advisors to the CO. FYI, through MTDC , the Wildland Fire Chemical Systems program are entering into some testing of product agreements with partners in Canada. I've reviewed several of the agreements prior to signature. One thing to know is that I am not interested in testing any product that contains sodium ferrocyanide in it. We will not be using those products after 2001-2003 contract cycle. The "four point" letter of June 2000 is the current direction I am obliged to follow.

Paul Solarz
Branch Chief, Equipment and Chemicals
USDA Forest Service
Missoula Technology and Development Center
5785 Highway 10 West
Missoula, MT 59808

Phone: (406) 329-4719 Fax: (406) 829-6741
E-mail: psolarz@fs.fed.us Cell:(208) 867-2243

Scott Fisher

Scott Fisher
05/09/2002 10:32 AM

To: Paul Solarz/WO/USDAFS@FSNOTES
cc:
Subject: Retardant at LGD and Pentictin

I have been trying to get in contact with you to follow up on the field evaluations that were sent on the retardant (HVR) dropped out of LaGrande and John Day. Brad Gibbs (LGD) indicated that there was interest in the possibility of field testing LVR at LGD and I am interested in following up on that. Also, we have had some discussions with Forestry BC in Canada regarding developing a process by which we could reload US airtankers out of Canada on border fires. Those discussions were abandoned because they were using 931 (an unapproved product) but have expressed interest in switching to FTR (conditionally approved) for field testing. We are interested in re-visiting those discussions if we are able to with FTR at Pentictin.

I spoke with Shirley Zylstra last week at the region 6 airtanker base managers meeting where these issues were discussed and she should have a pretty good take on what we are looking to do.

I am in Alaska on detail right now. My cell phone is (541) 410-6118. Please call when you can.

Scott Fisher, R6 RAG
Airtanker Prgm Mgr
(541) 504 - 7259 Work
(541) 504 - 7258 Fax
sfisher01@fs.fed.us