**File Code:** 5162
**Date:** April 12, 2004

Mr. Rob Crouch
Fire-Trol Holdings, LLC
2620 North 37th Drive
Phoenix AZ 85009

Rob:

I have reviewed the documentation that you provided for your Developmental Products identified by the lot numbers 79-29, 79-30, 79-31, 79-32, 79-33, and 79-34. We are willing to begin testing of these products.

I am concerned that they may not meet the requirements contained in the draft specification 5100-304C and summarized in my letter dated September 16, 2002. Specifically, these formulations may not meet the requirement that fire effectiveness must be at least as good as 11.5 percent DAP. I am reluctant to start testing products that may not meet these more stringent requirements because the new specification is scheduled to be in place for the 2007 or 2008 contract period.

Please let me know whether you would like to proceed with the testing of these products or whether you would like to reformulate prior to beginning the laboratory evaluation.

If you have any questions related to this work, please contact me at the address shown above, by phone at 406-329-4819, or email at cjohnson12@fs.fed.us or contact Les Holsapple at the same address or by phone at 406-829-6761, or email at lholsapple@fs.fed.us.

Sincerely,

***Cecilia Johnson***

CECILIA W. JOHNSON
Project Leader
Wildland Fire Chemical Systems

CC: L.Holsapple