e. Exhibit T: Exhibit T is part of the court file in U.S. District Court in Montana in the action *Forest Service Employees for Environmental Ethics v. United States Forest Service* (Case No. 03-165-M-DWM).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and if called as a witness, I could competently testify to the foregoing facts from my own personal knowledge if called upon to do so.

Executed at Kamloops, B.C., on September 3, 2004.

Joe Grigel

JOE GRIGEL

LAW OFFICES OF BEST BEST & KRIEGER LLP 400 CAPITOL MALL, SUITE 1650 SACRAMENTO, CALIFORNIA 95814