| USFS FULL SERVICE CONTRACT | | | FIRE-TROL 2004 | | | ASTARIS - 2004 | | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM | BASE | BID QUANTITY | PRODUCT | TOTAL COST | BID PRICE PER GALLON | BID QUANTITY | PRODUCT | TOTAL COST | BID PRICE PER GALLON |
| ONE YEAR - NO OPTIONS - IFB 49-03-10 | | | | | | | | | |
| 1 | BILLINGS, MT | 300,000 | LCA-R | $230,000.00 | $0.767 | | | | |
| 2 | GRAND JUNCTION, CO | 700,000 | LCA-R | $473,000.00 | $0.676 | | | | |
| 3 | ALBUQUERQUE, NM | 400,000 | LCA-R | $285,000.00 | $0.713 | | | | |
| 4 | CHESTER, CA | 400,000 | GTS-R | $270,000.00 | $0.675 | | | | |
| 5 | FRESNO, CA | 900,000 | GTS-R | $583,000.00 | $0.648 | | | | |
| 6 | REDDING, CA | 700,000 | GTS-R | $453,500.00 | $0.648 | | | | |
| 7 | GOLETA, CA | | | | | 500,000 | D75-R | $361,500.00 | $0.723 |
| | ESTIMATED AWARD | 3,400,000 | | $2,294,500.00 | | 500,000 | | $361,500.00 | |
| ONE YEAR + ONE OPTION YEAR - IFB 49-03-15 | | | | | | | | | |
| 1 | HELENA, MT | 200,000 | LCA-R | $148,000 | $0.740 | | | | |
| 2 | FORT HUACHUCA, AZ | | | | | 400,000 | D75-R | $264,500 | $0.661 |
| 3 | BOISE, ID | | | | | 700,000 | D75-R | $448,000 | $0.640 |
| 4 | POCATELLO, ID | | | | | 350,000 | D75-R | $227,000 | $0.649 |
| 5 | TWIN FALLS, ID | 350,000 | LCA-R | $235,000 | $0.671 | | | | |
| 6 | HILL AFB, UT | | | | | 250,000 | D75-R | $179,500 | $0.718 |
| 7 | RAMONA, CA | | | | | 500,000 | D75-R | $377,000 | $0.754 |
| 8 | SAN BERNARDINO, CA | 700,000 | GTS-R | $451,000 | $0.644 | | | | |
| 9 | MEDFORD, OR | | | | | 400,000 | D75-R | $271,000 | $0.678 |
| | ESTIMATED AWARD | 1,250,000 | | $834,000.00 | | 2,600,000 | | $1,767,000.00 | |
| ONE YEAR + TWO OPTION YEARS - IFB 49-03-16 | | | | | | | | | |
| 1 | PRESCOTT, AZ | 450,000 | LCA-R | $308,000 | $0.684 | | | | |
| 2 | WINSLOW, AZ | 450,000 | LCA-R | $302,500 | $0.672 | | | | |
| 3 | BATTLE MTN., NV | | | | | 400,000 | D75-R | $272,000 | $0.680 |
| 4 | MINDEN, NV | 400,000 | LCA-R | $269,000 | $0.673 | | | | |
| 5 | CEDAR CITY, UT | | | | | 400,000 | D75-R | $267,000 | $0.668 |
| 6 | STEAD, NV | 400,000 | LCA-R | $269,000 | $0.673 | | | | |
| 7 | CHICO, CA | 550,000 | GTS-R | $374,000 | $0.680 | | | | |
| 8 | FOX FIELD, CA | 400,000 | GTS-R | $270,000 | $0.675 | | | | |
| 9 | STOCKTON, CA | 400,000 | GTS-R | $373,500 | $0.934 | | | | |
| 10 | MOSES LAKE, WA | 400,000 | LCG-R | $336,000 | $0.840 | | | | |
| | ESTIMATED AWARD | 3,450,000 | | $2,502,000.00 | | 800,000 | | $539,000.00 | |

| | GALLONS | | DOLLARS |
|---|---|---|---|
| **Total Awarded** | **12,000,000** | | **$8,298,000.00** |
| Total Fire-Trol Awards | 8,100,000 | 67.50% | $5,630,500.00 |
| Total Astaris Awards | 3,900,000 | 32.50% | $2,667,500.00 |

| | |
|---|---|
| Total Awarded | $8,298,000.00 |
| Astaris Only Bid | $8,987,850.00 |
| **Extra Cost - Astaris Only** | **$689,850.00** |

| USFS FULL SERVICE CONTRACT | | ASTARIS - 2004 | | | |
|---|---|---|---|---|---|
| ITEM | BASE | BID QUANTITY | PRODUCT | TOTAL COST | BID PRICE PER GALLON |
| **ONE YEAR - NO OPTIONS - IFB 49-03-10** | | | | | |
| 1 | BILLINGS, MT | 300,000 | D75-R | $242,500.00 | $0.808 |
| 2 | GRAND JUNCTION, CO | 700,000 | D75-R | $487,000.00 | $0.696 |
| 3 | ALBUQUERQUE, NM | 400,000 | D75-R | $313,750.00 | $0.784 |
| 4 | CHESTER, CA | 400,000 | D75-R | $341,250.00 | $0.853 |
| 5 | FRESNO, CA | 900,000 | D75-R | $684,000.00 | $0.760 |
| 6 | REDDING, CA | 700,000 | D75-R | $573,000.00 | $0.819 |
| 7 | GOLETA, CA | 500,000 | **D75-R** | **$361,500.00** | **$0.723** |
| | ESTIMATED AWARD | **3,900,000** | | **$3,003,000.00** | |
| **ONE YEAR + ONE OPTION YEAR - IFB 49-03-15** | | | | | |
| 1 | HELENA, MT | 200,000 | D75-R | $154,750 | $0.774 |
| 2 | FORT HUACHUCA, AZ | 400,000 | **D75-R** | **$264,500** | **$0.661** |
| 3 | BOISE, ID | 700,000 | **D75-R** | **$448,000** | **$0.640** |
| 4 | POCATELLO, ID | 350,000 | **D75-R** | **$227,000** | **$0.649** |
| 5 | TWIN FALLS, ID | 350,000 | D75-R | $244,250 | $0.698 |
| 6 | HILL AFB, UT | 250,000 | **D75-R** | **$179,500** | **$0.718** |
| 7 | RAMONA, CA | 500,000 | **D75-R** | **$377,000** | **$0.754** |
| 8 | SAN BERNARDINO, CA | 700,000 | D75-R | $514,000 | $0.734 |
| 9 | MEDFORD, OR | 400,000 | **D75-R** | **$271,000** | **$0.678** |
| | ESTIMATED AWARD | **3,850,000** | | **$2,680,000.00** | |
| **AR + TWO OPTION YEARS - IFB** | | | | | |
| 1 | PRESCOTT, AZ | 450,000 | D75-R | $328,000 | $0.729 |
| 2 | WINSLOW, AZ | 450,000 | D75-R | $318,500 | $0.708 |
| 3 | BATTLE MTN., NV | 400,000 | **D75-R** | **$272,000** | **$0.680** |
| 4 | MINDEN, NV | 400,000 | D75-R | $291,600 | $0.729 |
| 5 | CEDAR CITY, UT | 400,000 | **D75-R** | **$267,000** | **$0.668** |
| 6 | STEAD, NV | 400,000 | D75-R | $294,000 | $0.735 |
| 7 | CHICO, CA | 550,000 | D75-R | $406,500 | $0.739 |
| 8 | FOX FIELD, CA | 400,000 | D75-R | $271,000 | $0.678 |
| 9 | STOCKTON, CA | 400,000 | D75-R | $516,250 | $1.291 |
| 10 | MOSES LAKE, WA | 400,000 | D75-R | $340,000 | $0.850 |
| | ESTIMATED AWARD | **4,250,000** | | **$3,304,850.00** | |
| | Total Awards | **12,000,000** | | **$8,987,850.00** | |

## USFS BULK RETARDANT CONTRACT

| | | FIRE-TROL | | | | | | ASTARIS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | BASE | EST QUANTITY | PRODUCT | PRICE PER TON | TRANS. | TOTAL BID PRICE PER GALLON | TOTAL AWARD (DOLLARS) | EST QUANTITY | PRODUCT | PRICE PER TON | TRANS. | TOTAL BID PRICE PER GALLON | TOTAL AWARD (DOLLARS) |
| | ONE YEAR - NO OPTIONS - RFP 49-03-09 | | | | | | | ONE YEAR - NO OPTIONS - RFP 49-03-09 | | | | | |
| 1 | COUER D ALENE. ID | | | | | | | 177,386 | LV-R | $409.50 | $63.50 | $0.550 | $97,562.30 |
| 2 | GRANGEVILLE, ID | 114,749 | GTS-R | $662.50 | $46.20 | $0.535 | $61,390.72 | | | | | | |
| 3 | WEST YELLOWSTONE, MT | 253,896 | GTS-R | $662.50 | $58.80 | $0.544 | $138,119.42 | | | | | | |
| 4 | SILVER CITY, NM | | | | | | | 552,092 | D75-R | $968.57 | $49.45 | $0.570 | $314,692.44 |
| 5 | JOHN DAY, OR | 42,422 | LCG-R | $479.96 | $44.71 | $0.568 | $24,095.70 | | | | | | |
| 6 | KLAMATH FALLS, OR | 376,669 | LCA-R | $466.56 | $36.44 | $0.517 | $194,737.87 | | | | | | |
| 7 | REDMOND, OR | 664,962 | LCA-R | $466.56 | $49.05 | $0.530 | $352,429.86 | | | | | | |
| 8 | ASHVILLE, NC | | | | | | | 65,279 | D75-R | $1,139.43 | $110.77 | $0.700 | $45,695.30 |
| 9 | FT. SMITH, AR | | | | | | | 111,740 | D75-R | $1,106.44 | $72.32 | $0.660 | $73,748.40 |
| 10 | FT. WAINWRIGHT, AK | 110,706 | LCG-R | $479.96 | $236.00 | $0.776 | $85,907.86 | | | | | | |
| 11 | GALENA, AK | 7,821 | LCG-R | $479.96 | $427.40 | $0.983 | $7,688.04 | | | | | | |
| | ESTIMATED AWARD | 1,571,225 | | | | | $864,369.47 | 906,497 | | | | | $531,698.44 |
| | ONE YEAR - WITH ONE OPTION - RFP 49-03-13 | | | | | | | ONE YEAR - WITH ONE OPTION - RFP 49-03-13 | | | | | |
| 1 | MISSOULA, MT | 456,321 | GTS-R | $636.00 | $50.75 | $0.518 | $236,374.28 | | | | | | |
| 2 | RAPID CITY, SD | | | | | | | 240,638 | LV-R | $481.35 | $86.25 | $0.660 | $158,821.08 |
| 3 | DURANGO, CO | 319,628 | LCA-R | $479.28 | $69.93 | $0.562 | $179,630.94 | | | | | | |
| 4 | WHITE RIVER, AZ | 75,526 | LCA-R | $486.00 | $33.79 | $0.535 | $40,406.41 | | | | | | |
| 5 | MCCALL, ID | 385,796 | LCG-R | $452.27 | $52.01 | $0.546 | $210,644.62 | | | | | | |
| 6 | PORTERVILLE, CA | 471,438 | GTS-R | $636.79 | $30.21 | $0.503 | $237,133.31 | | | | | | |
| 7 | MONTAGUE, CA | 157,302 | LCA-R | $486.00 | $24.67 | $0.525 | $82,583.55 | | | | | | |
| 8 | LAGRANDE, OR | 619,404 | LCG-R | $461.50 | $28.19 | $0.531 | $328,903.52 | | | | | | |
| 9 | KNOXVILLE, TN | | | | | | | 190,354 | D75-R | $1,127.93 | $122.27 | $0.700 | $133,247.80 |
| | ESTIMATED AWARD | 2,485,415 | | | | | $1,315,676.628 | 430,992 | | | | | $292,068.88 |
| | ONE YEAR - WITH TWO OPTIONS - RFP 49-03-14 | | | | | | | ONE YEAR - WITH TWO OPTION - RFP 49-03-14 | | | | | |
| 1 | KALISPELL, MT | 285,758 | GTS-R | $662.50 | $55.83 | $0.542 | $154,880.84 | | | | | | |
| 2 | JEFFCO, CO (DENVER) | 234,676 | LCA-R | $486.00 | $125.61 | $0.629 | $147,611.20 | | | | | | |
| 3 | ALAMORGORDO, NM | | | | | | | 362,355 | D75-R | $960.88 | $75.00 | $0.580 | $210,165.90 |
| 4 | ROSWELL, NM | 75,814 | LCA-R | $486.00 | $86.86 | $0.589 | $44,654.45 | | | | | | |
| 5 | BISHOP, CA | | | | | | | 58,510 | D75-R | $1,061.57 | $36.82 | $0.615 | $35,983.65 |
| 6 | OMAK, WA | 54,969 | LCG-R | $479.96 | $37.72 | $0.561 | $30,837.61 | | | | | | |
| 7 | TROUTDALE, WA | 55,381 | LCG-R | $479.96 | $38.51 | $0.562 | $31,124.12 | | | | | | |
| | ESTIMATED AWARD | 706,598 | | | | | $409,108.217 | 420,865 | | | | | $246,149.55 |

| Total Gallons Awarded | 6,521,592 | | Dollars |
|---|---|---|---|
| Total Fire-Trol Awards | 4,763,238 | 73.04% | $2,589,154.31 |
| Total Astaris Awards | 1,758,354 | 26.96% | $1,069,916.87 |
| | Grand Total | | $3,659,071.18 |

Astaris Only Bid 3,891,994.42

Extra Cost - Astaris Only **$232,923.24**

## USFS BULK RETARDANT CONTRACT
## ASTARIS

| ITEM | BASE | EST QUANTITY | PRODUCT | PRICE PER TON | TRANS. | TOTAL BID PRICE PER GALLON | TOTAL AWARD (DOLLARS) |
|---|---|---|---|---|---|---|---|
| | ONE YEAR - NO OPTIONS - RFP 49-03-09 | | ONE YEAR - NO OPTIONS - RFP 49-03-09 | | | | |
| 1 | COUER D ALENE, ID | **177,386** | **LV-R** | **$409.50** | **$63.50** | **$0.550** | **$97,562.30** |
| 2 | GRANGEVILLE, ID | **114,749** | D75-R | $997.51 | $74.09 | $0.600 | $68,849.40 |
| 3 | WEST YELLOWSTONE, MT | **253,896** | D75-R | $947.68 | $52.45 | $0.560 | $142,181.76 |
| 4 | SILVER CITY, NM | **552,092** | **D75-R** | **$968.57** | **$49.45** | **$0.570** | **$314,692.44** |
| 5 | JOHN DAY, OR | **42,422** | LV-R | $471.59 | $65.91 | $0.625 | $26,513.75 |
| 6 | KLAMATH FALLS, OR | **376,669** | LV-R | $437.93 | $52.27 | $0.570 | $214,701.33 |
| 7 | REDMOND, OR | **664,962** | LC95-A | $529.53 | $71.25 | $0.570 | $379,028.34 |
| 8 | ASHVILLE, NC | **65,279** | **D75-R** | **$1,139.43** | **$110.77** | **$0.700** | **$45,695.30** |
| 9 | FT. SMITH, AR | **111,740** | **D75-R** | **$1,106.44** | **$72.32** | **$0.660** | **$73,748.40** |
| 10 | FT. WAINWRIGHT, AK | **110,706** | LC95-A | $556.41 | $497.59 | $1.000 | $110,706.00 |
| 11 | GALENA, AK | **7,821** | LC95-A | $730.53 | $534.27 | $1.200 | $9,385.20 |
| | **ESTIMATED AWARD** | **2,477,722** | | | | | $1,483,064.22 |
| | ONE YEAR - WITH ONE OPTION - RFP 49-03-13 | | ONE YEAR - WITH ONE OPTION - RFP 49-03-13 | | | | |
| 1 | MISSOULA, MT | **456,321** | D75-R | $885.26 | $61.32 | $0.530 | $241,850.13 |
| 2 | RAPID CITY, SD | **240,638** | **LV-R** | **$481.35** | **$86.25** | **$0.660** | **$158,821.08** |
| 3 | DURANGO, CO | **319,628** | LV-R | $499.00 | $60.00 | $0.650 | $207,758.20 |
| 4 | WHITE RIVER, AZ | **75,526** | LV-R | $546.00 | $47.40 | $0.690 | $52,112.94 |
| 5 | MCCALL, ID | **385,796** | LV-R | $465.70 | $24.50 | $0.570 | $219,903.72 |
| 6 | PORTERVILLE, CA | **471,438** | D75-R | $997.25 | $38.63 | $0.580 | $273,434.04 |
| 7 | MONTAGUE, CA | **157,302** | D75-R | $1,026.15 | $45.45 | $0.600 | $94,381.20 |
| 8 | LAGRANDE, OR | **619,404** | LV-R | $419.75 | $53.25 | $0.550 | $340,672.20 |
| 9 | KNOXVILLE, TN | **190,354** | **D75-R** | **$1,127.93** | **$122.27** | **$0.700** | **$133,247.80** |
| | **ESTIMATED AWARD** | **2,916,407** | | | | | $1,722,181.31 |
| | ONE YEAR - WITH TWO OPTIONS - RFP 49-03-14 | | ONE YEAR - WITH TWO OPTION - RFP 49-03-14 | | | | |
| 1 | KALISPELL, MT | **285,758** | D75-R | $932.52 | $67.64 | $0.560 | $160,024.48 |
| 2 | JEFFCO, CO (DENVER) | **234,676** | LV-R | $488.90 | $61.50 | $0.640 | $150,192.64 |
| 3 | ALAMORGORDO, NM | **362,355** | **D75-R** | **$960.88** | **$75.00** | **$0.580** | **$210,165.90** |
| 4 | ROSWELL, NM | **75,814** | LV-R | $562.25 | $65.55 | $0.730 | $55,344.22 |
| 5 | BISHOP, CA | **58,510** | **D75-R** | **$1,061.57** | **$36.82** | **$0.615** | **$35,983.65** |
| 6 | OMAK, WA | **54,969** | LC95-A | $618.49 | $98.23 | $0.680 | $37,378.92 |
| 7 | TROUTDALE, WA | **55,381** | LC95-A | $632.30 | $84.42 | $0.680 | $37,659.08 |
| | **ESTIMATED AWARD** | **1,127,463** | | | | | $686,748.89 |
| | Totals | **6,521,592** | | | | | **$3,891,994.42** |