# 8400 Wildland Fire Chemicals Handbook

Contact: Issuance Info. Last Modified: 09/23/2003 14:10:08

## 8400 Sections


| | |
|---|---|
| 8400 and 8401: | Wildland Fire Chemicals - Introduction |
| 8402: | WFCS Fire Chemicals Classifications |
| 8403: | How Chemicals Get Tested and Approved: The Manufacturer's Product Submission Process |
| 8404: | CDF Wildland Fire Chemicals Policies |


## 8410 Sections


| | |
|---|---|
| 8410: | Long-term Fire Retardant Requirements |
| 8411: | Long-term Retardant Types |
| 8412: | Color: Fixed and Fugitive |
| 8413: | Long-term Retardant Contracts: Bulk and Full Service |
| 8414: | Delivery, Mixing, Storage, and Loading Facilities |
| 8415: | Lot Acceptance, Quality Assurance, and Field Quality Control Testing of Long-term Retardant |
| 8416: | Tactical Use of Long-term Retardants |


## 8420 Sections


| | |
|---|---|
| 8420: | Class A Fire Suppressant Foams |
| 8421: | Tactical Use of Class A Fire Suppressant Foam |


## 8430 Sections


| | |
|---|---|
| 8430: | Fire Suppressant Water Additives ("Short-term Fire Retardants") |
| 8431: | Tactical Use of Fire Suppressant Water Additives |

## CDF WILDLAND FIRE CHEMICALS POLICIES 8404
(September 2003)

## CDF LONG-TERM RETARDANT USE POLICY 8404.1
(September 2003)

CDF is environmentally conscious and intends to use only fire chemicals that do not pose a hazard to humans or to the environment.

A. CDF desires to utilize only those retardant products that do not contain sodium ferrocyanide or other forms of this compound.

B. CDF prefers to use only those retardant products that do not contain any chemicals, chemical compounds, or by-products which are listed on the California Office of Environmental Health Hazard Assessment's current "Proposition 65 Chemicals List".

C. CDF retardant bases will use only fugitive color, gum-thickened, long-term retardants that are delivered to the retardant base in dry concentrate form. All such products must be listed on the CDF page of the US Forest Service Wildland Fire Chemical Systems program's "Qualified Products List" (QPL). Retardants with these characteristics have proven to be the most effective and least detrimental for the wide variety of fuel types and population densities found in the CDF Direct Protection Area.

## CDF FIRE SUPPRESSANT WATER ADDITIVES USE POLICY 8404.2
(September 2003)

When available, CDF will use approved fire suppressant water additives (short-term fire retardants) deployed from ground apparatus and helicopters when such use is the most cost-effective option available for the fire suppression task at hand.

CDF will only use fire suppressant water additives that are listed on the USFS WFCS Qualified Products List (QPL).

## CDF CLASS A FIRE SUPPRESSANT FOAM USE POLICY 8404.3
(September 2003)

CDF will use only wildland fire suppressant foams that are listed on the USFS WFCS Qualified Products List (QPL). *Whenever possible, foam should be used on fires in wildland fuels <u>unless such use will immediately pollute streams, lakes, and other water sources</u>.*

(see next section)