down the gum thickener before spraying the retardant on the fuel load in Specification 5100-304b's laboratory combustion retarding effectiveness test.

16. The use of Fire-Trol liquid concentrate product is a proven and effective tool by operational ground and air attack fire fighters. As a non-gum-thickened polyphosphate based product, it has proven time and again its effective drop characteristics and retardant capability to fire line staff who often depend on it with their lives. The predominant use of this product world wide proves the facts stated. The USFS laboratory claims appear arbitrary, unproven and capricious in nature to those of us that have actual operational experience in control of wild land fire.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CALIFORNIA 95814

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and if called as a witness, I could competently testify to the foregoing facts from my own personal knowledge if called upon to do so.

Executed at Kamloops, B.C., on September 2, 2004.

TERRY KENNEDY





Received 09-02-04 04:59pm From-250 828 6232 To-BBK Page 008