# A Critical Analysis of FIRE-TROL® LC
# An Unthickened Liquid Concentrate Retardant
# Ammonium Polyphosphate Based Products

## Report for Fire-Trol Holdings, LLC



Report By Timber Bear Management

October 28, 2002

# Index

Executive Summary

I. Introduction
II. General
III. Concepts
IV. Effectiveness

a. Line Length
b. Wind Drift
c. Canopy Penetration
d. Area of Coverage
e. Recovery
f. Flammability Reduction
g. Visibility

V. Environmental
VI. Safety
VII. Discussion
VIII. Recommendations
IX. Conclusions

References
Acknowledgements
Figures
About the Author

## Executive Summary

The report is a critical analysis of the effectiveness of unthickened (non gum) Liquid Concentrate retardant (LC). The report reviews the substantial documented studies and lab analysis carried out, and then ties the data and interpretations made with operational observations and experience.

The review and analysis of the documentation found that the controlled tests and lab analysis often took the simplistic or two dimensional view of the data rather than operationally test, confirm the implications or realize the complexity of the three dimensional situation found in the realities of the real world of wildfire. The complexity of the wildfire operation is often not shown in the simplistic models used or interpreted. The effectiveness of LC is underestimated, misinterpreted and overly simplified.

The disconnect, between the wildfire use and the laboratory findings, are a symptom that some element or elements are missing from the recorded data of effectiveness. The actual on fire use and testimony by air and ground fire fighters reflects a product that is superior in nature to others used. The lab analysis and the actions of the USDA Forest Service (Cruz letter, June 1, 2000) in attempting to stop using non-gum products is clear evidence that the disconnect exists between lab analysis or controlled testing and the product effectiveness in the operational use. The report attempts to define and reason the differences in view. The report also re-examines the documentation to find interpretations that constructively support the operational findings of how LC retardant actually performs in retarding wildfire.

The resultant report finds that LC is a superior retardant product for use on wildfire. The analysis found that many of the previous interpretations were often selective and did not in fact demonstrate the reality on the fire line of the product effect. The report recommends that a number of issues must be reviewed and action taken. The need to have the users agencies, the air tanker companies, and the retardant companies to wok as a team to meet the goals and objectives of meeting the priorities of wildfire control and management is required. The conclusions, of the USDA Forest Service, to cease the use, of non-gum thickened LC, is not based on scientific or operational data. The decision must be reviewed and rescinded to insure that the aerial and ground fire fighters retain the superior product for operational use.

# A Critical Analysis of FIRE-TROL® LC
# An Unthickened Liquid Concentrate Retardant
# Ammonium Polyphosphate Based Products

## I. Introduction

The FIRE-TROL, Liquid Concentrate unthickened, or non- gum thickened, products are, and have been, the most effective retardants to be used in aerial application on wild fires over the last thirty (30) years. While some components have been changed such as corrosion inhibitors, the basic ammonium polyphosphate based retardant has met the challenge of wildfire control. LC provides the ground, and air fire fighter, with a tool that is both trusted and relied upon to control wildfire; and thus save life, property and values. This is the basic priority of wildfire control, and management. The unthickened Liquid Concentrate (LC) has proven to be the most effective product in stopping the spread of wildfire under the most adverse of conditions.

While this statement may appear to be subjective, it is based on over 20 years of operational experience, and the application of over 5000 loads of approved products on actual wildfire, by the author, and other material testimony, and evidence, provided by the experience of air attack and ground personnel. The intent of this report is to bring a fresh objective analysis to the use and effectiveness of the FIRE-TROL unthickened liquid concentrate products, which will be referred to within as LC. The report will attempt to tie the operational experience, and reality, to the laboratory analysis and controlled testing that has been carried out. While the laboratory data, controlled tests, and analysis were apparently substantial it was often over simplified, or due to a lack of empirical or use of operational evidence, from the actual wild fire site, the analysis often misinterpreted the results. The resultant disconnect between the lab analysis and the operational realities must be reviewed, and an attempt be made to show that the interpretation of the raw data from the lab can, and does, match field experience when the two are considered rationally, and in concert. The purpose of this report is to gain this objective result in the aspect of proving the superiority of the LC retardant.

## II. General

To better understand the complexity of the problem, and why the laboratory analysis to date has often disconnected with the actual operational results, one must review the premises by which most of the lab analysis is based. For the most part the data is often based on some controlled testing in the field, but often on two dimensional rather than three dimensional (grids instead of actual fuel loading for retardant drop patterns), and most often data extrapolated, or modeled. The problem with this approach is complicated by the simple fact that the results are not based on actual operational fact or do they always reflect reality. At best a model is a simulation or prediction of what is believed or predicted to occur. The requirement to test the model with actual field data from operational fires has for the most part not been carried out.

This may be due to timing, cost or the simple desire to believe the simplicity of the model rather than test the complexity in the reality. The basic premise of model development is to make the model as simple as possible, but as complex as necessary. Often, especially when reviewing the retardant application data it appears that the simplicity of the models led to misinterpretations of what actually occurred in the application of retardants on wild fires. The basic premise, which also requires one to be as complex as necessary, was often ignored by accepting the results of the model without the necessary inclusion of field tests.

The second apparent failure was to accept the results of the model and ignore the reality of what field staff and their operational experience were often saying and showing to the contrary. This is evidenced in the comment by C. George, in an *Update on the Operational Retardant Effectiveness (ORE) Program Retardant Effectiveness, 1984,* that, "The effective retardant levels for given fuel models depend on fire line intensity or flame length and can vary as much as 800 % - The variability with the fuel models currently used contributes largely to variation in fire line intensity and fuel coverage relationships. Until more definitive fuel and fire behavior models are developed improvements to recommended retardant coverage levels will likely be limited." What would have provided more accurate information was to perhaps test a fuel structural model against real fire conditions, and not to continue to develop more complicated models without such field tests, review and input. This error has grown to the point that the USDA Forest Service is considering the termination of the use of LC unthickened, non gum, products (Cruz letter- June 1, 2000) despite the testimony of respected aerial fire fighters such as Mr. Madar, Fisher and 117 of their agency lead plane and air tanker crews who strongly support the superiority of the effectiveness of the LC products. The fact that the success of the retardant on actual wildfires has been ignored by the decision must not be accepted. The concept that models are only simulation and cannot reflect reality appears to be often over looked, or more seriously, purposely used to ignore actual documentation of field observations. In either case the objectivity of the interpretation demands question.

The third area of concern is that for the most part the models have attempted in depth to address the phenomena of the drop characteristics of the retardant. There are two major concerns with this approach. One is that the retardant pattern is actually based on a number of key elements, or factors, not just the retardant characteristics. As one can see the retardant characteristics, such as being thickened or unthickened, is only one of twelve key elements as clarified in the *BCFS Air Attack Training Manual*. Those that influence fire retardant ground distribution patterns are:



- drop height - release ( trigger point)
- strategy and placement
- aircraft speed
- aircraft attitude
- drop selection
- canopy and fuel types
- wind speed and direction- into, down and x wind
- topography
- tanking, gating and venting
- retardant characteristics
- atmospheric conditions

One must take care in evaluation in each of the elements of the eventual pattern and not be overly subjective in determining the quality of one element over another without data and field interpretation. To predetermine the interaction of all the elements by judging one element such as retardant characteristics without how each of the elements interact is not only bad science but introduces bias which often is only based on personal interpretation.

The second is that the modeling of the second key element, which is the structure and real effect of the fuels has been marginally considered, but is key to bringing the operational reality to the lab analysis and the models used. This element takes the two dimensional theory and makes it viable in the reality of the three dimensional world that operational fire fighters have to live.

One will soon see that the composition of the retardant, especially the LC product, is not the key concern. In fact Charles George in his review of the ORE program provided under Operational Insights stated that the most common ineffective retardant applications were due to:

- Gaps in retardant release pattern
- Inadequate tie in of retardant lines
- Placement too far into burn-half on/half off
- failure to anchor retardant lines
- misjudgment of fire behavior ( rate of spread) or availability / timing of air tankers.
- improper adjustments for wind drift
- failure to recognize placement of retardant or location in relation to fire.
- failure to recognize and utilize retardant capacities in formulating tactical plans

The composition of the retardant was, and is not, an issue with respect to the use of the unthickened LC FIRE-TROL products by fire, or air personnel. The effectiveness of LC not questioned, by the operational user, who must trust the retardant to save lives, property and values.

Finally the models which were used, to design the *Retardant Coverage Computer* grids and guides were based on minimal data which shows the LC products grouped with the Water like products. This grouping does a disservice to the fact that the LC has elasticity, as found by Shock Dynamics, in *Investigation of Rheological Properties of Aerial Delivered Fire Retardants Extended Study- Final report for USDA, December 1974.* This error designed into the models the false assumption that LC despite the polyphosphate chains is not elastic, and would react like a Newtonian liquid (water), and not like a non-Newtonian liquid, which it has proven to be. This error has compounded and caused the design of the retardant coverage computer models to be false by design assumption error. The LC does not react like water when dropped, and the data provided later in the report will portray this fact. The error in assumption was incorporated into most of the resultant USDA Forest Service laboratory analysis on LC. This leads one to then question the resultant theories, especially when contradicted by operational visual evidence. This report will attempt to correct the error in that assumption, and will in fact proceed to prove that the polyphosphate chains provide an elasticity that allows the LC products to be considered not as truly unthickened products but rather as non-gum thickened products.

This in lay terms will mean that the superiority of the LC product will not allow others to directly compete, or be equated simply by becoming unthickened through simple removal of the gum. LC must be considered as a category that provides sufficient elasticity without the need to have gum thickeners to meet the desired operational results.

In sectional summary, to consider the removal of a product after thirty years of operational effective proof without due consideration of the operational facts or the inter relationships of all the above factors listed is frankly negligent, and lacks consideration of due process, or real scientific evidence that can not come solely from modeling, but rather must include the on site wildfire situational evidence, and analysis. This report will try to connect the actual scientific data with the operational conditions and results experienced on actual wildfires.

**III. Concepts**

In order to discuss the effective use of a retardant, or any other tool, used in wildfire, we must first understand the concepts and the context, which govern its effective use. Some times these concepts are ignored or misunderstood, which can lead to misuse, or ineffective use, of the product or tool. Further to this an operational, or laboratory analysis, must be reviewed in the context of its intended use.

The priority of wildfire management, and control, is to protect life, property and defined values. To insure that these priorities are protected most agencies rely on effective initial attack. The common definition of initial attack requires, early detection, rapid dispatch of sufficient resources, fast and aggressive initial attack, and aggressive mop up. The objective of initial air attack, to meet this initial attack concept is to use effective retardants, such as LC, to achieve quick containment, minimum size and minimize damage through safe operational application. Air attack in most agencies has taken the initial attack concept to a level higher, and attempted to meet the one strike concept with the use of effective retardants. The one strike concept requires that one uses, upon initial dispatch, the number of air tankers required to contain the fire without the need for reloads of retardant.



**Initial Attack**



**One strike**



**Coverage & Contain**

An effective, economical and efficient use of retardant to meet air attack principles is required. Retardant, and namely LC, has proven this capability over the years of its aerial use; it provides quick construction of a chemical control line for wild fire which coats fuel (physical barrier), alters the combustion process and influences fire behavior. This fire behavior influence is critical and while operationally understood, often appears to be not adequately understood or quantified in the laboratory setting. The fire behavior is modified by retardant, in the simplest of terms, which will be discussed in depth in the effectiveness portion of the report, by cooling the side applied to, often the head or flank of the fire, and thus changes that given head or flank in direction or intensity. Changes are often dependant on wind and topography. Air attack with effective retardant, properly applied, manipulates the fire behavior and is an integral part of strategy and tactics. This is especially effective when coordinated with ground crews and control lines or natural barriers.



**The First Load Shifted the Fire Head**



**Allowing the Fire to be Contained**

Retardants can be used in direct attack or direct application, to cool or blanket a spot fire through understanding the fire triangle which requires that control is achieved by removing any side of heat, oxygen or fuel. An effective retardant will have the potential through cooling, coating and pyrolysis to achieve all three. Retardants are also effective in the use of indirect attack through the building of effective long-term chemical fire lines (fire guards), ties or anchors to natural barriers, and an effective line from which to burn from.

The discussion on the effective use of retardants, and especially when considering the subject of this report, LC, requires a basic understanding of the concepts that the product is expected to meet in an operational use.

**IV. Effectiveness**

One could choose many factors to evaluate the effectiveness of retardant for wildfire use. To keep consistent with previous laboratory and operational reviews, or analysis, let us, for the purposes of this report use the factors as described in the *Long Term Fire Retardant Value Analysis Guidelines- USDA- November, 1984* with respect to the aspect of effectiveness.

While the Value Analysis process was not continued, nor operationally functional, the value of the criteria that define effectiveness can be utilized for this report to provide a standard, common to lab analysis and operational experience. What will often differ, and be clarified, is the reality of the actual data analysis based on observed experience verses, the simulated model interpretations with respect to the consideration of FIRE-TROL, unthickened LC, or non-gum, products.

To evaluate the effectiveness of retardant, and specifically LC, we shall do so by incorporating operational knowledge and experience with the evidence and findings of laboratory, and the controlled field tests, to find a more accurate interpretation of what is actually occurring in the wildfire situation. Prior to interpreting each of the factors defined to determine effectiveness of retardants, let us find common ground in agreement of the general aspects of what a long term retardant should or will do as a functioning wildfire management tool.

In the *Operational Retardant Effectiveness study- ORE* (Aerial retardant application and use), Charles George states, "the effectiveness of any chemical (retardant) is dependant on the type of fuel, the fire behavior (intensity and character) and application or suppression tactic being used (direct attack for cooling or extinguishment or indirect attack to build fire line reinforce, etc)". In the 1976, *Air Tanker Performance Guides- General Instruction Manual, Swanson, George, and Luedecke, (USDA)*, further state that fuel coating (from water content and thickeners), fuel modification (from the retardant salts) and fuel cooling (from water content) are the major fire suppressing agents in retardants. They also go on to state the following important considerations, "Since the fuel surfaces are limited in the amount of retardant they can retain any excess application will ultimately be lost as run off. This places practical limits on the useful coverage levels in retardant ground patterns. It also means that in most cases of direct attack, retardant effects on adjacent fuels are as significant as those on the reaction zone itself. The distribution of retardant in the pattern can be controlled to a limited extent by the selection of aircraft drop height, velocity, and angle of attack."

This article also states the administrative safety limit (USDA FOREST SERVICE) for air tankers usually expressed as a fuel clearance distance will normally be at 150 feet above ground or greater depending on terrain or fuel features.

Of note the article also describes, what is known as the terminal velocity condition of the load. In lay terms this is when the retardant load is released from the air tanker, terminal velocity is reached when the forward motion (velocity) of the retardant load (cloud) ceases and the gravitational forces take over causing the load to fall vertical like rain. From the effectiveness and safety (for ground and air crew) this point of terminal velocity is ideally achieved just at the point the retardant enters the canopy. This minimizes wind effect but provides the best coverage, penetration and safely from drag to the aircrew, and least velocity and bulk for the safety of the ground crew. "Near vertical fall of the retardant usually yields the most uniform and consequently most efficient retardant distribution, particularly in open areas. The over story shields certain areas as the angle of entry is increased. Drip through prolongs the application time, (about 10 minutes) which can be a benefit."





**Load Release- Safe Ht and Above TV**



**Load Entering Canopy at Terminal Velocity**



**Load Providing Maximum Penetration –Vertical Fall**

**1. Line Length-** *is a function of type of retardant, type of delivery system, volume and drop height.*

The key to obtaining the best retardant pattern coverage of the forest fuel with regard to line length is to insure that the provided aircraft delivery system and the drop height is used correctly to match the attributes of the given retardant products. The second factor is to determine the effective line length obtained from a given retardant, all other factors being even. One must first determine what is an effective coverage level in order to measure the effective length. (forest fuel structure verses grid)

Let us first determine the effective coverage level for average fuel loading and average intensity. As has been stated and proven operationally there will be fire intensities and fuel loads that do not warrant the average coverage level, but also those that will not react to the application no matter how thick the coverage. In the past studies, grids have been designed in the two dimensional format, taken from often actual drop tests, or computer models of drop tests, of different air tankers, with different tanking and gating systems, at different drop heights, at often different drop speeds, to portray the coverage level on a grid or isoplethic form.

From this information beginning in 1976 as referred to earlier, *Air Tanker Performance Guides* were compiled by the USDA Forest Service which provided **"Best Strategy Charts"** which would give some indication of line length achieved at different drop altitudes, with different drop sequences, at estimated coverage levels on the ground. **(Figure 1 attached)**The drop pattern achieved for each was clearly and I quote, " an estimation of the line length required for a particular drop at the selected coverage level." The selected coverage level in this case was determined by charts that arbitrarily determined which coverage level would work best in what fuel. This chart was basically determined from anecdotal data and related fire experience. What was clearly missing in the analysis was the analytical calibration or testing of fuel loading that each retardant provided to the fuel structure.

In simple terms we could look at the estimated coverage chart required, then apply it to the air tanker performance guides, to determine a line length at differing drop heights, for water like or thickened retardants (of note, not for polyphosphate chain type retardants) and reasonably expect to get an estimation of the grid coverage level and line length on open ground. What we did not get was an estimation of how the fuel structure would affect the line length or how the fuel load would receive the coverage levels for the different retardants.

Simply, what coverage level the stand structure actually receives, vertically and horizontally, is more important than what coverage falls on the grid. What the work by Honeywell found in their *Extended High Altitude Retardant Study Drop Mechanization study, Final Report to USDA, 1974,* was that fuel loading differed markedly for thickened verses unthickened retardant, and the effective accuracy of the coverage levels actually found on fuels after drops, verses those levels on the grid and the old chart. In their conclusion they found that an unthickened retardant will reach 100% fuel load coverage/ capture at grid coverage levels of as low as 2 gals/ 100sq ft whereas the thickened retardants did not in cases reach 100 % fuel load coverage or capture until grid coverage levels of 5-7 gal/100sq ft **(Copy of fuel loading in Figure 2).** This work on estimating the coverage of the actual fuel structure allowed for the scientist in the laboratory to consider what operational people were seeing on the wildfires. Operational testimony showed unthickened products such as LC was stopping the spread of the fire with much reduced coverage levels than the thickened retardants. This was explained by the Honeywell work. I referred earlier to the need to take the two-dimensional work and make it three-dimensional. This information would have allowed the scientist to interpret results that the aerial fire fighter has known to have been occurring for years. From this information we can establish that the grid coverage we need on average to reach 100 % fuel load capture\ coverage will be 2 gal/100 sq ft for unthickened LC type retardants. (Of note we also must now look at 5-7 gal/ 100 sq ft for thickened products to meet the average, and achieve the 100% fuel load capture/coverage). **(Figure 2 attached)**