## USE OF BEST STRATEGY CHARTS

(A) Select the charts for the retardant type to be employed in the operations. This will be GUM-THICKENED (such as Phos-Chek) or WATERLIKE (such as Fire-Trol 100).

(B) Select the chart for the appropriate coverage level for fuel and fire situations in the area of operations.

| COVERAGE LEVEL | RECOMMENDED FOR: FUEL MODEL | DESCRIPTION |
|---|---|---|
| 1 | A | GRASSES; TUNDRA, AND OPEN DESERT SHRUBLANDS |
| [illegible] | C<br>F | CONIFER TIMBER WITH GRASS UNDERSTORY<br>BRUSHFIELDS WITH MUCH GREEN MATERIAL |
| [illegible] | D<br>E<br>H | SHRUBLANDS UNDER · FEET IN HEIGHT. (SUCH AS SAGEBRUSH)<br>HARDWOOD LITTER AFTER LEAF DROP<br>CLOSED CONIFER TIMBER WITH LITTER ONLY |
| [illegible] OR MORE | B<br>G<br>I | HARD CHAPARRAL AND OTHER HIGH (6-FOOT) FLAMMABLE SHRUBS<br>CLOSED, OLD CONIFER TIMBER WITH LITTER AND DEAD, DOWN LIMB WOOD<br>CONIFER SLASH |

FOR CREEPING OR SMOLDERING FIRES, REDUCTION OF ONE COVERAGE LEVEL MAY BE CONSIDERED.

(C) Estimate the length of line required for a particular drop at the selected coverage level.

(D) Determine drop-height limits: (1) to assure aircraft safety in clearance of terrain features both before and after the planned release and (2) to protect ground personnel in close-support operations.

(E) Identify the region on the chart defined by the line-length, drop-height condition. This will identify the best release strategy to achieve the required coverage:

2T x 2R
1.2s

The number of tanks to be released at one time

The number of successive releases

The approximate interval between releases in seconds




(G) NOTE- Avoid use of this strategy close to ground operations under 200-300 feet

(F) SAFETY LIMIT--Usually expressed as a fuel clearance distance; will normally be at 150 feet above ground or greater depending on terrain or fuel features.

(G) NOTES--Indicate altitude limits for high-momentum drops potentially dangerous to ground personnel when used in close support or call out other recommendations or limitations for a particular strategy.

(H) LIMITS OF CAPABILITY--The aircraft cannot produce, in a single pass, line length greater than that defined by the limit curve.

(I) REGION OF LIMITED ACCURACY--The ability to place a pattern of the specified coverage level on a spot fire is doubtful if operations must be conducted in this region.

(J) OPERATING REGIONS--Most efficient use of the available retardant and pattern controls will occur for the strategy listed. For more precise intervalometer settings see the detailed tables.

(K) If the desired drop is well within the linebuilding capability of the release strategy, consider flying higher. This will result in a wider pattern and increase safety.

Figure 1 – Best Strategy Charts




Figure 3. Model View of Vertical Fuel Structure




Figure 4. Tree Loading for Thick and Thin Retardant

# Figure 2 – Vertical Fuel Structure and Tree Loading

Now we can operationally move to the *Air Tanker Performance Guides,* or simple slide rule charts as found in, *Determining Air tanker Delivery Performance Using a Simple Slide Chart Retardant Coverage Computer,* Charles George, April, 1981.

To determine the best retardant line length at the determined coverage level, we must plot the estimated terminal velocity of the retardant at canopy entrance to get first the optimum drop height leading to the best or ideal penetration and coverage. This is contrary to the statement made by Mr. George, in the above noted article on the slide rule use that, "An equation was developed that correlated the vertical penetration (safe drop height) with volume and flow rate. The vertical penetration was defined as the vertical distance below the aircraft where total break up occurred... Because the values do not change with coverage level for each salvo configuration, they are identical for all settings of the slide chart. Safe drop heights are identical for both gum like and water like retardant." From an intuitive, operational, and scientific view this statement is wrong. In the report, *Investigation of Rheological Properties of Aerial Delivered Fire Retardants Extended Study- Final report- Shock Dynamics for USDA - December 1974,* it states, the estimated terminal velocity of Phos-Chek® (a gum thickened product) is about double that of FIRE-TROL liquids, and also an order of magnitude larger than that of water.

The data below refutes the assumption made by Mr. George. The terminal velocity of unthickened, and gum thickened products must be determined, and will be at different heights.

**Droplet Size and Velocity**

| | D/mm | initial velocity-ft/sec | ground dm | velocity ft/sec |
|---|---|---|---|---|
| Phos-Chek | 3.000 | 23.4 | 6.450 | 34.4 |
| FIRE-TROL 931 | .900 | 12.8 | 1.250 | 15.1 |
| Water | .042 | 2.8 | .063 | 3.4 |

The time for the droplets to reach the ground is greatest for water and least for Phos-Chek. The evaporation loss should increase with the increase in aircraft velocity (smaller drops formed) and an increase in drop altitude (longer settling time) Note this favors the excuse, or unsubstantiated reason, to raise drop heights above the terminal velocity, and thus optimum drop level for unthickened LC, but allow for gum thickened products which do require greater height, to reach terminal velocity, if one assumes both drop at the same rate. The evidence shows they do not.

From the *Air Tanker Performance Guides,* **(Two are attached for reference to this report for two different types of air tankers)** we can now go to the coverage strategy chart and determine the optimum line length and pattern for the given terminal velocity drop height and retardant (at required coverage level), for each aircraft type. (One must keep the drop height above the administrative established safe drop height for aircrews of 150 ft.). From this chart, and now understanding the fuel capture/load requirements, and the terminal velocity concept for the load, one will see that the unthickened products will

nearly always provide a longer effective line length than do the gum thickened products. In conclusion when comparing effectiveness of LC, an unthickened or non gum product the effective line length will usually be longer than that for a gum thickened product.



**The Demonstration of Effective Line Length, Terminal Velocity and Drift Accuracy**

**2. Wind Drift-** *can be pro/con in manipulation of fire behavior. Wind drift affects placement and accuracy, amount of water loss, droplet size.*

In the case of LC, the allowance for drift is what allows for the aerosol effect that allows for the retardant to penetrate to the base of the flames at the head or flank of a fire driven by the in flow of oxygen. A gum thickened product, due to droplet size, is not able to achieve this action result, due to the need to drop the retardant at such a height to meet terminal velocity at canopy entrance, to reduce the drop size. The aircraft is also if at the head, into the rough unsafe turbulent flow of the flame front, and therefore the accuracy and proper allowance for drift has marginal probability of success. **(See Figure 3- Height verses Accuracy)** This controlled drift, of an LC product, which is not achieved by true water like, or unthickened products, is also shown to achieve a wrap around effect due to the inflow not normally achieved with normal drops on forest fuels not under going direct attack at the point of the oxygen inflow. These two action phenomena result in the control of wildfires with much higher intensities than recognized from current coverage literature or analysis. From an operational view this advantage of LC products is critical in control of high intensity fires, at the head and the flanks in order to minimize, size, damage and cost.

Is there evidence that LC does not react like water or thickened products when dropped from the same delivery systems? In the report, *Investigation of Rheological Properties of Aerial Delivered Fire Retardants Extended Study- Final report, Shock Dynamics for USDA, December 1974,* the evidence was found to be true.




Figure 21. Interpreting the Probability of Hit Curves

# Figure 3 – Height vs. Accuracy

**Wind Drift of Droplets Depends on Particle Size**

| *200 ft drop* - | *settle time* | *Drop Drift wind 5 knots* | *Drop Drift wind 15 knots* |
|---|---|---|---|
| *Phos-Chek (Gum)-* | *5.8 sec* | *7.7 ft* | *88.0 ft* |
| *FT 931 (LC)* | *13.1 sec* | *89.8 ft* | *303.0 ft* |
| *water* | *59.0 sec* | *497.0 ft* | *1490.0 ft* |
| ***100 ft drop*** | | | |
| *Phos-Chek (Gum)* | *2.9 sec* | *5.6 ft* | *32.9 ft* |
| *FT 931 (LC)* | *6.5 sec* | *39.0 ft* | *142.0 ft* |
| *water* | *30.0 sec* | *251.0 ft* | *757.0 ft* |

In fact the report went on to state in the recommendations that, "There may an optimum concentration (of gum) for general use that is lower than that presently employed. It is recommended that studies be conducted toward the determination of the effect of gum thickener concentration and type on the aerial dissemination characteristics of a liquid retardant." This statement, with the operational evidence and experience, appears correct, that the current gum thickened products do not provide the optimum drop and fuel coverage. What the report fails to consider is that the polyphosphate chains do provide the right level of elasticity required to get the optimum controlled drop and controlled drift as shown in actual use.

A second major factor that must be considered which is not addressed satisfactorily is the effect of the lateral spray or drift that coats the fuel in front of the fire between the flame front and the detected or noted coverage of the retardant load. Operational fire people, both air and ground know that this added width from a retardant drop has an effect on slowing the intensity of an on coming wildfire. The current lab and controlled drop analysis disregards the effects for the most part probably due to the difficulty in obtaining measurement of the outer portions of the retardant drop. Some would even choose to disregard the effect and go so far as to state that gum thickened retardants are preferred because the gum controls the drift and prevents the outer spray.



**Drops Made on Hot Fire to Control Head -Green Fuel Remains even though Loads Placed in Direct Attack- Demonstrates Drift Effect on Intensity**

If this is true then the gum thickened products are less effective than previously thought due to their lack of having the sufficient outer spray which is known to slow the intensity of the fire prior to the wildfire hitting the bulk or measurable portion of the drop.

To prove this theory, and operational finding, the European ACRE Project in a report dated October 2000, confirms the results that the lateral spray is effective.

This report, by *Mediterranean Agronomic Institute of Chania -Dr. Xanthopoulos, P. Noussia, October, 2000,* concluded that the necessary fuel break to stop a spreading wildfire decreases when retardant is applied on the side of, or opposite the fire. Of more specific importance, the spraying of retardant on the fuels on the fire side of a fuel break that is being approached by a fire is effective in reducing the fire break width needed. This is because the heat reaching the fuel on the opposite side of the break is reduced in fire intensity prior to reaching the break. (at levels of .6 and .9 1/m2) . While their test coverage was substantially heavier than .5 gal /100sq ft that is found to effect the fire intensity, the tests proved the concept.

The *Honeywell Report High Altitude Retardant Drop Mechanization Study, April 1973* found that with respect to retardant pattern diffusion, that there is little evidence that wind changes the meaningful pattern of the load despite the edge effect, and similarly small drops become entrained with larger drops and fall together. The report also found that the amount of drift is related to the dominant drop size and the velocity of the wind in any case. The value of the droplets can be reduced by causing the formation of larger dominant drops, either by rheological manipulation of the retardant or through contained delivery. This appears to clarify what air attack staff found operationally. The advent of new and improved tank designs did more to affect the pattern and effectiveness of the retardant drop than did the addition of gum or other thickeners.

The above noted Honeywell report also found some interesting conclusions that dealt with accuracy, and therefore somewhat safety with respect to environmental and crew hazards. The best accuracy for the air tanker pilot is obtained when the aim point is visible at the time of release. Accuracy deteriorates when drops are made above the visibility limit. For many aircraft that limit, to place the issue in perspective is at about 250 feet and an angle of visibility of 25 degrees. The probability of hit decreases dramatically above about the 300-foot level. **(Figure 3 attached)** While this is also a safety issue it clearly sets limits to what the ideal height is for an air tanker to drop to insure accuracy. In the safety section of this report, one will discuss the marginal gain to air crew or ground crew safety above the height required to insure that the retardant load reaches terminal velocity prior to entering the canopy verses the potential reduction in safety to all concerned when accuracy diminishes. In any case as both this report, the *USDA Forest Service Best Strategy Charts*, and the operational experience of air tanker pilots, and air attack staff, realize that most accurate drops are those that are made as low as possible, and yet insure the aircraft safe altitude, (or administrative safety level (150ft)) is maintained and that the altitude is equal to the height required to allow the retardant drop to reach terminal velocity prior to entering

the canopy. This allows for LC to be more accurately dropped due to lower wind effect due to altitude than does the load dropped by gum thickened products, which must be dropped higher to insure that the terminal velocity of the retardant cloud is reached prior to entering the canopy. While drift may have a greater effect on the smaller droplets of the LC, it will have a smaller effect, as the load will be substantially lower and be subjected to the environmental wind for a shorter period of time.

The Honeywell report referred to also noted that these principles suggest that pattern width, placement accuracy and duration of effects are quantitatively as important as the length of the fire line in planning sequential or coordinated attack. From an operational view that conclusion can be substantiated. The USDA Forest Service would have to agree with the contents of their literature. In the document *Measurements of Air Tanker Drop Conditions During Fire Fighting Operations, USDA, 1982,* by Charles George, which defended the need for an administrative safe air crew drop height of 150 ft above the canopy, he stated, although wind affects the dispersion of retardant, its primary influence is to displace the retardant cloud and pattern and thus affect accuracy. In fact in the study he was reporting on which involved an operational study of 52 missions with aircraft that had radio altimeters attached and were instructed of the 150 ft administrative minimum height, the study showed that the air tanker pilots dropped as the terrain and conditions best dictated. The study showed that although the average height of the drops was 160 ft, the median of the drops was 144 ft, and the drop heights ranged from a low of 63 ft to a high of 564 ft. While safety is of prime importance and first in consideration, this data shows that other issues which affected drop height that were of safety concerns, influenced the pilot drop heights. Some of those included accuracy and the affect of drift on the retardant load.

The conclusion is that for LC the effect of drift can be a positive attribute of the product, if it is utilized and dropped correctly. The negative effects are largely over come by dropping the product to insure a terminal velocity of the load at canopy height, which is also above the administrative safe limit. In this case the positive attributes of wrap around, pre coating (wider width of the drop), reduction of fire intensity, and inflow or aerosol effects far out weigh any loss due to adverse drift for the LC product, verses the Gum thickened product. This is reflected in both lab, or controlled data, as well as in the credible experience of many operational staff.



**Effectiveness of LC – Note Penetration, Line Effectiveness & Drift Effect**

**3. Canopy Penetration-** *depends on crown type, fuel density, drop height, angle of entry, volume and viscosity.*

The unthickened LC penetrates the canopy better than gum-thickened products. From operational experience the penetration is not only better, but also the wrap around and coverage of the forest fuels is improved. The LC product does not hang up in the tree canopy, as does the gum-thickened product, which allows the fire to burn through. This is especially evident in high intensity or crown fires.

.The scientific research confirms these observations. The report, *Dynamic Interaction of Fire Retardant Droplets With Fuel, And Correlation With The Rheological Properties Of the Retardant, by* Shock Dynamics, for USDA, 1978, stated that the most efficiently retained product in the tree as a whole up to large fuel volumes was FIRE-TROL 931. (The tests included gum-thickened products like Phos-Chek). They also confirmed that the studies showed that the wetting efficiency of a fuel by droplet impaction generally does not correlate directly with fluid rheology, and that the surface composition of the fuel can have a significant effect on the liquid retention. Droplet size has secondary or negligible effect on the overall wetting of the fuels, and the droplet effect is often related to impact momentum effects and in relation to fuel structure. It is not therefore the actual size of the drop but rather the speed and opportunity the drop has to adhere or contact the fuel. When one chooses to believe that the gum provides a thicker film on the fuel, the study dispelled that theory by stating, the magnitude of the fluid retention and average film thickness of the different fuel structures did not differ widely- between the LC and gum thickened products. Like wise differences in fluid properties and drop size generally did not cause exceptionally large changes in fluid retention and film thickness except at very large fluid volumes. Thus it would appear that except in certain cases, the magnitude of the gain to be expected in the liquid retention by the fuel from small optimizing changes in the rheological properties of the retardant would be in the order of several tenths of a percent.

The elasticity of a product is thought by many analysts to be critical to retardant effectiveness. The opinion was that elasticity was required to hold the load together in flight, and then provide larger droplets to better adhere to the forest fuels. One of the largest untruths and misconceptions was that LC did not have any elasticity and that the product reacted like water in analysis. While operational fire staff knew that LC did not act like water or drop as such, the myth was perpetrated in the documents published by the USDA- Forest Service Fire Lab. Operational users realized that the LC drops were far more efficient and held together much better than all the computer coverage charts and slide rules were stating. The key was that the USDA- Forest Service staff knew as early as 1974 that the assumptions that LC acted like water in aerial applications were false. The LC contained elasticity, probably in polyphosphate chains, and the product did not act like a Newtonian liquid. This major false assumption questions all of the resultant documents that followed and are in use today. The operational people knew that this was false, they just did not have the resources to scientifically explain the truth; and their input was disregarded.