In 1974, Shock Dynamics carried out for the USDA a study with a resultant report, *Investigation of Rheological Properties of Aerial Delivered Fire Retardants Extended Study- Final Report.* The study found significant angular rotor deflections were observed for FIRE-TROL 931 thus indicating some elastic behavior. The origin of this elasticity is not known but is presumably due to the presence of the polyphosphate chains. FIRE-TROL 931 also exhibits some elastic behavior under sheer, in opposition to previous conjectures. (The study refutes all the water like assumptions of the noted computerized coverage level grids and charts as they were based on the wrong critical assumption on elasticity.) The early drop tests on FIRE-TROL 100 and some minimal work on LC allowed the USDA Forest Service Fire Lab to first extrapolate numbers then incorporate this data into computerized models without testing properly the results. The wrong input assumptions produced the wrong results.

The work by Shock Dynamics also dispels the statement by George that all retardants fall at the same rate therefore safe heights should all be the same. In fact as stated earlier the Shock Dynamics work showed that LC reacted similar to, but different than gum thickened products due to some elasticity but certainly did not react like the water or water like products. As shown earlier the droplets had substantially different drop speeds. Shock Dynamics in fact estimated that the terminal velocity of Phos-Chek is about double that of FIRE-TROL, and an order of magnitude larger than that of water.

While evaporation loss should increase with the increase in aircraft velocity (smaller drops formed) and an increase in drop altitude (longer time), it does not mean that LC is less effective. The thickened retardant favors the excuse to raise drop heights above the optimum or best level for unthickened to allow for gum thickened to reach a terminal velocity which clearly is not optimum LC. The LC must be dropped to meet the requirements of reaching terminal velocity at the canopy height to insure that the droplet size is maximized. To drop the unthickened LC at the height of the gum thickened product is not utilizing the retardant to its best capability and in fact penalizes the usefulness of the product. Operational use was actually carried out to maximize the characteristics of LC contrary to lab analysis recommendations.

The report *Investigation of Rheological Properties of Aerial Delivered Fire Retardants- Final Report* by Anderson, Brown, Kato, Louie, June, 1974, stated that generally speaking with thinner retardants there is more canopy drip and more small particles that can penetrate the canopy directly without interaction. In general, increases in surface tension and viscosity increase droplet stability and decrease its ability to spatter on impact and run and wet the fuel. This can result in lower coverage of the fuel but in a larger film thickness over a smaller coverage area. Decrease in viscosity and surface tension enhances the ability of the liquid to spread and run on the fuel and to penetrate irregularities in the fuel surface. Since increase in temperature decreases both surface tension and viscosity, droplets that are stable at normal temperatures, may run at higher temperatures if they do not evaporate first. As a result of the bag effect, gum thickened retardants often form a bag of solution due to the gum. However, rather than the gum breaking and dispersing the retardant, the solution evaporates due to the heat of the fire before the solution can disperse and coat or penetrate the fuel.



**LC Wrap Around Coverage**



**Gum Thickened Coverage**
**- Note- one side and bag effect**

The extent of water evaporation in a gum thickened retardant may have significant effect since fluid viscosity and possibly surface tension may be a strong function of salt concentration in some cases. In another, *Honeywell Report High Altitude Retardant Drop Mechanization study, April, 1973,* they noted that the optimum spray for a cloud supported in the trees is less than 200 microns, with anything larger said to be useless. This suggests particles above 0.2 millimeters in diameter are captured by vertical fuels, and appears to question some of the importance of droplet size once entering the canopy. Thixotropes that act like water at high shear rates of impact should offer the best area increase. It is also true that as size is increased from rheological controls, the expandability of the drop splash becomes limited and the true contained material that splashes like water after the container fractures will yield better values.

Of note an actual drop study carried out in Alaska between gum thickened and LC retardants, by George, Barney and Sheets, 1972, *LC Retardant Viscosity Reduced in Alaska Evaluation,* indicated that unthickened liquid retardants could be successfully used in the Alaskan fuel types. The LC in fact provided a more uniform coating of aerial and ground fuels where as Phos-Chek tore up turf and broke trees prior to reaching satisfactory penetration. The study found little difference in the effective pattern area when dropped at same height and conditions. The fact that the microclimate, of one forest exists, in a different form, but with many of the same attributes, except in this case height and density, must be realized. The need to penetrate fuels, whether, thick moss or heavy canopy of a Douglas Fir Coastal forest remains a demand on the retardant. The LC has proven that it can meet the demand in all fuel types if used correctly.

Finally, when discussing the superiority of penetration of gum thickened retardants verses LC or unthickened products, one must ask why the USDA Forest Service Fire Lab when doing the burn tests, for retardant effectiveness by protocol, breaks the down the gum thickener prior to spraying the fuels with the product to ensure coverage and penetration. In fact the protocol TM2 revised November 24, 2000 states that "the thickened products must have the viscosity reduced to approximate the condition of the retardant following breakup from an aerial drop and to permit consistent spraying. An enzyme from the product supplier is most

commonly used to reduce the retardant viscosity". This procedure renders the gum-thickened product to water like status. The question is - what is the level of the viscosity at breakup? That is not known and is somewhat misleading in the protocol because the fact is once the enzyme is added, all the gum is broken down. Does the author of the protocol believe that there is no viscosity or subsequent elasticity in gum products after the retardant reaches break up, which is assumed to be at terminal velocity. That action alone of breaking down the gum, despite other plausible reasons to be given, shows the marked penetration that LC provides over gum-thickened products in canopy penetration and forest fuel retention.

**4. Area of Coverage-** *affected by type of retardant, pattern shape- primarily a function of a/c tank and retardant release shape.*

For too long the USDA Forest Service Fire Lab documents have expounded on the assumption that gum thickened retardant provides a larger area of effective coverage than unthickened products. The truth is that the area of coverage may be more effective than that now measured. The area of coverage is more effective at the lower levels of retardant application than has been previous considered in lab analysis. The effect of the over spray or outer retardant coverage has not adequately been correlated by lab analysis to its actual effect on the intensity or the flame front of a wildfire. Operationally we know that this minimum spray has an effect as described in the drift section above.

The area of coverage is dependant on the correct application of the retardant with the delivery system. To do this one must again review the need to insure that the drop is made at the terminal velocity of the load as it enters the canopy. To meet this requirement LC should be dropped lower than thickened products while still maintaining a safe drop height for the aircrew. Operationally this is carried out with experienced pilots and aircrews. Where it breaks down is when new operational staff attempt, to follow the simplistic and incorrect documentation currently available from the lab analysis. The guides can be used but they must first be used to meet the best delivery of the retardant being delivered.

In the previously quoted report, *Investigation of Rheological Properties of Aerial Delivered Fire Retardants- Final Report,* many of these assumptions that operational staff have known are proven through effective control of wildfire. The report states that terminal velocity is attained when the drag force acting on the droplet is equal to the gravitational acceleration force.

The study shows the general ground pattern (specific area concentration) of the dispersed liquid retardant depends largely on the rate the retardant is released from the aircraft including total load dropped, the aircraft altitude, and to a lesser extent the aircraft velocity and the aerodynamic break up characteristics of the liquid. The finding in the report is that generally it is known that a minimum of about 2 gal /100 sq ft of retardant is required to significantly impede the spread of fire in a fuel stand.

Finally, much of the work and detail shown in the line length section of this report also applies in this section of pattern coverage. Rather than review all the data one should review that section. The LC retardant product increases the effectiveness of the pattern of coverage and line length to clearly out perform the gum-thickened products when each is used correctly. The operational fire fighter has known this for some 30 years.

**5. Recovery-** the *amount reaching the ground- function of drop height, wind and retardant type. -related to size of droplets in the retardant cloud as it falls to the ground. - greater evaporation and drift losses reduce the recovery and proportionally the lengths and areas of coverage.*

Recovery is an interesting test of effectiveness. One must in the forest fuel see some recovery to the base of the forest stand to impede or stop ground fires, and especially from laddering into the crowns. It is also a fact that coverage of fuels should ideally be uniform both vertically and horizontally. Retardant that runs or drips, as do gum thickened, to the forest floor below, are often lost to use in retarding wildfire. In 1967, in the USFS report, *Thickened Retardants Improve Adhesion to Tree Crowns,* they found that the total and effective pattern lengths statistically remained the same between viscous and non-viscous solutions; but measurable amount of material reaching the ground for viscous material was significantly less, 29 %for non viscous verses 22% for viscous.

Finally if the retardant is coating the forest fuels the recovery should be minimal on the forest floor, above what is required to stop the ground fires. The recovery to lab analysts appears to be more important in the two dimensional, grid analysis than it is in real the three dimensional, world of fuel load coverage of the operations. The penetration of LC to the ground and the success it has in stopping wildfire shows that the recovery on all fuel structures is superior.



**LC Coverage, Penetration, Fuel Loading, Recovery and Effectiveness**

**6. Flammability Reduction-** *ability to reduce rate of spread, and fire intensity. Phosphate based retardants more effective in reducing intensity and glowing combustion than ammonium sulfate - thus if the re-kindling, degree of glowing combustion or spotting as a result of these is an important consideration phosphate retardants may be considerably better than sulfate based.*

The operational use of LC has proven that it is effective in stopping wildfire and lowering the intensity of the flame front. We have previously discussed many issues that show this fact. From a purely scientific view the fact that LC is made up predominantly of a polyphosphate demonstrates the superiority to its competition, which are made up of sulfate, or sulfate/ phosphate combinations. While there has been some speculation that some synergy exists that boosts the effect of combining phosphates and sulfates, I have not found a definitive paper that proves this occurrence. The scientific documentation appears to agree with this statement. In the paper, *Forest Fire Control - George, Charles-USDA* states that ammonium sulfate completely decomposes at flame temperatures, and has little effect on glowing combustion reactions. Ammonium phosphate decomposes at a higher temperature and slower rate; thus it acts to inhibit both flaming and glowing combustion reactions.

In 1988, Blakely when comparing four retardants, LC, D75, GTS, and PSF, in the report, *Flammability Reduction Comparisons of Four Forest Fire Retardants* for the USDA Forest Service, found that effectiveness is composed of seven elements; line length, wind drift, penetration, coverage, recovery, flammability reduction, and visibility. They also found that no one currently approved retardant is significantly superior to any other when tested in the laboratory under the same conditions and procedures. Subsequent Combustion Retarding Effectiveness tests carried out in early 1990's by the Intermountain Fire Sciences Lab showed FIRE-TROL LCA effectiveness to be 0.66 compared to Phos-Chek D-75 to be 0.60. This shows a 10% advantage in flammability reduction due to the salt used. Conceptually this would provide 10 % more in effective coverage or line length at the same retardant application rate for LC.

Of note the CEREN (French Civil Security) did a contract as part of the ACRE project, *Adding Gum to Improve the Retardant Performance, October, 2000,* which found some interesting results, which further improves the view that LC unthickened is the superior retardant. They have noticed that gum thickened materials are less efficient. Various causes can be considered.

- First, the nature of the gum itself that seems to have a negative energy related effect on the reactions of combustion. So, the increase of gum concentration yields to a gradual reduction of performance. The result matches this hypothesis.
- then, the decrease of performance that was noticed could also be due to the viscosity of the material sprayed. The droplet size increased with viscosity, providing a reduced vegetation/retardant exchange surface. The tests showed that without changing the application rate that unthickened LC retardant is more efficient than thickened solutions as soon as the product starts dehydrating.

Further more if the rheological characteristics of the drop are improved, a rise in the ground application rate could compensate for the decrease in efficiency.
This is expected to lead to a resulting efficiency quite similar to the unthickened material. Therefore adding gum into the retardant solution is useful only if it helps increase the application rate, otherwise the extinguishing capability, of a drop, is clearly reduced.



**White & Black Spruce- Intense Fire- No Crews, Held with LC Lines – Note White Ash from Heat and Intensity**

In summary the LC, with to the polyphosphate component is superior in flammability reduction. Operational staff that trust the product to stop wildfire attests to this fact.

**7. Visibility**

Visibility of retardants is required so that operational aircrews and ground fire fighters can identify the lines for further action or insurance that the line exists. Operational crews do not have a visibility problem with LC. One must not forget, it not as important operationally, if one retardant is more visible than another, especially if the retardant more visible is hung up in the canopy, but rather the retardant is sufficiently visible for the air tanker pilots, air attack officers, fire boss and ground crews to be to see that retardant lines. From over twenty years of personal operational experience, the LC does not have a visibility problem. If this is not believed then review the hours of film footage that exists from this past year from the public TV companies. A visibility problem does not exist.



**Visibility of LC Retardant After Containment of the Wildfires**



**Retardant Lines –visible while under Fire Intensity and Stress**

**V. Environmental**

For thirty years unthickened LC has been used effectively on wild fires in an environmentally safe manner. Since the earliest studies on ammonium based retardants, operational and scientific personnel have realized the potential concern with the use of retardants near aquatic environments. Responsible agencies, and the manufacturer, have advised operational users, through notice, or policy of the need to insure that LC is used in a manner that restricts operations to prevent aquatic interaction with retardants. This responsibility and action has insured that other questioned components such as color agents or corrosion inhibitors have been also restricted in their operational use. The responsibility and accountability has by the direction and control of actual use been with the user agency as well as the manufacturer.

The use of YP Soda as an effective corrosion inhibitor in LC products replaced the previous corrosion inhibitor, sodium dichromate. The most effective of corrosion inhibitors was used for the safety of the aircraft and delivery equipment, and yet was safer environmentally.

YP Soda controversy appears from the evidence provided to be more of a public perception problem, perpetrated some what by the competition, and the USDA Forest Service laboratory, than an actual significant environmental problem. The potential ultra violet concern with the YP Soda has been a matter of record for some 50 years and has during that time been tested and discussed in the scientific community. The result in the market place is that YP Soda remains a food grade product (used in table salt) and is widely used in commercial products today (road salt). Although I am not a chemist, as a lay person in the field, the latest reports by the USGA and others do not appear to substantially prove any new or previously unknown facts on the significance of the use of YP Soda and its potential inter action with aquatic solutions.

When one reviews the literature to date that has been provided, and is currently available, one must reasonably conclude the following with respect to the inclusion of YP Soda as a component to an ammonium based fire retardant. Further discussion should be left to peer review and discussion by qualified chemists and environmental scientists.

No additional significant aquatic hazard is encountered with the use of YP Soda in ammonium-based retardants, at the prescribed level of use; and if existing agency policies of use are adhered to, no additional risk exists.

**VI. Safety**

Safety is paramount in all wildfire operations. No one knows this better than those actively involved in aerial application of retardant, or involved in air operation functions. Strategy and tactics are planned and carried out to insure the safety of all concerned. The aircrew and ground personnel must not only be safe, they must feel that the operations are planned and carried out with safety as an integral part of all operations. Safety must also be considered in the function of what wildfire management is about. It has the priority of protecting life, property and values. Safety is the responsibility and effort of all those involved in wildfire.

The statement "the use of gum thickened products enables pilots to fly higher providing a larger margin of safety" is an over simplification of a much more complicated situation that determines safety in aerial wildfire operations. With respect to the application of retardant the USDA Forest Service has made an administrative decision to require all air tanker drops to be at 150 feet above canopy or ground to provide for aircrew safety. The safety of ground crews can best be met by insuring that they are not in the drop zone of an airdrop. The safety of ground crews, which is critical, is met by insuring that the retardant load reaches its terminal velocity prior to entrance of the canopy. The resultant rain will be the least dangerous to ground crews that may potentially get hit.

To insure the safety of both air and ground crews managers must review the concepts used in control and management of air tankers over wildfires. This may involve reviewing the role and use of the lead plane or air attack aircraft in ensuring the safe route and drop for the air tanker and those ground crews that may be present.

One must discuss the marginal gain to air or ground crews safety above the height required to insure that the retardant load reaches terminal velocity prior to entering the canopy, verses the potential reduction in safety to all concerned when accuracy diminishes. As we have stated earlier in the report, accuracy diminishes substantially as the height of the drop exceeds certain levels. This inaccuracy will cause safety concerns for both the ground crew and the air tanker crews. A drop that is missed can inadvertently hit ground crew who were supposedly out of the intended drop zone. A missed drop will require the exposure to all of another load to be dropped to correct the problem drop. That extra drop causes a degree of exposure to aircrew, which is another potential safety concern. The missed drop may have caused the loss of control of the wildfire, which not only threatens life and property buts places more air and ground crews in a potentially dangerous position of trying to regain control of the wildfire.

Safety decisions must be put into context of how each affects other safety concerns and the overall project. The marginal benefit of raising aircraft drop heights, to higher levels, which reduces accuracy, must reviewed in that context. What should be considered is that a retardant like LC which has a terminal velocity which reaches the canopy at a lower drop height than a gum thickened retardant will improve safety, accuracy and effectiveness. Retardant must be utilized to optimize its benefits, as long as this height is above the administratively set height of 150 feet and at the safe height considering all factors associated. In the report, *Aviation Tech Tips- Safe Drop Height for Fixed Wing Air Tankers,* Greg Lovellette, March, 2000, derived a formula for safe drop heights for specific aircraft delivery systems to insure the safety of ground crews. While the formula is useful, the assumption was made in deriving it, that all retardants- both gum thickened and unthickened, water like, will drop at the same velocity. Earlier quoted reports show that this assumption is wrong. In fact the faster velocity, and the larger droplet size, of gum thickened retardant verses unthickened water like retardants requires that drop heights be adjusted accordingly. The point of terminal velocity is a more effective and safer drop height judgment to utilize. The formula derived for ground crew safety is $S = 101 + 0.0112 * L + 0.0202 * P + 50$ *where,* $S$ *= safe drop, height in feet,* $L$ *= load size in gallons, and* $p$ *= peak flow rate in gallons per second.* The 50 is a subjective additional 50 feet added for added safety. Realistically the air tanker pilot will provide for ground crew safety by being accurate and releasing the load that allows for the load to reach terminal velocity just prior to entering the canopy.

A safety factor that also must be addressed for ground crews is the safety involved with the slippery footing experienced by ground crews when working in fresh gum thickened drops. To any one who has attempted to work, or operate a chain saw, in this material realizes the safety concerns. The LC drop does not provide this unsafe situation.

The USDA Forest Service position as stated in the report, *Determining Air Tanker Delivery Performance Using a Simple Slide Chart Retardant Coverage Computer,* Charles George, April, 1981 should be stated for the record, " The minimum safe drop height (for ground crews) of course decreases with increased wind as does the optimum drop height for retardant effectiveness. In the interest of aircrews a minimum drop height of 150 feet above the canopy or highest obstacles has been administratively imposed". This limit is imposed not based on science, air dynamics or accident rate but administratively by the agency, and therefore must be complied with.

**A safety discussion would not be complete unless one considers the safety concerns that result when an agency chooses to use a retardant that is less effective than another, or if that agency chooses to use an effective retardant without considering the optimum usage guide lines for that product. LC is the most effective product on the market today but it must be used to optimize its merits. An agency that uses a different retardant that continuously is reported to be burning through, or that corrodes the equipment that delivers the product may well be seen to be derelict to the safety of those affected. LC is not such a product that will place managers in this situation.**