## VII. Discussion

On June 1, 2000, Jose Cruz, on behalf of the USDA Forest Service published a letter that stated that the Forest Service would not use non gum thickened products commencing 2004. On August 6, 2002, in a letter from Astaris LLC, the competitor, to Tania Calhoun, Esq., the counsel for the US GAO, Astaris replied to a Fire-Trol protest re the Cruz letter implications, that the Forest Service had determined that retardant containing gum thickeners is superior to retardant lacking that ingredient. The gum in the retardant was said to improve the product in five material aspects. A response is due to each of these five aspects.

1. Increased Accuracy: gum-thickened products reduce drift and evaporation allowing more of the retardant to reach the target. It was deemed to have a more stable cloud, which was therefore more accurate.

**Response: The report has discussed this issue at length but in simple terms, because an unthickened LC load reaches its terminal velocity at a lower level than a gum-thickened product it can as proven be more accurate. In fact, LC can be substantially more accurate, dependant on the increased viscosity of gum thickened products that must be dropped relatively higher to reach terminal velocity. This affects accuracy directly.**



**LC Load Dropped - S2F (Fire cat) Terminal Velocity/ Accuracy**

2. Increased Safety:- superior drop characteristics enable gum-thickened drops to be made higher which allows pilots a higher margin of safety. Unthickened retardants are significantly less effective at the safe drop height of 150 feet.

**Response: The assumption is incorrect. The terminal velocity of the LC product load to the canopy is normally above the 150-foot administrative safety limit. The effectiveness of all products including LC is optimized when they are dropped at the best altitude to insure the terminal velocity of the load is reached at the canopy level. Safety is of reduced concern at this level for either the air or ground crews.**



3. Increased Visibility- Greater adhesion makes the gum thickened easier to see for future effective drops.

**Response: The greater adhesion of the gum to the canopy does sometimes provide improved visibility but also substantial reduction in effectiveness in stopping or retarding a wildfire. The question is not which type of retardant can be more visible, the question is whether each has the required visibility for the air and ground crews to be able to operate. The answer is that LC is operationally visible. No operational concerns have been documented on the visibility of LC. In fact the substantial TV footage from this past summer, and the pictures in this report, portrays the fact is that LC has adequate visibility.**



**Visible LC Lines**

4. Increased Fire Protection - Greater adhesion causes the retardant to cling more effectively to the vegetation, which makes it more effective (gum-thickened)

**Response: Greater adhesion causes the gum-thickened products to stick in the canopy, which the USDA Forest Service has also stated. This does not have an advantage. The fact is that the retardant in the canopy does not provide better overall effectiveness. A crown fire will, jump over the retardant, or drop down, burn through, and pop up as a crown fire and continue. The heat of a fire is sustained from below not from the crown. Besides actually being ineffective on most crown fires, the canopy coverage provides little effect on other types of fires that spread through ground or ladder fuels. Another fact we have discussed is that where the gum-thickened product actually reaches the fuel, the gum prevents proper coverage, wrap around or penetration of the fuel.**



Fire Start



Visible Penetration and Coverage

5. Increased Cost Effectiveness- Astaris states that recovery of the drop is better for gum thickened products therefore more effective.

**Response: Recovery is affected by what level one measures the retardant drop. The history is that most lab analysis used grids, which did not capture the effective drift of LC or had the capacity or capability to measure the level of that coverage. The drift as discussed earlier can and does act as to retard both the intensity of a wildfire and an extension to the effective width of the retardant line. Recovery on the ground can be considered a waste if more than required for retarding the fire in ground fuels.**

**The higher recovery rates for gum thickened retardants show that the larger droplets, which the gum is preventing from dispersing, are dripping off the fuels and must be considered basically ineffective. Recovery on the ground may be higher but effectiveness is substantially reduced. This is the difference between grid measurements, which has for too long been the mode of analysis, to fuel structure load measurements, which must be carried out. The three-dimensional approach verses the two-dimensional approach, which is reality verses laboratory models.**



LC Recovery & Penetration

What is clear is that the decision made by J. Cruz, USDA Forest Service, June 1, 2000, not to continue use of unthickened LC, is not based on operational reality, or the science of retardant effectiveness. The Astaris reply is not substantiated in scientific data, operational experience or combined facts.

The report to this point has attempted to try to connect the science and the operational realities to evaluate the effectiveness of the LC product. What is of equal importance for discussion is the opinion of those that have to use the product operationally, and what their experience has found. The following excerpts are enclosed:

*1.Letter to FS Director of Fire and Aviation- from Air Tanker Industry and Pilots-October 15, 2000 140 pilots-* 100% consensus from those in attendance, absolute support of unthickened liquid concentrate retardant. Requesting reconsideration of only using gum thickened products. LC has more proven superiority than gum- thickened products. LC is more effective in stopping fires. 117 signatures were on the petition.

*2.Scott Fisher letter, October, 2001* - On support of LC verses problems with HV-F (actually HV-R) and burn through that is experienced. More effective product in coating fuel and stopping the fire. Field accepts LC as the universally best all-purpose retardant. Move to another approved product will mean that the fire fighter on the ground will be getting less effective support from retardant.

*3. Letter from Joe Madar, quoted by Wofford, March 24, 2001* - as a member of the ORE team (Operational Retardant Effectiveness), Mr. Madar stated, ORE was assembled to evaluate the effectiveness of applied retardant, "The ORE team during its commission developed a great deal of video and infrared pictures of retardant effectiveness. Much of it clearly shows retardant burn through of gum thickened products due to interception of the material in the over story, including brush, and the matting of grass to where fire was able to burn under the fuels and break out. In the same way the video also demonstrates the even distribution of LC, its superior duff penetration and much greater thermal survivability." His thirty seven years as lead plane and tanker pilot and respected member of the ORE team should receive due respect and consideration.

*4..National Lead Plane Check Pilot Cadre Meeting- Boise- Notes, November 1-2, 2000* - selected commendations:

(3). (In speaking of Constant flow tanks).... Coverage levels of 1-2 GPC were effective without having gaps that were more common with conventional tanks at the same coverage levels.

(4). Liquid Concentrate-LC- showed itself to be a superior tool in all fuel types. In grass the fire did not burn through and in heavier fuels the LC penetrates the canopy and reaches the round better.

*5. Lead Plane Pilot Meeting Notes- Boise - October 31-November 1, 2001-* on Retardant effectiveness: For those who had the opportunity to use HV-R there was universal dissatisfaction with the effectiveness of the product.

The excerpts from the noted individuals and groups speak for themselves and require little comment, except for the profound dismay that the management of the air and retardant programs do not appear to be listening to those who place their lives on the line each day to insure that wildfires are contained. Combined with the apparent, misinterpretation, bias or disregard for the proven science, one must wonder if effectiveness is the real concern. LC is proven to be the superior retardant in operational effectiveness on wildfires.

One might ask, that if LC was ineffective why is over 50 % of the retardant presently used in the US, unthickened LC?

Why does Canada, Europe and the Middle East prefer the use of this LC product?

To add some perspective, over the last twenty years in Canada (since 1981) there has been total of 361,690,617 liters of retardant sold by FIRE-TROL. Of that amount 251,693,059 liters were unthickened LC and 109, 997,558 thickened GTS, or gum injection to LC 931. (Note: the comparison uses all FIRE-TROL data to minimize bid concerns for selection, and by the early 1990's the competition products were not being selected for contract. In 2002 two test bases were awarded to Astaris to test their new product.).

What is of more importance is that the retardant using agencies in Canada had started in the late 1970's to prefer and use the unthickened LC product. By 1994, most agencies had stopped using gum- thickened products and utilized unthickened LC. Of those using gum they were for the most part using LC with varying levels of gum being injected. The last province in Canada using gum injection into LC is Saskatchewan. All of the other provinces and territories, that use retardant, are currently using unthickened LC from FIRE-TROL. (the exception is one test base in Alberta and one test base in Saskatchewan as of 2002 testing a competitor's product.) One must question why the USDA Forest Service has chosen to disregard not only the operational experience of their own air crews and ground fire fighters, but also the science and experience of other major retardant users around the world.

Finally for the purposes of this discussion one must ask why the decision was made to exclude the unthickened LC products. The decision is not based on operational or scientific data. In the review of the ORE project, *An Operational Retardant Effectiveness Retardant Study - Vol 46, No 2,* Charles W George, of the USDA- Forest Service found eight retardant application problems as noted and listed earlier. Not one of those referred to LC or unthickened retardants as a key problem or concern. Where he did address effectiveness as a problem it was that the results stated:

- A weakness in the effectiveness of the retardant has been identified and shown to be related to the continuity of the retardant line- in other words, the existence of gaps. This weakness is due to

improper selection of, drop sequence, drop interval, or both.

The effectiveness of LC was not questioned in the ORE program, which was to be the operational review of the scientific and lab analysis to that date. What is clear is that the operational wildfire aircrews in the US strongly support the effectiveness and continued use LC.



**LC – An Operationally Superior Retardant for Effectiveness**

## VIII. Recommendations

The following recommendations are provided as a result of the study that substantiated the presentation of this report.

1. FIRE-TROL LC (Unthickened liquid concentrate which is polyphosphate based) is a proven and effective retardant with some 30 years of field use in wildfire action.

2. The disconnect of analysis that is occurring between lab data interpretation, or controlled tests, and the observations, or experience, of operational wildfire crews must be brought together in a constructive manner.

3. The apparent autonomous decisions, with respect to retardant, must be changed. Two aspects must be reviewed. The independence of the lab in both evaluating the product and dictating the use must be separated. Secondly a formal avenue that allows for operational input and approval of the use of such tools, or products that are used in wildfires must be formulated. Lives do actually depend on it. The decision of the June 1, 2000, Cruz, USDA Forest Service letter, to cease using LC is a prime example. This report recommendation must be implemented as soon as possible to prevent a proven and effective retardant, LC from being lost to the firefighter, air or ground.

4. When evaluating the effectiveness of a retardant one must evaluate it by first insuring that the product is tested and used to optimize its performance. Secondly the retardant can only be evaluated in the context of the other eleven critical and identified criteria. (tank

design, drop height, drop speed, canopy/ fuel type, etc). To pick out and evaluate the retardant without evaluating the effect of each of the other factors on it, is not a scientific approach and appears to be biased.

5. Models are only simple simulations of complex realities. No responsible agency should rely on the models alone to predict outcomes or decide the availability of products or tools to the fire fighter. The current models for retardant evaluation appear to be complex enough to simulate thickened retardants and or water. They are not effective when evaluating such products as LC, which has some elasticity, not resulting from gum. These models are especially inefficient when assumptions are made contrary to scientific proof. (Elasticity and droplet velocity/ drop speed). The models to date do not adequately show the retardant coverage levels to be reasonably expected on structured fuels. They are two-dimensional and need to be three-dimensional. Some fuel model work has been done which appears to be in conflict to USDA Forest Service assumptions made on charted, or current grid effective coverage levels. Finally models are not, even when complex, reality. They must be tested in reality with the input of operational staff and modified accordingly. Too often models used are simple with interpretations that do not reflect fire line experience. The experience must be included and not discarded as too often occurs.

6. A training program that involves the aircrews, forest service (scientific, operational and managers), and the retardant companies must be developed to insure the optimization for use of each tool. The recommendation would lead to the situation where all three sectors, air tankers, retardant, and fire staff, are to be involved. This involvement should include the development, testing, monitoring, and evaluation of all associated contracts, products and tools that affect the air and retardant program. The three sector components must act as a team, each required, to meet the overall goals and objectives of the wildfire program. The air and retardant program will not reach its potential if the three critical component sectors are not involved as partners.

7. The decision to discontinue the use of LC by the USDA Forest Service must be reversed. The decision not to use the retardant is unwarranted, by the scientific or operational evidence of record. To remove this tool with the current knowledge that now exists would be detrimental to the efforts of wildfire control in the United States, which has potential impacts to other world users.

8. All future analysis from the USDA Forest Service Fire Lab should undergo rigorous peer group review by independent analysts. Decisions that can adversely affect the livelihood of others, the removal of potential or existing effective products, or the protection of life and property must have a structured review that provides independent credibility.

## IX. Conclusions

The prime conclusion is that the FIRE-TROL LC product is the most effective retardant available for aerial use on wildfires today. This conclusion has been reached by most other agency users in the world, and certainly is the view of the majority of operational fire and air staff, who depend on it to meet the priorities of their job; save lives, property and defined values. The second conclusion is that the recommendations made must be considered before an effective analysis, and team approach can occur in the USDA Forest Service air and retardant attack program. Finally the analysis of wildfire tools or products must be carried out using all factors and components. The analysis must involve the equal input by the scientist and the operational functions prior to management making a final decision. The final decision must have the approval of those that depend on air and retardant program to work on the effective retarding of wildfire. In the end, the final decision to use a product, or tool, will be made by those individuals who place their lives on the line. The concern will, and should be, whether or not they have all the choices currently available, and the best choices available, to make that potential life saving decision. It is imperative that air and ground crews have the availability of LC to make that best choice.