## References

ACRE Contract- Adding Gum to Improve the Retardant Performance- CEREN, October, 2000

ACRE Project Final Report-European Commission -Directorate -Science, Research and Development, October, 2000.

ACRE Project- Mediterranean Agronomic Institute of Chania -Dr. Xanthopoulos, P. Noussia- October, 2000

Air Tanker Performance Guides- General Instruction Manual- Swanson, George, and Luedecke- USDA ,1976

An Operational Retardant Effectiveness Retardant study - Vol 46, no 2, Charles W George- USDA- Forest Service

Aviation Technical Tips- Safe Drop Height for Fixed Wing Air Tankers- Greg Lovellette, March, 2000

BCFS Air Attack Training Manual-British Columbia Forest Service, 1985

Determining Air tanker Delivery Performance Using a Simple Slide Chart Retardant Coverage Computer- Charles George, April, 1981

Dynamic interaction of Fire Retardant Droplets with fuel, and correlation with the Rheological Properties Of the Retardant- Shock Dynamics, USDA, 1978

Extended High Altitude Retardant Study Drop Mechanization Study- Final Report to USDA, Honeywell, 1974

Fire-Trol Canada Usage - 1981-2002-Internal Compilation Notes- Bradley, 2002

Flammability Reduction Comparisons of Four Forest Fire Retardants (LC, GTS, D75 and PSF)- Blakely, USDA FOREST SERVICE, 1988

Forest Fire Control - USDA-Paper- Charles George

Honeywell Report High Altitude Retardant Drop Mechanization Study- April, 1973

Investigation of Rheological Properties of Aerial Delivered Fire Retardants- final report -

Anderson, Brown, Kato, Louie –June, 1974

Investigation of Rheological Properties of Aerial Delivered Fire Retardants Extended Study- Final Report- Shock Dynamics for USDA, December, 1974

LC Retardant Viscosity Reduced in Alaska - George, Barney and Sheets,1972 evaluation

Lead Plane Pilot Meeting Notes- Boise - October 31-November 1, 2001

Letter from Joe Madar as quoted by Wofford, March 24, 2001

Letter from Jose Cruz, USDA- FS, June 1, 2000

Letter from Scott Fisher on Retardant Use, 2000

Letter to Forest Service, Director of Fire and Aviation- from Air Tanker Industry and Pilots- Representing 140 pilots-( 100% consensus from those in attendance-117)

Long Term Fire retardant Value Analysis Guidelines- USDA- November, 1984

Measurements of Air Tanker Drop Conditions during Fire Fighting Operations- Charles George- USDA,1982

Memorandum from J. Grigel to Lynne Biddison on Combustion Retarding Effectiveness

National Lead Plane Check Pilot Cadre meeting- Boise Notes- November 1-2, 2000

Operational Retardant Effectiveness Study- ORE - Aerial Retardant Application and Use- Charles George

Thickened Retardants Improve Adhesion to Tree crown.-USFS paper, 1967

Statement Letter - Astaris, LLC to General Council US GAO - August 6, 2002.

Update on the Operational Retardant Effectiveness (ORE) Program-Retardant Effectiveness, USDA, Charles George

## Acknowledgements

The author would like to thank all the employees and management of Fire-Trol, LLC, who allowed open access to the documents and files required to research this report. The unrestricted access which the author was allowed to formulate the report, showed the desire of the company to have an independent, open and professional review of LC retardant.

Acknowledgement and thanks to Wally McCulloch, Fire-Trol Canada Company, for some of the excellent collection of pictures that were made available.

Finally, thanks should be given to all those (pilots, agency officials, company staff, and operational fire persons) that spoke out with ethics and integrity, to those that carried out the substantial past analysis, and to those with the experience and foresight to look deeper than the simple, and review the complex.

A.

## About the Author

The author, Terry Kennedy, began his Fire and Forestry career in 1971 with the Yukon Forest Service. He started as a fire crew person and worked through to become a crew leader by the end of his first season. Over the next three years he continued both his education and his operational development by working as a crew leader, duty officer, dispatcher and as key fire line roles including line boss, and fire boss. He obtained a Fire Technology Diploma from Yukon College in 1971 and a Diploma of Forest Technology from the Northern Institute Of Technology – NAIT, Alberta, in 1974. From this point Mr. Kennedy continued work with the Yukon Forest Service- Fire Management Section. He began his air attack career as a bird dog officer (air attack officer) in 1972. From this point he rose through the air program to become the Air Coordinator in 1981. As such he was the head of the air program in the Yukon, which included the air tanker, retardant/ foam, tanker base, and heli-tac programs.

1988 Mr. Kennedy completed course requirements at the University of British Columbia leading to the Bachelor Degree of Science in Forestry (BSF) with specialization in Fire Management, Forest Economics and Mensuration (Forest Measurements and Statistics).

Throughout, Mr. Kennedy's fire career he carried out many operational and administrative functions including acting as Head Fire Management, Yukon, twice was co-chair for the National Air Attack Committee in Canada. As an air attack officer and air coordinator, he worked in operational fire across Canada and Alaska. He earned commendations from Alaska and the NWT for saving communities from wildfire and his operational performance. Mr. Kennedy has acted as Line Boss on interagency campaign fires and other line functions. He has worked extensively with water and foam bombers (CL-215 and Cansoes) and land based air tankers. (A-26's, DC-6's, Firecats (S2F), PB4Y2's, B-25's, and other fixed wing air tankers). The Yukon air program under Mr. Kennedy used both gum thickened and unthickened products over the period of his career. He has carried out with other agencies has extensive experience in air attack, using products in most of the different fuel types that exist in Canada and the Alaska. In 1994, Mr. Kennedy, transferred out, to become an assistant to the Regional Manager, Field Operations for DIAND.

In 1995/ 96 Mr. Kennedy took leave from DIAND and pursued an opportunity to become the Chief Operating Officer for a private forest management company which holds the only Timber Harvesting Agreement (long term tenure) in Yukon.

In 1996, Mr. Kennedy took the opportunity to return to government as first a policy forester and by 1998 the Head, Policy and Industry for the Forest Resources Program of DIAND. He was instrumental in developing and having passed by the Parliament of Canada new timber regulations that came into effect on May 4, 2001. Under his direction the policies of the Yukon moved from sustained yield policy towards sustained forest management policies. The industry section was responsible for moving the policies forward towards an industry that believes in sustained management out of an era of exploitation. In the fall of 2001 Mr. Kennedy left the program, to pursue his personal goals.

In early 2002, he started a company, Timber Bear Management and does consulting work on forest and fire management issues. His clients have included First Nation companies, the Yukon Forest Industry Association, several forest industry clients, and the Yukon Outfitters Association.

Mr. Kennedy is a member of the CIF (Canadian Institute of Foresters) and COFE (Council of Forest Engineering). He has a pilot's license and enjoys down hill skiing, and sailing.

Prepared by [illegible]ywell Inc.
Government and Aeronau[illegible] Products Division
600 Second Street North
Hopkins, Minnesota 55343

August 1976

Contract 26-3332

Intermountain Forest and Range Experiment Station
USDA Forest Service
Ogden, Utah

This manual is published as a part of a program to improve fire control technology, specifically through the use of fire retardant chemicals and delivery systems whose chemical and/or design characteristics are tailored to fuel and fire situation needs. This program is being conducted at the Northern Forest Fire Laboratory. Information or questions regarding these studies should be directed to the:

Northern Forest Fire Laboratory
Drawer G
Missoula, Montana 59801

Use of trade or firm names* is for vendor information only and does not constitute endorsement by the U.S. Department of Agriculture of any commercial product or service.

* Phos-Chek is a registered trademark of the Monsanto Co.
Fire-Trol is a registered trademark of the Chemonics Industries
Gelgard is a registered trademark of the Dow Chemical Co.

# GENERAL INFORMATION

Aero Union Tank
in S2F Aircraft
(Tanker 80)






The Aero Union S2F carries 800 gallons of retardant in four compartments containing approximately 200-gallons each. The ability to sequentially release the four compartments produces an efficient line-building capability at low coverage levels (1 or 2). The appropriate time delays between releases are on the order of 0.5 to 1.0 second. The tanker's capability to produce high-coverage-level (3 or 4) patterns is relatively limited, regardless of the method of delivery.

Single-compartment drops should not be made below 160 feet above ground level when close to ground operations. The best strategy charts note minimum drop heights when more than one compartment at a time is released. Care should be taken when low-altitude drops are made into a tall overstory since the retardant mass may be capable of topping trees.

The aircraft is equipped with an intervalometer which permits setting automatic time delays between compartment releases. This intervalometer permits settings from 0 to 30 seconds. However, the appropriate time delays--on the order of 0.5 to 1.0 second--are difficult to achieve with this intervalometer. As a result, in practice it is recommended that these delays be based on pilot estimates.

CHARACTERISTICS

| Capacity | 800 Gallons | | |
|---|---|---|---|
| Increment | Four 200-Gallon Compartments | | |
| Compartments Released(1) | Evacuation Time (sec) | Av Flow Rate (gallons/sec) | Peak Flow Rate (gallons/sec) |
| 1 | 0.5 | 430 | 575 |
| 2 | 0.5 | 860 | 1150 |
| 4 | 0.5 | 1720 | 2300 |

(1) Number of compartments released simultaneously

# Pattern Coverage Characteristics - WATER-LIKE Retardants

[Fire-Trol 100, Fire-Trol 931 (LC) and Water]

1-COMPARTMENT, 200-GALLON DROP




2-COMPARTMENT, 400-GALLON DROP




4-COMPARTMENT, 800-GALLON DROP




USE OF PATTERN FOOTPRINTS

Pattern footprints provide information on aircraft capability at various coverage levels. The presentation allows estimation of ground range from point of release to the center (deepest penetration) of the pattern. It shows where pattern coverage is relatively constant with increasing altitude, useful to develop width and increase operating safety; and where small increases in altitude cause rapid decreases in some coverage levels. The footprints also indicate, by comparison, the differences in operations related to retardant type.

- Drop Speed: 115 knots
- Coverage levels in gallons per 100 square feet

# Pattern Coverage Characteristics - GUM-THICKENED Retardants

[Phos-Chek XA, Gelgard and Gum-Thickened Fire-Trol 931 (LC)]










| Coverage Level | Recommended For: Fuel Model | Description |
|---|---|---|
| 1 | A | Grasses; tundra, and open desert shrub lands |
| 2 | C<br>F | Conifer timber with grass understory<br>Brushfields with much green material |
| 3 | D<br>E<br>H | Shrublands under 6 feet in height (such as sagebrush)<br>Hardwood litter after leaf drop<br>Closed conifer timber with litter only |
| 4 or greater | B<br>G<br>I | Hard chaparral and other high (6-foot) flammable shrubs<br>Closed, old conifer timber with litter and dead, down limb wood<br>Conifer slash |

For creeping or smouldering fires reduction of one coverage level may be considered.

# USE OF THE BEST-STRATEGY CHARTS

Ⓐ Select the charts for the retardant type to be employed in the operations. This will be GUM-THICKENED (such as Phos-Chek) or WATER-LIKE (such as Fire-Trol 100).

Ⓑ Select the chart for the appropriate coverage level for fuel and fire situations in the area of operations.

| Coverage Level | Recommended For: Fuel Model | Description |
|---|---|---|
| 1 | A | Grasses; tundra, and open desert shrub lands |
| 2 | C | Conifer timber with grass understory |
| | F | Brushfields with much green material |
| 3 | D | Shrublands under 6 feet in height (such as sagebrush) |
| | E | Hardwood litter after leaf drop |
| | H | Closed conifer timber with litter only |
| 4 or greater | B | Hard chaparral and other high (6-foot) flammable shrubs |
| | G | Closed, old conifer timber with litter and dead, down limb wood |
| | I | Conifer slash |

For creeping or smouldering fires reduction of one coverage level may be considered.

Ⓒ Estimate the length of line required for a particular drop at the selected coverage level.

Ⓓ Determine drop-height limits: (1) to assure aircraft safety in clearance of terrain features both before and after the planned release and (2) to protect ground personnel in close-support operations.

Ⓔ Identify the region on the chart defined by the line-length, drop-height condition. This will identify the best release strategy to achieve the required coverage:

2T x 2R
1.2s

The number of tank compartments to be released at one time → 2T

The number of successive releases → 2R

The approximate interval between releases in seconds → 1.2s




Ⓖ NOTE: Avoid use of this strategy close to ground operations under 200–300 feet

Ⓕ SAFETY LIMIT -- Usually expressed as a fuel clearance distance; will normally be at 150 feet above ground or greater depending on terrain or fuel features

Ⓖ NOTES -- Indicate altitude limits for high-momentum drops potentially dangerous to ground personnel when used in close support or call out other recommendations or limitations for a particular strategy.

Ⓗ LIMITS OF CAPABILITY -- The aircraft cannot produce, in a single pass, line-length greater than that defined by the limit curve.

Ⓘ REGION OF LIMITED ACCURACY -- The ability to place a pattern of the specified coverage level on a spot fire is doubtful if operations must be conducted in this region.

Ⓙ OPERATING REGIONS -- Most efficient use of the available retardant and pattern controls will occur for the strategy listed. For more precise intervalometer settings see the detailed tables.

Ⓚ If the desired drop is well within the line-building capability of the release strategy, consider flying higher. This

# Best Release Strategy WATER-LIKE Retardants

[Fire-Trol 100, Fire-Trol 931 (LC) and Water]




NOTE: Avoid use close to ground operations under 160 feet.




NOTES: (1) Avoid one-compartment release close to ground operations under 160 feet.
(2) Avoid two-compartment release close to ground operations under 180 feet.




NOTE: Avoid use close to ground operations under 180 feet.




NOTE: Avoid use close to ground operations under 210 feet.

T = Tank compartments released at one time.
R = Successive releases
s = seconds between successive releases
[shaded] = Region of limited accuracy in direct attack

# Best Release Strategy - GUM-THICKENED Retardants

[Phos-Chek XA, Gelgard and Gum-Thickened Fire-Trol 931 (LC)]




NOTE: Avoid use close to ground operations under 160 feet.




NOTES: (1) Avoid one-compartment release close to ground operations under 160 feet.
(2) Avoid two-compartment release close to ground operations under 180 feet.




NOTE: Avoid use close to ground operations under 180 feet.




NOTE: Avoid use close to ground operations under 210 feet.

T = Tank compartments released at one time
R = Successive releases
s = seconds between successive releases
[shaded] = Region of limited accuracy in direct attack

# Maximum Line Lengths/Tank-Opening Delays - WATER-LIKE Retardants

[Fire-Trol 100, Fire-Trol 931 (LC) and Water]

| | | | LEVEL 1 | | | | LEVEL 2 | | LEVEL 3 | | LEVEL 4 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | COVERAGE (GALLONS/100 FT²) | | | | | | | | | | | | | | | |
| | | | 0.5 | | 1.0 | | 2.0 | | 3.0 | | 4.0 | | 6.0 | | 8.0 | | 10.0 | |
| COMPARTMENTS RELEASED AT A TIME | DROP HEIGHT (FT) | NO. OF PATTERNS | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) |
| ONE | 100 | 1 | 210 | 0 | 160 | 0 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 450 | 1.2 | 350 | 1.0 | 215 | 0.7 | 125 | 0 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 4 | 930 | 1.2 | 730 | 1.0 | 495 | 0.7 | 290 | 0.5 | 205 | 0.3 | 125 | 0.3 | 75 | 0 | 35 | 0 |
| | 200 | 1 | 180 | 0 | 125 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 385 | 1.1 | 285 | 0.8 | 125 | 0 | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 4 | 795 | 1.1 | 605 | 0.8 | 295 | 0.5 | 180 | 0.3 | 125 | 0 | 60 | 0 | 0 | 0 | 0 | 0 |
| | 300 | 1 | 160 | 0 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 340 | 0.9 | 205 | 0.6 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 4 | 700 | 0.9 | 465 | 0.7 | 195 | 0.3 | 120 | 0 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 400 | 1 | 135 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 300 | 0.9 | 135 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 4 | 630 | 0.9 | 325 | 0.5 | 135 | 0 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 500 | 1 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 270 | 0.8 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 4 | 590 | 0.8 | 260 | 0.5 | 100 | 0 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TWO | 100 | 1 | 250 | 0 | 205 | 0 | 160 | 0 | 125 | 0 | 80 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 515 | 1.4 | 440 | 1.2 | 345 | 0.9 | 290 | 0.8 | 210 | 0.6 | 125 | 0 | 80 | 0 | 40 | 0 |
| | 200 | 1 | 220 | 0 | 180 | 0 | 125 | 0 | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 460 | 1.2 | 380 | 1.0 | 290 | 0.8 | 185 | 0.6 | 125 | 0 | 60 | 0 | 0 | 0 | 0 | 0 |
| | 300 | 1 | 205 | 0 | 160 | 0 | 70 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 435 | 1.2 | 345 | 0.9 | 200 | 0.6 | 120 | 0 | 70 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 400 | 1 | 185 | 0 | 135 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 405 | 1.1 | 295 | 0.8 | 135 | 0 | 80 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 500 | 1 | 175 | 0 | 105 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 380 | 1.0 | 260 | 0.8 | 105 | 0 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FOUR | 100 | 1 | 285 | 0 | 250 | 0 | 205 | 0 | 180 | 0 | 160 | 0 | 125 | 0 | 85 | 0 | 40 | 0 |
| | 200 | 1 | 265 | 0 | 225 | 0 | 180 | 0 | 155 | 0 | 125 | 0 | 65 | 0 | 0 | 0 | 0 | 0 |
| | 300 | 1 | 250 | 0 | 205 | 0 | 160 | 0 | 120 | 0 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 400 | 1 | 235 | 0 | 185 | 0 | 135 | 0 | 85 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 500 | 1 | 225 | 0 | 175 | 0 | 110 | 0 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

NOTE: Delivery below 150 feet is not recommended. Line-length profiles for these guides were generated at a lower limit of 100 feet for engineering purposes in developing footprints and Best Strategy charts. They are presented here for information only. Line lengths for intermediate altitudes can be estimated by interpolation.

NOTE: Low-altitude line lengths tend to show a slight advantage for water-like retardants that is not necessarily supported by field data. The advantage of gum-thickened over water-like retardants increases rapidly under less than ideal conditions.

# Maximum Line Lengths/Tank-Opening Delays - GUM-THICKENED Retardants

[Phos-Chek XA, Gelgard and Gum-Thickened Fire-Trol 931 (LC)]

| | | | LEVEL 1 | | | | LEVEL 2 | | LEVEL 3 | | LEVEL 4 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | COVERAGE (GALLONS/100 FT²) | | | | | | | | | | | | | | | |
| | | | 0.5 | | 1.0 | | 2.0 | | 3.0 | | 4.0 | | 6.0 | | 8.0 | | 10.0 | |
| COMPARTMENTS RELEASED AT A TIME | DROP HEIGHT (FT) | NO. OF PATTERNS | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) |
| ONE | 100 | 1 | 215 | 0.0 | 160 | 0.0 | 70 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 455 | 1.2 | 355 | 1.0 | 210 | 0.6 | 115 | 0.0 | 70 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 4 | 935 | 1.2 | 745 | 1.0 | 490 | 0.7 | 275 | 0.5 | 190 | 0.4 | 115 | 0 | 70 | 0 | 5 | 0 |
| | 200 | 1 | 200 | 0 | 130 | 0.0 | 5 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 420 | 1.1 | 305 | 0.9 | 140 | 0.2 | 75 | 0.0 | 5 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 4 | 860 | 1.1 | 655 | 0.9 | 330 | 0.5 | 205 | 0.4 | 135 | 0.1 | 75 | 0 | 5 | 0 | 0 | 0 |
| | 300 | 1 | 180 | 0.0 | 110 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 390 | 1.1 | 275 | 0.8 | 110 | 0.0 | 35 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 4 | 810 | 1.1 | 595 | 0.8 | 275 | 0.5 | 155 | 0.2 | 110 | 0.0 | 35 | 0 | 0 | 0 | 0 | 0 |
| | 400 | 1 | 170 | 0.0 | 95 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 370 | 1.0 | 240 | 0.7 | 95 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 4 | 770 | 1.0 | 545 | 0.8 | 220 | 0.4 | 130 | 0.0 | 95 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 500 | 1 | 160 | 0.0 | 65 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 360 | 1.0 | 205 | 0.6 | 65 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 4 | 760 | 1.0 | 465 | 0.7 | 200 | 0.3 | 125 | 0.0 | 65 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TWO | 100 | 1 | 255 | 0.0 | 215 | 0.0 | 160 | 0.0 | 120 | 0.0 | 65 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 535 | 1.4 | 455 | 1.2 | 350 | 1.0 | 280 | 0.8 | 205 | 0.6 | 120 | 0 | 65 | 0 | 10 | 0 |
| | 200 | 1 | 245 | 0.0 | 190 | 0.0 | 140 | 0.0 | 70 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 505 | 1.3 | 410 | 1.1 | 305 | 0.9 | 215 | 0.6 | 140 | 0.0 | 75 | 0 | 0 | 0 | 0 | 0 |
| | 300 | 1 | 225 | 0.0 | 180 | 0.0 | 115 | 0.0 | 40 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 485 | 1.3 | 380 | 1.0 | 270 | 0.8 | 165 | 0.5 | 115 | 0.0 | 40 | 0 | 0 | 0 | 0 | 0 |
| | 400 | 1 | 225 | 0.0 | 170 | 0.0 | 90 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 465 | 1.2 | 370 | 1.0 | 240 | 0.7 | 130 | 0.0 | 90 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 500 | 1 | 220 | 0.0 | 165 | 0.0 | 75 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 2 | 455 | 1.2 | 365 | 1.0 | 210 | 0.6 | 120 | 0.0 | 75 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FOUR | 100 | 1 | 295 | 0.0 | 265 | 0.0 | 210 | 0.0 | 185 | 0.0 | 160 | 0.0 | 125 | 0 | 70 | 0 | 0 | 0 |
| | 200 | 1 | 285 | 0.0 | 245 | 0.0 | 195 | 0.0 | 165 | 0.0 | 140 | 0.0 | 75 | 0 | 0 | 0 | 0 | 0 |
| | 300 | 1 | 275 | 0.0 | 230 | 0.0 | 180 | 0.0 | 150 | 0.0 | 115 | 0.0 | 40 | 0 | 0 | 0 | 0 | 0 |
| | 400 | 1 | 265 | 0.0 | 215 | 0.0 | 165 | 0.0 | 135 | 0.0 | 90 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 500 | 1 | 265 | 0.0 | 220 | 0.0 | 165 | 0.0 | 125 | 0.0 | 65 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |

NOTE: Delivery below 150 feet is not recommended! Line-length profiles for these guides were generated at a lower limit of 100 feet for engineering purposes in developing footprints and Best Strategy charts. They are presented here for information only. Line lengths for intermediate altitudes can be estimated by interpolation.

NOTE: Low-altitude line lengths tend to show a slight advantage for water-like retardants that is not necessarily supported by field data. The advantage of gum-thickened over water-like retardants increases rapidly under less than ideal conditions.

# TECHNICAL DATA

## Aero Union Tank in S2F Aircraft (1) (2)

| Compartment Number | 1 | | | 2 | | | 3 | | | 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. of Compartments Dropped at One Time | 1 | 2 | 4 | 1 | 2 | 4 | 1 | 2 | 4 | 1 | 2 | 4 |
| Vent Area ($ft^2$) | 0.33 | | | 0.33 | | | 0.33 | | | 0.33 | | |
| Door Opening Time (sec) | 0.26 | 0.26 | 0.32 | 0.27 | 0.27 | 0.32 | 0.26 | 0.26 | 0.30 | 0.26 | 0.27 | 0.31 |
| Door Area ($ft^2$) | 8.89 | | | 8.89 | | | 8.89 | | | 8.89 | | |
| Door LxW (ft) | 10.94 X 0.81 | | | 10.94 X 0.81 | | | 10.94 X 0.81 | | | 10.94 X 0.81 | | |
| Door Opening Angle (deg) | 83 | | | 83 | | | 83 | | | 83 | | |
| Volume (gal) | 195 | | | 225 | | | 225 | | | 195 | | |

(1) The Aero-Union design provides a separate vent from each compartment to the interior of the aircraft.

(2) Tanker 80, N404DF, SN308 Tested May 1974 by NFFL.

Other applicable aircraft are: Tanker 79, N444DF, S/N 119; Tanker 18, N412DF, S/N 222; Tanker 91, N653DF, S/N 572; Tanker 92, N451DF, S/N 027; Tanker 93, N447DF, S/N 417; Tanker 94, N414DF, S/N 543 Tanker 95, N448DF, S/N 179; Tanker 96, N416DF, S/N 369; Tanker 72, N405DF, S/N T133295 Tanker 73, N406DF, S/N T133322; Tanker 74, N411DF, S/N U136567; Tanker 75, N420DF, S/N 136479 Tanker 77, N415DF, S/N 624; Tanker 76, N412DF, S/N 222

# TECHNICAL DATA

## Aero Union Tank in S2F Aircraft

### Tank Configuration




### Typical Single-Compartment Flow Rate (gal/sec)

| Time (sec) | Number of Compartments Released at One Time | | |
|---|---|---|---|
| | 1 | 2 | 4 |
| 0.1 | 265 | 41 | 33 |
| 0.2 | 382 | 267 | 192 |
| 0.3 | 422 | 427 | 283 |
| 0.4 | 513 | 566 | 449 |
| 0.5 | - | 559 | 367 |
| Test No. | 25-5 | 25-6 | 25-10 |
| Compartment No. | 3 | 3 | 4 |

# GENERAL INFORMATION

## Aero Union Tank in DC-4, DC-6 and DC-7 Aircraft
## 3000-gallon Load



### Tank Configuration




### Characteristics

| Capacity | 3000 Gallons | | |
|---|---|---|---|
| Increment | Eight 375-gallon Compartments | | |
| Compartments Released(1) | Evacuation Time (sec) | Av Flow Rate (gallons/sec) | Peak Flow Rate (gallons/sec) |
| 1 | 0.88 | 426 | 950 |
| 2 | 0.88 | 426 | 1900 |
| 4 | 1.09 | 344 | 2960 |
| 8 | 1.09 | 344 | 5920 |

(1) Number of compartments released simultaneously.

# Pattern Coverage Characteris[tics] WATER-LIKE Retardants

[Fire-Trol 100, Fire-Trol 931 (LC) and Water]

1-COMPARTMENT, 375-GALLON DROP




| Coverage Level | Recommended For: Fuel Model | Description |
|---|---|---|
| 1 | A | Grasses; tundra, and open desert shrub lands |
| 2 | C | Conifer timber with grass understory |
| | F | Brushfields with much green material |
| 3 | D | Shrublands under 6 feet in height (such as sagebrush). |
| | E | Hardwood litter after leaf drop |
| | H | Closed conifer timber with litter only |
| 4 or greater | B | Hard chaparral and other high (6-foot) flammable shrubs |
| | G | Closed, old conifer timber with litter and dead, down limb wood |
| | I | Conifer slash |

For creeping or smouldering fires reduction of one coverage level may be considered.

2-COMPARTMENT, 750-GALLON DROP




## USE OF PATTERN FOOTPRINTS

Pattern footprints provide information on aircraft capability at various coverage levels. The presentation allows estimation of ground range from point of release to the center (deepest penetration) of the pattern. It shows where pattern coverage is relatively constant with increasing altitude, useful to develop width and increase operating safety, and where small increases in altitude cause rapid decreases in some coverage levels. The footprints also indicate, by comparison, the differences in operations related to retardant type.

T18-3000(2)

# Pattern Coverage Characteristics - WATER-LIKE Retardants

[Fire-Trol 100, Fire-Trol 931 (LC) and Water]

4-COMPARTMENT, 1500-GALLON DROP




- Drop Speed: 125 knots
- Coverage levels in gallons per 100 square feet

8-COMPARTMENT, 3000-GALLON DROP




* INDICATES COVERAGE LEVELS CONSIDERABLY ABOVE 5 GAL/100 FT²

T18-3000(3)

# Pattern Coverage Characteristics - GUM-THICKENED Retardants

[Phos-Chek XA, Gelgard and Gum-Thickened Fire-Trol 931 (LC)]

1-COMPARTMENT 375-GALLON DROP




| Coverage Level | Recommended For: Fuel Model | Description |
|---|---|---|
| 1 | A | Grasses; tundra, and open desert shrub lands |
| 2 | C | Conifer timber with grass understory |
| | F | Brushfields with much green material |
| 3 | D | Shrublands under 6 feet in height (such as sagebrush) |
| | E | Hardwood litter after leaf drop |
| | H | Closed conifer timber with litter only |
| 4 or greater | B | Hard chaparral and other high (6-foot) flammable shrubs |
| | G | Closed, old conifer timber with litter and dead, down limb wood |
| | I | Conifer slash |

For creeping or smouldering fires reduction of one coverage level may be considered.

2-COMPARTMENT, 750-GALLON DROP




## USE OF PATTERN FOOTPRINTS

Pattern footprints provide information on aircraft capability at various coverage levels. The presentation allows estimation of ground range from point of release to the center (deepest penetration) of the pattern. It shows where pattern coverage is relatively constant with increasing altitude, useful to develop width and increase operating safety, and where small increases in altitude cause rapid decreases in some coverage levels. The footprints also indicate, by comparison, the differences in operations related to retardant type.

T18-3000(4)

# Pattern Coverage Characteristics - GUM-THICKENED Retardants

[Phos-Chek XA, Gelgard and Gum-Thickened Fire-Trol 931 (LC)]

- Drop Speed: 125 knots
- Coverage levels in gallons per 100 square feet

4-COMPARTMENT, 1500-GALLON DROP




• INDICATES COVERAGE LEVELS CONSIDERABLY ABOVE 8 GAL/100 FT²

8-COMPARTMENT, 3000-GALLON DROP




• INDICATES COVERAGE LEVELS CONSIDERABLY ABOVE 8 GAL/100 FT²