# USE OF THE BES ATEGY CHARTS

(A) Select the charts for the retardant type to be employed in the operations. This will be GUM-THICKENED (such as Phos-Chek) or WATER-LIKE (such as Fire-Trol 100).

(B) Select the chart for the appropriate coverage level for fuel and fire situations in the area of operations.

| Coverage Level | Recommended For: Fuel Model | Description |
|---|---|---|
| 1 | A | Grasses; tundra, and open desert shrub lands |
| 2 | C | Conifer timber with grass understory |
| | F | Brushfields with much green material |
| 3 | D | Shrublands under 6 feet in height (such as sagebrush) |
| | E | Hardwood litter after leaf drop |
| | H | Closed conifer timber with litter only |
| 4 or greater | B | Hard chaparral and other high (6-foot) flammable shrubs |
| | G | Closed, old conifer timber with litter and dead, down limb wood |
| | I | Conifer slash |

For creeping or smouldering fires reduction of one coverage level may be considered.

(C) Estimate the length of line required for a particular drop at the selected coverage level.

(D) Determine drop-height limits: (1) to assure aircraft safety in clearance of terrain features both before and after the planned release and (2) to protect ground personnel in close-support operations.

(E) Identify the region on the chart defined by the line-length, drop-height condition. This will identify the best release strategy to achieve the required coverage:

2T x 2R
1.2s

The number of tank compartments to be released at one time (→ 2T)

The number of successive releases (→ 2R)

The approximate interval between releases in seconds (→ 1.2s)

(A) RETARDANT TYPE

(B) COVERAGE LEVEL




(G) NOTE: Avoid use of this strategy close to ground operations under 200-300 feet

(F) SAFETY LIMIT -- Usually expressed as a fuel clearance distance; will normally be at 150 feet above ground or greater depending on terrain or fuel features

(G) NOTES -- Indicate altitude limits for high-momentum drops potentially dangerous to ground personnel when used in close support or call out other recommendations or limitations for a particular strategy.

(H) LIMITS OF CAPABILITY -- The aircraft cannot produce, in a single pass, line-length greater than that defined by the limit curve.

(I) REGION OF LIMITED ACCURACY -- The ability to place a pattern of the specified coverage level on a spot fire is doubtful if operations must be conducted in this region.

(J) OPERATING REGIONS – Most efficient use of the available retardant and pattern controls will occur for the strategy listed. For more precise intervalometer settings see the detailed tables.

(K) If the desired drop is well within the line-building capability of the release strategy, consider flying higher. This will result in a wider pattern and increased safety.

# Best Release Strategy - WATER-LIKE Retardants

[Fire-Trol 100, Fire-Trol 931 (LC) and Water]




NOTE: AVOID USE CLOSE TO GROUND OPERATIONS UNDER 170 FEET




NOTE: AVOID USE CLOSE TO GROUND OPERATIONS UNDER 170 FEET




NOTE: AVOID USE CLOSE TO GROUND OPERATIONS UNDER 170 FEET




NOTE: (1) AVOID ONE-COMPARTMENT USE CLOSE TO GROUND OPERATIONS UNDER 170 FEET
(2) AVOID TWO-COMPARTMENT USE CLOSE TO GROUND OPERATIONS UNDER 200 FEET

- T = Tank compartments released at one time
- R = Successive releases
- S = Seconds between successive releases
- [shaded] = Region of limited accuracy in direct attack

T18-3000(8)

# Best Release Strategy - GUM-THICKENED Retardants

[Phos-Chek XA, Gelgard and Gum-Thickened Fire-Trol 931 (LC)]




NOTE: AVOID USE CLOSE TO GROUND OPERATIONS UNDER 170 FEET




NOTE: AVOID USE CLOSE TO GROUND OPERATIONS UNDER 170 FEET

T = Tank compartments released at one time

R = Successive releases

S = Seconds between successive releases

[shaded] = Region of limited accuracy in direct attack




NOTE: AVOID USE CLOSE TO GROUND OPERATIONS UNDER 170 FEET




NOTE: (1) AVOID ONE-COMPARTMENT USE CLOSE TO GROUND OPERATIONS UNDER 170 FEET
(2) AVOID TWO-COMPARTMENT USE CLOSE TO GROUND OPERATIONS UNDER 200 FEET

# Maximum Line Lengths/Tank-Ope[illegible]Delays - WATER-LIKE Retardants

## [Fire-Trol 100, Fire-Trol 931 (LC) and Water]

| | | | LEVEL 1 | | | | LEVEL 2 | | LEVEL 3 | | LEVEL 4 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | COVERAGE (GALLONS/100 FT$^2$) | | | | | | | | | | | | | | | |
| | | | 0.5 | | 1.0 | | 2.0 | | 3.0 | | 4.0 | | 6.0 | | 8.0 | | 10.0 | |
| COMPARTMENTS RELEASED AT A TIME | DROP HEIGHT (FT) | NO. OF PATTERNS | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) |
| ONE | 100 | 1 | 255 | 0.0 | 195 | 0.0 | 140 | 0.0 | 105 | 0.0 | 65 | 0.0 | 5 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 535 | 1.4 | 415 | 1.1 | 305 | 0.9 | 255 | 0.7 | 185 | 0.5 | 105 | 0.0 | 70 | 0.1 | 35 | 0.1 |
| | | 4 | 1095 | 1.4 | 855 | 1.1 | 635 | 0.9 | 535 | 0.7 | 425 | 0.6 | 260 | 0.4 | 185 | 0.3 | 130 | 0.2 |
| | | 8 | 2215 | 1.4 | 1735 | 1.1 | 1295 | 0.9 | 1095 | 0.7 | 905 | 0.6 | 580 | 0.4 | 480 | 0.4 | 360 | 0.3 |
| | 200 | 1 | 215 | 0.0 | 165 | 0.0 | 110 | 0.0 | 60 | 0.0 | 15 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 455 | 1.2 | 365 | 1.0 | 250 | 0.7 | 175 | 0.5 | 120 | 0.4 | 60 | 0.0 | 15 | 0.0 | 0 | 0.0 |
| | | 4 | 935 | 1.2 | 765 | 1.0 | 530 | 0.7 | 375 | 0.5 | 280 | 0.4 | 165 | 0.3 | 110 | 0.0 | 80 | 0.0 |
| | | 8 | 1895 | 1.2 | 1565 | 1.0 | 1090 | 0.7 | 785 | 0.6 | 655 | 0.5 | 405 | 0.3 | 270 | 0.2 | 210 | 0.2 |
| | 300 | 1 | 195 | 0.0 | 135 | 0.0 | 65 | 0.0 | 5 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 410 | 1.1 | 295 | 0.8 | 180 | 0.5 | 105 | 0.3 | 70 | 0.1 | 5 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 4 | 840 | 1.1 | 615 | 0.8 | 390 | 0.6 | 255 | 0.4 | 175 | 0.3 | 105 | 0.1 | 65 | 0.0 | 35 | 0.0 |
| | | 8 | 1700 | 1.1 | 1255 | 0.8 | 830 | 0.6 | 575 | 0.4 | 415 | 0.3 | 255 | 0.2 | 165 | 0.1 | 135 | 0.1 |
| | 400 | 1 | 170 | 0.0 | 115 | 0.0 | 30 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 355 | 1.0 | 255 | 0.7 | 130 | 0.4 | 70 | 0.0 | 30 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 4 | 725 | 1.0 | 535 | 0.7 | 315 | 0.5 | 180 | 0.3 | 120 | 0.2 | 70 | 0.0 | 30 | 0.0 | 0 | 0.0 |
| | | 8 | 1465 | 1.0 | 1095 | 0.7 | 715 | 0.5 | 420 | 0.3 | 280 | 0.2 | 165 | 0.1 | 120 | 0.1 | 95 | 0.0 |
| | 500 | 1 | 155 | 0.0 | 90 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 335 | 0.9 | 225 | 0.7 | 100 | 0.3 | 40 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 4 | 695 | 0.9 | 495 | 0.7 | 230 | 0.4 | 135 | 0.2 | 95 | 0.1 | 40 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 8 | 1415 | 0.9 | 1035 | 0.7 | 550 | 0.4 | 370 | 0.3 | 245 | 0.2 | 135 | 0.1 | 90 | 0.0 | 65 | 0.0 |
| TWO | 100 | 1 | 280 | 0.0 | 245 | 0.0 | 195 | 0.0 | 160 | 0.0 | 135 | 0.0 | 105 | 0.0 | 70 | 0.0 | 50 | 0.0 |
| | | 2 | 575 | 1.5 | 505 | 1.3 | 405 | 1.1 | 340 | 0.9 | 295 | 0.8 | 235 | 0.6 | 190 | 0.5 | 150 | 0.4 |
| | | 4 | 1175 | 1.5 | 1025 | 1.3 | 845 | 1.1 | 700 | 0.9 | 615 | 0.8 | 515 | 0.7 | 420 | 0.6 | 335 | 0.5 |
| | 200 | 1 | 260 | 0.0 | 215 | 0.0 | 160 | 0.0 | 130 | 0.0 | 110 | 0.0 | 60 | 0.0 | 15 | 0.0 | 0 | 0.0 |
| | | 2 | 540 | 1.4 | 455 | 1.2 | 340 | 0.9 | 275 | 0.8 | 240 | 0.6 | 175 | 0.5 | 115 | 0.3 | 85 | 0.0 |
| | | 4 | 1100 | 1.4 | 935 | 1.2 | 700 | 0.9 | 565 | 0.8 | 500 | 0.7 | 375 | 0.5 | 270 | 0.4 | 205 | 0.3 |
| | 300 | 1 | 250 | 0.0 | 190 | 0.0 | 140 | 0.0 | 105 | 0.0 | 70 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 510 | 1.3 | 405 | 1.1 | 300 | 0.8 | 240 | 0.7 | 190 | 0.5 | 110 | 0.0 | 75 | 0.1 | 25 | 0.0 |
| | | 4 | 1030 | 1.3 | 845 | 1.1 | 620 | 0.8 | 510 | 0.7 | 420 | 0.6 | 245 | 0.4 | 195 | 0.3 | 140 | 0.2 |
| | 400 | 1 | 220 | 0.0 | 165 | 0.0 | 110 | 0.0 | 75 | 0.0 | 45 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 460 | 1.2 | 365 | 1.0 | 250 | 0.7 | 190 | 0.5 | 140 | 0.4 | 75 | 0.0 | 45 | 0.0 | 0 | 0.0 |
| | | 4 | 940 | 1.2 | 765 | 1.0 | 530 | 0.7 | 395 | 0.6 | 325 | 0.5 | 185 | 0.3 | 130 | 0.2 | 95 | 0.0 |
| | 500 | 1 | 205 | 0.0 | 150 | 0.0 | 90 | 0.0 | 50 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 425 | 1.1 | 330 | 0.9 | 215 | 0.6 | 150 | 0.4 | 90 | 0.0 | 50 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 4 | 865 | 1.1 | 690 | 0.9 | 455 | 0.6 | 345 | 0.5 | 230 | 0.4 | 140 | 0.2 | 90 | 0.0 | 70 | 0.0 |
| FOUR | 100 | 1 | 485 | 0.0 | 435 | 0.0 | 375 | 0.0 | 345 | 0.0 | 320 | 0.0 | 250 | 0.0 | 140 | 0.0 | 45 | 0.0 |
| | | 2 | 990 | 2.6 | 895 | 2.3 | 790 | 2.1 | 725 | 1.9 | 680 | 1.8 | 550 | 1.5 | 405 | 1.4 | 300 | 1.2 |
| | 200 | 1 | 465 | 0.0 | 400 | 0.0 | 345 | 0.0 | 280 | 0.0 | 250 | 0.0 | 85 | 0.0 | 15 | 0.0 | 0 | 0.0 |
| | | 2 | 945 | 2.4 | 840 | 2.2 | 725 | 1.9 | 620 | 1.7 | 550 | 1.5 | 345 | 1.3 | 250 | 0.0 | 175 | 0.5 |
| | 300 | 1 | 435 | 0.0 | 375 | 0.0 | 320 | 0.0 | 250 | 0.0 | 145 | 0.0 | 5 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 895 | 2.3 | 785 | 2.1 | 680 | 1.8 | 550 | 1.5 | 405 | 1.3 | 250 | 0.0 | 165 | 0.0 | 75 | 0.0 |
| | 400 | 1 | 415 | 0.0 | 355 | 0.0 | 270 | 0.0 | 180 | 0.0 | 35 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 855 | 2.2 | 735 | 1.9 | 585 | 1.6 | 440 | 1.3 | 275 | 1.2 | 180 | 0.0 | 40 | 0.0 | 0 | 0.0 |
| | 500 | 1 | 390 | 0.0 | 335 | 0.0 | 245 | 0.0 | 25 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 810 | 2.1 | 695 | 1.8 | 545 | 1.5 | 290 | 0.0 | 245 | 0.0 | 35 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| EIGHT | 100 | 1 | 530 | 0.0 | 485 | 0.0 | 420 | 0.0 | 390 | 0.0 | 370 | 0.0 | 340 | 0.0 | 370 | 0.0 | 280 | 0.0 |
| | 200 | 1 | 505 | 0.0 | 460 | 0.0 | 405 | 0.0 | 370 | 0.0 | 345 | 0.0 | 285 | 0.0 | 250 | 0.0 | 225 | 0.0 |
| | 300 | 1 | 470 | 0.0 | 445 | 0.0 | 380 | 0.0 | 340 | 0.0 | 305 | 0.0 | 245 | 0.0 | 210 | 0.0 | 160 | 0.0 |
| | 400 | 1 | 465 | 0.0 | 405 | 0.0 | 350 | 0.0 | 305 | 0.0 | 270 | 0.0 | 225 | 0.0 | 40 | 0.0 | 0 | 0.0 |
| | 500 | 1 | 460 | 0.0 | 395 | 0.0 | 335 | 0.0 | 280 | 0.0 | 250 | 0.0 | 190 | 0.0 | 0 | 0.0 | 0 | 0.0 |

NOTE: Delivery below 150 feet is not recommended. Line-length profiles for these guides were generated at a lower limit of 100 feet for engineering purposes in developing footprints and best strategy charts. They are presented here for information only. Line lengths for intermediate altitudes can be estimated by interpolation.

NOTE: Low-altitude line lengths tend to show a slight advantage for water-like retardants that is not necessarily supported by field data. The advantage of gum-thickened over water-like retardants increases rapidly under less-than ideal conditions.

# Maximum Line Lengths/Tank-Opening Delays - GUM-THICKENED Retardants

## [Phos-Chek XA, Gelgard and Gum-Thickened Fire-Trol 931 (LC)]

| | | | LEVEL 1 | | | | LEVEL 2 | | LEVEL 3 | | LEVEL 4 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | COVERAGE (GALLONS/100 FT$^2$) | | | | | | | | | | | | | | | |
| | | | 0.5 | | 1.0 | | 2.0 | | 3.0 | | 4.0 | | 6.0 | | 8.0 | | 10.0 | |
| COMPARTMENTS RELEASED AT A TIME | DROP HEIGHT (FT) | NO. OF PATTERNS | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) | MAX LENGTH (FT) | DELAY (SEC) |
| ONE | 100 | 1 | 260 | 0.0 | 200 | 0.0 | 140 | 0.0 | 105 | 0.0 | 70 | 0.0 | 5 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 540 | 1.4 | 440 | 1.2 | 320 | 0.9 | 255 | 0.7 | 190 | 0.5 | 105 | 0.3 | 70 | 0.2 | 35 | 0.0 |
| | | 4 | 1100 | 1.4 | 920 | 1.2 | 680 | 0.9 | 535 | 0.7 | 430 | 0.6 | 260 | 0.4 | 185 | 0.2 | 130 | 0.1 |
| | | 8 | 2220 | 1.4 | 1880 | 1.2 | 1400 | 0.9 | 1095 | 0.7 | 905 | 0.6 | 580 | 0.4 | 480 | 0.4 | 360 | 0.3 |
| | 200 | 1 | 240 | 0.0 | 175 | 0.0 | 120 | 0.0 | 70 | 0.0 | 30 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 500 | 1.3 | 375 | 1.0 | 280 | 0.8 | 205 | 0.6 | 135 | 0.4 | 75 | 0.2 | 30 | 0.0 | 0 | 0.0 |
| | | 4 | 1020 | 1.3 | 775 | 1.0 | 600 | 0.8 | 445 | 0.6 | 320 | 0.5 | 185 | 0.3 | 125 | 0.1 | 95 | 0.0 |
| | | 8 | 2060 | 1.3 | 1575 | 1.0 | 1240 | 0.8 | 925 | 0.6 | 720 | 0.5 | 500 | 0.4 | 335 | 0.3 | 240 | 0.2 |
| | 300 | 1 | 225 | 0.0 | 160 | 0.0 | 95 | 0.0 | 45 | 0.0 | 5 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 465 | 1.2 | 360 | 1.0 | 235 | 0.7 | 165 | 0.5 | 105 | 0.3 | 45 | 0.0 | 5 | 0.0 | 0 | 0.0 |
| | | 4 | 945 | 1.2 | 760 | 1.0 | 515 | 0.7 | 365 | 0.5 | 240 | 0.4 | 145 | 0.2 | 100 | 0.1 | 70 | 0.0 |
| | | 8 | 1905 | 1.2 | 1560 | 1.0 | 1075 | 0.7 | 765 | 0.5 | 560 | 0.4 | 385 | 0.3 | 255 | 0.2 | 175 | 0.2 |
| | 400 | 1 | 210 | 0.0 | 150 | 0.0 | 75 | 0.0 | 25 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 435 | 1.2 | 335 | 1.0 | 205 | 0.7 | 135 | 0.4 | 80 | 0.2 | 25 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 4 | 885 | 1.2 | 705 | 1.0 | 465 | 0.7 | 305 | 0.5 | 200 | 0.4 | 120 | 0.2 | 80 | 0.1 | 50 | 0.0 |
| | | 8 | 1785 | 1.2 | 1445 | 1.0 | 985 | 0.7 | 705 | 0.5 | 520 | 0.4 | 280 | 0.2 | 215 | 0.2 | 150 | 0.1 |
| | 500 | 1 | 200 | 0.0 | 145 | 0.0 | 65 | 0.0 | 10 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 420 | 1.1 | 325 | 0.9 | 190 | 0.6 | 120 | 0.4 | 70 | 0.1 | 10 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 4 | 860 | 1.1 | 685 | 0.9 | 430 | 0.6 | 280 | 0.4 | 175 | 0.3 | 105 | 0.0 | 65 | 0.0 | 40 | 0.0 |
| | | 8 | 1740 | 1.1 | 1405 | 0.9 | 910 | 0.6 | 645 | 0.5 | 415 | 0.3 | 265 | 0.2 | 165 | 0.1 | 135 | 0.1 |
| TWO | 100 | 1 | 290 | 0.0 | 250 | 0.0 | 200 | 0.0 | 165 | 0.0 | 140 | 0.0 | 105 | 0.0 | 70 | 0.0 | 50 | 0.0 |
| | | 2 | 590 | 1.5 | 530 | 1.4 | 410 | 1.1 | 345 | 0.9 | 300 | 0.8 | 235 | 0.6 | 190 | 0.5 | 150 | 0.4 |
| | | 4 | 1190 | 1.5 | 1090 | 1.4 | 850 | 1.1 | 705 | 0.9 | 620 | 0.8 | 515 | 0.7 | 420 | 0.6 | 335 | 0.5 |
| | 200 | 1 | 270 | 1.0 | 230 | 0.0 | 175 | 0.0 | 145 | 0.0 | 115 | 0.0 | 75 | 0.0 | 40 | 0.0 | 0 | 0.0 |
| | | 2 | 565 | 1.5 | 470 | 1.3 | 375 | 1.0 | 305 | 0.8 | 265 | 0.7 | 195 | 0.5 | 145 | 0.4 | 95 | 0.0 |
| | | 4 | 1155 | 1.5 | 960 | 1.3 | 775 | 1.0 | 625 | 0.8 | 545 | 0.7 | 425 | 0.6 | 330 | 0.5 | 230 | 0.4 |
| | 300 | 1 | 265 | 0.0 | 210 | 0.0 | 160 | 0.0 | 130 | 0.0 | 95 | 0.0 | 50 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 545 | 1.4 | 445 | 1.2 | 340 | 0.9 | 280 | 0.8 | 230 | 0.6 | 155 | 0.4 | 95 | 0.0 | 75 | 0.0 |
| | | 4 | 1105 | 1.4 | 915 | 1.2 | 700 | 0.9 | 580 | 0.8 | 495 | 0.7 | 355 | 0.5 | 240 | 0.4 | 190 | 0.3 |
| | 400 | 1 | 260 | 0.0 | 205 | 0.0 | 145 | 0.0 | 115 | 0.0 | 85 | 0.0 | 40 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 530 | 1.4 | 425 | 1.1 | 305 | 0.8 | 255 | 0.7 | 205 | 0.5 | 135 | 0.4 | 85 | 0.0 | 60 | 0.0 |
| | | 4 | 1090 | 1.4 | 865 | 1.1 | 625 | 0.8 | 535 | 0.7 | 445 | 0.6 | 300 | 0.4 | 210 | 0.4 | 170 | 0.3 |
| | 500 | 1 | 255 | 0.0 | 190 | 0.0 | 140 | 0.0 | 105 | 0.0 | 75 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 530 | 1.4 | 410 | 1.1 | 300 | 0.8 | 240 | 0.6 | 195 | 0.5 | 105 | 0.0 | 75 | 0.0 | 30 | 0.0 |
| | | 4 | 1090 | 1.4 | 850 | 1.1 | 620 | 0.8 | 505 | 0.7 | 410 | 0.6 | 245 | 0.4 | 190 | 0.3 | 145 | 0.2 |
| FOUR | 100 | 1 | 495 | 0.0 | 445 | 0.0 | 385 | 0.0 | 350 | 0.0 | 330 | 0.0 | 260 | 0.0 | 140 | 0.0 | 45 | 0.0 |
| | | 2 | 1015 | 2.6 | 925 | 2.4 | 805 | 2.1 | 745 | 2.0 | 680 | 1.8 | 575 | 1.6 | 405 | 1.4 | 300 | 1.0 |
| | 200 | 1 | 500 | 0.0 | 420 | 0.0 | 370 | 0.0 | 325 | 0.0 | 270 | 0.0 | 125 | 0.0 | 25 | 0.0 | 0 | 0.0 |
| | | 2 | 1020 | 2.6 | 900 | 2.4 | 185 | 2.1 | 700 | 1.9 | 610 | 1.7 | 405 | 1.4 | 270 | 1.0 | 210 | 0.0 |
| | 300 | 1 | 475 | 0.0 | 410 | 0.0 | 350 | 0.0 | 285 | 0.0 | 245 | 0.0 | 30 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 975 | 2.5 | 855 | 2.3 | 740 | 2.0 | 625 | 1.7 | 545 | 1.5 | 285 | 1.0 | 245 | 1.0 | 140 | 0.0 |
| | 400 | 1 | 455 | 0.0 | 400 | 0.0 | 335 | 0.0 | 270 | 0.0 | 220 | 0.0 | 20 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 935 | 2.4 | 830 | 2.2 | 715 | 1.9 | 590 | 1.6 | 500 | 1.4 | 300 | 1.0 | 220 | 1.0 | 120 | 0.0 |
| | 500 | 1 | 440 | 0.0 | 390 | 0.0 | 320 | 0.0 | 250 | 0.0 | 140 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | | 2 | 900 | 2.3 | 810 | 2.1 | 680 | 1.8 | 570 | 1.6 | 470 | 1.4 | 250 | 1.0 | 160 | 0.5 | 65 | 0.0 |
| EIGHT | 100 | 1 | 540 | 0.0 | 505 | 0.0 | 450 | 0.0 | 415 | 0.0 | 395 | 0.0 | 365 | 0.0 | 325 | 0.0 | 285 | 0.0 |
| | 200 | 1 | 525 | 0.0 | 480 | 0.0 | 420 | 0.0 | 390 | 0.0 | 370 | 0.0 | 325 | 0.0 | 275 | 0.0 | 230 | 0.0 |
| | 300 | 1 | 525 | 0.0 | 470 | 0.0 | 410 | 0.0 | 380 | 0.0 | 355 | 0.0 | 290 | 0.0 | 235 | 0.0 | 170 | 0.0 |
| | 400 | 1 | 510 | 0.0 | 455 | 0.0 | 400 | 0.0 | 370 | 0.0 | 345 | 0.0 | 280 | 0.0 | 250 | 0.0 | 170 | 0.0 |
| | 500 | 1 | 480 | 0.0 | 440 | 0.0 | 395 | 0.0 | 360 | 0.0 | 320 | 0.0 | 235 | 0.0 | 160 | 0.0 | 20 | 0.0 |

NOTE: Delivery below 150 feet is not recommended. Line-length profiles for these guides were generated at a lower limit of 100 feet for engineering purposes in developing footprints and best strategy charts. They are presented here for information only. Line lengths for intermediate altitudes can be estimated by interpolation.

NOTE: Low-altitude line lengths tend to show a slight advantage for water-like retardants that is not necessarily supported by field data. The advantage of gum-thickened over water-like retardants increases rapidly under less-than ideal conditions.

# FLOW CHARACTERISTICS

## Aero Union Tank in DC-4, DC-6 and DC-7 Aircraft
## 3000-gallon Load

### Tank Configuration




Typical Single-Compartment
Flow Rate (gal/sec)
3000 Gallons

| Time (sec) | Number of Compartments Released at One Time | | | |
|---|---|---|---|---|
| | 1 | 2 | 4 | 8 |
| 0.1 | 30 | 30 | 100 | 100 |
| 0.2 | 150 | 150 | 180 | 180 |
| 0.3 | 410 | 410 | 230 | 230 |
| 0.4 | 620 | 620 | 290 | 290 |
| 0.5 | 520 | 520 | 310 | 310 |
| 0.6 | 550 | 550 | 270 | 270 |
| 0.7 | 260 | 260 | 320 | 320 |
| 0.8 | 260 | 260 | 340 | 340 |
| 0.9 | 950 | 950 | 450 | 450 |
| 1.0 | -- | -- | 520 | 520 |
| 1.1 | -- | -- | 740 | 740 |

# Additional Information on Fire-Trol® Liquid Concentrate Retardants

To: FS Director of Fire and Aviation

Subject: Liquid Concentrate Retardant

Date: 12/15/2000

The Airtanker Industry and the Lead Plane Pilots are a group comprised of approximately 140 professional pilots who collectively have many years of experience in delivering the liquid concentrate and gum thickened products to numerous fires. An excerpt from the minutes of their recent meeting indicated 100% consensus among the pilots and the air attacks who attended. Both groups believe that the liquid concentrate product is a far more enhanced product than the gum thickened products that have been recently adopted by the USFS.

Our years of experience in the field have proven that the liquid concentrate is a far superior product and should not be eliminated from the field. Liquid concentrate is the preferred product of choice due to the fact that it is generally more effective in stopping the advancement of fires than the gum thicken products.

Please re-consider your decision to exclusively utilize the gum-thickened product on wildfires. Please allow us to provide you feedback on the re evaluation of your decision.

Signed by,

[signature] Mike Lynn

[signature] Steven Maxwell

[signature] Andrew Brucker

[signature] Mark Timmons

[signature] Gene Wahlstrom

[signature] Kirste A. Sullamee

[signature] Thomas L. Risk

[signature] Bill Waldman

[signature] Brent Conner

[signature] Duane Powers Hawkins & Powers Aviation

[signature] USFS RAO R-10 Scott M. Fairchild

[signature] Dennis W Brown FAO KNF R-5

Bill Rice

Gary Fowle

Steve Howland

Benny Crawford

Timothy Duvall

Connie Wirth

Wanda H. Nagel

James M Barnes

David Nelson

C.R.

Edward Foote

Pat LeBeau

(Gordon Koenig)

John Watson

Robert Forbes

Scott Firestone

At 66

Rusty WARBIS

John Giller

ROBERT A. BAUR

BRUCE R-5 WICKS TNF

L11

RECOMMENDATION 2:

Define management practices and tactics for helicopter aerial application use.

a. Develop principles for helitanker use similar to the "10 Principles of Retardant Application" for fixed-wing airtankers.

b. Publish performance data in Interagency Helicopter Training Guide.

c. Develop tactics for medium/heavy helicopter use to include field support systems i.e., blending plants, etc.

d. Instrument selected helicopters for height above fuel, airspeed, drop type and time of flight and between drops to provide operational safety and effectiveness information.

e. Consider wildland fire chemical effects relative to helicopter delivery and application.

Develop New and Modified Delivery System Performance Data

ISSUE: At the request of managers, airtanker performance guides have been produced for the present airtanker fleet. The ability to provide this data is the result of extensive research into the basic breakup of fluids introduced into the air stream, the flow characteristics of liquids from delivery system including their exit geometry and venting. The new flexible flow concepts in most cases operate outside the predictive capabilties of the current ground pattern simulation model (PATSIM).

RECOMMENDATION 1:

Airtanker performance information needs to be developed so additional information can be put into the hands of fire control personnel for them to fully utilize the potential of these complex and versatile systems.

a. Define the flow rate/exit geometry relationship to ground distribution patterns on new tank design concepts.

b. Modify/construct predictive models that define delivery performance.

c. Assist airtanker operators in design using the prediction capability of the model.

d. Static test and develop performance information for individual airtanker types.

# MEMORANDUM

To: Lynn R. Biddison
From: Joe Grigel
Date: February 15, 1995
Re: Combustion Retarding Effectiveness

We discussed the Combustion Retarding Effectiveness of various approved fire retardants, and the effectiveness of the FIRE-TROL® LC liquid concentrates as fire retardants. Burning tests for each product are carried out by the Intermountain Fire Sciences Lab using the burning chamber and Ponderosa Pine needles and Aspen excelsior. A Superiority Factor is determined for each retardant, and should be at least 0.60. Technical grade 21-53-0 diammonium phosphate is used as the standard in these tests.

The Superiority Factor (Combustion Retarding Effectiveness) obtained for each long-term fire retardant is listed below. Test results from Intermountain Research Station Research Note INT-381, dated April, 1988 and Combustion Retarding Effectiveness Data for FIRE-TROL LCA, LCG and LCM obtained in 1991 at the Intermountain Fire Sciences Lab follow:

| Retardant | Superiority Factor |
|---|---|
| FIRE-TROL GTS | 0.613 |
| Phos-Chek D75<br>(Also includes Phos-Chek fluid concentrates) | 0.600 |
| FIRE-TROL LCA (5:1) | 0.66 ± 0.04 |
| FIRE-TROL LCG (4.75:1) | 0.64 ± 0.01 |
| FIRE-TROL LCM (4.25:1) | 0.64 ± 0.02 |

All of the above long-term fire retardants meet the Combustion Retarding Effectiveness Requirement (Superiority Factor = 0.60). In many Value Analyses, the Flammability Reduction (or effectiveness) Category lists all of these products at the same effectiveness level. However, by using 0.60 as the base figure, the following relative Combustion Retarding Effectiveness is obtained:

| Retardant | Relative Effectiveness |
|---|---|
| Phos-Chek D75/Fluid Concentrates | 1.000 |
| FIRE-TROL GTS | 1.020 |
| FIRE-TROL LCA (5:1) | 1.100 |
| FIRE-TROL LCG (4.75:1) | 1.067 |
| FIRE-TROL LCM (4.25:1) | 1.067 |

No consideration is given for the additional Combustion Retarding Effectiveness of the FIRE-TROL® retardants, especially the liquid concentrates in the Value Analysis process.

Additionally, when the retardant line length is determined for specific airtankers at different drop heights and coverage levels in the Retardant Coverage Computer, no consideration is given for the additional Combustion Retarding Effectiveness of the FIRE-TROL retardants. For example, using the 1994 La Grande, Oregon Value Analysis results for retardant line length, Page 5 with the Aero Union DC-6 airtanker and, Fuel Model C, the following line length is obtained:

| Retardant | Line Length(ft.) Fuel Model "C" | Line Length (ft.) (Corrected CRE) |
|---|---|---|
| Gum Thickened | 545 | 545 |
| Water-Like | 495 | 544 *(495 x 1.1) |

*Accounts for the 1.1 x effectiveness of FIRE-TROL LCA (5:1) vs. Phos-Chek D75 when comparing the actual superiority factors of each retardant (0.66 vs 0.60 respectively).

Combining this additional Combustion Retarding Effectiveness and the additional retardant line length, the performance of the FIRE-TROL LC unthickened retardants increases considerably. Because of this increased performance, the FIRE-TROL LCs should provide the same retardant effectiveness at a lower retardant coverage level.

Lynn, I hope that this information clarifies our discussion concerning effectiveness of fire retardants. Christine can give you more detailed information concerning the Combustion Retarding Effectiveness burning tests at the Missoula Lab.

Sincerely,

CHEMONICS INDUSTRIES, INC.

Joe Grigel
General Manager
FIRE-TROL® Division

JG/jlf

c: Christine Chang

# Letter to the BRP

[ Follow Ups ] [ Post Followup ] [ Airtanker Message Board ]

osted by Brent Conner (198.81.26.103) on October 19, 2002 at 13:08:03:

entlemen,

ly name is Brent Conner, I am the pilot of T-16, T-00 (T-00 for the post season only) on the SBD contract for Aero nion Corp.

would like to start by saying Dean Talley's letter just about says it all. So I won't beat a dead horse, I'll go a ifferent direction.

ly concern is that this is all happening too fast. I fear the panel will not have the time it needs to talk to the folks hat matter i.e.: ATGS, tanker pilots and ground fire fighters.
believe you are tasked with a challenge that takes years of experience and back ground in this business to fully nderstand the problems rather than going by what is told to you by upper level USFS management that in itself has o practical experience in fixed wing aircraft.

Ve are told time and time again that airtankers are misused on fires while we sit back and watch $7,000 an hour elicopters try to build retardant line and do mop up for days after the fire is well past the stage for this type of vo his enrages me not only as a tanker pilot but also as a taxpayer. There needs to be some accountability.

try to address your questions

afety.
believe the word safety is over used and abused by the USFS.
s it safer to pull the ground folks back at night on a 20 acre fire and let it turn into a 30,000 acre fire or fight it while ire behavior is at its lowest? This happens all the time in the name of safety.
Now they are risking hundreds of ground fire fighters, not to mention the civilian population and property.

t is in the name of safety that we are required to wear nomex flight suits, even though the USFS was given a study rom NASA showing the ill effects of wearing nomex in our environment. (100 degree plus cockpit temperatures, no helmets with full face shields for oxygen) These are not things we need or want just pointing out inconsistencies. To ny knowledge there is no documented case in the USA where nomex has saved or even protected a crew in a larger airtanker accident. Unlike helicopters, if we crash in a tanker there is little chance of survival.

As far as the safety of the fixed wing tankers. We all agree that new or newer equipment would be the answer, but I doubt if we will see this happen in the near future. So in the meantime the thing that can change is dollars. I question if there needs to be a big change in the amount of money spent on training, unless it was for instrument training. Instrument flying is one area that we as tanker pilots lack in currency.
There is a need for financial support to do things like x-ray wing spars and buy good overhauled parts. I have been flying AG for twenty- five years. We buy parts for our spray planes and they last until TBO. Why? We are not forced to buy cheap parts because of low bid contracts. Our incentive is to be able to work when the work needs to b e. Just because they are old doesn't mean they are junk.

The wing problems on the 4Y did not s ce over night. If the industry were abl x-ray their wings at winter maintenance and make repairs as necessary we would have safer airplanes for that fire season.

Operational Effectiveness.

d wing tanker is the most cost effective tool in the fire- fighting bag of tools.
We can be airborne in as little as ten minutes. We go to the fire with a speed of 165 kts to over 300 kts. We can cross the United States in 7 hours with a load of retardant if needed.

Effectiveness goes back to management or the lack of.

Example # 1: At the last airtanker leadplane meeting in Reno there was extensive talk about discontinuing the use of LC (water like retardants). There was outrage from the ATGS, leadplane pilots and tanker pilots. There was a vote taken with 95% agreement that LC was far superior over gum-thickened retardants. We were told our opinions did not matter, that the decision was made. Aren't we here to fight fire and give the public the best bang for their tax dollar?

Example # 2: The hording of aircraft. Every pilot can tell story after story about being trapped in an area that is not using the aircraft and won't release it, while other fires are begging for tankers and truly need the support. I was in Billings Montana for three weeks this summer and sat on the ground while Oregon was burning. When I called NIFC they said they had outstanding orders for tankers but that region 1 would have to release us. That did not happen.
Billings would drop us off in town for lunch and pick us up 1 hour later. When we did get a dispatch it would take up to 1hour after we were told we had a dispatch to receive it.

Example # 3: Dispatching. Why do we have regional boarders that affect which tankers are dispatch to fires? Time a e again, and this is just an example. Region 5 may have a fire that is closer to Medford, but because Medford egion 6 region 5 will order a tanker that will take twice as long to get to the fire, or will reload out of region 5 b use they don't want THEIR tanker to get in the hands of another region. This is not cost effective and we are a national asset not a regional one.

Example # 4: We need more reloading bases not less. The idea of larger tankers flying out of super bases is a bad idea. It makes the fixed wing tanker ineffective and cost prohibitive. We all like the flight time, but isn't the idea to put mud on the fire.

Example # 5: I hear talk of larger tankers such as DC-10, 747. This is one more step in making the fixed wing tanker ineffective. The airlines are going broke flying these every day. How would this industry afford to maintain these aircraft only working them 3.5 to 7 months a year? How many tanker bases around the country would this type of aircraft be capable of operating out of? Also, these aircraft would only be good at building line on a ridge top or flat land grass fires.

Example # 6: I can't tell you how many times we, as tanker pilots, see a fire start and are told not to drop on it, that they are going to fight it with helicopters when they get there or that there are not people on the ground to tell dispatch what the fire needs. In the mean time the fire goes out of control and then we fight it for the next two weeks. Would we have put it out with the tanker if they would have let us drop, we will never know, but try explaining why you didn't drop to the man who saw you fly by the fire and his house burned down.

Example # 7: Why doe's the USFS build a new tanker base with three loading pits but only has the ability to pump into one tanker at a time? Because upper level management says that is all we need. Talk to the base manager at ngo. He tried to fight this and lost when they built their new base.

E mple # 8: One more step in reducing the effectiveness of the fixed wing tanker fleet was the down loading of all

ISFS contracted fixed wing tankers by percent. Where did this number come n and why? Was the ontractors consulted? No. Was the aircraft manufactures consulted? No. Were the MAFFS affected by this? No. So vhy was this done. It looked good to the public who knows nothing about our business. We are now required to sit vithout a load on the airplane. This is OK in some areas where tankers are not used in the initial attack role. But to requirement is not right. What if there is an early call and there is no one to load the tanker. We could have p to an hour for some one to show up (We are not allowed to load ourselves). How would you feel it the h. .uck coming to your house had to wait to load the hose? Loaded landings. I hear talk of no loaded landings. Vhy? If these airplanes were designed to do one thing, it was takeoff with fuel in the wings burn it off and land with he same weight in the fuselage as it left the ground. If there are any limitations on the airframe other than the anding weight it is gallons of fuel in the wings not weight in the fuselage. Think of the dollars wasted every day in egion 5 if we had to drop our load before every landing.

Costs.

Costs go back to management, manage the tool properly and it is cost effective.

Sustainability.

Can we sustain our current aircraft? I believe we can for many years to come. All it takes is money. Is that what we should do? That's what you folks are to decide. I believe that tankers are safer now than have been for many years, the reason is that operators are looking closer to the airframes than ever before because of the structural failures this summer. The amazing thing was what little problems were found, most were small cracks in the skins and small amounts of corrosion, all very repairable. In the past most of the winter maintenance was dedicated to the engines. Now we have learned the hard way that we must look a lot closer to the airframes and by doing so we will eliminate in flight failures.
One of the most interesting things about the P-3 is that the cracking in the wings is no different than found in the m role. We know this because Aero Union hired one of the men that ran a wing repair station for the Navy. ors looked at some P-2s that had never been tankers and some of them had cracks in the same place as our d P-2s. These were all in the skins around inspection panels and not wing spars. I believe that tanker flying is no harder on an airframe than flying in light turbulence, with rare exceptions. We rarely see 2Gs on the G meter and that is caused by needle bounce from turbulence or landing.

Do we need things like glass cockpits, angle of attack indicators, GPS mapping with link up to the tanker? Not in my opinion. Whether or not people want to admit it, this is a seat of the pants type of flying. I don't have time nor should I be looking in the cockpit at a map. If I can't find the target by looking at the ground I probably shouldn't be there at all. I also spend less than one hour a year flying IFR in this business, so why waste money on things that are not essential for the mission. Our tankers are certified for IFR but not into known icing.

Strategic Guidance.

I assume you mean Management. I am amazed that the USFS continues to put people in charge of aviation that have no fixed wing aviation background. Most of the people that move up the ladder are of a helicopter background. That is OK for the helicopter community but is a disaster for the fixed wing folks. Maybe they need to have a helicopter manager and a fixed wing manager that has a background in the tanker business. The move we see by upper management is to do more with helicopters and less with fixed wing. I see the fires getting bigger and a lot more money being spent to fight these fires. An example of the excessive dollars spent is the Cold fire here in SBD on the 13th of this month. We were called in at 0700 and started flying right away. We hauled 6 loads, T-65 hauled 4 loads and T-72 hauled 4 or 5 loads. The fire had not grown from the time we started dropping and we were done around 10:30 AM with no active fire and a line of retardant around the fire. But yet they ran two Type 1 helicopters for the f that day on a 10- acre black spot. Now the problem isn't the helicopter, it's the way it was used, is that cost ive? No, but its OK because it's a helicopter and they needed to justify it's being in SBD.
e don't get me wrong, the helicopter is a great tool, but that is all it is. Just like a fixed wing it has it's place in the fire- fighting role.

would like to finish by saying, I am ti of hearing and reading about us poor t er pilots that are forced to fly ese old airplanes. Most if not all are here because of these old airplanes and the work we do with them. No one cluding those that have died doing this (including my father) had a gun put to their head and was told to fly. As I ave said before this line of work is not for everybody.

you for your time and am available to you for anything I can do to help in this matter. Brent Conner

---

ollow Ups:

- Re: Letter to the BRP **Frank** *15:57:51 10/21/02* (0)
- Re: Letter to the BRP **ODiM** *13:54:55 10/21/02* (0)
- Re: Letter to the BRP **Jim Reynolds** *12:12:30 10/21/02* (2)
- Re: Letter to the BRP **ML** *13:33:20 10/20/02* (0)
- Re: Letter to the BRP **Walt Darran** *09:28:06 10/20/02* (0)
- Re: Letter to the BRP **Ted Hobart** *09:14:53 10/20/02* (0)
- Re: Letter to the BRP **Jim Barnes** *16:24:54 10/19/02* (0)
- Re: Letter to the BRP **John Watson** *15:52:41 10/19/02* (0)
- Re: Letter to the BRP **Dean** *14:16:50 10/19/02* (0)
- Re: Letter to the BRP **ODiM** *14:09:32 10/19/02* (0)

---

Post a Followup

Name:

E-Mail:

Subject: Re: Letter to the BRP

Comments:

Optional Link URL:

Title:

nal Image URL:




Figure 2. Pattern Test Data in Isoplethic Form