IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIRE-TROL HOLDINGS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1389C |
| | ) | (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Paul R. Wellons as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Paul R. Wellons
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
8th Floor
1100 L Street NW
Washington D.C. 20530

Dated: September 24, 2004

/s/ PAUL R. WELLONS

PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 616-8253
Fax: (202) 307-0972