IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIRE-TROL HOLDINGS LLC,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1389C<br>(Judge G. Miller) |

NOTICE OF FILING

Pursuant to the Court's Order dated September 22, 2004, defendant hereby files the declaration of Victoria E. Henderson and the briefs submitted in connection with the Government's motion to dismiss filed in the District Court for the District of Arizona.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ WILLIAM F. RYAN
WILLIAM F. RYAN
Assistant Director

/s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C., 20530

Tele: (202) 616-8253
Fax: (202) 307-0972

September 24, 2004 Attorneys for Defendant