# In the United States Court of Federal Claims

**No. 04-1389 C**

**FIRE-TROL HOLDINGS, LLC,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed October 12, 2004, granting the Government's Motion to Dismiss for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice pursuant to RCFC 12(b)(1).

Brian Bishop
Clerk of Court

**October 13, 2004** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.