# In the United States Court of Federal Claims

| | | |
|---|---|---|
| FIRE-TROL HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-1389 C<br><br>(Filed October 26, 2004) |

ORDER

The Clerk is directed to return to Heritage Reporting Corporation the transcript of the October 6, 2004 oral argument on defendant's Motion to Dismiss, filed on October 21, 2004, for correction of defects and re-filing. The corrections to be made are, in particular, those listed below:

- Tr. at 2: 19: law clerks: Allison Pugsley and Keir Bancroft
- Tr. at 2: 20: Court's order
- Tr. at 3: 15: require fire retardants
- Tr. at 3:19: jurisdiction to entertain claims
- Tr. at 4: 5: the Competition in Contracting Act or CICA
- Tr. at 4: 10: suits that it previously had not had jurisdiction
- Tr. at 6: 13: it will be published in FedBizOpps
- Tr. at 6: 18: available to those on the Forest Service contracts
- Tr. at 7: 8: then, that the standards specified
- Tr. at 7: 10-11: Well, I believe what the FAR anticipates, although it certainly doesn't seem to require this: that if a qualification requirement
- Tr. at 8: 9: one can see that no good deed goes unpunished.
- Tr. at 8: 15-16: With respect to subparagraph (d), is it the case
- Tr. at 9: 22: or one of the very first tests
- Tr. at 10: 15: the Forest Service's statement
- Tr. at 10: 25: for long-term, for permanent bases
- Tr. at 11: 5: we'll be competing
- Tr. at 16: 13: most heavily by the Plaintiff,

- Tr. at 17: 6: follows: "However,
- Tr. at 17: 10-11 [no new paragraph]: APA. Plaintiff's arguments that the decision
- Tr. at 17: 18: Court of Federal Claims."
- Tr. at 18: 6: To the extent that it is
- Tr. at 18: 8: Attorney's Office
- Tr. at 18: 20: Concerning the inconsistency
- Tr. at 18: 22: Attorney's
- Tr. at 18: 24: Attorney's
- Tr. at 18: 25: aware of the cases we have cited
- Tr. at 19: 6-7: the language in 1491(b)(1), "in connection with a procurement or a proposed procurement," in the Labat
- Tr. at 19: 10: which is as follows: "The term procurement includes
- Tr. at 19: 14: and close out."
- Tr. at 20: 11: However, it is very clear that this court
- Tr. at 21: 4: "The term 'interested party'
- Tr. at 21: 9: failure to award the contract."
- Tr. at 21: 11-12: "respect to a contract or a solicitation, or other request for offers"
- Tr. at 22: 12: as I understood it, was Mr. Wellons's
- Tr. at 22: 17: it makes the language "proposed procurement"
- Tr. at 22: 23: so my interpretation is that it can't be

The Clerk is also directed to request that Heritage review the October 6, 2004 tape recording and transcript in its entirety and make any other corrections that appear warranted after such further review. Finally, the Clerk is directed to request that Heritage call Mr. Bancroft in chambers at 202-219-9669 to discuss with him any questions it may have regarding further corrections that may appear warranted.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge